UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-BEM |

**ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF
OLGA AKSELROD**

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs, by their undersigned attorney, hereby move for admission pro hac vice of their counsel Olga Akselrod of the American Civil Liberties Union Foundation in the above-captioned matter. Parties assent to this motion.

In further support of their motion, Plaintiffs submit **Exhibit A**, Certificate of Olga Akselrod, stating that she is a member in good standing of the Bar in every jurisdiction in which

1

she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

Dated: April 10, 2025

Respectfully submitted,

By: /s/ *Suzanne Schlossberg*
Suzanne Schlossberg (No. 703914)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
sschlosberg@aclum.org

*Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiffs has conferred with counsel for Defendants regarding this motion. Defendants assent to this motion.

                                          /s/ *Suzanne Schlossberg*
                                          Suzanne Schlossberg

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

April 10, 2025                                                      /s/ *Suzanne Schlossberg*
                                                                 Suzanne Schlossberg