UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-BEM |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED 20-PAGE LIMIT**

Plaintiffs respectfully request to file a memorandum of law in support of their anticipated Motion for Preliminary Injunctive Relief that exceeds the Local Rule 7.1(b)(4) page limit of twenty pages.

Due to the complexity of the case and the multiple proposed grounds for emergency relief, Plaintiffs require additional pages to fully brief the issues relevant to their motion. Plaintiffs' counsel conferred with counsel for Defendants, and they indicated that Defendants will not oppose

a motion for an additional twenty pages. Therefore, Plaintiffs respectfully request leave to file a memorandum of law in support of their Motion for Preliminary Injunctive Relief of up to forty pages.

Dated: April 14, 2025

Shalini Goel Agarwal*
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163,
Washington, DC 20006
Telephone: (202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux*
82 Nassau Street, #601
New York, NY 10038
michel-ange.desruisseaux@protectdemocracy.org

Kenneth Parreno**
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky*
Oscar Heanue*
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

Respectfully submitted,

/s/ *Suzanne Schlossberg*
Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
**American Civil Liberties Union
   Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: (617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Olga Akselrod*
Alexis Agathocleous*
Rachel Meeropol*
Alejandro Ortiz*
**American Civil Liberties Union
Foundation**
125 Broad Street, 18th Floor, New York, NY 10004
Telephone: (212) 549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org


* *Admitted pro hac vice*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendants on April 11, 2025 regarding this motion, and Defendants indicated that they would take "no position."

/s/ *Suzanne Schlossberg*
Suzanne Schlossberg

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

April 14, 2025                    /s/ *Suzanne Schlossberg*
                                  Suzanne Schlossberg