UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-BEM |

## NOTICE OF APPEARANCE

Pursuant to this Court's order granting the motion for leave to appear *pro hac vice*, please enter the appearance of Shalini Goel Agarwal, as counsel for Plaintiffs in the above-captioned matter.

Dated: April 24, 2025

Respectfully submitted,

By: /s/ *Shalini Goel Agarwal*
Shalini Goel Agarwal
Protect Democracy Project
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
202-579-4582
shalini.agarwal@protectdemocracy.org

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

Dated: April 24, 2025              */s/ Shalini Goel Agarwal*
                                   Shalini Goel Agarwal