# EXHIBIT 1




## INSTITUTES AT NIH

NIH is made up of **27 Institutes and Centers**, each with a specific research agenda, often focusing on particular diseases or body systems. NIH leadership plays an active role in shaping the agency's activities and outlook. Learn more about NIH.



### List of Institutes and Centers

A listing of the institutes and centers that make up the NIH.



### NIH Office of the Director

The central office at NIH responsible for setting policy and planning, managing, and coordinating NIH programs and activities.



### Directors of NIH Institutes and Centers

The directors of the institutes, centers, and offices that make up the NIH.



### NIH Institute and Center Contact Information

Contact information for the institutes, centers, and offices that make up the NIH.

---

NIH…Turning Discovery Into Health®

National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland 20892

U.S. Department of Health and Human Services