# EXHIBIT 15

Notice of Civil Rights Term and Condition of Award
Notice Number:
NOT-OD-25-090

# Key Dates

Release Date:

April 21, 2025

# Related Announcements

- **April 3, 2025 -** NIH Operates Under a Continuing Resolution. See Notice [NOT-OD-25-084](NOT-OD-25-084).
- **April 3, 2025 -** Guidance on Salary Limitation for Grants and Cooperative Agreements FY 2025. See Notice [NOT-OD-25-085](NOT-OD-25-085).
- **April 30, 2024** - Notice of Legislative Mandates in Effect for FY 2024. See Notice [NOT-OD-24-110](NOT-OD-24-110).

# Issued by

NATIONAL INSTITUTES OF HEALTH ([NIH](NIH))

# Purpose

This Notice alerts the extramural research community of a new Civil Rights term and condition that modifies the current terms and conditions for all NIH grants, cooperative agreements, and other transaction (OT) awards. This term applies prospectively to new, renewal, supplement, or continuation awards issued on or after the date of this Notice. This new requirement supersedes [Section 4.1.2](Section 4.1.2) "Civil Rights Protections" of the NIH Grants Policy Statement (GPS) as well as the negotiated terms of OT awards.

**Applicability**

This Notice is applicable to domestic recipients of new, renewal, supplement, or continuation awards that are issued on or after the date of this Notice.

**Policy**

Effective with the issuance of this Notice, the following term and condition applies:

*Recipients must comply with all applicable Federal anti-discrimination laws material to the government's payment decisions for purposes of 31 U.S.C. § 372(b)(4).*

*(1) Definitions. As used in this clause –*

    *(a) DEI means "diversity, equity, and inclusion."*

    *(b) DEIA means "diversity, equity, inclusion, and accessibility."*

    *(c) Discriminatory equity ideology has the meaning set forth in Section 2(b) of Executive Order 14190 of January 29, 2025.*

    *(d) Discriminatory prohibited boycott means refusing to deal, cutting commercial relations, or otherwise limiting commercial relations specifically with Israeli companies or with companies doing business in or*

with Israel or authorized by, licensed by, or organized under the laws of Israel to do business.

*(e) Federal anti-discrimination laws means Federal civil rights law that protect individual Americans from discrimination on the basis of race, color, sex, religion, and national origin.*

*(2) Grant award certification.*

*(a) By accepting the grant award, recipients are certifying that:*

*(i) They do not, and will not during the term of this financial assistance award, operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination laws; and*

*(ii) They do not engage in and will not during the term of this award engage in, a discriminatory prohibited boycott.*

*(3) NIH reserves the right to terminate financial assistance awards and recover all funds if recipients, during the term of this award, operate any program in violation of Federal anti-discriminatory laws or engage in a prohibited boycott.*

The NIH GPS Section 4.1.2 "Civil Rights Protections" will be updated to incorporate this standard term and condition of award. As a reminder, civil rights requirements do not apply to foreign and international organizations (see Section 4.1 of the GPS).

# Inquiries

Questions about specific awards may be directed to the Grants Management Specialist identified on the Notice of Award.

Questions related to the "Civil Rights Protections" term may be directed to the Division of Grants Policy at: grantspolicy@nih.gov.

---

Weekly TOC for this Announcement
NIH Funding Opportunities and Notices

---