# EXHIBIT 17

☰  **ProPublica**  Donate



# Elon Musk's Demolition Crew

by Avi Asher-Schapiro, Christopher Bing, Annie Waldman, Brett Murphy, Andy Kroll, Justin Elliott, Kirsten Berg, William Turton, Sebastian Rotella, Alex Mierjeski, Pratheek Rebala and Al Shaw

Feb. 6, 2025 • Updated: April 17, 2025

On President Donald Trump's authority alone, Elon Musk, the world's richest man, has been unleashed on federal agencies. Employees from Musk's companies and those of his allies, as well as young staffers he's recruited, are wresting authority from career workers and commandeering computer systems.

While some have been public about their involvement, others have attempted to keep their roles secret, scrubbing LinkedIn pages and other sources of data. With little information from the White House, ProPublica is attempting to document who is involved and what they are doing.

Musk's team, known as the Department of Government Efficiency, has already thrown entire swaths of the federal government and its programs into disarray — programs that serve millions of Americans.

Musk himself has made no secret of his intentions, saying that DOGE is a "wood chipper for bureaucracy" and that he is "deleting" agencies.

A White House spokesperson wrote, "Those leading this mission with Elon Musk are doing so in full compliance with federal law, appropriate security clearances, and as employees of the relevant agencies, not as outside advisors or

entities." None of the people identified responded to requests for comment.

*We are still reporting. Do you have information about any of the people listed below? Do you know of any other Musk associates who have entered the federal government? You can reach our tip line on Signal at 917-512-0201. Please be as specific, detailed and clear as you can.*



### Luke Farritor, 23

Executive Engineer in the Office of the Secretary

**Connected to:** Department of Health and Human Services, Social Security Administration, Department of Energy, State Department, Centers for Disease Control and Prevention, Centers for Medicare and Medicaid Services, National Institutes of Health, United States Agency for International Development, Consumer Financial Protection Bureau

**Musk link:** Former SpaceX intern

Farritor works as an executive engineer at the HHS, according to agency data. He studied computer science at the University of Nebraska-Lincoln and interned at SpaceX, working on its Starlink Wi-Fi team and Starship launchpad software, according to his Linkedin profile. In March 2024, he received a Thiel fellowship, a two-year program founded by billionaire tech entrepreneur Peter Thiel that awards a $100,000 startup grant to students who drop out of college.

*Added Feb. 6, 2025*



### Joshua A. Hanley, 27

**Connected to:** DOGE, National Institutes of Health

Hanley is an attorney who worked at the law firm Williams & Connolly. He graduated from the University of Virginia School of Law in 2021 and interned at the appellate section of the Department of Justice's criminal division in 2019, his company biography says. Hanley has a DOGE email address, records viewed by ProPublica show. According to Inside Medicine, Hanley has been connected to the cancellation of two research grants from the National Institutes of Health; he is listed as the author in the metadata of the grant termination notices.

**Sort by**                                    **Filter by agency**

[ Added date ] [ **Name** ]                    [ National Institutes of Health ]



### Gavin Kliger, 25

Senior Adviser to the Director

**Connected to:** U.S. Agency for International Development, Office of Personnel Management, Consumer Financial Protection Bureau, National Institutes of Health, Internal Revenue Service, Federal Trade Commission, Department of Agriculture, Voice of America

[ FINANCIAL DISCLOSURE ]

Kliger is a senior adviser at OPM, according to his LinkedIn profile. He spent nearly five years as a software engineer at Databricks, a cloud-based AI company. He is widely reported to be part of Musk's DOGE team. On his personal Substack, he