# EXHIBIT 27

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10787-BEM |

## <u>DECLARATION OF SCOTT W. DELANEY, ScD JD MPH</u>

I, Scott W. Delaney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am offering this Declaration in my individual capacity and not on behalf of my employer.

2. I am an epidemiologist at the Harvard T.H. Chan School of Public Health (HSPH). My research investigates how environmental, social, and legal forces affect neurodegenerative diseases in older Americans and neurodevelopmental health in American children. I have conducted epidemiologic research at HSPH in various capacities—first as a student, then as a postdoctoral research fellow, and finally as an independent researcher—for 11 years. I hold a Doctor of Science from HSPH (ScD, 2020); a Master of Public Health from the Johns Hopkins Bloomberg School of Public Health (MPH, 2015); a Juris Doctor from the University of Illinois College of Law (JD, 2004); and a Bachelor of Science from the University of Illinois College of Business (BS, Finance, 2000). Prior to my career in epidemiology, I practiced law in several capacities.

3.    Formally, I hold the title of Research Scientist at HSPH. Research Scientists at HSPH have full privileges to conduct independent research and apply for grant funding as Principal Investigators (PIs). Throughout my career in epidemiology, I have applied for and received multiple types of grants from NIH either individually or as part of teams. These include training grants (T90 and T32 as a student trainee), a fellowship grant (F31 as a student PI), multiple loan repayment awards ("L" grants as a PI), and multiple research "R" grants (as a Co-Investigator). Moreover, my current research activities are supported almost entirely by NIH research grants. Based on these experiences, I am exceedingly familiar with a broad spectrum of grant mechanisms available from NIH.

4.    In early March 2025, I read news articles reporting that political appointees within the Department of Health and Human Services (HHS)—either at NIH or elsewhere—were directing NIH to terminate certain research grants. These news articles reported that NIH was specifically targeting grants addressing transgender issues or "diversity, equity, and inclusion" (DEI) topics, but those terms were never defined in the press. Importantly, news articles contained little detail on specific examples of terminated grants, and it was not publicly known how many grants had been terminated, which grants had been targeted for termination, or the exact reasons that the grants were being terminated beyond the nominal excuses noted above. This lack of government transparency raised challenges for the health science research community.

5.    On March 7, 2025, I created an online spreadsheet using Google Sheets to track news reports of specific terminated NIH grants. The first version of the Google Sheet included three columns of information for each terminated NIH grant, including the grant's title and type (e.g., R01, etc.), and the NIH institute or center (IC) that had funded the grant. Because news reports were scarce, I also sought to crowd-source information on terminated grants. To that end, I

posted a message and link to the Google Sheet on Bluesky, a social media platform commonly used by academic researchers, asking the Bluesky community to add any information about terminated grants they knew about to the Google Sheet.

6.   In the ensuing 1-2 weeks, I received multiple user-submitted entries of terminated grants, which I attempted to verify manually using data from NIH RePORTER, a searchable online database of NIH grants, and by emailing affected PIs. I also began tracking a larger number of characteristics about each terminated grant, and I expanded the number of internet sources I used to find evidence of terminated grants. In mid-March, the website for the HHS Tracking Accountability in Government Grants System (TAGGS), published for the first time a short PDF list of grants that NIH had terminated. The list, however, was both incomplete (i.e., it did not list all grants that had been terminated at that time) and somewhat inaccurate (i.e., it listed some grants twice and appeared to include a grant that had not yet been terminated).

7.   As a result, I attempted to manually verify information in this HHS TAGGS PDF document to the greatest extent possible, and I used it to supplement information gleaned from news reports, user submissions, Doge.gov, and other internet sources. As the Google Sheet of terminated grants grew, I began to publicize it more broadly via emails to my professional network and through frequent posts about it on Bluesky. In response to these efforts, I received suggestions to meet with many other researchers who either had their grants terminated or were interested in the terminated grant tracking effort. One such researcher was Dr. Noam Ross of rOpenSci.

8.   At the same time that I was building out the public-facing Google Sheet and crowd-sourcing information about terminated grants, Dr. Ross was engaged in an independent effort to scour federal databases, including NIH RePORTER, USASpending.gov, and the HHS TAGGS

3

system, for evidence of terminated grants. These systems track government accounting actions related to grants, including changes to government financial outlays (i.e., payments) for grants. Thus, for example, if Dr. Ross observed on USASpending.gov that the budget for a specific grant was prematurely changed to $0, he used that information as one piece of evidence that the grant may have been prematurely terminated. These federal databases, while technically public, are difficult to access and interpret. Dr. Ross' efforts to combine and organize evidence of grant terminations from these sources was highly complementary to my news- and crowd-sourced evidence. In mid-March, we met virtually and agreed to combine our efforts to form the current iteration of our terminated grant tracking platform. Thus, all counts of terminated grants set forth in this Declaration—as well as the underlying database of terminated grants that we have built together—result from our combined efforts.

9.   Data in our database of terminated grants come from several sources. Among them are affected Principal Investigators (i.e., scientists), who we encourage to submit information on their terminated grants using a Google Form, which we have designed and published specifically for this purpose. We also aggregate data from news reports, social media, Doge.gov, USASpending.gov, NIH's X feed, NIH RePORTER, and the HHS TAGGS system. The HHS TAGGS system provides data in two ways. First, it details grant-based financial transactions with information that is updated at least daily. Second, TAGGS administrators periodically (~1/week) release a PDF list of terminated grants. The TAGGS PDF list is one source of information in our database among several. Because we aggregate from multiple sources, our database includes grants not yet listed on federal government websites, including the HHS TAGGS PDF of terminated grants, and we believe it is the most comprehensive, up-to-date resource currently available that quantifies and characterizes terminated grants.

10. To ensure each reader can objectively verify all details of our database, we list NIH-issued grant serial numbers, which are unique to each grant, website hyperlinks to federal databases describing each grant, and many other details for each terminated grant. These efforts to ensure transparency are critical for multiple reasons. Foremost is that the NIH grant termination process has been extraordinarily chaotic—far more so than is often reported in news articles. In many cases, the government has often provided incorrect and shifting information (knowingly or not) about exactly which grants were terminated, when, and why. Their estimates of the dollar value of grants terminated are even more unreliable. We also believe the government has restored a limited number of grants that it previously terminated, often without providing public notice. As a result, our database may contain a small number of minor inaccuracies. Nevertheless, based on my experience, I believe our dataset is the most accurate and most complete dataset of terminated grants currently available.

11. Our database includes extensive metadata on at least 28 different characteristics of each terminated grant. Among other characteristics, we track each grant's title, abstract (which succinctly describes the scientific background and aims of the grant), public health relevance statement (which is an NIH-required statement explaining in plain language how the grant will improve the public's health), and the grant's project terms (which describe the topics that relate to the grant's scientific aims). This enables us to characterize the health challenges and diagnoses each grant is meant to research. It also allows us to infer possible bases for each grant's termination.

12. Our database reveals that, on February 28, 2025, NIH began terminating hundreds of grants on topics that NIH is statutorily required to research. Specifically, as of Friday, April 18, 2025, at 11:00 p.m. EDT, we have identified 755 grants that NIH has terminated thus far based

5

on vague "policy" assertions. A true and correct list of these terminated grants is attached to this Declaration as Exhibit A. This number excludes grants that both (1) were terminated at Columbia University for alleged Title VI violations and (2) did not relate to topics otherwise targeted for termination. Importantly, this number almost surely underestimates the true number of terminations. While we often identify new terminations within 1 to 3 days of their effective date, it can take 10 to 14 days or more or us to learn of some new terminations. Thus, based on my experience tracking these grant terminations, I estimate there could be at least 100 more terminations than we currently count, and NIH continues to terminate new grants every week.

13. Terminated grants focus on a wide variety of health outcomes. These include projects on breast cancer, uterine cancer, anal cancer, stroke risk, cardiac health, Alzheimer's Disease, HIV prevention, suicide prevention, infertility, alcohol use disorder, smoking cessation, eating disorders, sexually transmitted infections, Covid-19, depression, psychopathology, pain, and many other conditions that very often disproportionately burden minority communities. Other terminated grants studied the harmful effects of health misinformation, discrimination, poverty, racism, loneliness, transphobic policies, and social stress, as well as the health-protective effects of social support, education, and school-based mental health interventions.

14. I also sought to quantify the financial impact of terminating these grants using grant-specific budgetary data from USASpending.gov, TAGGS, and NIH RePORTER. These systems report detailed information on financial budgets and outlays for all NIH grants, including the total budget allocated to each grant and the total outlay (i.e., money already transferred to recipients) for each grant. For example, grant R01ES035053 was a five-year grant to study reasons why Black women in the United States have higher rates of infertility than White women. The grant began in April 2023 and was scheduled to continue through January 2028.

USASpending.gov lists the total budget allocated for the full five years of this grant as $1,447,869.00. However, on March 27, 2025, NIH prematurely terminated this grant. USASpending.gov reports that, prior to termination, the government had paid out $649,351.22 on the grant, leaving $798,517.78 in unspent funds. We calculated the total financial impact of all grant terminations by aggregating these grant-specific budget numbers across all grants in our database.

15. The total budget originally allocated to the 755 grants in our database was approximately $3.0 billion. Most grants were terminated midstream after investigators had already launched their studies and spent a portion of the budgets they expected to receive. As a result, $1.4 billion has already been spent on projects stopped midstream, leaving the aggregate unspent value of these grants at $1.6 billion.

16. While NIH targeted a somewhat jumbled mix of grant *topics* for termination, it also targeted a spectrum of grant *types*. These types include project-based (i.e., research) grants, which support research on specific public health challenges that are set forth in the strategic plans of each IC. For example, the 2020-2025 strategic plan for the National Institute on Minority Health and Health Disparities (NIMHD) prioritizes research to "develop and test interventions to reduce health disparities." Consistent with this goal, NIMHD, through its director, issued Grant Number 5R01MD017509 for a 5-year intervention beginning May 14, 2022, to test whether directly reducing the income gap among older African American men in rural communities enhances their health and wellbeing. The grant was scheduled to last through January 2027. However, on March 14, 2025, half-way through the intervention, the grant was terminated. In another instance, NIMHD funded a proposed multi-year grant entitled, "Development of School-Based Prevention Intervention to Promote Adolescent Mental Health

Equity." The grant began on January 31, 2025, but was terminated just 40 days later on March 12, 2025. These grants exemplify a pattern, in which IC-specific directors awarded grants consistent with their IC-specific strategic plans, after which the grants were summarily terminated despite no change to IC-specific or overall NIH strategic plans.

17. In addition to research grants, NIH has also targeted training grants, which support the development of the next generation of health scientists. Training grants are key to meeting NIH's statutory obligations, and NIH Strategic Plan recognizes that the "strength of the NIH workforce depends on its sustainability and diversity." It observes that "[g]round-breaking, impactful biomedical and behavior research depends upon a diverse workforce, composed of people . . . from different backgrounds, who can provide a richness of perspectives necessary to inspire new ideas." NIH pursues this strategic goal with a mix of programs—some created directly by Congress, others by NIH—that support students and early career researchers at all stages of their training, from undergraduate studies through post-doctoral research.

18. For example, in 1974, Congress created the NIH National Research Service Award (NRSA) program to ensure "the availability of excellent scientists" in biomedical and behavioral research. This program was later renamed the Ruth L. Kirschstein National Research Service Award program, and its explicit aim today is "to ensure a diverse pool of highly trained scientists." To advance the aims of the NRSA program, NIH has created several grant mechanisms, which are designated with codes including F30, F31, F32, F33, F34, F35, T32, T34, T35, T90, TL1, and TL4. Some of these grants are run by institutions, while others are awarded to individual investigators. All NRSA grants, however, are awarded in service of Congress' command to support the training and development of a diverse corps of health science

researchers. Since February 28, 2025, NIH has terminated at least 139 NRSA grants with an aggregate budget of $153 million, of which $102 million was unspent prior to termination.

19. In addition to prematurely terminating large numbers of NRSA awards, NIH also changed the aim of them to remove any mention of recruiting diverse scientists. For example, among the most common types of NRSA grants are institutional T32 training grants. On November 15, 2024, NIH issued a new program announcement (PA-25-168) for the primary T32 grant mechanism, called the "Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)." A true and correct copy of this program announcement is attached to this Declaration as Exhibit B. Like all eleven Parent T32 program announcements released during the past 25 years, PA-25-168 explicitly announced that the purpose of the NRSA program was to "help ensure that a *diverse* pool of highly trained scientists is available" for health science research.[1] PA-25-168 further noted that "individuals from diverse backgrounds, including underrepresented racial and ethnic groups, individuals with disabilities, and women are always encouraged to apply." And, critically, PA-25-168 (as it was originally issued) provided that reviewers of T32 applications should (1) consider the strength of the application's proposed "recruitment plan[s] to enhance diversity," and (2) "examine the strategies to be used in the recruitment of prospective candidates from underrepresented groups."

20. However, sometime after January 30, 2025, with no prior notice to potential applicants, NIH changed the language of PA-25-168 and added a banner to the top of the announcement reading "March 31, 2025 / This funding opportunity was updated to align with agency priorities." A true and correct copy of this program announcement is attached to this Declaration

---

[1] Parent T32 program announcements containing this language include PA-23-048, PA-20-142, PA-18-403, PA-16-152, PA-14-015, PA-11-184, PA-10-036, PA-08-226, PA-06-468, PA-02-109, PA-00-103.

as Exhibit C. Specifically, NIH removed all mention of diversity and all requirements to ensure the recruitment of diverse scientists. For example, the stated purpose of the program after the announcement was changed reads "to help ensure that a pool of highly trained scientists is available" for health science research, with the word "diverse" is conspicuously absent. The program announcement no longer encourages applicants from diverse backgrounds and, more importantly, no longer requires that reviewers of the applications evaluate the application's diversity-enhancing recruitment plans. Similar changes were made to other large NRSA program announcements, including the Parent F30, Parent F31, and Parent F32. In short, despite Congress' mandate to support scientists from diverse backgrounds, NIH scrubbed all requirements to ensure diversity from its most popular NRSA programs.

21. A separate example of terminated training grant programs from the Congressionally created NRSA initiative is the Minority Access to Research Careers program, which was first created in 1977. While the program's name has since changed to the Maximizing Access to Research Careers (MARC), its core goal has remained the same for 48 years, i.e., "to create and sustain inclusive [undergraduate] training environments for trainees from diverse backgrounds." Moreover, NIH has since created additional programs to augment MARC, most notably, the Undergraduate Research Training Initiative for Student Enhancement (U-RISE), which was launched in 2019. U-RISE explicitly aims "to develop a diverse pool of undergraduates" who plan to pursue higher education and careers in biomedical research. U-RISE and MARC effectuate the aims of the Congressionally created NRSA program by supporting mentorship, training, and other opportunities for diverse students at domestic universities, i.e., universities develop, apply for, receive, and administer both MARC and U-RISE grants.

22. For nearly 50 years, these programs have operated to diversify the biomedical workforce, supporting thousands of students from underrepresented backgrounds during that time. In 2024, NIH supported 63 U-RISE and 34 MARC programs. In the course of updating our database of terminated grants, I learned from press reports and personal communications that, on March 27, 2025, NIH issued stop work orders for all or nearly all U-RISE grants as well as many MARC grants. Moreover, the project end dates for many of these U-RISE grants has since been changed in federal databases to March 31, 2025, suggesting the entire nearly-50 year old program has been permanently terminated.

23. Other NIH programs aim to diversify the workforce at later stages of training. For example, through the congressionally required "Next Generation Researchers Initiative," the NIH aims to achieve sustainability by "enhanc[ing] opportunities for early-stage researchers by prioritizing funding of independent research applications" of early-stage researchers "such as policies to ... enhance workforce diversity."  One approach to diversifying the workforce is called the Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research (F31 Diversity), which supports promising graduate students in their final years of dissertation research. Another approach is NIH's Maximizing Opportunities for Scientific and Academic Independent Careers (MOSAIC) program, which facilitates the transition of promising postdoctoral researchers from diverse backgrounds, including those from underrepresented groups, to academic faculty positions at institutions throughout the country. These grant mechanisms fund a wide spectrum of research projects, from bench science to qualitative studies, such that the majority of the research they fund is unrelated to transgender health or DEI issues. Yet, in the past four weeks, NIH has terminated 19 F31 Diversity awards. Because many of these grants were on topics wholly unrelated to DEI issues, they were targeted based on the status of

the principal investigator's status as an underrepresented minority scientist. Moreover, all F31 Diversity and MOSAIC grant opportunities have disappeared from NIH's website.

24. Still another program to secure a diverse workforce of health scientists is the "Faculty Institutional Recruitment for Sustainable Transformation (FIRST) initiative," which aims to transform culture at NIH-funded institutions through the recruitment of faculty cohorts who have a demonstrated commitment to "diversity and inclusive excellence". On December 8, 2020, NIH issued RFA-RM-20-022, which was a call for grants entitled "NIH Faculty Institutional Recruitment for Sustainable Transformation (FIRST) Program: FIRST Cohort (U54 Clinical Trial Option)." This call was reissued twice in subsequent years as RFA-RM-21-025 and RFA-RM-22-008. In 2024, the FIRST initiative funded programs at 15 different universities. All 15 have since been terminated prematurely: 1 was terminated on March 12, 2025; 2 were terminated on March 21, 2025; and 12 were terminated on April 8, 2025. Combined, these programs comprised a $163 million investment on behalf of NIH in workforce development. Yet, NIH terminated each of these programs midstream, rescinding $106 million in funds these programs expected to spend over the next two-to-three years.

25. Beyond the termination of NRSA grants and cuts to the MARC, U-RISE, MOSAIC, and FIRST programs, I have learned through personal communications with affected Principal Investigators as well as press reports that NIH may also have terminated the Initiative for Maximizing Student Development (IMSD), the Institutional Research and Academic Career Development Awards (IRACDA), and the Postbaccalaureate Research Education Programs (PREP), which also supported the training of diverse researchers. Taken together, these widespread terminations of training grants—in addition to the terminations of many research

grants described above—comprise an abrupt and unprecedented reversal of support for health science research in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⎽⎽⎽ day of April, 2025.

SCOTT W. DELANEY

# EXHIBIT A

| Award Number | Project Title | Awardee Organization | Termination Date |
|---|---|---|---|
| DP2AI164315 | One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States | University Of California-Irvine | 2/28/25 |
| K01AG056669 | The Epidemiology of Alzheimer's Disease and Related Dementias in Sexual and Gender Minority Older Adults: Identifying Risk and Protective Factors | University Of Nevada Las Vegas | 2/28/25 |
| OT2OD035935 | Leveraging a community-driven approach to address the impact of social determinants of health on structural inequities among Miami-Dade County's intergenerational LGBTQ+ Community | Urban Health Partnerships | 2/28/25 |
| OT2OD035935-01S1 | Leveraging a community-driven approach to address the impact of social determinants of health on structural inequities among Miami-Dade County's intergenerational LGBTQ+ Community | Urban Health Partnerships | 2/28/25 |
| R01AG063771 | Effects of Social Networks and Policy Context on Health among Older Sexual and Gender Minorities in the US South | Vanderbilt University | 2/28/25 |
| R01MD012793 | Advancing novel methods to measure and analyze multiple types of discrimination for population health research | Harvard School Of Public Health | 2/28/25 |
| R21AA029513 | Health Effects of Intersectional Stigma among Sexual Minority Women | University Of California Santa Barbara | 2/28/25 |
| R21AA030373 | Internal Sources of Minority Stress and Alcohol Consumption | Texas Tech University | 2/28/25 |
| R21CA284313 | TRANSforma Tu Salud Dejando de Fumar: Advancing smoking cessation among transgender individuals | University Of Rochester | 2/28/25 |
| R21MD016457 | Facilitators of and barriers to healthcare utilization among racially and ethnically diverse transgender and gender nonbinary young adults | University Of Central Florida | 2/28/25 |
| R21MD016962 | Racialized Sexual Discrimination (RSD) and Psychological Well-being among Young Sexual Minority Men of Color (YSMMoC) | University Of Illinois At Urbana-Champaign | 2/28/25 |
| R44AG080843 | SilverBills: A Legal, Technical and Financial Tool for Aging LGBTQ+ Individuals with Impaired Cognition. | Silverbills Inc. | 2/28/25 |
| R44AG080843-02S1 | SilverBills: A Legal, Technical and Financial Tool for Aging LGBTQ+ Individuals with Impaired Cognition. | Silverbills Inc. | 2/28/25 |
| RF1MH132348 | Improving mental health among the LGBTQ+ community impacted by the COVID-19 pandemic | Brown University | 2/28/25 |
| SC3GM136580 | Trajectories of Adaptation to Traumatic Stress in a Vulnerable Population | Hunter College | 2/28/25 |
| U01MH136558 | TransHealthGUIDE: Transforming Health for Gender-Diverse Young Adults Using Interventions to Drive Equity | Boston Children's Hospital | 2/28/25 |
| U24MD017138 | FIRST Coordination and Evaluation Center to promote inclusive excellence | Morehouse School Of Medicine | 3/1/25 |
| F31GM153136 | Understanding how chromosomal makeup and cross-sex hormone administration affect wound healing in mice | Johns Hopkins University | 3/3/25 |
| F31HL172648 | Cross Sex Steroid Therapy and Cardiovascular Risk in the Transgender Female | University Of Mississippi Med Ctr | 3/3/25 |
| R01AI171984 | The roles of genetics, hormones, and gender in sexually dimorphic immune response | Van Andel Research Institute | 3/3/25 |
| R01DK129239 | Mitochondrial-based Determinants of Sex Differences in Acute Kidney Injury | University Of Alabama At Birmingham | 3/3/25 |
| R01HD098233 | Reproductive Consequences of Steroid Hormone Administration | University Of Michigan At Ann Arbor | 3/3/25 |
| R01HD111650 | Androgen effects on the reproductive neuroendocrine axis | University Of California, San Diego | 3/3/25 |
| R01HD115881 | Microbiome mediated effects of gender affirming hormone therapy in mice | Emory University | 3/3/25 |
| R01MD019678 | Mental Health Risk and Resilience among Latinx SGM Adolescents and their Parents | University Of Arizona | 3/3/25 |
| R21EB030851 | Personalized 3D avatar tool development for measurement of body perception across gender identities | Centre For Addiction And Mental Health | 3/3/25 |
| F30HD107932 | Enhancing K-12 School Safety During a Respiratory Viral Pandemic | Yale University | 3/10/25 |
| F31AI178878 | Epidemiological factors related to human monkeypox virus (MPOX) in men who have sex with men (MSM) in the United States | Johns Hopkins University | 3/10/25 |
| K01DK125616 | Implementation research to improve the uptake of influenza vaccination in CKD | Johns Hopkins University | 3/10/25 |
| K01MH132899 | Using Data Science to Quantify the Impact of Misinformation, Mistrust, and Other Key Psychosocial Factors on Vaccine Hesitancy Among Vulnerable People Experiencing Psychopathology | University Of Minnesota | 3/10/25 |
| K23HD107184 | Digital Storytelling to Reduce Pediatric Influenza Vaccination Disparities: A Pilot Pragmatic Trial | Denver Health And Hospital Authority | 3/10/25 |
| K23HD111624 | Improving Vaccine Delivery in Hospitalized Children | Seattle Children's Hospital | 3/10/25 |
| K23HD112599 | Caregiver decision making for seasonal respiratory vaccines for children | Children's Research Institute | 3/10/25 |
| R01AI165768 | Population-level assessment of early childhood vaccination timeliness, parental vaccine hesitancy, and immunization schedule adherence in the United States, including rural-urban disparities | University Of Montana | 3/10/25 |
| R01AI166967 | PROmotion of COVid-19 VA(X)ccination in the Emergency Department - PROCOVAXED | University Of California, San Francisco | 3/10/25 |
| R01AI169239 | Uptake, Safety and Effectiveness of COVID‚Äì19 Vaccines during Pregnancy | University Of San Francisco | 3/10/25 |
| R01AI170946 | Alaska Native Communities Advancing Vaccine Uptake | Southcentral Foundation | 3/10/25 |

| R01AI182165 | Text4Vax: Understanding the Effectiveness and Implementation of Text Message Reminders for Pediatric COVID-19 and Influenza Vaccines | Columbia University Health Sciences | 3/10/25 |
|---|---|---|---|
| R01EY028739 | The Impact of the Herpes Zoster Vaccine on Herpes Zoster Ophthalmicus | University Of California, San Francisco | 3/10/25 |
| R01HD107753 | Maternal COVID-19 Vaccination and Lactation Outcomes | Healthpartners Institute | 3/10/25 |
| R01HD110428 | Modeling Adolescent Health Care Decision-Making for Vaccines: A Community- Based Participatory Approach | University Of Pittsburgh At Pittsburgh | 3/10/25 |
| R01HG012830 | Religion and support for genomic healthcare: An exploratory study of the US public and faith leaders. | Washington University | 3/10/25 |
| R01MH132415 | Understanding the Regional Ecology of a Future HIV Vaccine | University Of Pennsylvania | 3/10/25 |
| R01NR020482 | Leveraging community-based behavioral health to increase vaccine uptake in Latinx adults with mental illness | Boston College | 3/10/25 |
| R15AI176375 | COVID-19 Vaccine Uptake and Risk Mitigation Behaviors: Understanding the Role of Institutional Trust | Bentley University | 3/10/25 |
| R15GM152943 | Mathematical Modeling and Scientific Computing for Infectious Disease Research | University Of Tennessee Chattanooga | 3/10/25 |
| R21AI182822 | Covid-19 transmission, testing, and vaccination dynamics within migrant worker social networks | University Of Chicago | 3/10/25 |
| R21AI183544 | Understanding transgender women's immune and behavioral responses to seasonal COVID-19 vaccines to improve their uptake | New York Blood Center | 3/10/25 |
| R21HD109536 | Evaluating Teen-Parent Dynamics in Adolescent COVID-19 Vaccine Acceptance and Uptake | University Of San Francisco | 3/10/25 |
| R21HD110837 | Reducing Vaccine Hesitancy among Hispanic Parents of COVID-19 Vaccine-Eligible Children | Arizona State University-Tempe Campus | 3/10/25 |
| R21HD110912 | COVID19 vaccine hesitancy among perinatal women at risk for health disparities | Butler Hospital (Providence, Ri) | 3/10/25 |
| R25GM132758-03S1 | One Health Education: Connecting Humans, Animals, and the Environment | University Of Rochester | 3/10/25 |
| R25GM132910-05S1 | Partnerships for Prevention: A plan for managing student stress, anxiety, and pain through interactive¬†media. | Duquesne University | 3/10/25 |
| R35GM146974 | Digital data streams and machine learning for real-time modeling of vaccine-preventable infectious diseases | Boston Children's Hospital | 3/10/25 |
| RF1MH132360 | Brief digital intervention to increase COVID-19 vaccination among individuals with anxiety or depression | Graduate School Of Public Health And Health Policy | 3/10/25 |
| U54CA284030 | The Empilisweni Center for Women's Health - Advancing Implementation of Equitable Cervical Cancer Control | Columbia University Health Sciences | 3/10/25 |
| U54GM115516 | Northern New England Clinical and Translational Research Network | Mainehealth | 3/10/25 |
| U54GM115516-08S1 | Northern New England Clinical and Translational Research Network - Equipment | Mainehealth | 3/10/25 |
| UH3DE030063 | Investigating Behavioral Mechanisms and Efficacy of a Provider-Directed Intervention for HPV Vaccine Promotion in Real-World Dental Settings | Healthpartners Institute | 3/10/25 |
| R01AG089099 | Social Networks and Cognitive Health among Black and Latino sexual minority men in NJ | Rutgers Biomedical And Health Sciences | 3/11/25 |
| R01DA058642 | Testing a multistage model of risk factors for cannabis use utilizing a measurement burst design among sexual minority women, sexual minority gender diverse individuals, and heterosexual women | Ohio State University | 3/11/25 |
| R01HD075787-08S1 | Social influences on sexual health among Latinx adolescents and emerging adults who identify as LGBTQ+ in an agricultural community | Research Triangle Institute | 3/11/25 |
| R01NR020846 | #TranscendentHealth - Adapting an LGB+ inclusive teen pregnancy prevention program for transgender boys | Center For Innovative Public Health Research | 3/11/25 |
| F31ES034972 | Prenatal exposure to phthalates and associations with gestational weight gain and fetal growth trajectories. | Columbia University Health Sciences | 3/12/25 |
| F31ES035280 | An equity-focused evaluation of a system-wide intervention to reduce mold in NYC public housing and its impact on asthma burden | Columbia University Health Sciences | 3/12/25 |
| F31HD110257 | Does self-reported psychosocial stress in pregnancy mediate the association between maternal race/ethnicity and hypertensive disorders of pregnancy? | Columbia University Health Sciences | 3/12/25 |
| F31MD019521 | A multi-level study of the link between fear of deportation and mental health in Latinx young adults: The role of systemic inflammation and related risk and protective factors | University Of Houston | 3/12/25 |
| F31MH132290 | Neighborhood Social Environment, Composition and Depression in Latinx | Columbia Univ New York Morningside | 3/12/25 |
| F31MH134699 | Applying a multidimensional measure of human mobility to understand drivers of HIV incidence in Rakai, Uganda | Columbia University Health Sciences | 3/12/25 |
| F31MH138075 | Intersectional Discrimination and Sexual Health Among Young Black Men who Have Sex with Men: A Mixed Methods Study | Duke University | 3/12/25 |
| F32AA029957 | Understanding the individual and combined impact of childhood sexual abuse and minority stress on hazardous drinking among sexual minority women: Is emotion dysregulation a key factor? | Columbia University Health Sciences | 3/12/25 |
| F32MH135634 | The psychological underpinnings of gender disparities in adolescent mental health | Princeton University | 3/12/25 |
| G13LM014176 | Diversity in Practice: the Quest for Inclusion in Precision Medicine | Columbia University Health Sciences | 3/12/25 |

| G13LM014426 | Securing Health Equity: Philosophical Foundations for Equality and Social Justice in Public Health and Health Care | University Of Washington | 3/12/25 |
|---|---|---|---|
| K01MH120258 | Youth-PRIDES: Implementing integrated, mHealth care for adolescent depressionwithin primary care clinics of Mozambique | Columbia University Health Sciences | 3/12/25 |
| K23AI150378 | Harnessing Bioinformatics for HIV Prevention: Understanding Persistence in Comprehensive HIV Prevention Services | Columbia University Health Sciences | 3/12/25 |
| K23NS130143 | Effect of pubertal hormones on Headache in Transmasculine Adolescents | University Of Colorado Denver | 3/12/25 |
| K24DA051328 | Mentoring clinical investigators in patient-oriented research on substance use and HIV | Columbia University Health Sciences | 3/12/25 |
| P50MD019473 | Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers | State University Of New York At Buffalo | 3/12/25 |
| R01AA030275 | An intersectional approach linking Minority Stressors Experienced by Transgender and Gender Diverse Adults to Alcohol and Drug Use and comorbid Mental and Physical Health Outcomes | Georgia State University | 3/12/25 |
| R01CA253368 | The linkage between Race, Kaiso and the tumor microenvironment in breast cancer health disparities | Columbia University Health Sciences | 3/12/25 |
| R01CA254576 | Automated Digital Imaging for Cervical Cancer Screening | Columbia University Health Sciences | 3/12/25 |
| R01DA043512 | Preventing Drug Abuse among Sexual-Minority Youth | Columbia Univ New York Morningside | 3/12/25 |
| R01DA045713 | A Multi-site Multi-Setting RCT of Integrated HIV Prevention and HCV Care for PWID | Columbia University Health Sciences | 3/12/25 |
| R01DA054236 | Project SMART: Social Media Anti-vaping Messages to Reduce ENDS Use Among Sexual and Gender Minority Teens | University Of Pennsylvania | 3/12/25 |
| R01DA054236-04S1 | Project SMART: Social Media Anti-vaping Messages to Reduce ENDS Use Among Sexual and Gender Minority Teens | University Of Pennsylvania | 3/12/25 |
| R01DA061247 | SILOS: Structural Inequities across Layers Of Social-Context as Drivers of HIV and Substance Use | Northwestern University At Chicago | 3/12/25 |
| R01DK122564-05S1 | Skeletal Health in Youth with Type 1 Diabetes and Gender Diversity | Columbia University Health Sciences | 3/12/25 |
| R01HD092347-08S1 | Views of Gender in Adolescence | Princeton University | 3/12/25 |
| R01HD094081 | A Longitudinal Examination of Mechanisms Underlying Intersectional Health Disparities in the United States | University Of Minnesota | 3/12/25 |
| R01HD104599 | Obesogenic origins of maternal and child metabolic health involving dolutegravir (ORCHID) | Columbia University Health Sciences | 3/12/25 |
| R01HG010868 | Disability, diversity and trust in precision medicine research: stakeholdersengagement | Columbia University Health Sciences | 3/12/25 |
| R01MD013495 | Health disparities, stress pathways, and stress-related comorbidities among MSM living with HIV | Johns Hopkins University | 3/12/25 |
| R01MD013554 | Impact of Social Cohesion and Social Capital in PrEP Uptake and Adherence Among Transwomen of Color | Columbia University Health Sciences | 3/12/25 |
| R01MD016082 | Efficacy of a Multi-level School Intervention for LGBTQ Youth | Washington University | 3/12/25 |
| R01MD016384 | An Innovative, Prospective Model to Understand Risk and Protective Factors for Sexual Assault Experiences and Outcomes Among Sexual Minority Men | University Of Nebraska Lincoln | 3/12/25 |
| R01MD019178 | A Multi-Level Trauma-Informed Approach to Increase HIV Pre-exposure Prophylaxis Initiation among Black Women | Johns Hopkins University | 3/12/25 |
| R01MD019956 | Theoretically Informed Behavioral Intervention to Enhance QOL and Prevent HIV-related Comorbidities in Ethnic and Racial Sexual Minority Men | Yale University | 3/12/25 |
| R01MD020284 | Measures of structural stigmatization and discrimination for HIV research with Latine sexual and gender minorities | Drexel University | 3/12/25 |
| R01MH116829 | Building mobile HIV prevention and mental health support in low-resource settings | Columbia University Health Sciences | 3/12/25 |
| R01MH118004 | A randomized trial of ImpACT+, a coping intervention to improve clinical and mental health outcomes among HIV-infected women with sexual trauma in South Africa | Columbia University Health Sciences | 3/12/25 |
| R01MH121194 | Monitoring Microaggressions and Adversities to Generate Interventions for Change (MMAGIC) for Black Women Living with HIV | University Of Miami Coral Gables | 3/12/25 |
| R01MH121194-04S1 | Monitoring Microaggressions and Adversities to Generate Interventions for Change (MMAGIC) for Black Women Living with HIV | University Of Miami Coral Gables | 3/12/25 |
| R01MH130166 | Multilevel Racism & Discrimination and PrEP Outcomes Among Black SMM in the Southeastern U.S. | Us Helping Us, People Into Living, Inc. | 3/12/25 |
| R01MH133821 | The Socioecology of Sexual Minority Stigma: Data Harmonization to Address Confounding Bias and Investigate Cross-Level MentalHealth Effects | San Diego State University | 3/12/25 |
| R01NR019417 | Sex, Hormones and Identity affect Nociceptive Expression (SHINE) | University Of Alabama At Birmingham | 3/12/25 |
| R01NR020154-04S1 | Exploring Stigma, Social Support, and Cancer Screenings among Sexual and Gender Diverse People Living with HIV in Georgia | Emory University | 3/12/25 |
| R01NR021691 | Identifying multilevel facilitators of care outcomes among Positive Deviants to design an intervention for Black sexual minority men living with HIV | George Washington University | 3/12/25 |
| R03ES035509 | Drinking water contaminants and fetal loss in Northern California | Columbia University Health Sciences | 3/12/25 |

| R13HD110322 | International Workshops on HIV Pediatrics | Columbia University Health Sciences | 3/12/25 |
|---|---|---|---|
| R13MH138043 | National LGBT Health Conference 2024 | Emory University | 3/12/25 |
| R21AI171249 | Multimodal immune profiling to determine mechanisms of COVID-19 clinical trajectory in Uganda | Columbia University Health Sciences | 3/12/25 |
| R21AI175747 | Using wastewater surveillance data to study SARS-CoV-2 dynamics and predict COVID-19 outcomes | Columbia University Health Sciences | 3/12/25 |
| R21AI178913 | Understanding the effects of cross-sex hormone therapy on vaginal mucosal immunity | Boston Medical Center | 3/12/25 |
| R21HD103053 | mHealth and Mobile Ultrasound for Mothers | Columbia University Health Sciences | 3/12/25 |
| R21MD018509 | Development and Pilot Evaluation of an Online Mentoring Program to Prevent Adversities Among Trans and Other Gender Minority Youth | University Of Nebraska Lincoln | 3/12/25 |
| R21MH127356 | Investigating associations and mediating effects between climate and mental health and violence in informal settlements in Kenya | Columbia Univ New York Morningside | 3/12/25 |
| R21MH133755 | The TAIL-PrEP Study: Acceptability and Feasibility of a Tailored Adherence Intervention for safe discontinuation of Long-acting PrEP | Columbia University Health Sciences | 3/12/25 |
| R21MH135489 | Leveraging Latinx Adolescents, Photovoice, and Longitudinal Data to Disentangle the Bidirectional Effects of Social Media and Mental Health | Columbia University Health Sciences | 3/12/25 |
| R24DA061190 | PRIDE-CARES Center: Patient-Responsive Initiatives for Diverse Engagement - LGBTQ+ Community Action in Research to Eliminate Substance Use Disorder | University Of South Carolina At Columbia | 3/12/25 |
| R25GM109435 | PREP at University of Georgia | University Of Georgia | 3/12/25 |
| R25GM149980 | Developing Modules to Address Microaggressions and Discriminatory Behaviors | Children's Hosp Of Philadelphia | 3/12/25 |
| R25HD074544 | Fragile Families Summer Data Training Workshop Series 2021-2025 | Columbia Univ New York Morningside | 3/12/25 |
| R25HG010857 | Genomics Diversity Summer Program (GDSP) at Stanford | Stanford University | 3/12/25 |
| R25HL096260 | BEST-DP: Biostatistics & Epidemiology Summer Training Diversity Program | Columbia University Health Sciences | 3/12/25 |
| R25MH080665 | HIV Intervention Science Training Program for Underrepresented Investigators | Columbia Univ New York Morningside | 3/12/25 |
| R33TW011752 | Preparing for pre-exposure prophylaxis implementation in Central-Eastern European Countries with low access to biomedical prevention | Columbia University Health Sciences | 3/12/25 |
| R34MH128163 | Development and Testing of MyPEEPS Mobile for Young Transgender Men | Columbia University Health Sciences | 3/12/25 |
| R34MH136018 | Development of a School-Based Prevention Intervention to Promote Adolescent Mental Health Equity | Boston College | 3/12/25 |
| R35GM157032 | Molecular Mechanisms of Hormone-Mediated Sex Differences in Wound Healing | Brigham And Women's Hospital | 3/12/25 |
| R36DA058830 | Exploring Historical Trauma, Racial Discrimination, PTSD, and Substance Use Among Black Young Adults | New School University | 3/12/25 |
| R56CA284564 | Gender-Affirming Testosterone Therapy on Breast Cancer Risk and Treatment Outcomes | Beth Israel Deaconess Medical Center | 3/12/25 |
| R61HD117134 | Supportive and restrictive factors and mental health in LGBT adolescent and young adult populations | Harvard Pilgrim Health Care, Inc. | 3/12/25 |
| T32AI106711 | Columbia University Graduate Training Program in Microbiology and Immunology | Columbia University Health Sciences | 3/12/25 |
| T32MH016434 | Translational Research Training in Child Psychiatry | Columbia University Health Sciences | 3/12/25 |
| T32MH018870 | Training in Schizophrenia and Psychotic Disorders: From Animal Models to Patients | Columbia University Health Sciences | 3/12/25 |
| T32MH019139 | Behavioral Sciences Research in HIV Infection | Columbia University Health Sciences | 3/12/25 |
| T32MH020004 | Research Training in Late-Life NeuroPsychiatric Disorders | Columbia University Health Sciences | 3/12/25 |
| T32MH126772 | Culturally-focused HIV Advancements through the Next Generation for Equity (CHANGE) Training Program | University Of Miami School Of Medicine | 3/12/25 |
| U01HD108779 | Unequal Parenthoods: Population Perspectives on Gender, Race, and Sexual Minority Disparities in Family Stress and Health During Crises | University Of Minnesota | 3/12/25 |
| U01MH125058 | 2/3 Genomics of Schizophrenia in the South African Xhosa | Columbia University Health Sciences | 3/12/25 |
| U54CA272171 | Faculty Initiative for Improved Recruitment, Retention, and Experience (FIIRRE) | University Of South Carolina At Columbia | 3/12/25 |
| UM1TR004409 | CTSA UM1 Program at University of Utah | University Of Utah | 3/12/25 |
| D43TW012189 | Guyana Research in Injury and Trauma Training (GRITT) Program | Columbia University Health Sciences | 3/14/25 |
| DP2DA058436 | ENTRUST - economic navigation and strengthening to realize unrestricted services for transgender women | University Of Central Florida | 3/14/25 |
| DP2MH132941 | The Optics of Health: Race Skin Tone Minority Health and Health Disparities in the U.S. | Harvard University | 3/14/25 |
| DP5OD031849 | Public Drinking Water Contaminants and Infant Health: Advancing Environmental Justice | Columbia University Health Sciences | 3/14/25 |
| DP5OD037400 | The Behavioral Cost of Carbon | Columbia University Health Sciences | 3/14/25 |
| F30HD108886 | Quantifying the interactions among maternal race, vaginal metabolites, and microbes in preterm birth | Columbia University Health Sciences | 3/14/25 |
| F31AI176760 | Host Factors Required by Human Parainfluenza Virus 3: Determinants of entry and viral spread | Columbia University Health Sciences | 3/14/25 |

| F31AI176851 | Investigating the potential of wastewater surveillance data to improve SARS-CoV-2 dynamical modeling and forecasting | Columbia University Health Sciences | 3/14/25 |
|---|---|---|---|
| F31HD115324 | Associations among maternal stress, infant epigenetics, and behavioral and cognitive development across the first few years of life | Columbia University Teachers College | 3/14/25 |
| F31NR021239 | Personal Healthcare Networks of Transgender and Gender-Diverse Adults After Gender-Affirming Surgery | Columbia University Health Sciences | 3/14/25 |
| F31NR021330 | The Role of Social Determinants in Reproductive Coercion: Understanding Health Information and Support Needs | Columbia University Health Sciences | 3/14/25 |
| F31NS130983 | Type I Interferon Mediated Restoration of Brain Endothelial Cell Function after Cerebral Infarction | Columbia University Health Sciences | 3/14/25 |
| K01AA028532 | Alcohol-Involved Sexual Assault among Bisexual Women: Disentangling Mechanisms of Risk at Individual, Interpersonal, and Structural Levels Across the Lifespan | Columbia University Health Sciences | 3/14/25 |
| K23AI163364 | Subtyping sepsis in Uganda using clinical, pathogen, and host response profiling | Columbia University Health Sciences | 3/14/25 |
| K23AI171263 | Evaluating the Epidemiology and Determinants of Neurologic Post-acute Sequelae of SARS-CoV-2 | Columbia University Health Sciences | 3/14/25 |
| K23DC019678 | Neurocognitive & neuropsychiatric impact of chemosensory alterations: Implications of olfactory dysfunction in COVID-19 | Columbia University Health Sciences | 3/14/25 |
| K99ES035895 | Spatiotemporal effects and associations between deforestation and alcohol and tobacco use in Indonesia | Columbia University Health Sciences | 3/14/25 |
| OT2OD025276 | PRIDEnet for the All of Us Research Program | Stanford University | 3/14/25 |
| P20AG093975 | Climate and Health: Action and Research for Transformational Change (CHART) | Columbia University Health Sciences | 3/14/25 |
| P20TW012808 | Anga Center for Climate Justice, Health Equity, and Community Wellbeing | Columbia Univ New York Morningside | 3/14/25 |
| P30ES009089 | Center for Environmental Health and Justice in Northern Manhattan | Columbia University Health Sciences | 3/14/25 |
| P50MD017341 | Center to Improve Chronic disease Outcomes through Multi-level and Multi-generational approaches Unifying Novel Interventions and Training for health EquitY (The COMMUNITY Center) | Columbia University Health Sciences | 3/14/25 |
| P50MD017341-04S2 | Center to Improve Chronic disease Outcomes through Multi-level and Multi-generational approaches Unifying Novel Interventions and Training for health EquitY (The COMMUNITY Center) | Columbia University Health Sciences | 3/14/25 |
| R00ES033742 | Novel Assessments of the Health Impacts of Tropical Cyclones | Columbia University Health Sciences | 3/14/25 |
| R01AI151173 | Targeting TB transmission hotspots to find undiagnosed TB in South Africa: a genomic, geospatial and modeling study (TARGET- TB) | Columbia University Health Sciences | 3/14/25 |
| R01AI160953 | Fusion inhibitors that block host-to-host transmission of SARS-CoV-2 | Columbia University Health Sciences | 3/14/25 |
| R01AI160961 | Engineering protease-resistant antiviral peptide inhibitors for SARS-CoV-2 | Columbia University Health Sciences | 3/14/25 |
| R01CA274564 | Impact of Allostatic Load and Neighborhood Contextual Factors on Breast Cancer in the Women's Health Initiative | Columbia University Health Sciences | 3/14/25 |
| R01CA279145 | SPECTRUM (Studying PRIDE to Enhance Cancer screening guidelines for TRansgender Users of gender-affiRMing hormones) | Columbia University Health Sciences | 3/14/25 |
| R01DA054553 | Cannabis use, PrEP and HIV transmission risk Among Black MSM in Chicago | Columbia University Health Sciences | 3/14/25 |
| R01HD105492 | Trial of Human Milk Oligosaccharide-based synbiotics for HIV-exposed uninfected children | Columbia University Health Sciences | 3/14/25 |
| R01HG012841 | Just Inclusion and Equity: Negotiating Community-Research Partnerships in Genomics Research (JUSTICE) | Columbia University Health Sciences | 3/14/25 |
| R01HG012841-02S1 | Just Inclusion and Equity: Negotiating Community-Research Partnerships in Genomics Research (JUSTICE) | Columbia University Health Sciences | 3/14/25 |
| R01HL160325 | Characterizing Sleep, ART Adherence and Viral Suppression Among Black Sexual Minority Men | Columbia University Health Sciences | 3/14/25 |
| R01MD016386 | Racial Disparity in Diagnostic Evaluation of Uterine Cancer | Columbia University Health Sciences | 3/14/25 |
| R01MD017509 | Universal basic income and structural racism in the US South: Differences in health service utilization between older African American men with and without experiences of recent incarceration | Univ Of Arkansas For Med Scis | 3/14/25 |
| R01MD018250 | Assessing Cervical Cancer Healthcare Inequities in Diverse Populations: The ACHIEVE Study | Columbia University Health Sciences | 3/14/25 |
| R01MH126531 | COVID-19 Mother Baby Outcomes (COMBO): brain-behavior functioning | Columbia University Health Sciences | 3/14/25 |
| R01MH128734 | Temperature, shade, and adolescent psychopathology: understanding how place shapes health | Columbia University Health Sciences | 3/14/25 |
| R01NR020583 | Ending the HIV Epidemic with Equity: An All-facility Intervention to Reduce Structural Racism and Discrimination and Its Impact on Patient and Healthcare Staff Wellbeing | Columbia University Health Sciences | 3/14/25 |
| R13EB035037 | Summer Biomechanics, Bioengineering, and Biotransport Conference | Columbia University Health Sciences | 3/14/25 |
| R21HD115480 | Strengthening informed consent for authentic participation in perinatal HIV research | Columbia University Health Sciences | 3/14/25 |
| R25ES036012 | Bronx Environmental Health Summer Training for Justice | Columbia University Health Sciences | 3/14/25 |
| R25HL156002 | Training in Cardiovascular Sciences for Under Represented Students | Columbia University Health Sciences | 3/14/25 |
| R25HL161786 | Summer Institute for Training in Biostatistics and Data Science at Columbia (SIBDS@Columbia) | Columbia University Health Sciences | 3/14/25 |

| R25NS130961 | CADRE Program for Postbaccalaureate Training in the Neurosciences | Columbia University Health Sciences | 3/14/25 |
|---|---|---|---|
| R33CA253604 | SEARCH: SMS Electronic Adolescent Reminders for Completion of HPV vaccination- Uganda | Columbia University Health Sciences | 3/14/25 |
| R36DA061635 | Dissecting the role of loneliness on substance use- and HIV-related outcomes among sexual minority men in the United States and Canada | Columbia University Health Sciences | 3/14/25 |
| R56AI182347 | Doxy4STICare - Doxycycline for Sexually Transmitted Infections; A Comprehensive Assessment of Antimicrobial Resistance and Engagement | Columbia University Health Sciences | 3/14/25 |
| R61DA058985 | Structural Racism, Neurocognition in Reward Related Decision Making and Substance Use Risk | Columbia University Health Sciences | 3/14/25 |
| T32DK007328 | Hormones: Molecular Mechanism of Action and Functions | Columbia University Health Sciences | 3/14/25 |
| T32GM141882 | Genetic Approaches to Development and Disease | Columbia University Health Sciences | 3/14/25 |
| T32MH128395 | Social Determinants of HIV | Columbia University Health Sciences | 3/14/25 |
| T32NR007969 | Reducing Health Disparities Through Informatics | Columbia University Health Sciences | 3/14/25 |
| T35HL007616 | Short Term Training Grant | Columbia University Health Sciences | 3/14/25 |
| U01DK130058 | India - Factors of CKDu in Uddanam Study (India-FOCUS) | Columbia University Health Sciences | 3/14/25 |
| U01NS135533 | The SDOH-Homecare Intervention Focus Team (SHIFT) Trial to Mitigate SDOH in Stroke Outcomes and Build Community Capacity | Columbia University Health Sciences | 3/14/25 |
| U2RTW012123 | Advancing Public Health Research in Eastern Africa through Data Science Training (APHREA-DST) | Columbia University Health Sciences | 3/14/25 |
| U54HD113172 | NY Community-Hospital-Academic Maternal Health Equity Partnerships (NY-CHAMP) | Columbia University Health Sciences | 3/14/25 |
| F31AA031605 | A Mixed Methods Study to Enhance Alcohol Treatment Help-seeking and Engagement Among Gender Diverse Adults | University Of Memphis | 3/18/25 |
| F31AA031618 | Post-Traumatic Stress and Alcohol Use as Mechanisms Explaining IPV Among Bisexual Women Who Disclose Sexual Violence to Partners: Examining Minority Stress as a Moderator | University Of Nebraska Lincoln | 3/18/25 |
| F31AI181431 | Prevention of Chlamydia trachomatis infections: Evaluation of vaccination and post-exposure prophylactic antibiotic use as population-level strategies | University Of Washington | 3/18/25 |
| F31DA062473 | Social safety as a novel mechanism of risk for problematic substance use among sexual and gender minority youth | Univ Of North Carolina Chapel Hill | 3/18/25 |
| F31MD019985 | Characterizing Economic Determinants of Violence and Safety Disparities Among Sexual and Gender Diverse Populations | Johns Hopkins University | 3/18/25 |
| F31MH134720 | Understanding Patient Level Implementation Determinants Related to Long-acting Injectable HIV Pre-Exposure Prophylaxis among Young Men Who Have Sex with Men Living in Rural Areas | Medical College Of Wisconsin | 3/18/25 |
| F31MH136729 | Determining the role of discrimination in clinical presentation and treatment response among sexual minority people with OCD: A machine learning approach | Fordham University | 3/18/25 |
| F31MH136856 | Aligning HIV services with gender diverse community priorities through person-centered care: a mixed methods study in India | Johns Hopkins University | 3/18/25 |
| F31MH138212 | Exploring Acceptability & Potential Reach of Game-Based & Social Network Strategies for Improving PrEP & HIV Self-Testing Uptake among Latinx Sexual Minority Men Living in an EHE Priority Jurisdiction | University Of Miami School Of Medicine | 3/18/25 |
| F31MH139225 | Structural Stigma and Mental Health Among Transgender and Gender Diverse Adults Living in the Rural United States | Johns Hopkins University | 3/18/25 |
| F31MH139392 | HIV risk messaging and medical mistrust in the era of Undetectable=Untransmittable: Psychosocial and Behavioral Implications among Black, Latino/a/e/x, and Multiracial Sexual and Gender Minorities | George Washington University | 3/18/25 |
| F31NR021243 | Intergenerational and Cultural Drivers of Depressive Symptoms in Hispanic Sexual Minority Youth | University Of Miami Coral Gables | 3/18/25 |
| F31NR021247 | Client and clinician priorities for same-day PrEP and DoxyPEP awareness, uptake, and persistence in primary care. | Ohio State University | 3/18/25 |
| F32MH138253 | Training in Behavioral Design Interventions to Address Stigma among Men Who have Sex with Men | Yale University | 3/18/25 |
| K23MH134111 | Using youth-engaged methods to develop and evaluate a measure for disordered eating behaviors in transgender and gender-diverse youth | Virginia Commonwealth University | 3/18/25 |
| K23MH137389 | ALIVE: Development and feasibility of a psychosocial intervention for sexual and gender minority autistic adults | Hunter College | 3/18/25 |
| K43TW012850 | Adapting an evidence-based intervention to improve HIV testing and PrEP uptake among young men who have sex with men in Vietnam | Hanoi Medical University | 3/18/25 |
| T32MH130325 | Training Program in Translational Science, HIV, and Sexual and Gender Minority Health | Northwestern University At Chicago | 3/18/25 |
| F31AA031420 | Examining Proximal Associations between Minority Stress, PTSD Symptoms, and Alcohol Use among Bi+ College Students with Trauma Histories | University Of Tennessee Knoxville | 3/19/25 |
| K23DK139454 | Structural Racism as a "Third hit" on kidney outcomes of Black individuals with APOL1 risk alleles | Icahn School Of Medicine At Mount Sinai | 3/20/25 |
| P2CHD058486 | Columbia Population Research Center | Columbia Univ New York Morningside | 3/20/25 |
| P50MD019475 | The Institute for Health Equity Research Catalyst Center | Icahn School Of Medicine At Mount Sinai | 3/20/25 |

| R01AA031637 | The Role of Local Structural Stigma in Alcohol Related Inequities among SGM Young Adults | Pacific Institute For Res And Evaluation | 3/20/25 |
|---|---|---|---|
| R01AI145675 | Improving PrEP protection of¬†transgender women through mechanistic pharmacokinetic understanding | Johns Hopkins University | 3/20/25 |
| R01AI154541 | Sex, Gender and the Immunopathogenesis of HIV | Johns Hopkins University | 3/20/25 |
| R01AI169643 | FINISHING HIV: An EHE model for Latinos Integrating One-Stop-Shop PrEP Services, a Social Network Support Program and a National Pharmacy Chain | University Of Miami School Of Medicine | 3/20/25 |
| R01AI172092 | Enhanced COhort methods for HIV Research and Epidemiology (ENCORE) among transgender women in the United States | Johns Hopkins University | 3/20/25 |
| R01AI172469 | Examining Social Ecological and Network Factors to Assess Epidemiological Risk in a Large National Cohort of Cisgender Women | Columbia University Health Sciences | 3/20/25 |
| R01AI174862 | Cabotegravir PrEP: Actionable Robust Evidence for Translation into Practice (CABARET) | Harvard Pilgrim Health Care, Inc. | 3/20/25 |
| R01AI181732 | The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios | University Of California, San Francisco | 3/20/25 |
| R01AI186641 | Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP | University Of California, San Francisco | 3/20/25 |
| R01AI189309 | Impact of Gender Affirming Hormone Therapy on HIV Viral Dynamics and Immune Responses in Transgender Women | Johns Hopkins University | 3/20/25 |
| R01CA237670 | Project RESIST: Increasing Resistance to Tobacco Marketing Among Young Adult Sexual Minority Women Using Inoculation Message Approaches | University Of Pennsylvania | 3/20/25 |
| R01CA253244 | HPV Oropharyngeal cancer and screening in Gay and Bisexual Men | University Of Minnesota | 3/20/25 |
| R01CA265945 | Testing Effective Methods to Recruit Sexual and Gender Minority Cancer Patients for Cancer Studies | University Of Minnesota | 3/20/25 |
| R01CA276500 | Smoking and Cancer-Related Health Disparities among Sexual and Gender Minority Adults | University Of Michigan At Ann Arbor | 3/20/25 |
| R01CA285198 | Screening strategies and social determinants of health among people with high risk of anal cancer | Emory University | 3/20/25 |
| R01DA045773 | Reducing Black Men's Drug Use and Co-Occurring Negative Mental and Physical Health Outcomes: Intersectionality, Social-Structural Stressors, and Protective Factors | George Washington University | 3/20/25 |
| R01DA052016 | Substance use and DNA methylation at the intersection of sex and gender | University Of California, San Francisco | 3/20/25 |
| R01DA056888 | Optimizing PrEP Implementation and Cost-effectiveness among Sexual and Gender Minority Individuals with a Substance Use Disorder | Friends Research Institute, Inc. | 3/20/25 |
| R01DA057351 | Heavy cannabis use, neurocognition and PrEP care engagement among young Black sexual minority men | University Of Chicago | 3/20/25 |
| R01DA057351-03S1 | Heavy cannabis use, neurocognition and PrEP care engagement among young Black sexual minority men | University Of Chicago | 3/20/25 |
| R01DA058965 | Achieving Equity in Patient Outcome Reporting for Timely Assessments of Life with HIV and Substance Use (ePORTAL HIV-S) | University Of Chicago | 3/20/25 |
| R01DA058994 | Network-based study design, statistical, and modeling solutions for HIV among populations that use illicit substances: Informing interventions and policy in real-world settings using existing data | University Of Rhode Island | 3/20/25 |
| R01DA059240 | Characterizing Intersectional Geospatial Stigma and Affirmation Landscapes and Their Influence on Black and Latino Bisexual Men At Risk for Substance Abuse and HIV | Florida State University | 3/20/25 |
| R01DA061345 | Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles | University Of California Los Angeles | 3/20/25 |
| R01DA061661 | Optimizing a Just-in-Time Adaptive Intervention to Increase Uptake of Chemsex Harm Reduction Services in MSM: A Micro-randomized Trial | University Of Connecticut Storrs | 3/20/25 |
| R01DC020061 | Effects of exogenous testosterone on communication in gender diverse speakers | Boston University (Charles River Campus) | 3/20/25 |
| R01DE032225 | The Role of Testosterone on Mediating Sex and Gender Influences on Chronic Orofacial Pain Conditions | University Of Maryland Baltimore | 3/20/25 |
| R01ES036258 | Reframing personal and community report back of consumer products by centering intersectionality | Columbia University Health Sciences | 3/20/25 |
| R01HD100180 | Female Sexual Orientation GWAS | Endeavor Health Clinical Operations | 3/20/25 |
| R01HD101421 | Skeletal Health and Bone Marrow Composition Among Youth | Boston Children's Hospital | 3/20/25 |
| R01HD112418 | Long-term trajectories of psychosocial functioning among transgender youth and their parents. | Ut Southwestern Medical Center | 3/20/25 |
| R01HD114134 | Equitable Measurement of Care Disparities and Needs in Intersex Youth/Youth with Variations in Sex Development | Children's Research Institute | 3/20/25 |
| R01HG012697 | A novel approach for equitable characterization of gender and its use in exposing subgroup discrepancies in polygenic score associations | University Of Iowa | 3/20/25 |
| R01HG013145 | Trans/Forming Genomics: Guidance for Research Involving Transgender and Gender Diverse People | Icahn School Of Medicine At Mount Sinai | 3/20/25 |
| R01HL149778 | Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL) | Univ Of North Carolina Chapel Hill | 3/20/25 |
| R01HL160326 | Stigma and the non-communicable disease syndemic in aging HIV positive and HIV negative MSM | Rutgers Biomedical And Health Sciences | 3/20/25 |

| R01HL165686 | Synergistic epidemics of non-communicable diseases, stigma, depression, and material insecurities among sexual and gender minorities living with HIV in Nigeria | University Of Maryland Baltimore | 3/20/25 |
|---|---|---|---|
| R01LM013301 | UnBIASED: Understanding Biased patient-provider Interaction And Supporting Enhanced Discourse | University Of Washington | 3/20/25 |
| R01MD014722 | Still Climbin': A Randomized Controlled Trial of an Intervention to Improve Coping with Discrimination, Address Medical Mistrust, and Reduce Health Disparities among Black Sexual Minority Men | Rand Corporation | 3/20/25 |
| R01MD015109 | Charting Trajectories of Sexual Identity Development and Mental Health Disparities Among Sexual Minority Youth | Univ Of North Carolina Chapel Hill | 3/20/25 |
| R01MD016417 | Contextual Determinants of Sexual Minority Health in the United States | University Of Texas San Antonio | 3/20/25 |
| R01MD018051 | Modeling Resilience as a Multidimensional Protective Factor for Transgender Health Disparities: Measure Development and Longitudinal Evaluation of Resilience | Michigan State University | 3/20/25 |
| R01MD018167 | Sexual minority couples' health during the transition to marriage | University Of Denver (Colorado Seminary) | 3/20/25 |
| R01MD018340 | Investigating and identifying the heterogeneity in COVID-19 misinformation exposure on social media among Black and Rural communities to inform precision public health messaging | University Of Pennsylvania | 3/20/25 |
| R01MD018523 | A Multilevel, Multiphase Optimization Strategy for PrEP: Patients and Providers in Primary Care | Henry Ford Health + Michigan State University Health Sciences | 3/20/25 |
| R01MD018571 | A multidimensional investigation of social support for transgender and nonbinary people and its impacts on health and well-being: Measurement development using community engagement | University Of Wisconsin-Madison | 3/20/25 |
| R01MD018679 | Understanding the Role of Structural Oppression for Suicide Risk among Black Sexual and Gender Minority Adolescents and Young Adults | Rutgers Biomedical And Health Sciences | 3/20/25 |
| R01MD019181 | MyPEEPS Mobile Plus: A Multi-Level HIV Prevention Intervention for Young MSM¬† | Columbia University Health Sciences | 3/20/25 |
| R01MD019278 | Examining the Mechanisms and Consequences of Sleep Health Inequities Affecting Black Sexual Minority Men | Rand Corporation | 3/20/25 |
| R01MH100028 | Autism Center of Excellence Network: Neurodevelopmental Biomarkers of Late Diagnosis in Female and Gender Diverse Autism | University Of Virginia | 3/20/25 |
| R01MH115349 | Sex hormone effects on neurodevelopment: Controlled puberty in transgender adolescents | Stanford University | 3/20/25 |
| R01MH115765 | A couples-based approach to HIV prevention for transgender women and their male partners | University Of Michigan At Ann Arbor | 3/20/25 |
| R01MH118245 | Biopsychosocial mechanisms underlying internalizing psychopathology in a prospective, population-based cohort of sexual minority young adults | Yale University | 3/20/25 |
| R01MH119015 | Addressing the continuum of care among high-risk Thai men | Mahidol University | 3/20/25 |
| R01MH119956 | PrEP-3D: An Integrated Pharmacy Digital Diary and Delivery Strategy to Increase PrEP Use Among MSM | Public Health Foundation Enterprises | 3/20/25 |
| R01MH121256 | Promoting Reductions in Intersectional Stigma to Improve HIV Testing and PrEP Use Among Latino Sexual Minority Men | Rand Corporation | 3/20/25 |
| R01MH123282 | NEXUS: A novel social network approach to study the effects of intersectional stigma on HIV prevention among Latino MSM | University Of California, San Diego | 3/20/25 |
| R01MH123349 | Social and structural violence and HIV care continuum outcomes: Developing a trauma-informed HIV care intervention among WLWH | University Of British Columbia | 3/20/25 |
| R01MH123388 | Violence and viral suppression among men living with HIV | University Of Michigan At Ann Arbor | 3/20/25 |
| R01MH123746 | THE IMPACT OF PUBERTAL SUPPRESSION ON ADOLESCENT NEURAL AND MENTAL HEALTH TRAJECTORIES - Resubmission - 1 | Research Inst Nationwide Children's Hosp | 3/20/25 |
| R01MH124900 | Social-Affective Vulnerability to Suicidality among LGBTQ Young Adults: Proximal and Distal Factors | University Of Pittsburgh At Pittsburgh | 3/20/25 |
| R01MH125727 | PrEParados: A Multi-Level Social Network Model to Increase PrEP Enrollment by Latino MSM Self-Identified as Gay, Bisexual | University Of Miami School Of Medicine | 3/20/25 |
| R01MH128049 | Tcher, Take Charge: Increasing PrEP Awareness, Uptake, and Adherence Through Health Care Empowerment and Addressing Social Determinants of Health Among Racially Diverse Trans Women in the Deep South | Public Health Foundation Enterprises | 3/20/25 |
| R01MH128130 | STI Response and Recommendations Under PrEP (STIRRUP) | Emory University | 3/20/25 |
| R01MH131475 | Intervention to Enhance PrepPersistence Among African American Men Who Have Sex With Men | Brown University | 3/20/25 |
| R01MH132147 | Scaling Up Implementation Strategies to Improve the DIAGNOSE and PREVENT Pillars for Young MSM in Florida | Florida State University | 3/20/25 |
| R01MH132692 | Young Sexual Minority Women's Mental Health: Developmental Trajectories, Mechanisms of Risk, and Protective Factors. | University Of Cincinnati | 3/20/25 |
| R01MH137695 | Measuring and Mapping Trajectories of Risk and Resilience for Suicidal Thoughts and Behaviors in Sexual and Gender Minority Preteens | Vanderbilt University | 3/20/25 |
| R01MH138237 | Leveraging a Strategic Alliance of Community-Based Implementers and Researchers to Characterize, Protocolize, and Scale Up Local Implementation Strategies for Ending the HIV Epidemic among Latino MSM | University Of Miami Coral Gables | 3/20/25 |
| R01MH138335 | Bisexual adolescents' and young adults' risk for depression and suicidal ideation: Developmental trajectories, risk and protective factors, and underlying mechanisms | Ohio State University | 3/20/25 |

| R01MH140023 | Mental Health Effects of Marriage Policy: Evidence from Linked Administrative Data in New Zealand | Vanderbilt University | 3/20/25 |
|---|---|---|---|
| R01NR021461 | Examining Non-Congregate Shelter Effects on Mental Health Crises through Community Health Partnerships in Connecticut | Yale University | 3/20/25 |
| R03AA031740 | Romantic Relationships, Discrimination Stressors, and Alcohol Use among Sexual and Gender Minority Adults | Montana State University - Bozeman | 3/20/25 |
| R03CA289560 | Refinement of a Training Module to Improve Discussions of Sexual Orientation and Gender Identity in Cancer Clinics | Mayo Clinic Rochester | 3/20/25 |
| R13AI188929 | 2025 Sex Differences in Immunity Gordon Research Conference and Gordon Research Seminar | Gordon Research Conferences | 3/20/25 |
| R13HD117635 | Be Curious, Not Judgmental: The 4th National Symposium on Sexual Behavior of Youth | University Of Oklahoma Hlth Sciences Ctr | 3/20/25 |
| R13HL177880 | 2025 Cardiac Arrhythmia Mechanisms Gordon Research Conference and Gordon Research Seminar | Gordon Research Conferences | 3/20/25 |
| R13MH136663 | Enhancing Diversity, Equity, and Inclusion in Mental Health Research: American Psychopathological Association Annual Meetings | New York State Psychiatric Institute Dba Research Foundation For Mental Hygiene, Inc | 3/20/25 |
| R15AA030898 | Reconstruction of an SGM-specific sexual violence peer support program (SSS+) | University Of North Carolina Charlotte | 3/20/25 |
| R21AA031548 | Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study | Virginia Polytechnic Inst And St Univ | 3/20/25 |
| C06OD034040 | Developing a Community-Based Facility to Support Next Generation Biomedical HIV Research | Whitman-Walker Institute, Inc. | 3/21/25 |
| C06OD034042 | Meharry HIV/AIDS Research and Training Facility | Meharry Medical College | 3/21/25 |
| D43TW011324 | Malaysian Implementation Science Training (MIST) Program in HIV | Yale University | 3/21/25 |
| D43TW012274 | Integrated Networks of Scholars in Global Health Research Training (INSIGHT) | University Of Maryland Baltimore | 3/21/25 |
| DP2MH132938 | Transdiagnostic Intervention to Reduce Internalized Health-Related Stigma | University Of Florida | 3/21/25 |
| DP2MH132938-01S1 | Assessing Internalized Health-Related Stigma in Spanish-Speaking Latino Adults | University Of Florida | 3/21/25 |
| F31AA030722 | Examining differential effects of state equality-promoting policies on harmful alcohol use among sexual and gender minority adults in the U.S.: an econometrics approach for causal inference | University Of California, San Francisco | 3/21/25 |
| F31CA271474 | Low Dose Computed Tomography (LDCT) Eligibility and Outcome differences between Sexual and Gender Minorities and their Sexual and Gender Majority Counterparts | University Of Michigan At Ann Arbor | 3/21/25 |
| F31DA059345 | Minority Stress, Stimulant Use, and HIV among Sexual Minority Men: A Biopsychosocial Approach | San Diego State University | 3/21/25 |
| F31MH132187 | Applying Computational Phenotypes To Assess Mental Health Disorders Among Transgender Patients in the United States | Univ Of North Carolina Chapel Hill | 3/21/25 |
| F31MH133472 | Identifying preferences for receiving HIV prevention services among GBMSMs and for providing HIV prevention services among HCPs who are active-duty service members | Florida International University | 3/21/25 |
| F31MH135787 | Extending the Prevention Toolbox: Exploring the Acceptability and Impact of Long-acting Injectable PrEP among MSM in Baltimore: A Pilot Study | Johns Hopkins University | 3/21/25 |
| F31MH135828 | Employment as prevention: Adapting a structural intervention to achieve HIV equity among immigrant Latino MSM. | University Of Miami School Of Medicine | 3/21/25 |
| F31NR020760 | Interpersonal Protective Factors and Mental Health Symptom Self-Management Among Black Transgender Women: A Mixed-Methods Study | Johns Hopkins University | 3/21/25 |
| F32AA030194 | Sexual orientation, gender identity, and alcohol use: A multi-method analysis of developmental differences and key mechanisms | Univ Of Maryland, College Park | 3/21/25 |
| F32MD017452 | Sexual Minority Mental Health During the COVID-19 Pandemic: An Intersectional, Social Epidemiologic Investigation | Boston Children's Hospital | 3/21/25 |
| G13LM013533 | The Use of Diversity: Managing Race and Representation in Law, Politics, and the Biosciences | Northeastern University | 3/21/25 |
| K01HL151902 | Building methods to assess and address cardiovascular health in transgender adults | Boston Medical Center | 3/21/25 |
| K01HL151902-04S1 | Assessing the burden of dementia in transgender populations | Boston Medical Center | 3/21/25 |
| K01MH116737-06S1 | COVID-19 Administrative Supplement to K01: Adapting, Pilot Testing a Behavioral Intervention to Incorporate Advances in HIV Prevention for Black Young MSM in Alabama | Florida State University | 3/21/25 |
| K01MH117142-05S1 | Biological Mechanisms of Suicidal Behavior among Sexual Minority Adolescents - Supplement | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| K01MH130270 | Intersectional minority stress, mental health, and HIV treatment and care among MSM living with HIV in Ghana | State University Of New York At Buffalo | 3/21/25 |
| K01MH134764 | Intersectional discrimination and linkage to HIV prevention and care in transgender women in Ecuador | Whitman-Walker Institute, Inc. | 3/21/25 |
| K08CA276706 | Understanding Breast Cancer Risk and Screening in Transgender Persons through a Pilot Breast Cancer Screening Program | Medical College Of Wisconsin | 3/21/25 |
| K08MD019314 | Predicting acute and dynamic suicide risk in rural sexual minorities | University Of Oregon | 3/21/25 |
| K12AR084217-09S1 | Supporting the Tufts BIRCWH Program with an Additional Scholar Position | Tufts University Boston | 3/21/25 |

| K12AR084219-26S1 | UCSF-Kaiser Department of Research Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Program | University Of California, San Francisco | 3/21/25 |
|---|---|---|---|
| K12AR084220-21S1 | Building Interdisciplinary Research Careers in Women's Health at UC Davis | University Of California At Davis | 3/21/25 |
| K12HD000850 | Pediatric Scientist Development Program | Weill Medical Coll Of Cornell Univ | 3/21/25 |
| K12HD103084 | Stanford Women's Reproductive Health Research Career Development Program | Stanford University | 3/21/25 |
| K99MD019060 | A digital health intervention to increase condom use among adolescent sexual minority males | Trustees Of Indiana University | 3/21/25 |
| P01HD109850 | A longitudinal study investigating TDM and adolescent health and development: Brain, Behavior and well-Being | University Of Wisconsin-Madison | 3/21/25 |
| P20GM135007 | Vermont Center for Cardiovascular and Brain Health | University Of Vermont & St Agric College | 3/21/25 |
| P30CA016056-47S1 | Two-Spirit Films in Indigenous Cancer Health | Roswell Park Cancer Institute Corp | 3/21/25 |
| P50MD017349 | Chicago Chronic Condition Equity Network (C3EN) | University Of Chicago | 3/21/25 |
| P50MD017349-03S1 | Chicago Chronic Condition Equity Network (C3EN) | University Of Chicago | 3/21/25 |
| P50MH126283 | ALACRITY for Early Screening and Treatment of High Risk Youth (eSToRY) | Cambridge Health Alliance | 3/21/25 |
| R00AA028049 | A mixed-methods approach to understanding stress and hazardous drinking among same-sex female couples | Northwestern University At Chicago | 3/21/25 |
| R00AA030079 | Event-level Antecedents of Heavy Drinking Among Bisexual and Heterosexual Women with and without Histories of Sexual Assault | Rhode Island Hospital | 3/21/25 |
| R00AA030601 | Stigma,Romantic Relationships, and Alcohol Use Among Transgender and Nonbinary Young Adults | Boston University Medical Campus | 3/21/25 |
| R00CA260718 | Testing the effect of anti-tobacco message framing on polytobacco use in lesbian, gay, bisexual, and transgender young adults | Ohio State University | 3/21/25 |
| R00DA055508 | A Gender-Affirming Stigma Intervention to Improve Substance Misuse and HIV Risk among Transgender Women | Illinois Institute Of Technology | 3/21/25 |
| R00MD015770 | Population-Specific Eating Disorder Risk Factors in Sexual Minority Women | University Of Colorado Denver | 3/21/25 |
| R00MD017967 | Sexually Transmited Infection Testing Risk and Prevention among Trans Women (STRiP-T) | University Of Central Florida | 3/21/25 |
| R01AA027248 | Alcohol, minority stress, and intimate partner violence: Temporal and prospective associations in sexual minority young adults | University Of Wisconsin Milwaukee | 3/21/25 |
| R01AA027252 | Stress, hazardous drinking and intimate partner aggression in a diverse sample of women and their partners | Columbia University Health Sciences | 3/21/25 |
| R01AA028810 | Peer Victimization and Risky Alcohol Use among Sexual Minority Youth: Understanding Mechanisms and Contexts | State University Of New York At Buffalo | 3/21/25 |
| R01AA029044 | Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth | Northwestern University At Chicago | 3/21/25 |
| R01AA029044-04S1 | Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth | Northwestern University At Chicago | 3/21/25 |
| R01AA029076 | Project Recognize: Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Northwestern University At Chicago | 3/21/25 |
| R01AA029076-04S1 | Improving Measurement of Alcohol Use and Other Disparities by Sex, Sexual Orientation, and Gender Identity through Community Engagement | Northwestern University At Chicago | 3/21/25 |
| R01AA029088 | A unified protocol to address sexual minority women's minority stress, mental health and hazardous drinking | Yale University | 3/21/25 |
| R01AA029989 | Long-term and Daily Associations among Intersectional Minority Stress, Structural Oppression, and Alcohol Use and Misuse among Sexual Minority Adolescents of Color | Univ Of Maryland, College Park | 3/21/25 |
| R01AA030017 | A Randomized Controlled Trial of a Game-Based Intervention to Reduce Alcohol Use among Sexual and Gender Minority Youth | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| R01AA030243 | Sexual Fluidity and Longitudinal Changes in Alcohol Misuse and Associated Health Consequences | University Of Michigan At Ann Arbor | 3/21/25 |
| R01AA030558 | Experiences of Rural Sexual and Gender Minority Couples: Does Alcohol Use Explain the Link Between Minority Stress and Intimate Partner Discord and Violence | University Of Nebraska Lincoln | 3/21/25 |
| R01AA031175 | Feasibility and Effectiveness of Gamified Digital Intervention to Prevent Alcohol and Mental Health Risks | Loyola Marymount University | 3/21/25 |
| R01AA031213 | The Impact of Minority Stress on Alcohol-Related Sexual Assault among Sexual Minority College Students: An Intersectional, Mixed-Methodological Study | University Of Wisconsin Milwaukee | 3/21/25 |
| R01AG060944 | The All-or-Nothing Marriage? Marital Functioning and Health Among Individuals in Same and Different-Gender Marriages | University Of Minnesota | 3/21/25 |
| R01AG063954 | Establishing the science behind Alzheimer's recruitment registries: opportunities for increasing diversity and accelerating enrollment into trials | Banner Health | 3/21/25 |
| R01AG069003 | Looking Back to Look Forward: Social Environment Across the Life Course, Epigenetics, and Birth Outcomes in Black Families | Univ Of North Carolina Chapel Hill | 3/21/25 |

| | | | |
|---|---|---|---|
| R01AG069041 | Social Convoys, Cognitive Reserve and Resilience, and Risk for Alzheimer's Disease and Related Dementias | New York State Psychiatric Institute Dba Research Foundation For Mental Hygiene, Inc | 3/21/25 |
| R01AG070059 | Sampling Strategies and Measure Development for the LGBT Aging Project (SAMLAP) | National Opinion Research Center | 3/21/25 |
| R01AG072592 | Cerebral small vessel disease burden and racial disparity in vascular cognitive impairment and Alzheimer‚Äôs disease and its related dementias | University Of Cincinnati | 3/21/25 |
| R01AG073440 | Examining Health Comorbidities and Healthcare Utilization Disparities among Older Transgender and Cisgender Adults in the U.S. | Brown University | 3/21/25 |
| R01AG075734-03S1 | Training the Long-Term Services and Supports Dementia Care Workforce in Provision of Care to Sexual and Gender Minority Residents | University Of Minnesota | 3/21/25 |
| R01AG077934 | Structural Racism and Discrimination in Older Men's Health Inequities | University Of California, San Francisco | 3/21/25 |
| R01AG082080 | Improving Inclusivity of Alzheimer‚Äôs Disease and Related Dementias Research for Asian Americans and Latinx through Nationally Representative Hybrid Sampling. | University Of Michigan At Ann Arbor | 3/21/25 |
| R01AG083177 | Enhancing Measurement and Characterization of Roles and Experiences of Sexual and Gender Minority Caregivers of Persons living with Alzheimer's Disease and Related Dementias | University Of Nevada Las Vegas | 3/21/25 |
| R01AG087121 | ADRD risk and resilience among Black Americans: A 20-year longitudinal study | University Of Michigan At Ann Arbor | 3/21/25 |
| R01AI169636-03S1 | ED2PrEP - patient focused, low-burden strategies for PrEP uptake among emergency departments patients: a cross-over hybrid implementation-effectiveness trial | Albert Einstein College Of Medicine | 3/21/25 |
| R01CA276594-02S1 | Randomized Controlled Trial of Dyadic Financial Incentive Treatment for Dual Smoker Couples: Evaluation of Efficacy, Mechanisms, and Cost Effectiveness | University Of Oklahoma Hlth Sciences Ctr | 3/21/25 |
| R01DA056235 | Structural Influences on Methamphetamine Use among Black Gay and Bisexual Men in Atlanta | Emory University | 3/21/25 |
| R01DA056287 | Comparative- and cost-effectiveness research determining the optimal intervention for advancing transgender women living with HIV to full viral suppression | Friends Research Institute, Inc. | 3/21/25 |
| R01DA059022 | The Collaborative Care PrTNER (Prevention, Treatment, Navigation,Engagement, Resource) Project | Children's Hosp Of Philadelphia | 3/21/25 |
| R01DA059480 | Elucidating minority stress influences on tobacco use at the intersection of sexual orientation and rurality | University Of Oklahoma Hlth Sciences Ctr | 3/21/25 |
| R01DK130864-03S1 | The role of circulating meta-inflammatory monocytes in adolescent insulin resistance | University Of Michigan At Ann Arbor | 3/21/25 |
| R01GM155395 | Promoting Inclusive Excellence | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| R01HD109320 | Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality | Ibis Reproductive Health | 3/21/25 |
| R01HD109320-02S1 | Advancing novel survey tools to increase participation and improve sexual and reproductive health data quality | Ibis Reproductive Health | 3/21/25 |
| R01HD111516 | Intervention to improve parent communication about sexuality with sexual minority male adolescents | University Of Pennsylvania | 3/21/25 |
| R01HD112464 | Health and economic consequences of changing federal and state policies on reproductive health. | University Of California, San Francisco | 3/21/25 |
| R01HD115551 | Understanding multilevel predictors affecting family formation among sexual and gender minority couples | Northwestern University At Chicago | 3/21/25 |
| R01HD115921 | The effects of gender-affirming sex steroids on brain development in adolescents | Boston Children's Hospital | 3/21/25 |
| R01HL169503 | Geographically-Explicit Ecological Momentary Assessment Protocol to Assess the Linkages Between Intersectional Discrimination and CVD Risk Among Sexual and Gender Minorities | New York University | 3/21/25 |
| R01HL177518 | Cardiometabolic Impact of Gender-Affirming Hormone Therapy in Transmasculine Young Adults | Medical College Of Wisconsin | 3/21/25 |
| R01MD013907-05S1 | A culturally centered CBT protocol for suicidal ideation and suicide attempts among Latinx youth | Emma Pendleton Bradley Hospital | 3/21/25 |
| R01MD015256 | Sexual orientation-related disparities in obstetrical and perinatal health | Harvard Pilgrim Health Care, Inc. | 3/21/25 |
| R01MD015256-05S1 | Improving service delivery models of medically assisted reproduction: A patient journey mapping study of sexual minority women couples' experience of medicalized family formation | Harvard Pilgrim Health Care, Inc. | 3/21/25 |
| R01MD015722 | Adolescent health at the intersections of sexual, gender, racial/ethnic, immigrant identities and native language | University Of Minnesota | 3/21/25 |
| R01MD017085 | Social Connectedness and Health among Gender Minority People of Color | Columbia University Health Sciences | 3/21/25 |
| R01MD017573 | Sexual Assault Recovery Among Sexual Minority Women: A Longitudinal, Multi-Level Study | University Of Washington | 3/21/25 |
| R01MD017588 | Promoting Health and Reducing Risk among Hispanic Sexual Minority Youth and Families | University Of Miami Coral Gables | 3/21/25 |
| R01MD018582 | Psychosocial Predictors of Risk for Suicidal Behavior Among Gender Minority Adolescents | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| R01MD019029 | Assessing intersectional, multilevel and multidimensional structural racism for English- and Spanish-speaking populations in the US | University Of Maryland Baltimore | 3/21/25 |

| R01MD019029-02S1 | Assessing intersectional, multilevel and multidimensional structural racism for English- and Spanish-speaking populations in the US | University Of Maryland Baltimore | 3/21/25 |
|---|---|---|---|
| R01MH127014-03S1 | Dopamine Availability and Developmental Pathways of Adolescent Depression and Anhedonia - Administrative Supplement | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| R01MH129175 | Strategies to Prevent HIV Acquisition Among Transgender MSM in the US | University Of Michigan At Ann Arbor | 3/21/25 |
| R01MH129285 | A multi-level approach to improve HIV prevention and care for transgender women of color | New York State Psychiatric Institute Dba Research Foundation For Mental Hygiene, Inc | 3/21/25 |
| R01MH130208 | Choice-Based PrEP Delivery for Transgender People in Uganda | Infectious Diseases Institute | 3/21/25 |
| R01MH130375 | A longitudinal and experience sampling investigation of rejection sensitivity and its role in sexual minority adolescents' mental health | Rosalind Franklin Univ Of Medicine & Sci | 3/21/25 |
| R01MH130675 | 1/4 Asian Bipolar Genetics Network (A-BIG-NET) | Broad Institute, Inc. | 3/21/25 |
| R01MH133543 | Implementing sustainable evidence-based mental healthcare in low-resource community settings nationwide to advance mental health equity for sexual and gender minority individuals | Yale University | 3/21/25 |
| R01MH134051 | A Strengths-Based, Intersectional Approach to Suicide Prevention Among Black Sexual and Gender Minority Youth | University Of Central Florida | 3/21/25 |
| R01MH134176-02S1 | Effect of Medicaid Accountable Care Organizations on Behavioral Health Care Quality and Outcomes for Children | University Of Massachusetts Amherst | 3/21/25 |
| R01MH134264 | Implementation of PrEP Care Among Women in Family Planning Clinics | Rush University Medical Center | 3/21/25 |
| R01MH134267 | Evaluating the effectiveness of a mobile HIV prevention app to increase HIV and STI testing and PrEP initiation among rural men who have sex with men | Emory University | 3/21/25 |
| R01MH134721 | A randomized clinical trial of client-centered care coordination to improve pre-exposure prophylaxis use for Black men who have sex with men | University Of Maryland Baltimore | 3/21/25 |
| R01MH135498 | Using digital photovoice to explore the relationships between social media content and suicidality among transgender adolescents | University Of Wisconsin Milwaukee | 3/21/25 |
| R01MH138225 | A Multi-Level Integrated Strategy to Optimize PrEP Adherence for Black MSM and Accelerate Implementation at Scale | Yale University | 3/21/25 |
| R01NR020309 | Harnessing the power of technology to develop a population-based HIV prevention program for trans girls | Center For Innovative Public Health Research | 3/21/25 |
| R01NR020437 | Characterizing intersecting sexual, gender, and race-based stigmas affecting communities of US transgender women and cisgender men who are sexually active with men | Johns Hopkins University | 3/21/25 |
| R01NR021019 | Enhancing Structural Competency in School-Based Health Centers to Address LGBTQ+ Adolescent Health Equity | Pacific Institute For Res And Evaluation | 3/21/25 |
| R01NR021170 | Status-neutral community-based multilevel intervention to address intersectional stigma and discrimination, and increase HIV testing, PrEP, and ART uptake among YGBMSM in Ghanaian Slums | University Of Rochester | 3/21/25 |
| R01NS101483 | Reducing Disparities in Dementia and VCID Outcomes in a Multicultural Rural Population | University Of Miami School Of Medicine | 3/21/25 |
| R01TW012392 | Buddhism and HIV Stigma in Thailand: An Intervention Study | University Of California Los Angeles | 3/21/25 |
| R01TW012392-03S1 | Buddhism and HIV Stigma in Thailand: An Intervention Study | University Of California Los Angeles | 3/21/25 |
| R01TW012671 | Adaptation and feasibility of Many Men Many Voices (3MV), an HIV prevention intervention to reduce intersectional stigma and increase HIVST among YSMM residing in Ghanaian slums | University Of Rochester | 3/21/25 |
| R03DA052651 | Improving Sexual Minority Health: Differences in Substance Use, Substance Use Treatment, and Associated Chronic Diseases among Rural versus Urban Populations | Ohio State University | 3/21/25 |
| R03MH130275 | Applying Deep Learning for Predicting Retention in PrEP Care and Effective PrEP Use among Key Populations at Risk for HIV in Thailand | Univ Of Massachusetts Med Sch Worcester | 3/21/25 |
| R13AA031402 | Enhancing dissemination and career development in sex and gender translational science in alcohol use | Yale University | 3/21/25 |
| R13AG056135 | Organization for the Study of Sex Differences Annual Meeting | University Of California Los Angeles | 3/21/25 |
| R13AG066389 | The ADAR Summit Meeting | University Of South Carolina At Columbia | 3/21/25 |
| R13HD090968 | Boston University Conference on Language Development, 2022-2026 | Boston University (Charles River Campus) | 3/21/25 |
| R13HL173969 | Society of Behavioral Medicine 2024 Annual Meeting & Scientific Sessions | Society Of Behavioral Medicine | 3/21/25 |
| R13MD019531 | SOCIAL MEDICINE CASES FOR HEALTH EQUITY | University Of California Berkeley | 3/21/25 |
| R21AG087792 | Bridge to Belonging (B2B): Peer led intervention to reduce loneliness and depression among older gay and bisexual men | Fenway Community Health Center | 3/21/25 |
| R21AI178840 | Defining the neovaginal microbiome after gender affirming vaginoplasty | Case Western Reserve University | 3/21/25 |
| R21AI183907 | Applying a Behavioral Economic Approach on PrEP and Hormone Options among Transgender Women | University Of Washington | 3/21/25 |
| R21CA292185 | Adapting and testing a smoking cessation intervention for transgender and gender-diverse individuals | Massachusetts General Hospital | 3/21/25 |
| R21DA053156 | Social environmental drivers of stimulant use and its impact on HIV prevention and treatment in Black men who have sex with men | New York State Psychiatric Institute Dba Research Foundation For Mental Hygiene, Inc | 3/21/25 |

| R21DA058575 | Tailoring Delivery of Long Acting PrEP for Cisgender (MSM) who Use Methamphetamine | Harvard Pilgrim Health Care, Inc. | 3/21/25 |
|---|---|---|---|
| R21DA060856 | CHAMPION - Combining HIV And Stimulant Prevention and Treatment Interventions Optimized for HIV-Negative MSM | University Of California, San Diego | 3/21/25 |
| R21DA062591 | Optimizing long-acting injectable PrEP strategies for sexual minority men who use methamphetamine | Graduate School Of Public Health And Health Policy | 3/21/25 |
| R21DC021537 | Improving the accessibility of transgender voice training with visual-acoustic biofeedback | University Of Cincinnati | 3/21/25 |
| R21HD107609 | Cardiometabolic effects of gender-affirming hormone therapy in transgender adolescents | Yale University | 3/21/25 |
| R21HD110617 | Development and Initial Trial of Brief Interventions to Help Parents of Stigmatized Youth Reduce Distress and Strengthen Attachment | Yale University | 3/21/25 |
| R21HD114341 | Understanding the Complex Reproductive Health Needs of Formerly Incarcerated Young Men | Johns Hopkins University | 3/21/25 |
| R21HD115838 | Feasibility study for assessing processes and outcomes related to gender affirming care | University Of Colorado Denver | 3/21/25 |
| R21HD116080 | Confidentiality in use of health insurance coverage for reproductive health services | Brigham And Women's Hospital | 3/21/25 |
| R21MD018707 | Identifying Community-Informed DoxyPEP Implementation Strategies to Guide Equitable Delivery of Syphilis Prevention | University Of Chicago | 3/21/25 |
| R21MD019089 | Advancing help-seeking and recovery measures for sexual and gender minority survivors of gender-based violence | Temple Univ Of The Commonwealth | 3/21/25 |
| R21MD019345 | Ecological momentary assessment of daily minority stressors and cannabis and tobacco co-use among sexual minority young adults | University Of Oklahoma Hlth Sciences Ctr | 3/21/25 |
| R21MD019829 | The Roles of Parental Mental Health and Help-Seeking: Utilizing a Family Systems Approach to Upstream Suicide Prevention for Sexual Minority Youth | University Of Southern California | 3/21/25 |
| R21MH128114 | Strengthening the HIV care continuum for transgender women living with HIV in Malaysia | Yale University | 3/21/25 |
| R21MH129186 | Expanding "Safe Spaces 4 Sexual Health," a Mobile Van HIV/STI Testing and Care Linkage Strategy, for Black MSM in online spaces | Johns Hopkins University | 3/21/25 |
| R21MH130217 | In-depth Understanding of HIV Risk Behavior among Men Who Have Sex With Men in Sub-Saharan Africa: Secondary Analysis of HPTN 075 Data | New York State Psychiatric Institute Dba Research Foundation For Mental Hygiene, Inc | 3/21/25 |
| R21MH130302 | The Influence of Developmental Assets on Intersectional Stigma and HIV Prevention Behaviors in Black MSM | Ohio State University | 3/21/25 |
| R21MH132421 | Formative work to develop differentiated communication tools to facilitate transgender women's recruitment, enrollment, and retention in HIV vaccine trials | University Of Colorado Denver | 3/21/25 |
| R21MH133487 | Enhancing Engagement with Online Health Messaging about Oral and Injectable PrEP Among Young-Adult MSM | Pennsylvania State University, The | 3/21/25 |
| R21MH135130 | Cultural Consensus Modeling to Identify Culturally Relevant Risk and Protective Factors for Suicide among Sexual Minority Youth | Louisiana State Univ A&M Col Baton Rouge | 3/21/25 |
| R21MH135234 | Design of a Lay Health Worker Training Intervention to Promote Mental Health Care Access for Racially Diverse Transgender Youth | University Of California Santa Barbara | 3/21/25 |
| R21MH135779 | Formative work for the development of an intervention to support combined HIV/syphilis self-testing and linkage to prevention and treatment services for transgender women in South Africa | University Of Colorado Denver | 3/21/25 |
| R21MH136855 | Over-the-Counter PrEP: Acceptability, Feasibility, and Potential Impact of Access without a Prescription (OFFSCRIPT) | Harvard Pilgrim Health Care, Inc. | 3/21/25 |
| R21MH136915 | Impact of geographic mobility on PrEP and HIV care outcomes among Latino gay, bisexual and other men who have sex with men | New York Blood Center | 3/21/25 |
| R21TW012010 | Stigma Reduction and Gender Affirmation to Promote HIV Prevention/Testing in Trans Women | Emory University | 3/21/25 |
| R24AG065151 | Recruiting & Retaining Older African Americans into Research (ROAR) | University Of Michigan At Ann Arbor | 3/21/25 |
| R24AG066599 | Building Community and Research Engagement among Sexual and Gender Minority Older Adults at Risk for Alzheimer‚Äôs Disease and Related Dementias | Emory University | 3/21/25 |
| R24NS132283 | PURPOSE: Positively Uniting Researchers of Pain to Opine, Synthesize, and Engage | Neurovations | 3/21/25 |
| R24NS132283-01S1 | PURPOSE: Positively Uniting Researchers of Pain to Opine, Synthesize, and Engage | Neurovations | 3/21/25 |
| R25AG076390 | A Multidimensional Aging Science Program: MSTEM Scholars Trained in Aging Research (MSTEM STAR) | California State University Fullerton | 3/21/25 |
| R25CA265802 | Sexual and Gender Minority Cancer Curricular Advances for Research and Education (SGM Cancer CARE) | University Of Tx Md Anderson Can Ctr | 3/21/25 |
| R25EB034489 | ESTEEMED Scholars Program at the University of Rhode Island | University Of Rhode Island | 3/21/25 |
| R25GM050070 | BioPREP: Biology Partnership in Research and Education Program | State University New York Stony Brook | 3/21/25 |
| R25GM060566 | The Next Generation of Black Women Scientists | Spelman College | 3/21/25 |
| R25GM066534 | Virginia Tech Postbaccalaureate Research Education Program (VT PREP) | Virginia Polytechnic Inst And St Univ | 3/21/25 |
| R25GM144253 | Intermountain PREP | University Of Utah | 3/21/25 |

| R25GM147291 | STEM-Coaching and Resources for Entrepreneurial Women (CREW) | Medical University Of South Carolina | 3/21/25 |
|---|---|---|---|
| R25GM152359 | PREP-MT: Providing Research Education for Postbaccalaureate Trainees in Montana | Montana State University - Bozeman | 3/21/25 |
| R25HD116367 | Restoring equity to measuring and preventing perinatal intimate partner violence (Remap-IPV) | Univ Of North Carolina Chapel Hill | 3/21/25 |
| R25HG012330 | Training in Genomics Research (TiGeR) | Arizona State University-Tempe Campus | 3/21/25 |
| R25MH119858 | SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health | Public Health Foundation Enterprises | 3/21/25 |
| R25MH126703 | Pipeline to Graduate Education and Careers in Behavioral and Social Science Research for URM Undergraduates: Addressing HIV in Sexual and Gender Minority Communities | University Of Michigan At Ann Arbor | 3/21/25 |
| R25MH129290 | Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program | University Of California, San Francisco | 3/21/25 |
| R33HD107988 | Optimizing an mHealth intervention to improve uptake and adherence of the HIV pre-exposure prophylaxis (PrEP) in vulnerable adolescents and emerging adults | Univ Of Massachusetts Med Sch Worcester | 3/21/25 |
| R33MH120236 | Suicide Prevention for Sexual and Gender Minority Youth | San Diego State University | 3/21/25 |
| R33TW011665 | Development and Testing of a Mobile Application to Enhance HIV Prevention Cascade in Malaysian MSM | University Of Connecticut Storrs | 3/21/25 |
| R34AA030035 | Integrated Alcohol and Sexual Assault Prevention for Bisexual Women | Rhode Island Hospital | 3/21/25 |
| R34AA030662 | An Online Family-based Program to Prevent Alcohol Use and Dating and Sexual Violence among Sexual and Gender Minority Youth | University Of Colorado | 3/21/25 |
| R34CA283408 | Adapting the FOCUS Program for Sexual and Gender Minority (SGM) Cancer Patients and Caregivers | University Of Rochester | 3/21/25 |
| R34DA055503 | Integration of Electronic SBI(RT) into an HIV Testing Program to Reduce Substance Use and HIV risk Behavior among MSM in Argentina | Florida State University | 3/21/25 |
| R34DA058191 | Proud to Quit (P2Q): A Person-centered mobile technology intervention for smoking cessation among transgender adults | University Of Colorado Denver | 3/21/25 |
| R34MH124081 | Adapting effective mhealth interventions to improve uptake and adherence of the HIV pre- exposure prophylaxis (PrEP) in Thai young MSM | Univ Of Massachusetts Med Sch Worcester | 3/21/25 |
| R34MH126894 | Making universal, free-of-charge antiretroviral therapy work for sexual and gender minority youth in Brazil | Brown University | 3/21/25 |
| R34MH129187 | Brothers building brothers by breaking barriers (B6): A resilience-focused intervention for young Black gay and bisexual men living with HIV | Emory University | 3/21/25 |
| R34MH129189 | Data-driven, peer-led messaging using social media influencers to increase PrEP awareness and uptake among transgender women | Temple Univ Of The Commonwealth | 3/21/25 |
| R34MH129208 | 3T-Prevent: Piloting a multi-level, combination intervention strategy to expand HIV and bacterial STI prevention | Medical College Of Wisconsin | 3/21/25 |
| R34MH129218 | Piloting a multi-level intervention to promote viral suppression among transgender women living with HIV | Univ Of North Carolina Chapel Hill | 3/21/25 |
| R34MH129279 | eSTEP: An integrated mHealth intervention to engage high-risk individuals along the full PrEP care continuum | San Diego State University | 3/21/25 |
| R34MH129782 | CA-LINC: A Culturally Adapted Care Coordination Suicide Detection and Intervention Model for Black Youth | University Of North Carolina Charlotte | 3/21/25 |
| R34MH129785 | The BH-Works Suicide Prevention Program for Sexual and Gender Minority Youth | Virginia Polytechnic Inst And St Univ | 3/21/25 |
| R34MH132405 | MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women | Public Health Foundation Enterprises | 3/21/25 |
| R34MH133768 | Development and Preliminary Trial of a Digital Transdiagnostic CBT Intervention for Transgender Adolescents | Lurie Children's Hospital Of Chicago | 3/21/25 |
| R34MH134603 | Feasibility, acceptability, and preliminary efficacy of an adapted group-based and online HIV prevention intervention for immigrant sexual minority men in the US | University Of Illinois At Chicago | 3/21/25 |
| R34MH134912 | Youth Empowerment and Safety Intervention for Systems-involved Sexual and Gender Minority Youth at Risk of Suicide | Case Western Reserve University | 3/21/25 |
| R34MH137753 | Developing and pilot testing an eHealth decision support tool for young trans women to improve informed decision making about PrEP | Temple Univ Of The Commonwealth | 3/21/25 |
| R36AG083386 | Multi-Level Determinants of Sexual and Gender Minority Aging | Vanderbilt University | 3/21/25 |
| R36DA058563 | Exploring the Role of Novel Aging-Focused Syndemic Conditions on HIV Risk and Quality of Life among HIV-Negative Older Sexual Minority Men | University Of Miami Coral Gables | 3/21/25 |
| R36DA058819 | Identifying Transdiagnostic Intervention Targets for PTSD-SUD Comorbidity in a Vulnerable Population: A Mixed-Method Study | Hunter College | 3/21/25 |
| R37AG076057 | How Spouses Influence Each Other's Health in Same- and Different-Sex Marriages: A Dyadic and Longitudinal Assessment from Mid to Later Life | University Of Texas At Austin | 3/21/25 |
| R37CA226682 | A Randomized Controlled Trial of an HPV Vaccine Intervention for Young Sexual Minority Men | Ohio State University | 3/21/25 |
| R43MD019197 | Bridges: A digital intervention to increase workplace belonging | Pro-Change Behavior Systems, Inc. | 3/21/25 |
| R44AG045011 | Phase IIB: Development of TruT Algorithm for Commercialization in Androgen Disorders | Function Promoting Therapies, Llc | 3/21/25 |
| R44HD103517 | Step UP for STEM and Health Careers: An Intervention to Reduce STEM-related biases and improve high school STEM learning environments | Resilient Games Studio, Llc | 3/21/25 |

| R44HD106855 | Evidence-based Parent Training for Diverse Families (PTDF) | Iris Media, Inc. | 3/21/25 |
|---|---|---|---|
| R56AG079510 | Asian Americans & Racism: Individual and Structural Experiences (ARISE) | University of California, San Francisco | 3/21/25 |
| R56AG087032 | Social Connectedness, Loneliness, and Health Among Aging Black Sexual Minority Men | Rand Corporation | 3/21/25 |
| R56HD113725 | Examining reproductive and sexual health during the transition to adulthood | Innovation Research And Training, Inc. | 3/21/25 |
| R61DA056779 | Cue Reactivity Modulation in MSM with Methamphetamine Use Disorder | Icahn School Of Medicine At Mount Sinai | 3/21/25 |
| R61MH133710 | Targeting Minority Stressors to Improve Eating Disorder Symptoms in Sexual Minority Individuals with Eating Disorders | Auburn University At Auburn | 3/21/25 |
| S21MD012472 | Texas Minority Health, Research and Outreach (MiHERO) | University Of North Texas Hlth Sci Ctr | 3/21/25 |
| S21MD018960 | Charles R. Drew University of Medicine and Science Research Endowment Program | Charles R. Drew University Of Med & Sci | 3/21/25 |
| SC1DA052120 | GHB Toxicokinetics: Role of sex hormone dependent monocarboxylate transporter regulation and potential for altered overdose risk in transgender men and women | University Of The Pacific-Stockton | 3/21/25 |
| T32DA057926 | Building an interprofessional and diverse workforce in substance use and pain | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| T32MD019780 | ADVANCE SGM Health for Research Diversity | University Of Alabama At Birmingham | 3/21/25 |
| T34GM149823 | U-RISE at Spelman College | Spelman College | 3/21/25 |
| T37MD008636 | Transdisciplinary Health Disparities Research Training for Native Hawaiians and Pacific Students | University Of Hawaii At Manoa | 3/21/25 |
| U01AI156874 | Effectiveness of Relationship Education for Reducing HIV Incidence in Men Who Have Sex with Men | Northwestern University At Chicago | 3/21/25 |
| U01DA036926 | Using Longitudinal Research to Engage African American and Latinx Sexual- and Gender-Minority Youth in the HIV Prevention and Care Continua and Reduce HIV/AIDS-Related Disparities | Children's Hospital Of Los Angeles | 3/21/25 |
| U01DA036939 | Multilevel Influences on HIV and Substance Use in a YMSM cohort | Northwestern University At Chicago | 3/21/25 |
| U01GM132133-05S1 | Building Up | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| U01GM132133-05S2 | Building Up | University Of Pittsburgh At Pittsburgh | 3/21/25 |
| U01GM132375 | Boosting Mentor Effectiveness iN Training of Research Scientists (MENTORS) Using Social Cognitive Career Theory to Support Entry of Women & Minorities into Physician-Scientist Careers | University Of Chicago | 3/21/25 |
| U01HD108738 | Harnessing the power of text messaging to reduce HIV incidence in adolescent males across the United States | Center For Innovative Public Health Research | 3/21/25 |
| U01MD018310 | Faithful Response II: COVID-19 Rapid Test-to-Treat with African American Churches | University Of Missouri Kansas City | 3/21/25 |
| U01MD019398 | Increasing financial and health equity among low income black youth and young adults | University Of California, San Francisco | 3/21/25 |
| U01MD019398-03S1 | Increasing financial and health equity among low income black youth and young adults - DEIA Supplement | University Of California, San Francisco | 3/21/25 |
| U01MH136574 | Hermanos de Luna y Sol: A community-based HIV prevention intervention | San Francisco State University | 3/21/25 |
| U19NS120384 | The Clinical Significance of Incidental White Matter Lesions on MRI Amongst a Diverse Population with Cognitive Complaints (INDEED) | University Of California At Davis | 3/21/25 |
| U24AG083253 | Resource Centers for Minority Aging Research National Coordinating Center (RCMARs NCC) | Gerontological Society Of America | 3/21/25 |
| U24DK138889 | VCU National Coordinating Center for Advancing Gender Inclusive Excellence | Virginia Commonwealth University | 3/21/25 |
| U24MD017250 | Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD) | University Of California, San Francisco | 3/21/25 |
| U24MD017250-04S1 | Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD) | University Of California, San Francisco | 3/21/25 |
| U54CA267735 | Catalyzing Systemic Change at Drexel University to Support Diverse Faculty in Health Disparities Research | Drexel University | 3/21/25 |
| U54CA280915 | Vanderbilt FIRST - Elevating Excellence and Transforming Institutional Culture | Vanderbilt University Medical Center | 3/21/25 |
| U54DA060049 | Advancing Tobacco Regulatory Science to Reduce Health Disparities | Univ Of North Carolina Chapel Hill | 3/21/25 |
| U54HD113292 | Center to Advance Reproductive Justice and Behavioral Health among Black Pregnant/Postpartum Women and Birthing People (CORAL). | Morehouse School Of Medicine | 3/21/25 |
| U54MD007582 | FAMU Center for Health Disparities Research | Florida Agricultural And Mechanical Univ | 3/21/25 |
| U54MD007586 | The RCMI Program in Health Disparities Research at Meharry Medical College | Meharry Medical College | 3/21/25 |
| U54MD007598 | Center for Accelerating Excellence in Translational Science (AXIS) | Charles R. Drew University Of Med & Sci | 3/21/25 |
| U54MD007601-38S2 | Evaluating HPV Vaccination Uptake Barriers and its Efficacy in PLWH | University Of Hawaii At Manoa | 3/21/25 |
| U54MD012393 | The FIU Research Center in a Minority Institution (FIU-RCMI) | Florida International University | 3/21/25 |
| U54MD012523 | Center for Health Equity Research (CHER) | University Of Illinois At Chicago | 3/21/25 |
| UG1HD113160 | Intensive Combination Approach to Rollback the HIV Epidemic in Nigerian Youth (iCARE) Plus Effectiveness / Implementation Hybrid Study | Northwestern University At Chicago | 3/21/25 |

| UG1HD113162 | Resilient HIV Implementation Science with Sexual and Gender Minority Youths using Evidence (RISE) Clinical Research Center | University Of Maryland Baltimore | 3/21/25 |
|---|---|---|---|
| UG3AI169631 | Keeping it LITE 2: Exploring HIV Risk in Vulnerable Youth with Limited Interaction and Digital Health Intervention (LITE-2) | Hektoen Institute For Medical Research | 3/21/25 |
| UG3AI176853 | Limited interaction cohort to identify determinants of viral suppression in MSM and transfeminine individuals living with HIV: A multilevel approach | Emory University | 3/21/25 |
| UG3HD115253 | Adaptable Community-Engaged Intervention for Violence Prevention: Michigan Model | Eastern Michigan University | 3/21/25 |
| UG3MH133258 | Identifying socioecological profiles that impact changes in care outcomes among Black sexual minority men living with HIV | George Washington University | 3/21/25 |
| UG4LM013725 | NNLM Region 5: Reaching More People in More Ways | University Of Washington | 3/21/25 |
| UH3AI169631 | Keeping it LITE 2: Exploring HIV Risk in Vulnerable Youth with Limited Interaction and Digital Health Intervention (LITE-2) | University Of Illinois At Chicago | 3/21/25 |
| UH3AI169655 | Multilevel strategies to understand and modify the role of structural and environmental context on HIV inequities for sexual and gender minorities of color | George Washington University | 3/21/25 |
| UH3AI169658 | MyPEEPS Mobile LITE: Limited Interaction Efficacy Trial of MyPEEPS Mobile to Reduce HIV Incidence and Better Understand the Epidemiology of HIV among YMSM | Columbia University Health Sciences | 3/21/25 |
| UM1AI068619 | HIV Prevention Trials Network Leadership and Operations Center | Family Health International | 3/21/25 |
| UM1AI069463 | Wits HIV Research Group CLINICAL TRIAL UNIT (CTU) reapplication | Wits Health Consortium (Pty), Ltd | 3/21/25 |
| UM1AI154468 | ICAP Clinical Trials Unit | Columbia University Health Sciences | 3/21/25 |
| UM2HD111076 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (UM2 Clinical Trial Optional) | Westat, Inc. | 3/21/25 |
| UM2HD111102 | RP4 LEAP | Florida State University | 3/21/25 |
| OT2OD035659 | Macro-level Health Considerations of Community and Criminal Justice System Relationships in North Texas | Healthy Tarrant County Collaboration | 3/22/25 |
| OT2OD035659-01S1 | Macro-level Health Considerations of Community and Criminal Justice System Relationships in North Texas | Healthy Tarrant County Collaboration | 3/22/25 |
| OT2OD035669 | Asian Community-Led Health Equity Structural Intervention (Asian CHESI) | Asian Community Health Coalition | 3/22/25 |
| OT2OD035669-01S1 | Asian Community-Led Health Equity Structural Intervention (Asian CHESI) | Asian Community Health Coalition | 3/22/25 |
| OT2OD035834 | Addressing Systemic Barriers Impacting Health in CHC Communities | Asian American Health Coalition/Houston | 3/22/25 |
| OT2OD035834-01S1 | Addressing Systemic Barriers Impacting Health in CHC Communities | Asian American Health Coalition/Houston | 3/22/25 |
| OT2OD035877 | Achieving Optimal Sexual and Reproductive Health (SRWH Project) | My Brother's Keeper, Inc. | 3/22/25 |
| OT2OD035877-01S1 | Achieving Optimal Sexual and Reproductive Health (SRWH Project) | My Brother's Keeper, Inc. | 3/22/25 |
| OT2OD035980-01S1 | Engaging Diverse Stakeholders in Genomic/Precision Medicine Research: The All of Us Research Program Engagement Core | Vanderbilt University Medical Center | 3/22/25 |
| OT2OD036428 | All of Us Southern California Consortium (AoUSCC): Engagement, Enrollment, and Retention of Diverse Populations | University Of California-Irvine | 3/22/25 |
| OT2OD037655 | Building a Diverse Network to Support and Build Pathways for Historically Underrepresented Students in Quantitative-Focused Research Areas Within the All of Us Research Program | New York University | 3/22/25 |
| OT2OD037880 | NATIONAL LATINO NETWORK (NLN) FOR PRECISION MEDICINE AND HEALTH DISPARITIES RESEARCH | Comprehensive Cancer Center/ Univ/Pr | 3/22/25 |
| OT2HL158287-01S6 | NHLBI Maternal Morbidity and Mortality (3M) Administrative Coordinating Center | Westat, Inc. | 3/24/25 |
| P01AI158571 | Design and Development of a Pan-betacoronavirus Vaccine | Duke University | 3/24/25 |
| P01AI165072 | Discovering Durable Pan-Coronavirus Immunity | Brigham And Women's Hospital | 3/24/25 |
| P01AI165077 | PanCorVac (Center for Pan-Coronavirus Vaccine Development) | University Of Wisconsin-Madison | 3/24/25 |
| P50DA048756-04S3 | Prevention Research Center: Parenting Among Women Who Are Opioid Users | University Of Oregon | 3/24/25 |
| R01AI153087 | Viral and immune kinetics in rhinovirus infection following hematopoietic cell transplantation | Seattle Children's Hospital | 3/24/25 |
| R01AI157253 | Genetic Analysis of COVID-19 Susceptibility and Resistance Determinants in the Collaborative Cross | Univ Of North Carolina Chapel Hill | 3/24/25 |
| R01AI158060 | Developing a Multi-epitope Pan-Coronavirus Vaccine | University Of California-Irvine | 3/24/25 |
| R01AI158177 | Novel delivery platform and antigen design for an effective COVID-19 vaccine | Purdue University | 3/24/25 |
| R01AI158463 | Coronavirus RNA synthesis by multicomponent protein machines | University Of Wisconsin-Madison | 3/24/25 |
| R01AI158775 | Development of dual inhibitors targeting the viral main protease and the host cathepsin L as SARS-CoV-2 antivirals | Rutgers Biomedical And Health Sciences | 3/24/25 |
| R01AI161374 | Development and characterization of engineered therapeutic antibodies against SARS-CoV-2 | Washington University | 3/24/25 |
| R01AI169543 | Rapid response for pandemics: single cell sequencing and deep learning to predict antibody sequences against an emerging antigen | Keck Graduate Inst Of Applied Life Scis | 3/24/25 |
| R01AR065493-07S2 | Psychosocial Factors and Lupus Disease Progression Among African American Women | Tulane University Of Louisiana | 3/24/25 |

| | | | |
|---|---|---|---|
| R01DE031927 | Development of a handheld rapid air sensing system to monitor and quantify SARS-CoV-2 in aerosols in real-time | Genendeavor, Llc | 3/24/25 |
| R01DK122843-05S1 | Effect of obesity on HIV pathogenesis, antiretroviral therapy, and metabolic comorbidities | Oregon Health & Science University | 3/24/25 |
| R01DK132735 | Metabolic and epigenetic reprogramming of vital organs in SARS-CoV-2 induced systemic toxicity | University Of California Los Angeles | 3/24/25 |
| R01HL163814 | SARS-CoV-2 tropism in the brain and its relationship to COVID-19 pathogenesis | Brigham And Women's Hospital | 3/24/25 |
| R01MD016526 | Marshallese: Alternate Surveillance for COVID-19 in a Unique Population | Washington State University | 3/24/25 |
| R21AI161501 | Elucidating Airborne SARS-CoV-2 Infectivity at Single Aerosol Resolution | Univ Of Maryland, College Park | 3/24/25 |
| R24AI120942 | World Reference Center for Emerging Viruses and Arboviruses (WRCEVA) | University Of Texas Med Br Galveston | 3/24/25 |
| R56AI186400 | A Tunable Nanophage Platform for Vaccine Development | University Of Colorado Denver | 3/24/25 |
| S06GM127983 | RAD-X UP NARCH Supplement: A Cherokee Nation Community-Driven Program for Testing and Contact Tracing (Cherokee PROTECT) | Cherokee Nation | 3/24/25 |
| S06GM127983 | Cherokee Nation Native AmericanResearch Center for Health | Cherokee Nation | 3/24/25 |
| U01AI138897-05S2 | HOPE in Action: A Clinical Trial of HIV-to-HIV Liver Transplantation | Johns Hopkins University | 3/24/25 |
| U01CA260462 | Adaptive Immunity and Persistent SARS-CoV-2 Replication | University Of Alabama At Birmingham | 3/24/25 |
| U01CA260469 | Culturally-targeted communication to promote SARS-CoV-2 antibody testing in saliva: Enabling evaluation of inflammatory pathways in COVID-19 racial disparities | Michigan State University | 3/24/25 |
| U01CA260476 | Immunologic Signatures of SARS-CoV-2 Vaccination and Disease | Beth Israel Deaconess Medical Center | 3/24/25 |
| U01CA260507 | Immuno-Serological Assays for Monitoring COVID19 in Patients with Hematologic Malignancies | Yale University | 3/24/25 |
| U01CA260508 | High-Throughput Dried Blood Spot (HT-DBS) Technologies in SARS COV-2 Serology and Vaccinology | Wadsworth Center | 3/24/25 |
| U01CA260513 | Pre-exposure Immunologic Health and Linkages to SARS-COV2 Serologic Responses, Endothelial Cell Resilience, and Cardiovascular Complications: Defining the mechanistic basis of high risk endotypes. | Case Western Reserve University | 3/24/25 |
| U01CA260513-02S3 | Pre-exposure Immunologic Health and Linkages to SARS-COV2 Serologic Responses, Endothelial Cell Resilience, and Cardiovascular Complications: Defining the mechanistic basis of high risk endotypes. | Case Western Reserve University | 3/24/25 |
| U01CA260584 | SARS-CoV-2 Serological Antibody Testing for Disease Surveillance and Clinical Use | Kaiser Foundation Research Institute | 3/24/25 |
| U01CA260588 | SARS-CoV-2-reactive tissue-resident memory T cells in healthy and cancer subjects | La Jolla Institute For Immunology | 3/24/25 |
| U01CA261277 | Casual, Statistical and Mathematical Modeling with Serologic Data | Harvard School Of Public Health | 3/24/25 |
| U01DA040381-05S2 | Community-Engaged Research on COVID-19 Testing Among Underserved and/or Vulnerable Populations | Florida International University | 3/24/25 |
| U01DA053903 | Wastewater Assessment for Coronavirus in Kentucky: Implementing Enhanced Surveillance Technology | University Of Kentucky | 3/24/25 |
| U01DA057849 | Supported employment to create a community culture of SARS-CoV-2 rapid testing among people who inject drugs: PeerConnect2Test | University Of Oregon | 3/24/25 |
| U01MD017412 | Sin Duda: a community-driven approach to expand reach, access and uptake of COVID-19 home-based tests for at risk Latinos | Johns Hopkins University | 3/24/25 |
| U01MD017426 | Puerto Rico Community Action Research and Engagement (PR-CARE) to Eliminate Disparities in Diagnostic of COVID-19 among Rural Underserved and Vulnerable Populations. | University Of Puerto Rico Med Sciences | 3/24/25 |
| U01MD017434 | COVID-19 and Southeast Asian Americans | California State University Northridge | 3/24/25 |
| U19AI171403 | Antiviral Countermeasures Development Center (AC/DC) | Emory University | 3/24/25 |
| U19AI171413 | UTMB-Novartis Alliance for Pandemic Preparedness | University Of Texas Med Br Galveston | 3/24/25 |
| U19AI171954 | Midwest AViDD Center | University Of Minnesota | 3/24/25 |
| U24LM013755 | RADx-Rad Discoveries & Data: Consortium Coordination Center Program Organization | Yale University | 3/24/25 |
| U24MD016258 | RADx-UP CDCC | Duke University | 3/24/25 |
| U24TR001608 | ACTIV-6 | Duke University | 3/24/25 |
| U24TR001608 | ACTIV-6 | Duke University | 3/24/25 |
| U54CA260492 | Johns Hopkins Excellence in Pathogenesis and Immunity Center for SARS-CoV-2 (JH-EPICS) | Johns Hopkins University | 3/24/25 |
| U54CA260517 | Mechanisms and Duration of Immunity to SARS-CoV-2 | Stanford University | 3/24/25 |
| U54CA260543 | North Carolina Seronet Center for Excellence | Univ Of North Carolina Chapel Hill | 3/24/25 |
| U54CA260560 | Vulnerability of SARS- CoV-2 Infection in Lung Cancer Based on Serological Antibody Analyses | Icahn School Of Medicine At Mount Sinai | 3/24/25 |
| U54CA260563 | Immune Regulation of COVID-19 Infection in Cancer and Autoimmunity | Emory University | 3/24/25 |
| U54CA260563-02S3 | Administrative Supplement for Emory SeroNet "Immune Regulation of COVID-19 Infection in Cancer and Autoimmunity" | Emory University | 3/24/25 |
| U54CA260581 | Tulane University COVID Antibody and Immunity Network (TUCAIN) | Tulane University Of Louisiana | 3/24/25 |

| U54CA260581-02S3 | Tulane University COVID Antibody and Immunity Network (TUCAIN) Supplement | Tulane University Of Louisiana | 3/24/25 |
|---|---|---|---|
| U54CA260582 | Center for Serological Testing to Improve Outcomes from Pandemic COVID-19 (STOP-COVID) | Ohio State University | 3/24/25 |
| U54CA260582-02S3 | Center for Serological Testing to Improve Outcomes from Pandemic COVID-19 (STOP-COVID) | Ohio State University | 3/24/25 |
| U54CA260591 | Diversity and Determinants of the Immune-Inflammatory Response to SARS-CoV-2 | Cedars-Sinai Medical Center | 3/24/25 |
| U54EB015408-08S1 | Point of Care Technology Research Center in Primary Care | Massachusetts General Hospital | 3/24/25 |
| UM1AI068618-18S2 | CoVPN 3008 Multi-Center, Randomized, Efficacy Study of Early vs Deferred Vaccination with COVID-19 mRNA Vaccine in Regions with SARS-CoV-2 Variants of Concern - LC GY18 | Fred Hutchinson Cancer Center | 3/24/25 |
| UM1AI068635-18S1 | CoVPN 3008 2022-2023 | Fred Hutchinson Cancer Center | 3/24/25 |
| UM1AI148684-03S1 | Leadership Group for the Infectious Diseases Clinical Research Consortium (IDCRCLG) | Emory University | 3/24/25 |
| U19AG078558 | Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study AD/ADRD Project | Columbia University Health Sciences | 3/25/25 |
| R13ES036080 | Society of Toxicology Undergraduate Diversity Program | Society Of Toxicology | 3/26/25 |
| U01ES036366 | Examining Anti-Racist Healing in Nature to Protect Telomeres of Transitional Age BIPOC for Health Equity. | San Francisco State University | 3/26/25 |
| U01ES036366-03S1 | Examining Anti-Racist Healing in Nature to Protect Telomeres of Transitional Age BIPOC for Health Equity. | San Francisco State University | 3/26/25 |
| U01ES036366-03S2 | Examining Anti-Racist Healing in Nature to Protect Telomeres of Transitional Age BIPOC for Health Equity. | San Francisco State University | 3/26/25 |
| R01ES035053 | An assessment of environmental and neighborhood-level risk factors for subfertility among Black women in the U.S. | Boston University Medical Campus | 3/27/25 |
| R01ES035053-03S1 | An assessment of environmental and neighborhood-level risk factors for subfertility among Black women in the U.S. | Boston University Medical Campus | 3/27/25 |
| T34GM136483 | U-RISE at Texas State University | Texas State University | 3/27/25 |
| T34GM140948 | U-RISE at Kennesaw State | Kennesaw State University | 3/27/25 |
| T34GM145508 | U-RISE at Clark Atlanta University | Clark Atlanta University | 3/27/25 |
| T34GM145529 | U-RISE at the University of Texas at El Paso | University Of Texas El Paso | 3/27/25 |
| T34GM145533 | U-RISE at Marquette University | Marquette University | 3/27/25 |
| T34GM149434 | U-RISE at the UNC Pembroke | University Of North Carolina At Pembroke | 3/27/25 |
| T34GM149449 | U-RISE at University of Alaska Anchorage ("Biomed U-RISE") | University Of Alaska Anchorage | 3/27/25 |
| T34GM149459 | U-RISE at City College of New York | City College Of New York | 3/27/25 |
| T34GM149461 | U-RISE Program at San Jose State University | San Jose State University | 3/27/25 |
| T34GM149475 | U-RISE at Queens College, CUNY | Queens College | 3/27/25 |
| T34GM149490 | U-RISE at Brooklyn College | Brooklyn College | 3/27/25 |
| T34GM153538 | U-RISE at the University of West Florida | University Of West Florida | 3/27/25 |
| T34GM153609 | U-RISE at Rutgers University - Camden | Rutgers The State Univ Of Nj Camden | 3/27/25 |
| R01MD016738-04S1 | The ADELANTE Trial: Testing a multi-level approach for improving household food insecurity and glycemic control among Latinos with diabetes | Stanford University | 3/28/25 |
| R01MD018255-03S1 | Recovery Finance: Financial health and mental health after incarceration | Yale University | 3/28/25 |
| T34GM145509 | U-RISE at Nova Southeastern University | Nova Southeastern University | 3/31/25 |
| T34GM149492 | U-RISE at Cal Poly | California Poly State U San Luis Obispo | 3/31/25 |
| K01AG065440 | Creating Innovative Vaccine Messaging by Engaging in Patient-Centered Design with Non-Vaccinating Older Adults | University Of Iowa | 4/1/25 |
| K22CA258675 | Addressing HPV vaccination disparities through tailored messaging for hesitant families | Rutgers Biomedical And Health Sciences | 4/1/25 |
| K22CA288932 | Cancer Misinformation and Use of Complementary and Alternative Therapy (CAM) among Patients with Cancer. | Hackensack University Medical Center | 4/1/25 |
| R00CA248720 | Cancer misinformation on social media and its correction | Northeastern University | 4/1/25 |
| R01AR080089 | Leveraging Community-Academic Partnerships and Social Networks to Disseminate Vaccine-Related Information and Increase Vaccine Uptake Among Black Individuals with Rheumatic Diseases | Northwestern University At Chicago | 4/1/25 |
| R01CA248216 | Promoting HPV Vaccination among Young Adults in Texas | University Of Tx Md Anderson Can Ctr | 4/1/25 |
| R01CA248216-04S1 | Promoting HPV Vaccination among Young Adults in Texas | University Of Tx Md Anderson Can Ctr | 4/1/25 |
| R01CA273208 | Conversational Agents to Improve HPV Vaccine Acceptance in Primary Care | Tufts Medical Center | 4/1/25 |
| R01DA054990 | Community Developed Technology-Based Messaging to Increase SARS-CoV-2 Vaccine Uptake Among People Who Inject Drugs | Ndri-Usa, Inc. | 4/1/25 |

| R01MD016834 | A multidimensional Digital Approach to Address Vaccine Hesitancy and Increase COVID-19 Vaccine Uptake among African American Young Adults in the South | Florida State University | 4/1/25 |
|---|---|---|---|
| R01MD016864 | K-VAC: Kentucky Vaccinating Appalachian Communities | University Of Kentucky | 4/1/25 |
| R01MD016880 | Increasing COVID-19 Vaccine Uptake among Latinos through a Targeted Clinical and Community-behavioral Intervention | San Diego State University | 4/1/25 |
| R01MD016882 | Community-based Design and Evaluation of a Conversational Agent to Promote SARS-COV2 Vaccination in Black Churches | Northeastern University | 4/1/25 |
| R01MD016992 | Addressing COVID 19 Vaccine Hesitancy in Rural Community Pharmacies Reducing Disparities Through an Implementation Science Approach | Univ Of North Carolina Chapel Hill | 4/1/25 |
| R01MD017364 | REDES: a peer network and mobile health (mHealth) enhanced CHW model to maximize COVID-19 vaccination among low income Latinos | Johns Hopkins University | 4/1/25 |
| R01MD018343 | LatiNET, a Multilevel Social Network Model to Examine and Address SARS-CoV-2 Misinformation in Low-Income Latinx Communities. | University Of Miami School Of Medicine | 4/1/25 |
| R01MD019024 | Advancing communication strategies to support future HIV vaccine use among African Americans in the South. | Wake Forest University Health Sciences | 4/1/25 |
| R01MD019235 | Improving COVID-19 Vaccine Uptake Among Racial and Ethnic Minority Groupswith Rheumatic Diseases | University Of Alabama At Birmingham | 4/1/25 |
| R01MD019686 | Community - based behavioral intervention to increase COVID - 19 and influenza vaccination for African American/ Black and Latino persons: An optimization randomized controlled trial | New York University | 4/1/25 |
| R01MD019765 | Influence of Social Media, Social Networks, and Misinformation on Vaccine Acceptance Among Black and Latinx Individuals | University Of California-Irvine | 4/1/25 |
| R01MH132500 | Evaluating a Multilevel Communication Campaign to Increase HIV Vaccine Trial Enrollment | Fred Hutchinson Cancer Center | 4/1/25 |
| R21MD019388 | Integrated Network Analysis of RADx-UP Data to Increase COVID-19 Testing and Vaccination Among Persons Involved with Criminal Legal Systems (PCLS) | Brown University | 4/1/25 |
| R21MD019764 | COVID-19 Vaccine Coverage and General Vaccine Hesitancy in Rural Areas in the United States | Ohio State University | 4/1/25 |
| R25GM150142 | Eradicating Misconceptions about Viruses using Multimodal Trace Data in an Intelligent Game-based Environment across Educational Contexts | University Of Idaho | 4/1/25 |
| R25GM150172 | PBS NewsHour STEM StoryMaker: Project-based learning for youth health literacy and biomedical career awareness through journalism and storytelling | Weta Tv 26 | 4/1/25 |
| R34CA283483 | Multi-level school-based intervention to improve HPV vaccine uptake and completion in South Africa | Brigham And Women's Hospital | 4/1/25 |
| R37CA253279 | HPV ECHO: Increasing the adoption of evidence-based communication strategies for HPV vaccination in rural primary care practices | Pennsylvania State Univ Hershey Med Ctr | 4/1/25 |
| R37CA259210 | An inoculation theory-based messaging intervention addressing misinformation about HPV vaccine on social media: The Inoculate for HPV Vaccine randomized controlled trial | University Of Pennsylvania | 4/1/25 |
| F31GM151846 | Exploring the functional role of tubulin methylation and its regulation by mes-4/NSD in C. elegans | Baylor College Of Medicine | 4/2/25 |
| F31GM155995 | The Role of the Adaptor Protein Enkurin in Left-Right Patterning- a Promising Link Between Polycystin-2 and Calcium Signaling | Princeton University | 4/2/25 |
| K12GM088021 | Academic Science Education and Research Training | University Of New Mexico Health Scis Ctr | 4/2/25 |
| K12GM119955 | The Minnesota IRACDA Program | University Of Minnesota | 4/2/25 |
| R01GM138700 | Scaling Up Culturally Affirming Pathways to Biomedical Faculty Careers for Native Scholars | University Of California, San Francisco | 4/2/25 |
| R25GM069234 | YEARS 19 - 23: BCM POST-BACCALAUREATE RESEARCH EDUCATION PROGRAM | Baylor College Of Medicine | 4/2/25 |
| T32GM135742 | UCSC IMSD | University Of California Santa Cruz | 4/2/25 |
| T32GM140951 | Graduate Research Training Initiative for Student Enhancement (G-RISE) (T32) at Rutgers University-Newark | Rutgers The State Univ Of Nj Newark | 4/2/25 |
| T32GM152777 | Baylor College of Medicine Initiative for Maximizing Student Development | Baylor College Of Medicine | 4/2/25 |
| T32GM154636 | Texas Doctoral Bridge Program | Texas State University | 4/2/25 |
| T34GM145539 | MARC at the University of Nevada, Reno | University Of Nevada Reno | 4/2/25 |
| T34GM149430 | MARC at San Diego State University | San Diego State University | 4/2/25 |
| T34GM149455 | U-RISE at St. Mary's University | St. Mary's University | 4/2/25 |
| T34GM149474 | U-RISE at University of Detroit Mercy | University Of Detroit Mercy | 4/2/25 |
| K99DA060983 | The Impact of Social-Contextual Stressors on Psychopharmacological Mechanisms of Smoking Cessation and Relapse among Socioeconomically Disadvantaged Young Adults who Smoke Cigarettes | Brown University | 4/7/25 |
| OT2OD035592 | Proyecto Juntos | Southeast Arizona Area Health Education Center | 4/7/25 |
| OT2OD035592-01S1 | Proyecto Juntos | Southeast Arizona Area Health Education Center | 4/7/25 |
| OT2OD035605-01S1 | Partnership to Optimize Equity in Maternal and Infant Health | Delta Health Alliance, Inc. | 4/7/25 |

| OT2OD035606 | Achieving Equity in Farmworker Health Through Community-Led Research | Campesinos Sin Fronteras | 4/7/25 |
|---|---|---|---|
| OT2OD035606-01S1 | Achieving Equity in Farmworker Health Through Community-Led Research | Campesinos Sin Fronteras | 4/7/25 |
| OT2OD035609 | Healthy and Livable Bronx Partnership | Bronxworks, Inc. | 4/7/25 |
| OT2OD035609-01S1 | Healthy and Livable Bronx Partnership | Bronxworks, Inc. | 4/7/25 |
| OT2OD035636 | Agricultural Workers Digital Equity Initiative | Nc State Dept/Hlth & Human Services | 4/7/25 |
| OT2OD035636-01S1 | Agricultural Workers Digital Equity Initiative | Nc State Dept/Hlth & Human Services | 4/7/25 |
| OT2OD035677 | Puerto Rico Collaborative Advancement of Research, Innovations, Best Practices and Equity for Children, Youth and Families (PR-CARIBE) | Grupo Nexos Inc. | 4/7/25 |
| OT2OD035677-01S1 | Puerto Rico Collaborative Advancement of Research, Innovations, Best Practices and Equity for Children, Youth and Families (PR-CARIBE) | Grupo Nexos Inc. | 4/7/25 |
| OT2OD035746 | Creating Statewide Community Partnerships: Spanning Boundaries between Public Health, Emergency Housing & Criminal Justice | Face Addiction Now | 4/7/25 |
| OT2OD035746-01S1 | Creating Statewide Community Partnerships: Spanning Boundaries between Public Health, Emergency Housing & Criminal Justice | Face Addiction Now | 4/7/25 |
| OT2OD035764 | Cancer in Your Community: Strategies to Reduce Cancer and Chronic Disease in the Arkansas Delta | Arkansas Cancer Coalition | 4/7/25 |
| OT2OD035764-01S1 | Cancer in Your Community: Strategies to Reduce Cancer and Chronic Disease in the Arkansas Delta | Arkansas Cancer Coalition | 4/7/25 |
| OT2OD035801 | Strengthening Community-Driven Safety-Net Interventions to Improve Health and Economic Equity | Access Health Inc | 4/7/25 |
| OT2OD035801-01S1 | Strengthening Community-Driven Safety-Net Interventions to Improve Health and Economic Equity | Access Health Inc | 4/7/25 |
| OT2OD035839 | Reducing Health Disparities through Enhanced Mobility Support and Access | Feonix - Mobility Rising | 4/7/25 |
| OT2OD035839-01S1 | Reducing Health Disparities through Enhanced Mobility Support and Access | Feonix - Mobility Rising | 4/7/25 |
| OT2OD035845 | Humanitarian Health Care Network: Bringing the Most Vulnerable to Care | Migrant Clinicians Network, Inc. | 4/7/25 |
| OT2OD035845-01S1 | Humanitarian Health Care Network: Bringing the Most Vulnerable to Care | Migrant Clinicians Network, Inc. | 4/7/25 |
| OT2OD035883 | Addressing Food Insecurity in Underserved Communities | Health Choice Network, Inc. | 4/7/25 |
| OT2OD035883-01S1 | Addressing Food Insecurity in Underserved Communities | Health Choice Network, Inc. | 4/7/25 |
| OT2OD035940 | Watts Rising: A Vision for a Healthier Watts | Housing Authority Of The City Of Los Angeles | 4/7/25 |
| OT2OD035940-01S1 | Watts Rising: A Vision for a Healthier Watts | Housing Authority Of The City Of Los Angeles | 4/7/25 |
| U24NR021014 | Advancing Health Equity Through Innovative Community Capacity Building, Data Science & Delivering Community-Centered Structural Interventions & Outcomes: Drexel's ComPASS Coordinating Center (C3) | Drexel University | 4/7/25 |
| UC2CA293569 | Partners in Research: Building capacity for community-driven research to advance health equity | University Of Michigan At Ann Arbor | 4/7/25 |
| UC2CA293782 | ComPASS Health Equity Research Hub at UMB | University Of Maryland Baltimore | 4/7/25 |
| UC2CA293786 | ComPASS Health Equity Research Hub at Yale | Yale University | 4/7/25 |
| UC2CA293834 | The SHHare Community Project: The Shared Hub for Health Action Research and Equity in Community-led Interventions | New York University School Of Medicine | 4/7/25 |
| UC2CA293850 | Southeast Center for Health Achievement and Growth in Equity (SEACHANGE) Hub | University Of Mississippi Med Ctr | 4/7/25 |
| U54CA267730 | Fostering Institutional Resources for Science Transformation: The FLORIDA-FIRST Health-Science Brigade | Florida State University | 4/8/25 |
| U54CA267738 | Cornell FIRST | Cornell University | 4/8/25 |
| U54CA267746 | UAB/Tuskegee Faculty Institutional Recruitment for Sustainable Transformation (UAB/TU FIRST) Partnership (NIH U54) | University Of Alabama At Birmingham | 4/8/25 |
| U54CA267776 | NIH FIRST Cohort Cluster Hiring Initiative at Icahn School of Medicine at Mount Sinai | Icahn School Of Medicine At Mount Sinai | 4/8/25 |
| U54CA267789 | SDSU FUERTE: Faculty United towards Excellence in Research and Transformational Engagement | San Diego State University | 4/8/25 |
| U54CA272163 | NURTURE: Northwestern University Recruitment to Transform Under-Representation and achieve Equity | Northwestern University At Chicago | 4/8/25 |
| U54CA272167 | UNM FIRST: Promoting Inclusive Excellence in Neuroscience and Data Science | University Of New Mexico | 4/8/25 |
| U54CA272205 | University of Maryland FIRST Program | University Of Maryland Baltimore | 4/8/25 |
| U54CA272220 | UC San Diego FIRST Program | University Of California, San Diego | 4/8/25 |
| U54CA280805 | Michigan Program for Advancing Cultural Transformation (M-PACT) in Biomedical and Health Sciences | University Of Michigan At Ann Arbor | 4/8/25 |
| U54CA280868 | The Medical District UTSW-D FIRST Program | Ut Southwestern Medical Center | 4/8/25 |
| U54CA280922 | UTEP FIRST: United Toward Equity and Progress: Faculty Institutional Recruitment for Sustainable Transformation | University Of Texas El Paso | 4/8/25 |
| R01HG012824 | Genetic and social determinants of pharmacological health outcomes in ancestrally diverse populations | University Of California, San Francisco | 4/11/25 |

| | | | |
|---|---|---|---|
| R01HG012824-02S1 | Genetic and social determinants of pharmacological health outcomes in ancestrally diverse populations (Recto) | University Of California, San Francisco | 4/11/25 |
| R01HG012824-02S2 | Genetic and social determinants of pharmacological health outcomes in ancestrally diverse populations (Warren) | University Of California, San Francisco | 4/11/25 |
| R01AI110700 | Cell entry, cross-species transmission and pathogenesis of novel coronavirus from | Univ Of North Carolina Chapel Hill | 4/14/25 |
| R01AI157155 | Human antibody-based countermeasures against the Wuhan Coronavirus SARS-CoV-2 | Washington University | 4/14/25 |
| R21HG013814 | APOL1 as a model to quantify and identify environmental modifiers of genetic associations in diverse populations | Case Western Reserve University | 4/15/25 |
| T32GM140953 | G-RISE at Oklahoma State University | Oklahoma State University Stillwater | 4/30/25 |

# EXHIBIT B

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 38 of 83    1/30/25, 10:39 AM

# Department of Health and Human Services

## Part 1. Overview Information

| | |
|---|---|
| **Participating Organization(s)** | National Institutes of Health (NIH (http://www.nih.gov)) |
| **Components of Participating Organizations** | Office of The Director, National Institutes of Health (OD (https://www.nih.gov/institutes-nih/nih-office-director)) |

National Eye Institute (NEI (https://www.nei.nih.gov/))

National Heart, Lung, and Blood Institute (NHLBI (https://www.nhlbi.nih.gov/))

National Human Genome Research Institute (NHGRI (https://www.genome.gov/))

National Institute on Aging (NIA (https://www.nia.nih.gov/))

National Institute on Alcohol Abuse and Alcoholism (NIAAA (https://www.niaaa.nih.gov/))

National Institute of Allergy and Infectious Diseases (NIAID (https://www.niaid.nih.gov/))

National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS (https://www.niams.nih.gov/))

National Institute of Biomedical Imaging and Bioengineering (NIBIB (https://www.nibib.nih.gov/))

Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD (https://www.nichd.nih.gov/))

National Institute on Deafness and Other Communication Disorders (NIDCD (https://www.nidcd.nih.gov/))

National Institute on Drug Abuse (NIDA (https://www.drugabuse.gov/))

National Institute of Environmental Health Sciences (NIEHS (https://www.niehs.nih.gov/))

National Institute of General Medical Sciences (NIGMS (https://www.nigms.nih.gov/))

National Institute of Mental Health (NIMH (https://www.nimh.nih.gov/index.shtml))

National Institute of Nursing Research (NINR (https://www.ninr.nih.gov/))

National Center for Complementary and Integrative Health (NCCIH (https://nccih.nih.gov/))

Division of Program Coordination, Planning and Strategic Initiatives, Office of Research Infrastructure Programs (ORIP (https://orip.nih.gov/))

National Cancer Institute (NCI (https://www.cancer.gov/))

National Institute on Diabetes and Digestive and Kidney Diseases (NIDDK (https://www.niddk.nih.gov/)), November 22, 2024 - Participation added (NOT-DK-25-007 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-25-007.html))

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. The following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Office of Research on Women's Health (ORWH (https://orwh.od.nih.gov/))

Office of Data Science Strategy (ODSS (https://datascience.nih.gov/about/odss))

**Special Note**: Not all NIH Institutes and Centers participate in Parent Announcements. Applicants should carefully note which ICs participate in this announcement and view their

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 39 of 83

1/30/25, 10:39 AM

respective areas of research interest and requirements at the *Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)* website. ICs that do not participate in this announcement will not consider applications for funding. Consultation with NIH staff before submitting an application is strongly encouraged.

| | |
|---|---|
| **Funding Opportunity Title** | ## Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32) |
| **Activity Code** | T32 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=t32&Search.x=0&Search.y=0&Search_Type=Activity) Institutional National Research Service Award (NRSA) |
| **Announcement Type** | Reissue of PA-23-048 (https://grants.nih.gov/grants/guide/pa-files/PA-23-048.html) |
| **Related Notices** | See Notices of Special Interest (https://grants.nih.gov/guide/NOSIs_targetingList.cfm?GuideDocID=41857) associated with this funding opportunity<br><br>• **December 10, 2024** - Notice of Correction to Eligibility Information and Application Instructions for the Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32) (PA-25-168). See Notice NOT-OD-25-036 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-25-036.html).<br>• **November 22, 2024** - Notice of NIDDK Participation in PA-25-168: "Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)". See Notice NOT-DK-25-007 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-25-007.html).<br>• **November 18, 2024** - Notice of Informational Webinar for NIGMS-Supported Postdoctoral Clinician-Scientists Institutional Training Programs (T32). See Notice NOT-GM-25-005 (//grants.nih.gov/grants/guide/notice-files/NOT-GM-25-005.html).<br>• **April 4, 2024** - Overview of Grant Application and Review Changes for Due Dates on or after January 25, 2025. See Notice NOT-OD-24-084 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-24-084.html). |
| **Funding Opportunity Number (FON)** | ## PA-25-168 |
| **Companion Funding Opportunity** | None |
| **Number of Applications** | See Section III. 3. Additional Information on Eligibility. |
| **Assistance Listing Number(s)** | 93.310, 93.313, 93.837, 93.233, 93.838, 93.839, 93.840, 93.286, 93.273, 93.213, 93.397, 93.396, 93.399, 93.398, 93.855, 93.351, 93.859, 93.361, 93.279, 93.113, 93.867, 93.172, 93.242, 93.866, 93.865, 93.846, 93.173, 93.847 |
| **Funding Opportunity Purpose** | The National Institutes of Health (NIH) will award Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grants (T32) to eligible, domestic institutions to develop and/or enhance predoctoral and postdoctoral research training, including short-term research training, to help ensure that a diverse and highly trained workforce is available to meet the needs of the Nation's biomedical, behavioral, and clinical research agenda. Research training programs are expected to incorporate engaging, didactic, research, and career development elements to prepare trainees for careers that will have a significant impact on the health-related research needs of the Nation. Programs proposing only short-term predoctoral research training should not apply to this announcement, but rather to the Kirschstein-NRSA Short-Term |

Institutional Research Training Grant Program (T35) exclusively reserved for predoctoral, short-term research training.

This Notice of Funding Opportunity (NOFO) does not allow Trainees to lead an independent clinical trial, but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor.

| Funding Opportunity Goal(s) | NIH's mission is to seek fundamental knowledge about the nature and behavior of living systems and the application of that knowledge to enhance health, lengthen life, and reduce illness and disability. |

# Key Dates

| Posted Date | November 15, 2024 |
| Open Date (Earliest Submission Date) | December 25, 2024 |
| Letter of Intent Due Date(s) | Not Applicable |

The following table includes NIH standard due dates (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/due-dates.htm) marked with an asterisk.

| Application Due Dates | | | Review and Award Cycles | | |
|---|---|---|---|---|---|
| New | Renewal / Resubmission / Revision (as allowed) | AIDS - New/Renewal/Resubmission/Revision, as allowed | Scientific Merit Review | Advisory Council Review | Earliest Start Date |
| January 25, 2025 * | January 25, 2025 * | May 07, 2025 * | July 2025 | October 2025 | December 2025 |
| May 25, 2025 * | May 25, 2025 * | September 07, 2025 * | November 2025 | January 2026 | April 2026 |
| September 25, 2025 * | September 25, 2025 * | January 07, 2026 * | March 2026 | May 2026 | July 2026 |
| January 25, 2026 * | January 25, 2026 * | May 07, 2026 * | July 2026 | October 2026 | December 2026 |
| May 25, 2026 * | May 25, 2026 * | September 07, 2026 * | November 2026 | January 2027 | April 2027 |
| September 25, 2026 * | September 25, 2026 * | January 07, 2027 * | March 2027 | May 2027 | July 2027 |
| January 25, 2027 * | January 25, 2027 * | May 07, 2027 * | July 2027 | October 2027 | December 2027 |
| May 25, 2027 * | May 25, 2027 * | September 07, 2027 * | November 2027 | January 2028 | April 2028 |
| September 25, 2027 * | September 25, 2027 * | January 07, 2028 * | March 2028 | May 2028 | July 2028 |

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)    1/30/25, 10:39 AM

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 41 of 83

All applications are due by 5:00 PM local time of applicant organization.

Applicants are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

| Expiration Date | May 05, 2028 |

| Due Dates for E.O. 12372 | Not Applicable |

## Required Application Instructions

It is critical that applicants follow the Training (T) Instructions in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed to do otherwise (in this NOFO or in a Notice from the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)). Conformance to all requirements (both in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the NOFO) is required and strictly enforced. Applicants must read and follow all application instructions in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400), follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

There are several options available to submit your application through Grants.gov to NIH and Department of Health and Human Services partners. You **must** use one of these submission options to access the application forms for this opportunity.

1. Use the NIH ASSIST system to prepare, submit and track your application online.

   Apply Online Using ASSIST

2. Use an institutional system-to-system (S2S) solution to prepare and submit your application to Grants.gov and eRA Commons (https://public.era.nih.gov/commons/) to track your application. Check with your institutional officials regarding availability.

3. Use Grants.gov (/grants/guide/ApplyButtonSplash.cfm?dest=https://grants.gov/search-grants?oppStatuses=closed|archived|posted|forecasted&fon=PA-25-168) Workspace to prepare and submit your application and eRA Commons (http://public.era.nih.gov/commons/) to track your application.

# Table of Contents

Part 1. Overview Information
   Key Dates
Part 2, Full Text of Announcement
      Section I. Funding Opportunity Description
      Section II. Award Information
      Other Award Budget Information
      Section III. Eligibility Information
      Section IV. Application and Submission Information
      Section V. Application Review Information
      Section VI. Award Administration Information
      Section VII. Agency Contacts
      Section VIII. Other Information

# Part 2. Full Text of Announcement

# Section I. Funding Opportunity Description

The overall goal of the NIH Ruth L. Kirschstein National Research Service Award (NRSA) program is to help ensure that a diverse pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. In order to accomplish this goal, NRSA training programs are designed to train individuals to conduct research and to prepare for research careers. More information about NRSA programs may be found at the Ruth L. Kirschstein National Research Service Award (https://researchtraining.nih.gov/programs/training-grants/T32-a) (NRSA) website.

The NRSA program has been the primary means of supporting predoctoral and postdoctoral research training programs since enactment of the NRSA legislation in 1974. Institutional NRSA programs allow the Training Program Director/Principal Investigator (Training PD/PI) to select trainees and develop an enhanced program of coursework, mentored research experiences, and technical, operational and professional skills development that provides added value to already existing programs and prepares the appointed trainees for careers in the biomedical research workforce (the breadth of careers that sustain the biomedical research enterprise, including but limited to careers as independent NIH-funded investigators).

The grant offsets the costs of stipends, tuition and fees, and training related experiences, including health insurance, for the appointed trainees in accordance with the approved NIH support levels. The proposed institutional research training program may complement other ongoing research training and career development programs at the applicant organization but must be clearly distinct from related program currently receiving Federal support.

## Purpose

The purpose of the Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (T32) program is to develop and/or enhance research training opportunities for individuals interested in careers in biomedical, behavioral or social sciences, and clinical research, in health services research, or in any other discipline relevant to the NIH mission. NIH encourages biomedical research training to keep pace with the rapid evolution of the biomedical research enterprise that is increasingly complex, interdisciplinary, quantitative, and collaborative. Programs should prepare trainees to effectively engage in a research enterprise characterized by increased breadth in the backgrounds of individuals participating, the approaches taken to investigate research questions, and the range of careers that biomedical doctoral recipients are pursuing. There is also increasing recognition of the need to enhance the reproducibility of biomedical research results through scientific rigor and transparency, and the skills of mentors to effectively engage a more diverse trainee population.

Each proposed program should provide rigorous research training, and mentored research experiences, and are expected to help trainees develop:

- The skills to independently acquire the knowledge needed to advance their chosen field;
- The ability to think critically and independently, and to identify important research questions and approaches that push forward the boundaries of their areas of study;
- An understanding of the health-related sciences and the relationship of their research training to health and disease;
- A strong foundation in scientific reasoning, rigorous and reproducible research design, experimental methods, quantitative and computational approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching biomedical research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting and presenting rigorous and reproducible research with increasing self-direction;
- The ability to work effectively in teams with colleagues from a variety of cultural and scientific backgrounds and to promote inclusive and supportive scientific research environments;
- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g., discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills, and experiences required to identify and transition into careers in the biomedical research workforce.

## Program Considerations

This NOFO is intended to support rigorous research training programs that will promote the development of a biomedical research workforce that will benefit from the full range of perspectives, experiences and backgrounds needed to advance and translate discovery for the benefit of all.  NIH expects organizations to engage in outreach and recruitment activities to encourage individuals from diverse backgrounds, including individuals from underrepresented groups  (see the Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html) ) to participate in the program.  Consistent with existing NIH practices and applicable law: (1) Funded programs may not use the race, ethnicity, or sex (including gender identity, sexual orientation, or transgender status) of a trainee or faculty candidate as an eligibility or selection criterion, and (2) NIH does not use the race, ethnicity, or sex of trainee candidates, trainees, or faculty in the application review process or funding decisions.   Applicants and award recipients are encouraged to consult with their General Counsel to ensure all applicable laws and regulations are being followed in program design and implementation.

Applicants are expected to identify unique training goals and objectives (i.e., specific and measurable outcomes the program intends to achieve) and develop plans to implement evidence-informed training and mentoring activities (i.e., approaches that are grounded in the literature and from evaluations of existing relevant training programs) to address those needs and objectives.

*Inclusive, Safe, Accessible and Supportive Research Training Environments that Promote Scientific Rigor*

Funded programs are expected to implement robust plans to develop  inclusive, safe, accessible, and supportive research training environments to maximize success for all individuals in the training program. Specifically, funded programs should have institutional and departmental environments where individuals from all backgrounds, including those from underrepresented groups, are welcomed and feel integrated into and supported by the biomedical research community.  Funded programs are also expected to implement plans to enhance trainee retention (i.e., to sustain the scientific interests and participation of trainees from all backgrounds), which may be integrated with plans for mentor training (see below). Safety in research training environments should encompass:

- Environments free from harassment, bullying and intimidation (https://grants.nih.gov/grants/policy/harassment.htm), in which everyone participating is treated in a respectful and supportive manner,
- Laboratory and clinical settings where individuals exercise the highest standards of practice for chemical, biological and physical safety (for more information see examples of Laboratory Safety Training Guidelines (https://nigms.nih.gov/training/Pages/Laboratory-Safety-Training-and-Guidelines.aspx), and
- Practices at the institutional leadership and research community levels that demonstrate core values and behaviors to emphasize safety over competing goals.

Biomedical research and the resulting scientific knowledge are increasingly complex, multidisciplinary, and collaborative in nature. Training PDs/PIs are encouraged to develop institutional training programs that will provide trainees with education and experience in a variety of rigorous and reproducible scientific approaches, systems for study, tools, and technologies. Consideration of team-based research approaches may also be warranted depending upon the goals of the proposed training program.  Funded training programs must ensure that trainees have a solid foundation in methods to enhance data reproducibility through rigor and transparency (for examples, see NIH Rigor and Reproducibility Training (https://www.nih.gov/research-training/rigor-reproducibility/training/)).

*Mentor Training*

Effective mentorship is critical to the development and retention of scientists and the advancement of research.  Studies have shown that effective mentorship has overall positive effects on mentees, mentors and the overall research environment (e.g., improved academic achievement, retention, and degree attainment, career satisfaction, career commitment of trainees from all backgrounds, and enhanced integration of trainees from underrepresented groups into the biomedical academic community; see National Academies of Sciences, Engineering, and Medicine 2019, The Science of Effective Mentorship in STEMM (https://www.nationalacademies.org/our-work/the-science-of-effective-mentoring-in-stemm)).  Formal training, and ongoing professional development in effective mentoring practices has been shown to improve the knowledge and skills of research mentors across career stages.

Funded training programs are expected to support effective mentorship by ensuring all program faculty complete formal mentor training and periodic refreshers. Programs should consider the following as potential mentor training components, and are encouraged to adapt to program and trainee needs:

- Aligning expectations.
- Maintaining effective communication.
- Fostering independence.
- Assessing understanding.
- Enhancing professional development.
- Addressing equity and inclusion.
- Articulating a mentoring philosophy and plan.

*Trainee Career Development*

Scientists supported by NRSA training programs pursue a wide variety of careers in the biomedical research workforce in a variety of  sectors. These include research-intensive careers in academia, industry and government, and research-related careers in academic institutions, government agencies, for-profit businesses, and private foundations that directly benefit the broader biomedical research enterprise. Training PDs/PIs should make available appropriate skills training so that trainees are prepared to apply for subsequent independent support for their training, career development or research program (e.g., an individual fellowship award, mentored career development award, or research project grant), as appropriate for their career stage and interest. Training programs should also make available structured career development opportunities (e.g., workshops, individual development plans, informational interviews, shadowing, internships) so that trainees will obtain a working knowledge of various potential career paths that would make strong use of the knowledge and skills gained during research training, and the steps, experiences, networks, and credentials required to transition successfully to the next stage of their chosen career.

*Considerations for Clinicians and Dual-degree Students*

Past studies have shown that health professional trainees who train in programs with postdoctoral researchers who have intensive research backgrounds are more likely to work with their institutions to apply for and receive subsequent research grant support. Programs that emphasize research training for individuals with the MD or other health-professional degrees are therefore encouraged to develop interactions with basic science departments and include trainees with research doctorates when this approach is consistent with the goals of the proposed training program.

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 44 of 83

1/30/25, 10:39 AM

Institutional research training grants must be used to support a program of full-time research training. Within the full-time training period, research trainees who are also training as clinicians must devote their time to the proposed research training and confine clinical duties to those that are an integral part of the research training experience or can be conducted in the allowable additional 25% of their time (e.g., 10 hours per week) that may be devoted to clinical employment. The program may not be used to support studies leading to the MD, DDS, or other clinical, health-professional degrees except when those studies are part of a formal combined research degree program, such as the MD/PhD. Similarly, trainees may not accept NRSA support for clinical training that is part of residency training leading to clinical certification in a medical or dental specialty or subspecialty. It is permissible and encouraged, however, for clinicians to engage in NRSA-supported, full-time postdoctoral research training even when that experience is creditable toward certification by a clinical specialty or subspecialty board.

***Other Considerations***

Institutional commitment and support for the proposed training program are important elements of the application. The research training program may complement and synergize with other ongoing federally supported research training and career development programs at the applicant institution (e.g., in the development of skills needed for careers in the biomedical research workforce that are not discipline-specific); however, the research training goals and objectives must be distinct from related programs at the same institution currently receiving federal support. Funded programs are expected to provide evidence of accomplishing the training goals in progress reports and upon renewal, to make aggregate data on training and career outcomes publicly available, and are strongly encouraged to disseminate successful training practices to the broader training community. Training grant funds may not be used solely as a vehicle to provide stipends for trainees to conduct research.

The duration of training, the transition of trainees to individual support mechanisms, and their transition to the next career stage are important considerations in institutional training programs. Also, an important consideration is the engagement of trainees in their training goals, process and activities through the program that enhances what they may be getting in existing programs within the institution. Training PD/PIs should limit appointments to individuals who plan to remain in the training program for no less than two years, whether that support comes from a training grant or some combination of NRSA and non-NRSA programs institution.

Short-term training is not intended, and may not be used, to support activities that would ordinarily be part of a research degree program, nor for any undergraduate-level training. Short-term positions should be requested at the time of application, as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_11/11.1_general.htm). Research training programs solely for short-term research training should not apply to this announcement, but rather the T35 NRSA NOFO, which can be found in the NIH Training Kiosk. (https://researchtraining.nih.gov/programs/training-grants)

This Notice of Funding Opportunity (NOFO) does not support of Trainees to lead an independent clinical trial, but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor. NIH strongly supports training towards a career in clinically relevant research and so gaining experience in clinical trials under the guidance of a mentor or co-mentor is encouraged.

**Special Note**: Because of the differences in individual Institute and Center (IC) program requirements for this NOFO, prospective applicants **MUST** consult the **Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)**, to make sure that their application is appropriate for the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

See Section VIII. Other Information for award authorities and regulations.

# Section II. Award Information

| Funding Instrument | Grant: A financial assistance mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity. |
|---|---|
| Application Types Allowed | New<br>Renewal<br>Resubmission<br>Revision<br><br>The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) provide details on these application types. Only those application types listed here are allowed for this NOFO. |
| Clinical Trial? | Not Allowed: Only accepting applications that do not propose clinical trials.<br><br>Note: Appointed Trainees are permitted to obtain research experience in a clinical trial led by a |

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 45 of 83

1/30/25, 10:39 AM

mentor or co-mentor.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

| Funds Available and Anticipated Number of Awards | The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications. |

| Award Budget | Application budgets are not limited, but need to reflect the actual needs of the proposed project. |

Recipients are expected to be familiar with and comply with applicable cost policies and the NRSA Guidelines (*NIH Grants Policy Statement - Institutional Research Training Grants* (//grants.nih.gov/grants/guide/url_redirect.php?id=41126)). Funds may be used only for those expenses that are directly related to and necessary for the research training and must be expended in conformance with OMB Cost Principles, the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120), and the NRSA regulations, policies, guidelines, and conditions set forth in this document.

| Award Project Period | Awards for T32 institutional NRSA research training grants may be for project periods up to five years in duration and are renewable. |

# Other Award Budget Information

| Stipends, Tuition, and Fees | Ruth L. Kirschstein-NRSA awards provide stipends as a subsistence allowance to help defray living expenses during the research training experience. |

NIH will contribute to the combined cost of tuition and fees at the rate in place at the time of award.

Stipend levels, as well as funding amounts for tuition and fees and the institutional allowance are announced annually in the *NIH Guide for Grants and Contracts* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) webpage (https://researchtraining.nih.gov/resources/policy-notices).

| Trainee Travel | Travel for trainees to attend scientific meetings and workshops that the institution determines to be necessary for the individual's research training experience is an allowable expense for predoctoral and postdoctoral trainees. This includes trainees on short-term appointments. Trainees must be appointed to the training grant at the time of the actual travel for this to be an allowable cost. |

The amount of funds provided for trainee travel may vary by NIH Institute or Center; applicants are encouraged to consult the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html) for further information.

| Training Related Expenses | NIH will provide funds to help defray other research training expenses, such as health insurance, staff salaries, consultant costs, mentor training activities, equipment, research supplies, and faculty/staff travel directly related to the research training program. The most recent levels of training related expenses are announced annually in the *NIH Guide for Grants and Contracts,* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) webpage (https://researchtraining.nih.gov/resources/policy-notices). |

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)    1/30/25, 10:39 AM

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 46 of 83

| Indirect Costs | Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs (exclusive of tuition and fees, consortium costs in excess of $25,000, and expenditures for equipment), rather than on the basis of a negotiated rate agreement. |
|---|---|

NIH grants policies as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url redirect.php?id=11120) will apply to the applications submitted and awards made from this NOFO.

# Section III. Eligibility Information

## 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

The following types of Higher Education Institutions are always encouraged to apply for NIH support as Public or Private Institutions of Higher Education:

- Hispanic-serving Institutions
- Historically Black Colleges and Universities (HBCUs)
- Tribally Controlled Colleges and Universities (TCCUs)
- Alaska Native and Native Hawaiian Serving Institutions
- Asian American Native American Pacific Islander Serving Institutions (AANAPISIs)

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

Local Governments

- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)
- U.S. Territory or Possession

Other

- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations

Federal Governments

- Eligible Agencies of the Federal Government
- U.S. Territory or Possession

The sponsoring institution must assure support for the proposed program. Appropriate institutional commitment to the program includes the provision of adequate staff, facilities, and educational resources that can contribute to the planned program.

### Foreign Organizations

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

### Required Registrations

**Applicant Organizations**

Applicant organizations must complete and maintain the following registrations as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url redirect.php?id=82400), (//grants.nih.gov/grants/guide/url redirect.php?id=82400) to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants

should begin the registration process as soon as possible. Failure to complete registrations in advance of a due date is not a valid reason for a late submission, please reference NIH Grants Policy Statement Section 2.3.9.2 Electronically Submitted Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423) for additional information.

- System for Award Management (SAM) (https://grants.nih.gov/grants/guide/url_redirect.php?id=82390) – Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.

- NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) – Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
- Unique Entity Identifier (UEI)- A UEI is issued as part of the SAM.gov registration process. The same UEI must be used for all registrations, as well as on the grant application.

- eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Once the unique organization identifier is established, organizations can register with eRA Commons in tandem with completing their Grants.gov registration; all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300) – Applicants must have an active SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

## Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research training program as the Training Program Director/Principal Investigator (Training PD/PI) is invited to work with their organization to develop an application for support. Individuals from diverse backgrounds, including individuals from underrepresented racial and ethnic groups, individuals with disabilities, and women are always encouraged to apply for NIH support. See, Reminder: Notice of NIH's Encouragement of Applications Supporting Individuals from Underrepresented Ethnic and Racial Groups as well as Individuals with Disabilities, NOT-OD-22-019 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-22-019.html).

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy (//grants.nih.gov/grants/multi_pi/index.htm) and submission details in the Senior/Key Person Profile (Expanded) Component of the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

The PD/PI should be an established investigator in the scientific area in which the application is targeted and capable of providing both administrative and scientific leadership to the development and implementation of the proposed program. The PD/PI will be responsible for the selection and appointment of trainees to the approved research training program, and for the overall direction, management, administration, and evaluation of the program. The PD/PI will be expected to monitor and assess the program and submit all documents and reports as required. The PD/PI has responsibility for the day-to-day administration of the program and is responsible for appointing members of the Advisory Committee (when applicable), using their recommendations to determine the appropriate allotment of funds.  Additional PDs/PIs, including individuals with experience in areas relevant to the program goals may be included to achieve the training goals.

## 2. Cost Sharing

This NOFO does not require cost sharing as defined in the NIH Grants Policy Statement Section 1.2 Definition of Terms (//grants.nih.gov/grants/guide/url_redirect.php?id=11126).

## 3. Additional Information on Eligibility

## Number of Applications

Applicant organizations may submit more than one application, provided that each application is programmatically distinct.

NIH will not accept duplicate or highly overlapping applications under review at the same time per NIH Grants Policy Statement Section 2.3.7.4 Submission of Resubmission Application (//grants.nih.gov/grants/guide/url_redirect.php?id=82415). This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.
- An application that has substantial overlap with another application pending appeal of initial peer review (see NIH Grants Policy Statement 2.3.9.4 Similar, Essentially Identical, or Identical Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423))

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)    1/30/25, 10:39 AM

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 48 of 83

## Preceptors/Mentors

Program faculty should be active researchers in the biomedical sciences as demonstrated by recent publications and research support in the area of the proposed research training program. Programs are encouraged to recruit prospective preceptors/mentors from a wide variety of backgrounds, for example, faculty from underrepresented groups (see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) and faculty at different career stages (for example, early stage investigators as well as senior faculty). When building a training team, programs should include faculty who are committed to training, mentoring, and providing inclusive, safe, accessible, and supportive research training environments. All program faculty should have a mentoring philosophy appropriately tailored to the needs of potential trainees that ensures trainees will receive the tailored mentorship needed to develop skills and advance their career. Program faculty should also have sufficient time to commit to training given their other professional obligations.

## Trainees

The applicant organization will select the trainees to be supported by the research training program and is responsible for establishing trainee eligibility and selection criteria that are consistent with applicable law.

The individual to be trained must be a citizen or a noncitizen national of the United States or have been lawfully admitted for permanent residence at the time of appointment. Additional details on citizenship, training period, and aggregate duration of support are available in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=61131)*.

All trainees are required to pursue their research training full time, normally defined as 40 hours per week, or as specified by the sponsoring institution in accordance with its own policies. Appointments are normally made in 12-month increments, and no trainee may be appointed for less than 9 months during the initial period of appointment, except with prior approval of the awarding unit, or when trainees are appointed to approved, short-term training positions.

*Predoctoral trainees.* Predoctoral trainees must be enrolled in a program leading to a PhD or in an equivalent research doctoral degree program. Health-professional students who wish to interrupt their studies for a year or more to engage in full-time research training before completing their formal training programs, are also eligible.

*Postdoctoral trainees.* Postdoctoral trainees must have received, as of the beginning date of the NRSA appointment, a Ph.D., M.D., D.D.S., or comparable doctoral degree from an accredited domestic or foreign institution. Comparable doctoral degrees include, but are not limited to, the following: D.M.D., DC, DO, DVM., OD, DPM, ScD, EngD, DrPH, DNSc, DPT, PharmD, ND (Doctor of Naturopathy), DSW, PsyD, as well as a doctoral degree in nursing degree. Documentation by an authorized official of the degree-granting institution certifying all degree requirements have been met prior to the beginning date of the training appointment is acceptable. Individuals in postgraduate clinical training, who wish to interrupt their studies for a year or more to engage in full-time research training before completing their formal training programs, are also eligible.

*Short-term trainees.*

# Section IV. Application and Submission Information

## 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this NOFO. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

## 2. Content and Form of Application Submission

It is critical that applicants follow the Training (T) Instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed in this Notice of Funding Opportunity to do otherwise. Conformance to the requirements in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

### Page Limitations

All page limitations described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.php?id=11133) must be followed.

### Instructions for Application Submission

The following section supplements the instructions found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and should be used for preparing an application to this NOFO.

### SF424(R&R) Cover

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

### SF424(R&R) Project/Performance Site Locations

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 49 of 83

1/30/25, 10:39 AM

All instructions in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

## SF424 (R&R) Other Project Information

All instructions in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

**Project Summary/Abstract.** Provide an abstract of the entire application. Include the goals, objectives, rationale and design of the research training/career development program, as well as key activities in the training plan. Indicate the planned duration of appointments, the projected number of trainees/scholars including their levels (i.e., predoctoral, postdoctoral, short-term), and intended trainee/scholar outcomes.

**Other Attachments. An Advisory Committee** is not a required, but a highly recommended component of a training program. However, if an Advisory Committee is intended, provide a plan for the appointment of an Advisory Committee to monitor progress of the training program. The composition, roles, responsibilities, and desired expertise of committee members, frequency of committee meetings, and other relevant information should be included. Describe how the Advisory Committee will evaluate the overall effectiveness of the program. Proposed Advisory Committee members should be named in the application if they have been invited to participate at the time the application is submitted. Renewal applications with Advisory Committees should include the names of all committee members during the past project period. Please name your file "Advisory_Committee.pdf".

*The filename provided for each "Other Attachment" will be the name used for the bookmark in the electronic application in eRA Commons.*

## SF424(R&R) Senior/Key Person Profile Expanded

Follow all instructions provided in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## PHS 398 Cover Page Supplement

Follow all instructions provided in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## PHS 398 Training Subaward Budget Attachment(s)

Follow all instructions provided in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## Training Budget

Follow all instructions provided in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) with the following additional modifications:

- Include all personnel other than the Training PD(s)/PI(s) in the Other Personnel section, including clerical and administrative staff.

## PHS 398 Research Training Program Plan

The PHS 398 Research Training Program Plan Form is comprised of the following sections:

- Training Program
- Faculty, Trainees, and Training Record
- Other Training Program
- Appendix - Note that the Appendix should only be used in circumstances covered in the NIH policy on appendix materials or if the NOFO specifically instructs applicants to do so.

Follow all instructions provided in the [How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400)](https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

The following modifications apply:

Particular attention must be given to the required [Training Data Tables (//grants.nih.gov/grants/guide/url_redirect.php?id=61169)](//grants.nih.gov/grants/guide/url_redirect.php?id=61169). Applicants should summarize, in the body of the application, key data from the tables that highlight the characteristics of the prospective candidate pool, faculty mentors, the educational and career outcomes of past participants, and other factors that contribute to the overall environment of the program.

## Training Program

In addition to the information specified in the Application Guide, describe the following for each section of the Program Plan attachment:

### Background

The application should clearly describe the goals (i.e., broad statement of purpose of the program), and objectives (i.e., specific measurable outcomes the program intends to achieve) of the proposed research training program. The program-specific goals and objectives should align with the Program Objective of this funding announcement while focusing on developing the specific skills required to be a well-trained scientist in the proposed scientific discipline(s).

The application should describe how the program will develop a diverse pool of well-trained scientists who have the technical, operational, and professional skills required to conduct research in a safe, ethically responsible and rigorous manner, and to enter careers in the biomedical research workforce as delineated in the Program Objective. The application should describe how the program will enhance the training environment and not simply provide financial support to trainees.

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 50 of 83

1/30/25, 10:39 AM

## Program Plan

### Program Administration (Training Program Director(s)/Principal Investigator(s))

The application should describe how the Training Program Director(s)/Principal Investigator(s) (PDs/PIs) will promote the success of the trainees and training program.  Multiple PDs/PIs are encouraged, particularly when each brings a unique perspective and skill set that will enhance training. The application should expand on the information in the biosketch(es) to address how the PD/PI or PD/PI team has:

- The appropriate expertise (for example, a record of rigorous research), as well as the administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program.
- The time to commit sufficient effort to promote the program's success, given other professional obligations (applicants should indicate the program director's percent effort in the proposed program).
- A demonstrated commitment to training future biomedical research researchers.
- Received training (or have a plan in place to ensure they receive training) on how to effectively mentor trainees from all backgrounds including trainees from groups underrepresented in the biomedical sciences (e.g., see Notice of NIH's Interest in Diversity (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-031.html)) prior to the start of the program.

This section should describe how previous mentoring experiences of the PD(s)/PI(s) will support the success of the proposed training program.

### Program Faculty

The application should describe (a) the faculty participants and (b) planned mentor training and oversight.

*Faculty Participants, please describe:*

- The efforts made to recruit a pool of prospective program faculty from a wide variety of backgrounds, for example, faculty from underrepresented groups, and a range of career stages and scientific disciplines relevant to the training goals, to provide potential role models within the training program and to enhance the training environment.

*Mentor Training and Oversight, please describe:*

- The planned strategy and administrative structure to oversee and monitor the program and ensure appropriate and timely trainee progress. This should include a mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing faculty who continue to display unacceptable mentorship qualities from the training program.
- How the participating faculty are trained to ensure the use of evidence-informed mentoring practices that promote the development of trainees from all backgrounds, including  trainees from groups underrepresented in the biomedical sciences. Include the planned format, duration, and frequency of mentor training activities for program faculty and a description of how mentor training has been tailored to the goals and objectives of the broader training program. Describe the major topics covered in mentor training. Examples of relevant topics include, but are not limited to:
  - Aligning expectations.
  - Maintaining effective communication.
  - Fostering independence.
  - Assessing scholars' understanding of scientific research.
  - Enhancing professional development.
  - Addressing equity and inclusion.
  - Articulating your mentoring philosophy and plan.

### Proposed Training

In addition to the information specified in the Application Guide, describe:

- How the training activities will employ evidence-informed approaches to trainee learning, mentorship, inclusion, and professional development, and how these activities will address the program's training goals and objectives.
- How trainees will be instructed on data science principles that are relevant to their areas of research. Examples include statistics, computational science, bioinformatics, data sharing and access, data management, data security, and data privacy in human subjects research.

*Career Development*

The proposed training should include a section on career development activities for trainees involved in the program, and should describe:

- How the pool of potential applicants and trainees will be provided with information about the overall biomedical research workforce employment landscape, the variety of careers in the biomedical research workforce for which their training would be useful, and the career outcomes of graduates of the program (e.g., on publicly accessible websites).
- How the proposed program will engage a range of potential employers to ensure the trainees will acquire the appropriate skills, knowledge, and steps needed to attain positions in the sectors of the biomedical research workforce that are of interest to them and consistent with their values.

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 51 of 83    1/30/25, 10:39 AM

- How the training program or institution will provide appropriate experiential learning opportunities (e.g., internships, shadowing, informational interviews, teaching opportunities) that allow trainees to develop the professional skills and networks necessary to transition into careers in the biomedical research workforce.

**Training Program Evaluation**

The application should describe:

- How the proposed evaluation will assess the extent to which the overall program is effective in meeting its training goals and objectives, and whether the research training environment is inclusive and supportive of trainee development .
- The program's procedures for responding to program evaluation findings.

**Trainee Candidates and Retention Plans**

Through the narrative and summaries of the information presented in the Training Data Tables (https://grants.nih.gov/grants/forms/data-tables.htm) and the attachments, the application should:

- Provide a strong justification for the number of requested trainee positions.
- Describe a multifactorial candidate review process (i.e., a process that considers metrics beyond previous institution, GPA, and standardized test scores) that will allow a broad group of research-oriented trainees who have taken advantage of the research opportunities available to them and are committed to contributing to the biomedical research enterprise the ability to participate in the training program.   Programs are encouraged to consider individuals who have the potential to strongly benefit from, and with proper training and support, succeed in the program (see also, Program Considerations in section I above).

*Retention Plans*

Describe efforts to sustain the scientific interests as well as monitor the academic and research progress of trainees from all backgrounds within the program (i.e., retention), including those from underrepresented groups. Applicants are encouraged to consult the NIH's website to identify promising retention practices (https://extramural-diversity.nih.gov/building-participation/recruitment-retention) and to use evidence-informed practices for retention with the recognition that the variety of trainee backgrounds and experiences may necessitate the need to tailor retention approaches. Describe the specific efforts to be undertaken by the training program and how these might coordinate with broader trainee retention efforts of the institution(s).

**Institutional Environment and Commitment to Training**

- The application should describe how the level of institutional and departmental commitment to research training will promote the success of the trainees and training program. This includes providing an inclusive, safe and supportive environment with procedures to ensure accountability and reporting of concerns. For institutions that have multiple NIH-funded training grants, the letter should also explain what distinguishes the proposed program from existing ones at the same training level, how the programs will synergize and share resources when appropriate, and how the training faculty, pool of potential trainees, and resources are sufficiently robust to support the proposed program in addition to existing ones. A letter providing assurances of the institutional commitment should be provided in the Letters of Support section of the application. Detailed instructions on the types of support are found below in the Letters of Support section of the NOFO. Do not repeat information contained elsewhere in the application.

**Training Outcomes**

This section is intended to provide outcomes for the program described in the application (or for new programs, to provide outcomes for recent graduates in similar training to the proposed program). The application should provide the information below about recent outcomes through narrative descriptions and a summary of the data presented in the required  training tables (https://grants.nih.gov/grants/forms/data-tables.htm) . The application should describe the following:

- Evidence that recent program graduates conducted rigorous research that advanced scientific knowledge and/or technologies, with increasing self-direction (e.g., peer-reviewed publications in Training Table 5 (https://grants.nih.gov/grants/forms/data-tables.htm), or other measures of scientific accomplishment appropriate to the field);
- The rate of program completion and length of training for predoctoral trainees, explain how time-to-degree  Training Table 8 (https://grants.nih.gov/grants/forms/data-tables.htm) ).
- The success of recent graduates transitioning to careers in the biomedical research workforce (Training Table 8). (https://grants.nih.gov/grants/forms/data-tables.htm)

If disparities are observed in trainee outcomes, describe approaches to identify the causes and, where warranted, the approaches to feasibly address the issues in the Program Plan.

**Progress Report for Renewal Applications**

For renewal applications include information in the "Program Overview" section to demonstrate that the program successfully trained a diverse pool of

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)          1/30/25, 10:39 AM

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 52 of 83

individuals who have the technical, operational, and professional skills to transition into careers in the biomedical research workforce. Highlight how the training program has evolved in response to changes in relevant scientific and technical knowledge, educational practices, and evaluation of the training program. Describe successes and challenges with implementation of the programmatic elements described in the previous application (e.g., curricular elements, mentor training activities, efforts to promote inclusive, safe, accessible and supportive research training environments) and provide justifications for failing to implement previously proposed programmatic elements. Include success rates for graduation and successful transitions to postdoc or careers in the biomedical research workforce and describe how the program made aggregate data on training and career outcomes publicly available.

## Faculty, Trainees, and Training Record

### Participating Faculty Biosketches

Program faculty are encouraged to provide a personal statement that describes their prior experience with:

- Training, mentoring, and promoting an inclusive and supportive scientific environment.
- Providing training in rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results.
- Aiding and supporting trainees in identifying and transitioning into careers in the biomedical research workforce that are consistent with trainees' skills, interests, and values.

### Letters of Support

*Institutional Support Letter.* The application must include a signed letter on institutional letterhead from a President, Provost, Dean or key institutional leader that describes the activities and resources provided by the institution that will ensure the success of the planned training program and the productivity of its trainees (not to exceed 10 pages). Institutional commitment to the following areas must also be described in the letter:

- Developing and promoting a culture in which the highest standards of scientific rigor, reproducibility and responsible conduct are advanced.
- Ensuring sufficient resources and support will be available to the training faculty and trainees, for example, to permit early stage faculty to participate in training and trainees to continue in training if their mentors experience a hiatus in research funding.
- Supporting core facilities and technology resources and describing how they can be used to enhance training.
- Providing adequate staff, facilities, and educational resources to the planned program.
- Supporting the PDs/PIs and other key staff associated with the planned training program; ensuring faculty have protected time available to devote to mentoring, training and research; considering activities integral to excellent training (such as teaching and mentorship) in tenure and promotion decisions.
- Promoting safe, accessible, and inclusive and supportive research training environments at all levels (trainees, staff, faculty, and leadership); ensuring the research facilities and laboratory practices promote the safety of trainees (see The NIH Grants Policy Statement Section 4 (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4_public_policy_requirements__objectives_and_other_appropriation_mandates.htm) regarding NIH recipient institutions expectations to provide safe and healthful working condition for their employees and foster work environments conducive to high-quality research); ensuring the research facilities are accessible to trainees with disabilities; ensuring a positive, supportive, and inclusive research and training environment for individuals from all backgrounds.
- Ensuring that proper policies, procedures, and oversight are in place to prevent discrimination, harassment and other discriminatory practices and to appropriately respond to allegations of such discriminatory practices, including providing any required notifications to NIH (see NOT-OD-20-124 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-124.html)).
- Providing the types and levels of support necessary for trainees to successfully complete the research training program.
- Supporting evaluation of the training program and procedures for responding to evaluation findings.

## Other Training Program Section

### Appendix:

Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400); any instructions provided here are in addition to the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) instructions.

## PHS Assignment Request Form

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

## 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 2. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

## 4. Submission Dates and Times

Part I. contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

**Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.**

Information on the submission process and a definition of on-time submission are provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review (https://grants.nih.gov/grants/policy/nihgps/html5/section_10/10.10.1_executive_orders.htm).

## 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120). The National Research Service Award (NRSA) policies (//grants.nih.gov/grants/guide/url_redirect.php?id=11171) apply to this program. An NRSA appointment may not be held concurrently with another Federally sponsored fellowship, traineeship, or similar Federal award that provides a stipend or otherwise duplicates provisions of the NRSA.

Pre-award costs are allowable only as described in the NIH Grants Policy Statement Section 7.9.1 Selected Items of Cost (//grants.nih.gov/grants/guide/url_redirect.php?id=11143). Note, however, that pre-award costs are not allowable charges for stipends or tuition/fees on institutional training grants because these costs may not be charged to the grant until a trainee has actually been appointed and the appropriate paperwork submitted to the NIH awarding component. Any additional costs associated with the decision to allow research elective credit for short-term research training are not allowable charges on an institutional training grant.

## 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). Paper applications will not be accepted.

**Applicants must complete all required registrations before the application due date.** Section III. Eligibility Information contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply – Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile form. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH.

The applicant organization must ensure that the unique entity identifier provided on the application is the same identifier used in the organization's profile in the eRA Commons and for the System for Award Management. Additional information may be found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review and responsiveness by components of participating organizations, NIH. Applications that are incomplete, non-compliant and/or nonresponsive will not be reviewed.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH. Applications that are incomplete or non-compliant will not be reviewed.

## Requests of $500,000 or more for direct costs in any year

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 54 of 83

Applicants requesting $500,000 or more in direct costs in any year (excluding consortium F&A) must contact a Scientific/ Research Contact at least 6 weeks before submitting the application and follow the Policy on the Acceptance for Review of Unsolicited Applications that Request $500,000 or More in Direct Costs as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). Applicants are advised to refer to the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html) for exceptions.

## Mandatory Disclosure

Recipients or subrecipients must submit any information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. See Mandatory Disclosures, 2 CFR 200.113 (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.113) and NIH Grants Policy Statement Section 4.1.35 (https://grants.nih.gov/grants/policy/nihgps/html5/section_4/4.1.35_mandatory_disclosures.htm).

Send written disclosures to the NIH Chief Grants Management Officer listed on the Notice of Award for the IC that funded the award and to the HHS Office of Inspector Grant Self Disclosure Program (https://oig.hhs.gov/compliance/self-disclosure-info/hhs-oig-grant-self-disclosure-program/) at grantdisclosures@oig.hhs.gov (mailto:grantdisclosures@oig.hhs.gov)

## Post Submission Materials

Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299).

# Section V. Application Review Information

## 1. Criteria

Only the review criteria described below will be considered in the review process.

Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system. While any information in the application relevant to the program goals can be included as part of the review process, the race, ethnicity, or sex (including gender identity, sexual orientation, or transgender status) of trainee candidates, trainees, or faculty may not, in and of themselves, be used as factors in the evaluation of applications.

**For this particular NOFO, note the following**: Reviewers should evaluate the program's potential to:

- Produce a pool of trainees with the technical, operational, and professional skills necessary to conduct rigorous and reproducible research, and transition into careers in the biomedical research workforce. Reviewers should note that careers in the biomedical research workforce refers to the breadth of careers that sustain the biomedical research enterprise (which includes, but is not exclusive to, careers as independent NIH-funded investigators).
- Enable research-oriented individuals from a wide range of backgrounds, including individuals from underrepresented groups, the ability to participate and succeed in the research training program (for example, through recruitment and mentor training activities).

## Overall Impact

Reviewers will provide an overall impact score to reflect their assessment of the likelihood that the proposed training program will equip the trainees with the skills, knowledge and experiences necessary to transition to successful careers in the biomedical research workforce, in consideration of the following review criteria and additional review criteria (as applicable for the project proposed.)

## Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of the merit of the training program and give a separate score for each. When applicable, the reviewers will consider relevant questions in the context of proposed short-term training. An application does not need to be strong in all categories to be judged likely to have major biomedical research training impact.

### Training Program and Environment

- Does the application provide a compelling rationale for the proposed research training program and propose appropriate training goals and objectives relevant to the rationale?
- Will the courses, structured training activities, mentoring, and research experiences achieve the training program's goals and objectives, and provide opportunities for trainees to acquire skill and expertise in transparent, rigorous, reproducible and relevant research methodologies and tools applicable to the goals of the training program?
- Is there an effective mechanism to monitor mentoring and to promote the development, retention and success of all trainees throughout their training?
- Will the proposed training program provide the trainees appropriate information regarding the breadth of careers in the biomedical research workforce for which their training may be useful, and appropriate learning opportunities that allow them to develop the professional skills and networks necessary to transition into those careers?
- Does the research training environment have adequate and appropriate facilities to support the proposed research training program?
- Is the level of institutional commitment to the training program, including administrative and research training support, sufficient to promote

the success of the program?

- Is it clear how the proposed training program is distinguished from other externally funded training programs at the institution?

## Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))

- Do the PD(s)/PI(s) have the appropriate background, expertise, and administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program?
- Do the PD(s)/PI(s) plan to commit sufficient effort to promote the program's success?
- Have the PD(s)/PI(s) demonstrated a strong commitment to training future researchers?
- Does the application describe how the PD(s)/PI(s) will receive appropriate training on effective mentoring practices to promote trainee success?
- **For applications designating multiple PDs/PIs:**
  - Is a strong justification provided that the multiple PD/PI leadership approach will benefit the training program and the trainees?
  - Is a strong and compelling leadership approach evident, including the designated roles and responsibilities, governance, and organizational structure consistent with and justified by the aims of the training program and the complementary expertise of the PDs/PIs?

## Preceptors/Mentors

- Does the proposed program demonstrate the presence of a sufficient pool of preceptors/mentors with appropriate expertise and adequate resources available to support the training goals and objectives proposed in the application (including short-term training, if applicable)?
- Is there a strong plan to ensure participating faculty receive appropriate training in the use of evidence-informed mentoring practices that promote the development of trainees from all backgrounds, including trainees from groups underrepresented in the biomedical sciences?
- Do participating faculty appropriately promote the trainees' career progression?

## Trainees

- Does the proposed program demonstrate the presence of a sufficient pool of potential trainees in appropriate disciplines and training stages to achieve the training program's objectives (including short-term training, if applicable)? Do the recruitment strategies identify trainee candidates with the potential to strongly benefit from, and with proper training and support, succeed in the training program?
- Does the program propose an appropriate multifactorial candidate review process to allow a broad group of research-oriented trainees the ability to participate in the training program (for example, a process that considers, consistent with applicable law, metrics beyond previous institution, GPA, and standardized test scores)?
- Are there well-defined and justified selection and re-appointment criteria?

## Training Record

- How successful are the trainees (or, for new applications, recent graduates in similar training) in completing the program?
- Does the application provide evidence that trainees (or, for new applications, other recent graduates in similar training) conducted rigorous research that, appropriate to the training stage of the proposed program, advanced scientific knowledge and/or technologies with increasing self-direction (such as peer-reviewed publications and other accomplishments appropriate to the field)?
- How successful are the trainees (or, for new applications, recent graduates in similar training) in transitioning to careers in the biomedical research workforce that utilize their training and directly benefit the broader biomedical research enterprise?
- If disparities are observed in outcomes for trainees (or, for new applications, recent graduates in similar training), has the program proposed adequate approaches to identify the causes and, where warranted, approaches to feasibly address them?
- Does the program propose a rigorous evaluation plan to assess the effectiveness of the training program and the extent to which it is meeting its overall goals and objectives? Are effective mechanisms in place for obtaining feedback from current and former trainees, and appropriate plans to respond to trainee feedback?
- **For applications that request short-term research training positions,** is there a record of retaining health professional trainees in research training or other research activities for at least two years?

## Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

### Protections for Human Subjects

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Inclusion of Women, Minorities, and Individuals Across the Lifespan

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Vertebrate Animals

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Biohazards

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

### Recruitment Plan to Enhance Diversity

Reviewers will examine the strategies to be used in the recruitment of prospective candidates from underrepresented groups.

For purposes of this review, "recruitment" refers to outreach efforts intended to encourage individuals to apply for the program. "Recruitment" does not mean the appointment or hiring of an individual into the program. For renewals, the committee may consider the program's account of past experiences, including successful and unsuccessful strategies, but may not use the race, ethnicity, or sex of program trainees appointed during the previous funding period as factors in the evaluation.

### Training in the Responsible Conduct of Research

All applications for support under this NOFO must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the specific characteristics of the training program, the level of trainee experience, and the particular circumstances of the trainees, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) **Format -** Does the plan satisfactorily address the format of instruction, e.g., lectures, coursework and/or real-time discussion groups, including face-to-face interaction? (*A plan involving only on-line instruction is not acceptable.*); 2) **Subject Matter –** Does the plan include a sufficiently broad selection of subject matter, such as conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, research ethics? 3) **Faculty Participation -** Does the plan adequately describe how faculty will participate in the instruction? For renewal applications, are all training faculty who served as course directors, speakers, lecturers, and/or discussion leaders during the past project period named in the application? 4) **Duration of Instruction -** Does the plan meet the minimum requirements for RCR, i.e., at least eight contact hours of instruction? 5) **Frequency of Instruction –** Does the plan meet the minimum requirements for RCR, i.e., at least once during each career stage (undergraduate, post-baccalaureate, predoctoral, postdoctoral, and faculty levels) and at a frequency of no less than once every four years?

For renewal applications, does the progress report document acceptable RCR instruction in the five components described above? Does the plan describe how participation in RCR instruction is being monitored? Are appropriate changes in the plan for RCR instruction proposed in response to feedback and in response to evolving issues related to responsible conduct of research?

### Training in Methods for Enhancing Reproducibility

Does the plan for Instruction in Methods for Enhancing Reproducibility describe how the program will provide training in scientific reasoning, rigorous research design, relevant experimental methods, consideration of relevant biological variables such as sex, authentication of key biological and/or chemical resources, quantitative approaches, and data analysis and interpretation, appropriate to field of study and the level and prior preparation of the trainees?

For renewal applications, does the application document appropriate changes in the plan for Methods for Enhancing Reproducibility in response to feedback and to evolving issues related to the conduct of rigorous and reproducible research?

### Resubmissions

For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project.

### Renewals

For Renewals, the committee will consider the progress made in the last funding period.

- Does the application describe the program's accomplishments over the past funding period(s)? Is the program achieving its training objectives?
- To what extent have the training goals and objectives been achieved since the last cycle? If certain goals were not met, did the program provide reasonable explanations and describe appropriate alternative approaches taken?
- Has the program evaluated the quality and effectiveness of the training experience (and when applicable, short-term training experience), and is there evidence that the evaluation outcomes and feedback from trainees have been acted upon?
- Are appropriate changes proposed that are likely to improve or strengthen the research training experience during the next project period (may not be applicable to short-term training)?
- Does the program use current, evidence-informed training and mentoring approaches and continue to evolve and reflect changes in the research area in which the training occurs?

### Revisions

For Revisions, the committee will consider the appropriateness of the proposed expansion of the scope of the project. If the Revision application

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 57 of 83    1/30/25, 10:39 AM

relates to a specific aspect of the original application that was not recommended for approval by the committee, then the committee will consider whether the responses to comments from the previous scientific review group are adequate and whether substantial changes are clearly evident.

**Additional Review Considerations**

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Select Agent Research

Reviewers will assess the information provided in this section of the application, including (1) the Select Agent(s) to be used in the proposed research, (2) the registration status of all entities where Select Agent(s) will be used, (3) the procedures that will be used to monitor possession use and transfer of Select Agent(s), and (4) plans for appropriate biosafety, biocontainment, and security of the Select Agent(s).

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), convened by the sponsoring Institute or Center in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications will receive a written critique.

Applications may undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the appropriate national Advisory Council or Board.

The following will be considered in making funding decisions, consistent with applicable law:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the NIH Grants Policy Statement Section 2.5.1. Just-in-Time Procedures. (//grants.nih.gov/grants/guide/url_redirect.php?id=82418) This request is not a Notice of Award nor should it be construed to be an indicator of possible funding.

Prior to making an award, NIH reviews an applicant's federal award history in SAM.gov to ensure sound business practices. An applicant can review and comment on any information in the Responsibility/Qualification records available in SAM.gov.  NIH will consider any comments by the applicant in the Responsibility/Qualification records in SAM.gov to ascertain the applicant's integrity, business ethics, and performance record of managing Federal awards per 2 CFR Part 200.206 "Federal awarding agency review of risk posed by applicants."  This provision will apply to all NIH grants and cooperative agreements except fellowships.

## 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access their Summary Statement (written critique) via the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date.

Information regarding the disposition of applications is available in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

# Section VI. Award Administration Information

## 1. Award Notices

A Notice of Award (NoA) is the official authorizing document notifying the applicant that an award has been made and that funds may be requested from the designated HHS payment system or office. The NoA is signed by the Grants Management Officer and emailed to the recipient's business official.

In accepting the award, the recipient agrees that any activities under the award are subject to all provisions currently in effect or implemented during the period of the award, other Department regulations and policies in effect at the time of the award, and applicable statutory provisions.

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 58 of 83

1/30/25, 10:39 AM

Recipients must comply with any funding restrictions described in Section IV.6. Funding Restrictions. Any pre-award costs incurred before receipt of the NoA are at the applicant's own risk.  For more information on the Notice of Award, please refer to the NIH Grants Policy Statement Section 5. The Notice of Award (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_5/5_the_notice_of_award.htm) and NIH Grants & Funding website, see Award Process. (https://grants.nih.gov/grants/pre-award-process.htm#award)

## 2. Administrative and National Policy Requirements

The following Federal wide and HHS-specific policy requirements apply to awards funded through NIH:

- The rules listed at 2 CFR Part 200 (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200), Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards.
- All NIH grant and cooperative agreement awards include the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the terms and conditions in the Notice of Award (NoA). The NoA includes the requirements of this NOFO. For these terms of award, see the NIH Grants Policy Statement Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (//grants.nih.gov/grants/guide/url_redirect.php?id=11159).
- If a recipient receives an award, the recipient must follow all applicable nondiscrimination laws. The recipient agrees to this when registering in SAM.gov. The recipient must also submit an Assurance of Compliance (HHS-690 (https://www.hhs.gov/sites/default/files/form-hhs690.pdf)). To learn more, see the Laws and Regulations Enforced by the HHS Office for Civil Rights website (https://www.hhs.gov/civil-rights/for-providers/laws-regulations-guidance/laws/index.html).
  - HHS recognizes that NIH research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health or safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this NOFO.

All federal statutes and regulations relevant to federal financial assistance, including those highlighted in NIH Grants Policy Statement Section 4 Public Policy Requirements, Objectives and Other Appropriation Mandates. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4_public_policy_requirements__objectives_and_other_appropriation_mandates.htm)

Recipients are responsible for ensuring that their activities comply with all applicable federal regulations.  NIH may terminate awards under certain circumstances. See 2 CFR Part 200.340 Termination (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340) and NIH Grants Policy Statement Section 8.5.2 Remedies for Noncompliance or Enforcement Actions: Suspension, Termination, and Withholding of Support (https://grants.nih.gov/grants/policy/nihgps/html5/section_8/8.5.2_remedies_for_noncompliance_or_enforcement_actions-_suspension_termination_and_withholding_of_support.htm).

Institutional NRSA training grants must be administered in accordance with the current NRSA section of the NIH Grants Policy Statement - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=61170).

The taxability of stipends is described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171). Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171).

As specified in the NIH Revitalization Act of 1993, Kirschstein-NRSA recipients incur a service payback obligation for the first 12 months of postdoctoral support. Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171); and more details are in the Frequently Asked Questions (//grants.nih.gov/grants/guide/url_redirect.php?id=61174). Officials at the recipient institution have the responsibility of explaining the terms of the payback requirements to all prospective trainees before appointment to the training grant. Additionally, all trainees recruited into the training program should be provided with information related to the career options that might be available when they complete the program. The suitability of such career options as methods to satisfy the NRSA service payback obligation should be discussed.

Successful recipients under this NOFO agree that:

Where the award funding involves implementing, acquiring, or upgrading health IT for activities by any funded entity, recipients and subrecipient(s) are required to: Use health IT that meets standards and implementation specifications adopted in 45 CFR part 170, Subpart B, if such standards and implementation specifications can support the activity.  Visit https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-D/part-170/subpart-B (https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-D/part-170/subpart-B) to learn more.

Where the award funding involves implementing, acquiring, or upgrading health IT for activities by eligible clinicians in ambulatory settings, or hospitals, eligible under Sections 4101, 4102, and 4201 of the HITECH Act, use health IT certified under the ONC Health IT Certification Program if certified technology can support the activity. Visit https://www.healthit.gov/topic/certification-ehrs/certification-health-it (https://www.healthit.gov/topic/certification-ehrs/certification-health-it) to learn more.

Pursuant to the Cybersecurity Act of 2015, Div. N, § 405, Pub. Law 114-113, 6 USC § 1533(d), the HHS Secretary has established a common set of voluntary, consensus-based, and industry-led guidelines, best practices, methodologies, procedures, and processes.

Successful recipients under this NOFO agree that:

When recipients, subrecipients, or third-party entities have:

1. ongoing and consistent access to HHS owned or operated information or operational technology systems; and
2. receive, maintain, transmit, store, access, exchange, process, or utilize personal identifiable information (PII) or personal health information (PHI) obtained from the awarding HHS agency for the purposes of executing the award.

Recipients shall develop plans and procedures, modeled after the NIST Cybersecurity framework (https://www.nist.gov/cyberframework), to protect HHS systems and data. Please refer to NIH Post-Award Monitoring and Reporting (https://grants.nih.gov/grants/post-award-monitoring-and-reporting.htm) for additional information.

## Inventions and Copyrights

Awards made primarily for educational purposes are exempted from the PHS invention requirements and thus invention reporting is not required, as described in the NIH Grants Policy Statement (///grants.nih.gov/grants/guide/url_redirect.php?id=61131).

## Cooperative Agreement Terms and Conditions of Award
Not Applicable

## 3. Data Management and Sharing
Consistent with the 2023 NIH Policy for Data Management and Sharing, when data management and sharing is applicable to the award, recipients will be required to adhere to the Data Management and Sharing requirements as outlined in the NIH Grants Policy Statement. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.2.3_sharing_research_resources.htm#Data)

## 4. Reporting
When multiple years are involved, recipients will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually. Continuation support will not be provided until the required forms are submitted and accepted.

Failure by the recipient institution to submit required forms in a timely, complete, and accurate manner may result in an expenditure disallowance or a delay in any continuation funding for the award. The Federal Funding Accountability and Transparency Act of 2006 as amended (FFATA), includes a requirement for recipients of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All recipients of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=82420) for additional information on this reporting requirement.

### Other Reporting Requirements
The institution must submit a completed Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.php?id=61189)) for each trainee appointed or reappointed to the training grant for 8 weeks or more. Recipients must submit the PHS 2271 data electronically using the xTrain system. More information on xTrain is available at xTrain (eRA Commons) (//grants.nih.gov/grants/guide/url_redirect.php?id=41183). An appointment or reappointment may begin any time during the budget period, but not before the budget period start date of the grant year.

A final RPPR, the expenditure data portion of the Federal Financial Report, and Termination Notices for all Trainees, are required for closeout of an award as described in the NIH Grants Policy Statement Section 8.6 Closeout (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.6_closeout.htm). NIH NOFOs outline intended research goals and objectives. Post award, NIH will review and measure performance based on the details and outcomes that are shared within the RPPR, as described at 2 CFR Part 200.301.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and 2 CFR Part 200.113 and Appendix XII to 45 CFR Part 75 and 2 CFR Part 200, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 and 2 CFR Part 200 Award Term and Condition for Recipient Integrity and Performance Matters.

## 5. Evaluation
In carrying out its stewardship of human resource-related programs, NIH may request information essential to an assessment of the effectiveness of

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 60 of 83

this program from databases and from participants themselves. Participants may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

# Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

Because of the difference in individual Institute and Center (IC) program requirements for this NOFO, prospective applications **MUST** consult the **Table of IC-Specific Information, Requirements, and Staff Contacts**, to make sure that their application is responsive to the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

### Application Submission Contacts
eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten on-time submission, and post-submission issues)

Finding Help Online: https://www.era.nih.gov/need-help (https://www.era.nih.gov/need-help) (preferred method of contact)
Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application processes and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-480-7075

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: support@grants.gov (mailto:support@grants.gov)

### Scientific/Research Contacts
See Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)

### Peer Review Contact(s)
Examine your eRA Commons account for review assignment and contact information (information appears two weeks after the submission due date).

### Financial/Grants Management Contacts
See Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)

# Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/url_redirect.php?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

### Authority and Regulations
Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR 63A and 2 CFR Part 200.

---

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?11-15-24)
NIH Funding Opportunities and Notices (/grants/guide/index.html)

---


National Institutes of Health
Office of Extramural Research
(/grants/oer.htm)

 (https://www.hhs.gov/)
Department of Health
and Human Services (HHS)

 (https://www.usa.gov/)

NIH… Turning Discovery Into Health®

EXHIBIT C

**March 31, 2025**

This funding opportunity was updated to align with agency priorities. Carefully reread the full funding opportunity and make any needed adjustments to your application prior to submission.

# Department of Health and Human Services

## Part 1. Overview Information

---

**Participating Organization(s)**

National Institutes of Health (NIH (http://www.nih.gov))

---

**Components of Participating Organizations**

Office of The Director, National Institutes of Health (OD (https://www.nih.gov/institutes-nih/nih-office-director))

National Eye Institute (NEI (https://www.nei.nih.gov/))

National Heart, Lung, and Blood Institute (NHLBI (https://www.nhlbi.nih.gov/))

National Human Genome Research Institute (NHGRI (https://www.genome.gov/))

National Institute on Aging (NIA (https://www.nia.nih.gov/))

National Institute on Alcohol Abuse and Alcoholism (NIAAA (https://www.niaaa.nih.gov/))

National Institute of Allergy and Infectious Diseases (NIAID (https://www.niaid.nih.gov/))

National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS (https://www.niams.nih.gov/))

National Institute of Biomedical Imaging and Bioengineering (NIBIB (https://www.nibib.nih.gov/))

Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD (https://www.nichd.nih.gov/))

National Institute on Deafness and Other Communication Disorders (NIDCD (https://www.nidcd.nih.gov/))

National Institute on Drug Abuse (NIDA (https://www.drugabuse.gov/))

National Institute of Environmental Health Sciences (NIEHS (https://www.niehs.nih.gov/))

National Institute of General Medical Sciences (NIGMS (https://www.nigms.nih.gov/))

National Institute of Mental Health (NIMH (https://www.nimh.nih.gov/index.shtml))

National Institute of Nursing Research (NINR (https://www.ninr.nih.gov/))

National Center for Complementary and Integrative Health (NCCIH (https://nccih.nih.gov/))

Division of Program Coordination, Planning and Strategic Initiatives, Office of Research Infrastructure Programs (ORIP (https://orip.nih.gov/))

National Cancer Institute (NCI (https://www.cancer.gov/))

National Institute on Diabetes and Digestive and Kidney Diseases (NIDDK (https://www.niddk.nih.gov/)), November 22, 2024 - Participation added (NOT-DK-25-007 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-25-007.html))

All applications to this funding opportunity announcement should fall within the mission of the Institutes/Centers. The following NIH Offices may co-fund applications assigned to those Institutes/Centers.

Office of Research on Women's Health (ORWH (https://orwh.od.nih.gov/))

Office of Data Science Strategy (ODSS (https://datascience.nih.gov/about/odss))

4/11/25, 3:15 PM                       PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 63 of 83

**Special Note**: Not all NIH Institutes and Centers participate in Parent Announcements. Applicants should carefully note which ICs participate in this announcement and view their respective areas of research interest and requirements at the ***Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)*** website. ICs that do not participate in this announcement will not consider applications for funding. Consultation with NIH staff before submitting an application is strongly encouraged.

## Funding Opportunity Title

## Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

## Activity Code

T32 (//grants.nih.gov/grants/funding/ac_search_results.htm?text_curr=t32&Search.x=0&Search.y=0&Search_Type=Activity) Institutional National Research Service Award (NRSA)

## Announcement Type

Reissue of PA-23-048 (https://grants.nih.gov/grants/guide/pa-files/PA-23-048.html)

## Related Notices

> See Notices of Special Interest (https://grants.nih.gov/grants/guide/NOSIs_targetingList.cfm?GuideDocID=41857) associated with this funding opportunity

- **March 31, 2025** - This funding opportunity was updated to align with agency priorities. Carefully reread the full funding opportunity and make any needed adjustments to your application prior to submission.
- **December 10, 2024** - Notice of Correction to Eligibility Information and Application Instructions for the Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32) (PA-25-168). See Notice NOT-OD-25-036 (//grants.nih.gov/grants/guide/notice-files/NOT-OD-25-036.html).
- **November 22, 2024** - Notice of NIDDK Participation in PA-25-168: "Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)". See Notice NOT-DK-25-007 (https://grants.nih.gov/grants/guide/notice-files/NOT-DK-25-007.html).
- **November 18, 2024** - Notice of Informational Webinar for NIGMS-Supported Postdoctoral Clinician-Scientists Institutional Training Programs (T32). See Notice NOT-GM-25-005 (//grants.nih.gov/grants/guide/notice-files/NOT-GM-25-005.html).

## Funding Opportunity Number (FON)

PA-25-168

## Companion Funding Opportunity

None

## Number of Applications

See Section III. 3. Additional Information on Eligibility.

## Assistance Listing Number(s)

93.310, 93.313, 93.837, 93.233, 93.838, 93.839, 93.840, 93.286, 93.273, 93.213, 93.397, 93.396, 93.399, 93.398, 93.855, 93.351, 93.859, 93.361, 93.279, 93.113, 93.867, 93.172, 93.242, 93.866, 93.865, 93.846, 93.173, 93.847

## Funding Opportunity Purpose

The National Institutes of Health (NIH) will award Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grants (T32) to eligible, domestic institutions to develop and/or enhance predoctoral and postdoctoral research training, including short-term research training, to help ensure that a highly trained workforce is available to meet the needs of the Nation's biomedical, behavioral, and clinical research agenda. Research training programs are expected to incorporate engaging, didactic, research, and career development elements to prepare trainees for careers that will have a significant impact on the health-related research needs of the Nation. Programs proposing only short-term predoctoral research training should not apply to this announcement, but rather to the Kirschstein-NRSA Short-Term Institutional Research Training Grant Program (T35) exclusively reserved for predoctoral, short-term research training.

This Notice of Funding Opportunity (NOFO) does not allow Trainees to lead an independent clinical trial, but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor.

---

### Funding Opportunity Goal(s)

NIH's mission is to seek fundamental knowledge about the nature and behavior of living systems and the application of that knowledge to enhance health, lengthen life, and reduce illness and disability.

## Key Dates

---

### Posted Date

November 15, 2024

---

### Open Date (Earliest Submission Date)

December 25, 2024

---

### Letter of Intent Due Date(s)

Not Applicable

The following table includes NIH standard due dates (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/due-dates.htm) marked with an asterisk.

| Application Due Dates | | | Review and Award Cycles | | |
|---|---|---|---|---|---|
| New | Renewal / Resubmission / Revision (as allowed) | AIDS - New/Renewal/Resubmission/Revision, as allowed | Scientific Merit Review | Advisory Council Review | Earliest Start Date |
| January 25, 2025 * | January 25, 2025 * | May 07, 2025 * | July 2025 | October 2025 | December 2025 |
| May 25, 2025 * | May 25, 2025 * | September 07, 2025 * | November 2025 | January 2026 | April 2026 |
| September 25, 2025 * | September 25, 2025 * | January 07, 2026 * | March 2026 | May 2026 | July 2026 |
| January 25, 2026 * | January 25, 2026 * | May 07, 2026 * | July 2026 | October 2026 | December 2026 |
| May 25, 2026 * | May 25, 2026 * | September 07, 2026 * | November 2026 | January 2027 | April 2027 |
| September 25, 2026 * | September 25, 2026 * | January 07, 2027 * | March 2027 | May 2027 | July 2027 |
| January 25, 2027 * | January 25, 2027 * | May 07, 2027 * | July 2027 | October 2027 | December 2027 |
| May 25, 2027 * | May 25, 2027 * | September 07, 2027 * | November 2027 | January 2028 | April 2028 |
| September 25, 2027 * | September 25, 2027 * | January 07, 2028 * | March 2028 | May 2028 | July 2028 |

All applications are due by 5:00 PM local time of applicant organization.

Applicants are encouraged to apply early to allow adequate time to make any corrections to errors found in the application during the submission process by the due date.

4/11/25, 3:15 PM    Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 65 of 83

---

**Expiration Date**

May 05, 2028

---

**Due Dates for E.O. 12372**

Not Applicable

---

**Required Application Instructions**

It is critical that applicants follow the Training (T) Instructions in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed to do otherwise (in this NOFO or in a Notice from the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/url_redirect.php?id=11164)). Conformance to all requirements (both in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the NOFO) is required and strictly enforced. Applicants must read and follow all application instructions in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) as well as any program-specific instructions noted in Section IV. When the program-specific instructions deviate from those in the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400), follow the program-specific instructions. **Applications that do not comply with these instructions may be delayed or not accepted for review.**

There are several options available to submit your application through Grants.gov to NIH and Department of Health and Human Services partners. You **must** use one of these submission options to access the application forms for this opportunity.

1. Use the NIH ASSIST system to prepare, submit and track your application online.

   Apply Online Using ASSIST

2. Use an institutional system-to-system (S2S) solution to prepare and submit your application to Grants.gov and eRA Commons (https://public.era.nih.gov/commons/) to track your application. Check with your institutional officials regarding availability.

3. Use Grants.gov (https://grants.gov/search-grants?oppStatuses=closed|archived|posted|forecasted&fon=PA-25-168) Workspace to prepare and submit your application and eRA Commons (http://public.era.nih.gov/commons/) to track your application.

# Table of Contents

Part 1. Overview Information
    Key Dates
Part 2. Full Text of Announcement
    Section I. Funding Opportunity Description
    Section II. Award Information
    Other Award Budget Information
    Section III. Eligibility Information
    Section IV. Application and Submission Information
    Section V. Application Review Information
    Section VI. Award Administration Information
    Section VII. Agency Contacts
    Section VIII. Other Information

# Part 2. Full Text of Announcement

# Section I. Funding Opportunity Description

The overall goal of the NIH Ruth L. Kirschstein National Research Service Award (NRSA) program is to help ensure that a pool of highly trained scientists is available in appropriate scientific disciplines to address the Nation's biomedical, behavioral, and clinical research needs. In order to accomplish this goal, NRSA training programs are designed to train individuals to conduct research and to prepare for research careers. More information about NRSA programs may be found at the Ruth L. Kirschstein National Research Service Award (https://researchtraining.nih.gov/programs/training-grants/T32-a) (NRSA) website.

The NRSA program has been the primary means of supporting predoctoral and postdoctoral research training programs since enactment of the NRSA legislation in 1974. Institutional NRSA programs allow the Training Program Director/Principal Investigator (Training PD/PI) to select trainees and

4/11/25, 3:15 PM     PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 66 of 83

develop an enhanced program of coursework, mentored research experiences, and technical, operational and professional skills development that provides added value to already existing programs and prepares the appointed trainees for careers in the biomedical research workforce (the breadth of careers that sustain the biomedical research enterprise, including but limited to careers as independent NIH-funded investigators).

The grant offsets the costs of stipends, tuition and fees, and training related experiences, including health insurance, for the appointed trainees in accordance with the approved NIH support levels. The proposed institutional research training program may complement other ongoing research training and career development programs at the applicant organization but must be clearly distinct from related program currently receiving Federal support.

## Purpose

The purpose of the Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (T32) program is to develop and/or enhance research training opportunities for individuals interested in careers in biomedical, behavioral or social sciences, and clinical research, in health services research, or in any other discipline relevant to the NIH mission. NIH encourages biomedical research training to keep pace with the rapid evolution of the biomedical research enterprise that is increasingly complex, interdisciplinary, quantitative, and collaborative. Programs should prepare trainees to effectively engage in a research enterprise characterized by increased breadth in the approaches taken to investigate research questions, and the range of careers that biomedical research doctoral recipients are pursuing. There is also increasing recognition of the need to enhance the reproducibility of biomedical research results through scientific rigor and transparency, and the skills of mentors to effectively engage the 21st century trainee population.

Each proposed program should provide rigorous research training, and mentored research experiences, and are expected to help trainees develop:

- The skills to independently acquire the knowledge needed to advance their chosen field;
- The ability to think critically and independently, and to identify important research questions and approaches that push forward the boundaries of their areas of study;
- An understanding of the health-related sciences and the relationship of their research training to health and disease;
- A strong foundation in scientific reasoning, rigorous and reproducible research design, experimental methods, quantitative and computational approaches, and data analysis and interpretation;
- The skills to conduct research in the safest manner possible, and a commitment to approaching biomedical research responsibly, ethically, and with integrity;
- Experience initiating, conducting, interpreting and presenting rigorous and reproducible research with increasing self-direction;
- The ability to work effectively in teams with colleagues from a variety of scientific backgrounds and to promote the development of safe and supportive scientific research environments;
- The skills to teach and communicate scientific research methodologies and findings to a wide variety of audiences (e.g., discipline-specific, across disciplines, and the public); and
- The knowledge, professional skills, and experiences required to identify and transition into careers in the biomedical research workforce.

## Program Considerations

This NOFO is intended to support rigorous research training programs that will promote the development of a biomedical research workforce that will benefit from the full range of skills and experiences needed to advance and translate discovery for the benefit of all. Consistent with existing NIH practices and applicable law: (1) Funded programs may not use the race, ethnicity, or sex of a trainee or faculty candidate as an eligibility or selection criteria, and (2) NIH does not use the race, ethnicity, or sex of trainee candidates, trainees, or faculty in the application review process or funding decisions. Applicants and award recipients are encouraged to consult with their General Counsel to ensure all applicable laws and regulations are being followed in program design and implementation.

Applicants are expected to identify unique training goals and objectives (i.e., specific and measurable outcomes the program intends to achieve) and develop plans to implement evidence-informed training and mentoring activities (i.e., approaches that are grounded in the literature and from evaluations of existing relevant training programs) to address those needs and objectives.

### *Safe and Supportive Research Training Environments that Promote Scientific Rigor*

Funded programs are expected to implement robust plans to develop safe and supportive research training environments to maximize success for all individuals in the training program. Specifically, funded programs should have institutional and departmental environments where all individuals are integrated into and supported by the biomedical research community. Funded programs are also expected to implement plans to enhance trainee retention (i.e., to sustain the scientific interests and participation of trainees from all backgrounds), which may be integrated with plans for mentor training (see below). Safety in research training environments should encompass:

- Environments free from harassment, bullying and intimidation (https://grants.nih.gov/grants/policy/harassment.htm), in which everyone participating is treated in a respectful and supportive manner,
- Laboratory and clinical settings where individuals exercise the highest standards of practice for chemical, biological and physical safety (for more information see examples of Laboratory Safety Training Guidelines (https://nigms.nih.gov/training/Pages/Laboratory-Safety-Training-and-Guidelines.aspx)), and
- Practices at the institutional leadership and research community levels that demonstrate core values and behaviors to emphasize safety over competing goals.

Biomedical research and the resulting scientific knowledge are increasingly complex, multidisciplinary, and collaborative in nature. Training PDs/PIs are encouraged to develop institutional training programs that will provide trainees with education and experience in a variety of rigorous and reproducible scientific approaches, systems for study, tools, and technologies. Consideration of team-based research approaches may also be

warranted depending upon the goals of the proposed training program. Funded training programs must ensure that trainees have a solid foundation in methods to enhance data reproducibility through rigor and transparency (for examples, see NIH Rigor and Reproducibility Training (https://www.nih.gov/research-training/rigor-reproducibility/training)).

*Mentor Training*

Effective mentorship is critical to the development and retention of scientists and the advancement of research. Studies have shown that effective mentorship has overall positive effects on mentees, mentors and the overall research environment (e.g., improved academic achievement, retention, and degree attainment, career satisfaction, career commitment). Formal training, and ongoing professional development in effective mentoring practices has been shown to improve the knowledge and skills of research mentors across career stages.

Funded training programs are expected to support effective mentorship by ensuring all program faculty complete formal mentor training and periodic refreshers. Programs should consider the following as potential mentor training components, and are encouraged to adapt to program and trainee needs:

- Aligning expectations.
- Maintaining effective communication.
- Fostering independence.
- Assessing understanding.
- Enhancing professional development.
- Articulating a mentoring philosophy and plan.

*Trainee Career Development*

Scientists supported by NRSA training programs pursue a variety of careers in the biomedical research workforce in various sectors. These include research-intensive careers in academia, industry and government, and research-related careers in academic institutions, government agencies, for-profit businesses, and private foundations that directly benefit the broader biomedical research enterprise. Training PDs/PIs should make available appropriate skills training so that trainees are prepared to apply for subsequent independent support for their training, career development or research program (e.g., an individual fellowship award, mentored career development award, or research project grant), as appropriate for their career stage and interest. Training programs should also make available structured career development opportunities (e.g., workshops, individual development plans, informational interviews, shadowing, internships) so that trainees will obtain a working knowledge of various potential career paths that would make strong use of the knowledge and skills gained during research training, and the steps, experiences, networks, and credentials required to transition successfully to the next stage of their chosen career.

*Considerations for Clinicians and Dual-degree Students*

Past studies have shown that health professional trainees who train in programs with postdoctoral researchers who have intensive research backgrounds are more likely to work with their institutions to apply for and receive subsequent research grant support. Programs that emphasize research training for individuals with the MD or other health-professional degrees are therefore encouraged to develop interactions with basic science departments and include trainees with research doctorates when this approach is consistent with the goals of the proposed training program.

Institutional research grants must be used to support a program of full-time research training. Within the full-time research training period, research trainees who are also training as clinicians must devote their time to the proposed research training and confine clinical duties to those that are an integral part of the research training experience or can be conducted in the allowable additional 25% of their time (e.g., 10 hours per week) that may be devoted to clinical employment. The program may not be used to support studies leading to the MD, DDS, or other clinical, health-professional degrees except when those studies are part of a formal combined research degree program, such as the MD/PhD. Similarly, trainees may not accept NRSA support for clinical training that is part of residency training leading to clinical certification in a medical or dental specialty or subspecialty. It is permissible and encouraged, however, for clinicians to engage in NRSA-supported, full-time postdoctoral research training even when that experience is creditable toward certification by a clinical specialty or subspecialty board.

*Other Considerations*

Institutional commitment and support for the proposed training program are important elements of the application. The research training program may complement and synergize with other ongoing federally supported research training and career development programs at the applicant institution (e.g., in the development of skills needed for careers in the biomedical research workforce that are not discipline-specific); however, the research training goals and objectives must be distinct from related programs at the same institution currently receiving federal support. Funded programs are expected to provide evidence of accomplishing the training goals in progress reports and upon renewal, to make aggregate data on training and career outcomes publicly available, and are strongly encouraged to disseminate successful training practices to the broader training community. Training grant funds may not be used solely as a vehicle to provide stipends for trainees to conduct research.

The duration of training, the transition of trainees to individual support mechanisms, and their transition to the next career stage are important considerations in institutional training programs. Also, an important consideration is the engagement of trainees in their training goals, process and activities through the program that enhances what they may be getting in existing programs within the institution. Training PD/PIs should limit appointments to individuals who plan to remain in the training program for no less than two years, whether that support comes from a training grant or some combination of NRSA and non-NRSA programs institution.

Short-term training is not intended, and may not be used, to support activities that would ordinarily be part of a research degree program, nor for any undergraduate-level training. Short-term positions should be requested at the time of application, as described in the NIH Grants Policy Statement (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_11/11.1_general.htm). Research training programs solely for short-term research training

should not apply to this announcement, but rather the T35 NRSA NOFO, which can be found in the NIH Training Kiosk. (https://researchtraining.nih.gov/programs/training-grants)

This Notice of Funding Opportunity (NOFO) does not support of Trainees to lead an independent clinical trial, but does allow them to obtain research experience in a clinical trial led by a mentor or co-mentor. NIH strongly supports training towards a career in clinically relevant research and so gaining experience in clinical trials under the guidance of a mentor or co-mentor is encouraged.

**Special Note**: Because of the differences in individual Institute and Center (IC) program requirements for this NOFO, prospective applicants **MUST** consult the **Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html)**, to make sure that their application is appropriate for the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

See Section VIII. Other Information for award authorities and regulations.

# Section II. Award Information

## Funding Instrument

Grant: A financial assistance mechanism providing money, property, or both to an eligible entity to carry out an approved project or activity.

## Application Types Allowed

New
Renewal
Resubmission
Revision

The OER Glossary (//grants.nih.gov/grants/guide/url_redirect.php?id=11116) and the How to Apply Application Guide, (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) provide details on these application types. Only those application types listed here are allowed for this NOFO.

## Clinical Trial?

Not Allowed: Only accepting applications that do not propose clinical trials.

Note: Appointed Trainees are permitted to obtain research experience in a clinical trial led by a mentor or co-mentor.

Need help determining whether you are doing a clinical trial? (https://grants.nih.gov/grants/guide/url_redirect.php?id=82370)

## Funds Available and Anticipated Number of Awards

The number of awards is contingent upon NIH appropriations and the submission of a sufficient number of meritorious applications.

## Award Budget

Application budgets are not limited, but need to reflect the actual needs of the proposed project.

Recipients are expected to be familiar with and comply with applicable cost policies and the NRSA Guidelines (*NIH Grants Policy Statement - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=41126)*). Funds may be used only for those expenses that are directly related to and necessary for the research training and must be expended in conformance with OMB Cost Principles, the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120)*, and the NRSA regulations, policies, guidelines, and conditions set forth in this document.

## Award Project Period

Awards for T32 institutional NRSA research training grants may be for project periods up to five years in duration and are renewable.

# Other Award Budget Information

## Stipends, Tuition, and Fees

Ruth L. Kirschstein-NRSA awards provide stipends as a subsistence allowance to help defray living expenses during the research training experience.

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 69 of 83

NIH will contribute to the combined cost of tuition and fees at the rate in place at the time of award.

Stipend levels, as well as funding amounts for tuition and fees and the institutional allowance are announced annually in the *NIH Guide for Grants and Contracts* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) webpage (https://researchtraining.nih.gov/resources/policy-notices).

### Trainee Travel

Travel for trainees to attend scientific meetings and workshops that the institution determines to be necessary for the individual's research training experience is an allowable expense for predoctoral and postdoctoral trainees. This includes trainees on short-term appointments. Trainees must be appointed to the training grant at the time of the actual travel for this to be an allowable cost.

The amount of funds provided for trainee travel may vary by NIH Institute or Center; applicants are encouraged to consult the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html) for further information.

### Training Related Expenses

NIH will provide funds to help defray other research training expenses, such as health insurance, staff salaries, consultant costs, mentor training activities, equipment, research supplies, and faculty/staff travel directly related to the research training program. The most recent levels of training related expenses are announced annually in the *NIH Guide for Grants and Contracts,* and are also posted on the Ruth L. Kirschstein National Research Service Award (NRSA) webpage (https://researchtraining.nih.gov/resources/policy-notices).

### Indirect Costs

Indirect Costs (also known as Facilities & Administrative [F&A] Costs) are reimbursed at 8% of modified total direct costs (exclusive of tuition and fees, consortium costs in excess of $25,000, and expenditures for equipment), rather than on the basis of a negotiated rate agreement.

NIH grants policies as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) will apply to the applications submitted and awards made from this NOFO.

# Section III. Eligibility Information

## 1. Eligible Applicants

### Eligible Organizations

Higher Education Institutions

- Public/State Controlled Institutions of Higher Education
- Private Institutions of Higher Education

Nonprofits Other Than Institutions of Higher Education

- Nonprofits with 501(c)(3) IRS Status (Other than Institutions of Higher Education)
- Nonprofits without 501(c)(3) IRS Status (Other than Institutions of Higher Education)

Local Governments

- Indian/Native American Tribal Governments (Federally Recognized)
- Indian/Native American Tribal Governments (Other than Federally Recognized)
- U.S. Territory or Possession

Other

- Native American Tribal Organizations (other than Federally recognized tribal governments)
- Faith-based or Community-based Organizations

Federal Governments

- Eligible Agencies of the Federal Government
- U.S. Territory or Possession

The sponsoring institution must assure support for the proposed program. Appropriate institutional commitment to the program includes the provision of adequate staff, facilities, and educational resources that can contribute to the planned program.

### Foreign Organizations

4/11/25, 3:15 PM    Ruth L. Kirschstein National Research Service Award (NRSA) Individual Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 70 of 83

Non-domestic (non-U.S.) Entities (Foreign Institutions) **are not** eligible to apply.

Non-domestic (non-U.S.) components of U.S. Organizations **are not** eligible to apply.

## Required Registrations

**Applicant Organizations**

Applicant organizations must complete and maintain the following registrations as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400), (//grants.nih.gov/grants/guide/url_redirect.php?id=82400) to be eligible to apply for or receive an award. All registrations must be completed prior to the application being submitted. Registration can take 6 weeks or more, so applicants should begin the registration process as soon as possible. Failure to complete registrations in advance of a due date is not a valid reason for a late submission, please reference NIH Grants Policy Statement Section 2.3.9.2 Electronically Submitted Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423) for additional information.

- System for Award Management (SAM) (https://grants.nih.gov/grants/guide/url_redirect.php?id=82390) – Applicants must complete and maintain an active registration, **which requires renewal at least annually**. The renewal process may require as much time as the initial registration. SAM registration includes the assignment of a Commercial and Government Entity (CAGE) Code for domestic organizations which have not already been assigned a CAGE Code.

- NATO Commercial and Government Entity (NCAGE) Code (//grants.nih.gov/grants/guide/url_redirect.php?id=11176) – Foreign organizations must obtain an NCAGE code (in lieu of a CAGE code) in order to register in SAM.
- Unique Entity Identifier (UEI)- A UEI is issued as part of the SAM.gov registration process. The same UEI must be used for all registrations, as well as on the grant application.

- eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123) - Once the unique organization identifier is established, organizations can register with eRA Commons in tandem with completing their Grants.gov registration; all registrations must be in place by time of submission. eRA Commons requires organizations to identify at least one Signing Official (SO) and at least one Program Director/Principal Investigator (PD/PI) account in order to submit an application.
- Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=82300) – Applicants must have an active SAM registration in order to complete the Grants.gov registration.

**Program Directors/Principal Investigators (PD(s)/PI(s))**

All PD(s)/PI(s) must have an eRA Commons account. PD(s)/PI(s) should work with their organizational officials to either create a new account or to affiliate their existing account with the applicant organization in eRA Commons. If the PD/PI is also the organizational Signing Official, they must have two distinct eRA Commons accounts, one for each role. Obtaining an eRA Commons account can take up to 2 weeks.

## Eligible Individuals (Program Director/Principal Investigator)

Any individual(s) with the skills, knowledge, and resources necessary to carry out the proposed research training program as the Training Program Director/Principal Investigator (Training PD/PI) is invited to work with their organization to develop an application for support.

For institutions/organizations proposing multiple PDs/PIs, visit the Multiple Program Director/Principal Investigator Policy (//grants.nih.gov/grants/multi_pi/index.htm) and submission details in the Senior/Key Person Profile (Expanded) Component of the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

The PD/PI should be an established investigator in the scientific area in which the application is targeted and capable of providing both administrative and scientific leadership to the development and implementation of the proposed program. The PD/PI will be responsible for the selection and appointment of trainees to the approved research training program, and for the overall direction, management, administration, and evaluation of the program. The PD/PI will be expected to monitor and assess the program and submit all documents and reports as required. The PD/PI has responsibility for the day-to-day administration of the program and is responsible for appointing members of the Advisory Committee (when applicable), using their recommendations to determine the appropriate allotment of funds.  Additional PDs/PIs, including individuals with experience in areas relevant to the program goals may be included to achieve the training goals.

## 2. Cost Sharing

This NOFO does not require cost sharing as defined in the NIH Grants Policy Statement Section 1.2 Definition of Terms (//grants.nih.gov/grants/guide/url_redirect.php?id=11126).

## 3. Additional Information on Eligibility

## Number of Applications

Applicant organizations may submit more than one application, provided that each application is programmatically distinct.

NIH will not accept duplicate or highly overlapping applications under review at the same time per NIH Grants Policy Statement Section 2.3.7.4 Submission of Resubmission Application (//grants.nih.gov/grants/guide/url_redirect.php?id=82415). This means that the NIH will not accept:

- A new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.
- A resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.

- An application that has substantial overlap with another application pending appeal of initial peer review (see NIH Grants Policy Statement 2.3.9.4 Similar, Essentially Identical, or Identical Applications (//grants.nih.gov/grants/guide/url_redirect.php?id=82423))

## Preceptors/Mentors

Program faculty should be active researchers in the biomedical sciences as demonstrated by recent publications and research support in the area of the proposed research training program.  Programs are encouraged to recruit prospective preceptors/mentors and faculty with relevant experience and expertise to advance the program goals, including faculty at different career stages (for example, early stage investigators as well as senior faculty). When building a training team, programs should include faculty who are committed to training, mentoring, and providing safe and supportive research training environments.  All program faculty should have a mentoring philosophy appropriately tailored to the needs of potential trainees that ensures trainees will receive the tailored mentorship needed to develop skills and advance their career.  Program faculty should also have sufficient time to commit to training given their other professional obligations.

## Trainees

The applicant organization will select the trainees to be supported by the research training program and is responsible for establishing trainee eligibility and selection criteria that are consistent with applicable law.

The individual to be trained must be a citizen or a noncitizen national of the United States or have been lawfully admitted for permanent residence at the time of appointment. Additional details on citizenship, training period, and aggregate duration of support are available in the *NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=61131)*.

All trainees are required to pursue their research training full time, normally defined as 40 hours per week, or as specified by the sponsoring institution in accordance with its own policies. Appointments are normally made in 12-month increments, and no trainee may be appointed for less than 9 months during the initial period of appointment, except with prior approval of the awarding unit, or when trainees are appointed to approved, short-term training positions.

***Predoctoral trainees.*** Predoctoral trainees must be enrolled in a program leading to a PhD or in an equivalent research doctoral degree program. Health-professional students who wish to interrupt their studies for a year or more to engage in full-time research training before completing their formal training programs, are also eligible.

***Postdoctoral trainees.*** Postdoctoral trainees must have received, as of the beginning date of the NRSA appointment, a Ph.D., M.D., D.D.S., or comparable doctoral degree from an accredited domestic or foreign institution. Comparable doctoral degrees include, but are not limited to, the following: D.M.D., DC, DO, DVM., OD, DPM, ScD, EngD, DrPH, DNSc, DPT, PharmD, ND (Doctor of Naturopathy), DSW, PsyD, as well as a doctoral degree in nursing research. Documentation by an authorized official of the degree-granting institution certifying all degree requirements have been met prior to the beginning date of the training appointment is acceptable. Individuals in postgraduate clinical training, who wish to interrupt their studies for a year or more to engage in full-time research training before completing their formal training programs, are also eligible.

***Short-term trainees.***

Trainees selected for short-term training are required to pursue research training for 2-3 months on a full-time basis devoting at least 40 hours per week, or as specified by the sponsoring institution in accordance with its own policies. Within the full-time training period, trainees must devote their time to the proposed research training and must confine clinical duties to those that are an integral part of the research training experience. Successful trainees may be appointed for additional periods of short-term training or, if appropriate to their career level, they should be encouraged to apply for an extended period of full-time training supported by an NRSA training grant or fellowship, or an NIH career development award.

Short-term training is not intended, and may not be used, to support activities that would ordinarily be part of a research degree program, nor for any undergraduate-level training.

Short-term trainees must be medical students, dental students, students in other health-professional programs, or graduate students in the physical or quantitative sciences. To be eligible for short-term, predoctoral research training positions students must be enrolled, in good standing, and must have completed at least one quarter or semester in a program leading to a clinical doctorate or a doctorate in a physical or quantitative science such as physics, mathematics, or engineering before participating in the training program. Individuals already matriculated in a formal research degree program in the health sciences, or those holding a research doctorate, a master's degree, or a combined health-professional/research doctorate normally are not eligible for short-term training positions. Within schools of pharmacy, only individuals who are candidates for the PharmD degree are eligible for short-term, research training positions.

# Section IV. Application and Submission Information

## 1. Requesting an Application Package

The application forms package specific to this opportunity must be accessed through ASSIST, Grants.gov Workspace or an institutional system-to-system solution. Links to apply using ASSIST or Grants.gov Workspace are available in Part 1 of this NOFO. See your administrative office for instructions if you plan to use an institutional system-to-system solution.

## 2. Content and Form of Application Submission

It is critical that applicants follow the Training (T) Instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) except where instructed in this Notice of Funding Opportunity to do otherwise. Conformance to the requirements in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) is required and strictly enforced. Applications that are out of compliance with these instructions may be delayed or not accepted for review.

4/11/25, 3:15 PM    Ruth L. Kirschstein National Research Service Award (NRSA) Individual Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 72 of 83

## Page Limitations

All page limitations described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and the Table of Page Limits (//grants.nih.gov/grants/guide/url_redirect.php?id=11133) must be followed.

## Instructions for Application Submission

The following section supplements the instructions found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) and should be used for preparing an application to this NOFO.

## SF424(R&R) Cover

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

## SF424(R&R) Project/Performance Site Locations

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

## SF424 (R&R) Other Project Information

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

**Project Summary/Abstract.** Provide an abstract of the entire application. Include the goals, objectives, rationale and design of the research training/career development program, as well as key activities in the training plan. Indicate the planned duration of appointments, the projected number of trainees/scholars including their levels (i.e., predoctoral, postdoctoral, short-term), and intended trainee/scholar outcomes.

**Other Attachments. An Advisory Committee** is not a required, but a highly recommended component of a training program. However, if an Advisory Committee is intended, provide a plan for the appointment of an Advisory Committee to monitor progress of the training program. The composition, roles, responsibilities, and desired expertise of committee members, frequency of committee meetings, and other relevant information should be included. Describe how the Advisory Committee will evaluate the overall effectiveness of the program. Proposed Advisory Committee members should be named in the application if they have been invited to participate at the time the application is submitted. Renewal applications with Advisory Committees should include the names of all committee members during the past project period. Please name your file "Advisory_Committee.pdf".

*The filename provided for each "Other Attachment" will be the name used for the bookmark in the electronic application in eRA Commons.*

## SF424(R&R) Senior/Key Person Profile Expanded

Follow all instructions provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## PHS 398 Cover Page Supplement

Follow all instructions provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## PHS 398 Training Subaward Budget Attachment(s)

Follow all instructions provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## Training Budget

Follow all instructions provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) with the following additional modifications:

- Include all personnel other than the Training PD(s)/PI(s) in the Other Personnel section, including clerical and administrative staff.

## PHS 398 Research Training Program Plan

The PHS 398 Research Training Program Plan Form is comprised of the following sections:

- Training Program
- Faculty, Trainees, and Training Record
- Other Training Program
- Appendix - Note that the Appendix should only be used in circumstances covered in the NIH policy on appendix materials or if the NOFO specifically instructs applicants to do so.

Follow all instructions provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

The following modifications apply:

Particular attention must be given to the required **Training Data Tables (//grants.nih.gov/grants/guide/url_redirect.php?id=61169)**. Applicants should summarize, in the body of the application, key data from the tables that highlight the characteristics of the prospective candidate pool, faculty mentors, the educational and career outcomes of past participants, and other factors that contribute to the overall environment of the program.

## Training Program

In addition to the information specified in the Application Guide, describe the following for each section of the Program Plan attachment:

**Background**

The application should clearly describe the goals (i.e., broad statement of purpose of the program), and objectives (i.e., specific measurable outcomes the program intends to achieve) of the proposed research training program. The program-specific goals and objectives should align with the Program Objective of this funding announcement while focusing on developing the specific skills required to be a well-trained scientist in the proposed scientific discipline(s).

The application should describe how the program will develop a pool of well-trained scientists who have the technical, operational, and professional skills required to conduct research in a safe, ethically responsible and rigorous manner, and to enter careers in the biomedical research workforce as delineated in the Program Objective. The application should describe how the program will enhance the training environment and not simply provide financial support to trainees.

## Program Plan

### Program Administration (Training Program Director(s)/Principal Investigator(s))

The application should describe how the Training Program Director(s)/Principal Investigator(s) (PDs/PIs) will promote the success of the trainees and training program. Multiple PDs/PIs are encouraged, particularly when each brings a unique skill set that will enhance training. The application should expand on the information in the biosketch(es) to address how the PD/PI or PD/PI team has:

- The appropriate expertise (for example, a record of rigorous research), as well as the administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program.
- The time to commit sufficient effort to ensure the program's success, given other professional obligations (applicants should indicate the program director's percent effort in the proposed program).
- A demonstrated commitment to training future biomedical research researchers.
- Received training (or have a plan in place to ensure they receive training) on how to effectively mentor the entire trainee pool prior to the start of the program.

This section should describe how previous mentoring experiences of the PD(s)/PI(s) will support the success of the proposed training program.

### Program Faculty

The application should describe (a) the faculty participants and (b) planned mentor training and oversight.

*Faculty Participants, please describe:*

- The efforts made to recruit a pool of prospective program faculty from various career stages with relevant experience and expertise to advance the program goals to enhance the training environment.

*Mentor Training and Oversight, please describe:*

- The planned strategy and administrative structure to oversee and monitor the program and ensure appropriate and timely trainee progress. This should include a mechanism to monitor mentoring, including oversight of the effectiveness of the trainee/participating faculty match, and a plan for removing faculty who continue to display unacceptable mentorship qualities from the training program.
- How the participating faculty are trained to ensure the use of evidence-informed mentoring practices that promote the development of all trainees. Include the planned format, duration, and frequency of mentor training activities for program faculty and a description of how mentor training has been tailored to the goals and objectives of the broader training program. Describe the major topics covered in mentor training. Examples of relevant topics include, but are not limited to:
  - Aligning expectations.
  - Maintaining effective communication.
  - Fostering independence.
  - Assessing scholars' understanding of scientific research.
  - Enhancing professional development.
  - Articulating your mentoring philosophy and plan.

### Proposed Training

In addition to the information specified in the Application Guide, describe:

- How the training activities will employ evidence-informed approaches to trainee learning, mentorship, and professional development, and how these activities will address the program's training goals and objectives.
- How trainees will be instructed on data science principles that are relevant to their areas of research. Examples include statistics, computational science, bioinformatics, data sharing and access, data management, data security, and data privacy in human subjects research.

  *Career Development*

The proposed training should include a section on career development activities for trainees involved in the program, and should describe:

- How the pool of potential applicants and trainees will be provided with information about the overall biomedical research workforce employment landscape, the variety of careers in the biomedical research workforce for which their training would be useful, and the career outcomes of graduates of the program (e.g., on publicly accessible websites).
- How the proposed program will engage a range of potential employers to ensure the trainees will acquire the appropriate skills, knowledge, and steps needed to attain positions in the sectors of the biomedical research workforce that are of interest to them and consistent with their values.

4/11/25, 3:15 PM     PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 74 of 83

- How the training program or institution will provide appropriate experiential learning opportunities (e.g., internships, shadowing, informational interviews, teaching opportunities) that allow trainees to develop the professional skills and networks necessary to transition into careers in the biomedical research workforce.

**Training Program Evaluation**

The application should describe:

- How the proposed evaluation will assess the extent to which the overall program is effective in meeting its training goals and objectives, and whether the research training environment is supportive of trainee development .
- The program's procedures for responding to program evaluation findings.

**Trainee Candidates and Retention Plans**

Through the narrative and summaries of the information presented in the [Training Data Tables (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm) and the attachments, the application should:

- Provide a strong justification for the number of requested trainee positions.
- Describe a multifactorial candidate review process (i.e., a process that considers metrics beyond previous institution, GPA, and standardized test scores) that will allow research-oriented trainees who have taken advantage of the research opportunities available to them and are committed to contributing to the biomedical research enterprise the ability to participate in the training program.   Programs are encouraged to consider individuals who have the potential to strongly benefit from, and with proper training and support, succeed in the program (see also, Program Considerations in section I above).

  *Retention Plans*

Describe efforts to sustain the scientific interests as well as monitor the academic and research progress of trainees from all backgrounds within the program (i.e., retention). Applicants are encouraged to use evidence-informed practices for retention with the recognition that the variety of trainee educational backgrounds and experiences may necessitate the need to tailor retention approaches. Describe the specific efforts to be undertaken by the training program and how these might coordinate with broader trainee retention efforts of the institution(s).

**Institutional Environment and Commitment to Training**

- The application should describe how the level of institutional and departmental commitment to research training will promote the success of the trainees and training program. This includes providing a safe and supportive research training environment with procedures to ensure accountability and reporting of concerns. For institutions that have multiple NIH-funded training grants, the letter should also explain what distinguishes the proposed program from existing ones at the same training level, how the programs will synergize and share resources when appropriate, and how the training faculty, pool of potential trainees, and resources are sufficiently robust to support the proposed program in addition to existing ones. A letter providing assurances of the institutional commitment should be provided in the Letters of Support section of the application. Detailed instructions on the types of support are found below in the Letters of Support section of the NOFO. Do not repeat information contained elsewhere in the application.

**Training Outcomes**

This section is intended to provide outcomes for the program described in the application (or for new programs, to provide outcomes for recent graduates in similar training to the proposed program). The application should provide the information below about recent outcomes through narrative descriptions and a summary of the data presented in the required [training tables (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm) . The application should describe the following:

- Evidence that recent program graduates conducted rigorous research that advanced scientific knowledge and/or technologies, with increasing self-direction (e.g., peer-reviewed publications in [Training Table 5 (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm), or other measures of scientific accomplishment appropriate to the field);
- The rate of program completion and length of training (for predoctoral trainees, explain how time-to-degree [Training Table 8 (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm) ).
- The success of recent graduates transitioning to careers in the biomedical research workforce ([Training Table 8). (https://grants.nih.gov/grants/forms/data-tables.htm)](https://grants.nih.gov/grants/forms/data-tables.htm)

If disparities are observed in trainee outcomes, describe approaches to identify the causes and, where warranted, the approaches to feasibly address the issues in the Program Plan.

**Progress Report for Renewal Applications**

For renewal applications include information in the "Program Overview" section to demonstrate that the program successfully trained a pool of individuals who have the technical, operational, and professional skills to transition into careers in the biomedical research workforce. Highlight how the training program has evolved in response to changes in relevant scientific and technical knowledge, educational practices, and evaluation of the training program. Describe successes and challenges with implementation of the programmatic elements described in the previous application (e.g., curricular elements, mentor training activities, efforts to promote safe and supportive research training environments) and provide justifications for failing to implement previously proposed programmatic elements.  Include success rates for graduation and successful transitions to postdoc or careers in the biomedical research workforce and describe how the program made aggregate data on training and career outcomes publicly available.

## Faculty, Trainees, and Training Record

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 75 of 83

**Participating Faculty Biosketches**

Program faculty are encouraged to provide a personal statement that describes their prior experience with:

- Training, mentoring, and promoting a supportive scientific environment.
- Providing training in rigorous and unbiased experimental design, methodology, analysis, interpretation, and reporting of results.
- Aiding and supporting trainees in identifying and transitioning into careers in the biomedical research workforce that are consistent with trainees' skills, interests, and values.

**Letters of Support**

*Institutional Support Letter.* The application must include a signed letter on institutional letterhead from a President, Provost, Dean or key institutional leader that describes the activities and resources provided by the institution that will ensure the success of the planned training program and the productivity of its trainees (not to exceed 10 pages). Institutional commitment to the following areas must also be described in the letter:

- Developing and promoting a culture in which the highest standards of scientific rigor, reproducibility and responsible conduct are advanced.
- Ensuring sufficient resources and support will be available to the training faculty and trainees, for example, to permit early stage faculty to participate in training and trainees to continue in training if their mentors experience a hiatus in research funding.
- Supporting core facilities and technology resources and describing how they can be used to enhance training.
- Providing adequate staff, facilities, and educational resources to the planned program.
- Supporting the PDs/PIs and other key staff associated with the planned training program; ensuring faculty have protected time available to devote to mentoring, training and research; considering activities integral to excellent training (such as teaching and mentorship) in tenure and promotion decisions.
- Promoting safe and supportive research training environments at all levels (trainees, staff, faculty, and leadership); ensuring the research facilities and laboratory practices promote the safety of trainees (see The NIH Grants Policy Statement Section 4 (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4_public_policy_requirements__objectives_and_other_appropriation_mandates.htm) regarding NIH recipient institutions expectations to provide safe and healthful working condition for their employees and foster work environments conducive to high-quality research.
- Ensuring that proper policies, procedures, and oversight are in place to prevent  discrimination, harassment and other discriminatory practices and to appropriately respond to allegations of such discriminatory practices, including providing any required notifications to NIH (see NOT-OD-20-124 (https://grants.nih.gov/grants/guide/notice-files/NOT-OD-20-124.html)).
- Providing the types and levels of support necessary for trainees to successfully complete the research training program.
- Supporting evaluation of the training program and procedures for responding to evaluation findings.

## Other Training Program Section

### Appendix:

Limited items are allowed in the Appendix. Follow all instructions for the Appendix as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400); any instructions provided here are in addition to the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) instructions.

## PHS Assignment Request Form

All instructions in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400) must be followed.

## 3. Unique Entity Identifier and System for Award Management (SAM)

See Part 2. Section III.1 for information regarding the requirement for obtaining a unique entity identifier and for completing and maintaining active registrations in System for Award Management (SAM), NATO Commercial and Government Entity (NCAGE) Code (if applicable), eRA Commons, and Grants.gov

## 4. Submission Dates and Times

Part I. contains information about Key Dates and times. Applicants are encouraged to submit applications before the due date to ensure they have time to make any application corrections that might be necessary for successful submission. When a submission date falls on a weekend or Federal holiday (https://grants.nih.gov/grants/guide/url_redirect.php?id=82380), the application deadline is automatically extended to the next business day.

Organizations must submit applications to Grants.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11128) (the online portal to find and apply for grants across all Federal agencies). Applicants must then complete the submission process by tracking the status of the application in the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123), NIH's electronic system for grants administration. NIH and Grants.gov systems check the application against many of the application instructions upon submission. Errors must be corrected and a changed/corrected application must be submitted to Grants.gov on or before the application due date and time. If a Changed/Corrected application is submitted after the deadline, the application will be considered late. Applications that miss the due date and time are subjected to the NIH Policy on Late Application Submission.

**Applicants are responsible for viewing their application before the due date in the eRA Commons to ensure accurate and successful submission.**

4/11/25, 3:15 PM    PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Individual Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 76 of 83

Information on the submission process and a definition of on-time submission are provided in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

## 5. Intergovernmental Review (E.O. 12372)

This initiative is not subject to intergovernmental review (https://grants.nih.gov/grants/policy/nihgps/html5/section_10/10.10.1_executive_orders.htm).

## 6. Funding Restrictions

All NIH awards are subject to the terms and conditions, cost principles, and other considerations described in the *NIH Grants Policy Statement* (//grants.nih.gov/grants/guide/url_redirect.php?id=11120). The National Research Service Award (NRSA) policies (//grants.nih.gov/grants/guide/url_redirect.php?id=41171) apply to this program. An NRSA appointment may not be held concurrently with another Federally sponsored fellowship, traineeship, or similar Federal award that provides a stipend or otherwise duplicates provisions of the NRSA.

Pre-award costs are allowable only as described in the NIH Grants Policy Statement Section 7.9.1 Selected Items of Cost (//grants.nih.gov/grants/guide/url_redirect.php?id=11143). Note, however, that pre-award costs are not allowable charges for stipends or tuition/fees on institutional training grants because these costs may not be charged to the grant until a trainee has actually been appointed and the appropriate paperwork submitted to the NIH awarding component. Any additional costs associated with the decision to allow research elective credit for short-term research training are not allowable charges on an institutional training grant.

## 7. Other Submission Requirements and Information

Applications must be submitted electronically following the instructions described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). Paper applications will not be accepted.

**Applicants must complete all required registrations before the application due date.** Section III. Eligibility Information contains information about registration.

For assistance with your electronic application or for more information on the electronic submission process, visit How to Apply – Application Guide (https://grants.nih.gov/grants/how-to-apply-application-guide.html). If you encounter a system issue beyond your control that threatens your ability to complete the submission process on-time, you must follow the Dealing with System Issues (https://grants.nih.gov/grants/how-to-apply-application-guide/due-dates-and-submission-policies/dealing-with-system-issues.htm) guidance. For assistance with application submission, contact the Application Submission Contacts in Section VII.

**Important reminders:**

All PD(s)/PI(s) must include their eRA Commons ID in the Credential field of the Senior/Key Person Profile form. Failure to register in the Commons and to include a valid PD/PI Commons ID in the credential field will prevent the successful submission of an electronic application to NIH.

The applicant organization must ensure that the unique entity identifier provided on the application is the same identifier used in the organization's profile in the eRA Commons and for the System for Award Management. Additional information may be found in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400).

See more tips (//grants.nih.gov/grants/guide/url_redirect.php?id=11146) for avoiding common errors.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review and responsiveness by components of participating organizations, NIH. Applications that are incomplete, non-compliant and/or nonresponsive will not be reviewed.

Upon receipt, applications will be evaluated for completeness and compliance with application instructions by the Center for Scientific Review, NIH. Applications that are incomplete or non-compliant will not be reviewed.

### Requests of $500,000 or more for direct costs in any year

Applicants requesting $500,000 or more in direct costs in any year (excluding consortium F&A) must contact a Scientific/ Research Contact at least 6 weeks before submitting the application and follow the Policy on the Acceptance for Review of Unsolicited Applications that Request $500,000 or More in Direct Costs as described in the How to Apply - Application Guide (https://grants.nih.gov/grants/guide/url_redirect.php?id=82400). Applicants are advised to refer to the Table of IC-Specific Information, Requirements and Staff Contacts (https://grants.nih.gov/guide/contacts/PA-25-168.html) for exceptions.

### Mandatory Disclosure

Recipients or subrecipients must submit any information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. See Mandatory Disclosures, 2 CFR 200.113 (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-B/section-200.113) and NIH Grants Policy Statement Section 4.1.35 (https://grants.nih.gov/grants/policy/nihgps/html5/section_4/4.1.35_mandatory_disclosures.htm).

Send written disclosures to the NIH Chief Grants Management Officer listed on the Notice of Award for the IC that funded the award and to the HHS Office of Inspector Grant Self Disclosure Program (https://oig.hhs.gov/compliance/self-disclosure-info/hhs-oig-grant-self-disclosure-program/) at grantdisclosures@oig.hhs.gov (mailto:grantdisclosures@oig.hhs.gov)

### Post Submission Materials

Applicants are required to follow the instructions for post-submission materials, as described in the policy (//grants.nih.gov/grants/guide/url_redirect.php?id=82299).

4/11/25, 3:15 PM

Case 1:25-cv-10787-BEM Document 38-27 Filed 04/25/25 Page 77 of 83

PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

# Section V. Application Review Information

## 1. Criteria

Only the review criteria described below will be considered in the review process.

Applications submitted to the NIH in support of the NIH mission (//grants.nih.gov/grants/guide/url_redirect.php?id=11149) are evaluated for scientific and technical merit through the NIH peer review system. While any information in the application relevant to the program goals can be included as part of the review process, the race, ethnicity, or sex of trainee candidates, trainees, or faculty may not be used as factors in the evaluation of applications.

**For this particular NOFO, note the following**: Reviewers should evaluate the program's potential to:

- Produce a pool of trainees with the technical, operational, and professional skills necessary to conduct rigorous and reproducible research, and transition into careers in the biomedical research workforce. Reviewers should note that careers in the biomedical research workforce refers to the breadth of careers that sustain the biomedical research enterprise (which includes, but is not exclusive to, careers as independent NIH-funded investigators).
- Enable research-oriented individuals from a range of educational backgrounds the ability to participate and succeed in the research training program (for example, through recruitment and mentor training activities).

## Overall Impact

Reviewers will provide an overall impact score to reflect their assessment of the likelihood that the proposed training program will equip the trainees with the skills, knowledge and experiences necessary to transition to successful careers in the biomedical research workforce, in consideration of the following review criteria and additional review criteria (as applicable for the project proposed).

## Scored Review Criteria

Reviewers will consider each of the review criteria below in the determination of the merit of the training program and give a separate score for each. When applicable, the reviewers will consider relevant questions in the context of proposed short-term training. An application does not need to be strong in all categories to be judged likely to have major biomedical research training impact.

### Training Program and Environment

- Does the application provide a compelling rationale for the proposed research training program and propose appropriate training goals and objectives relevant to the rationale?
- Will the courses, structured training activities, mentoring, and research experiences achieve the training program's goals and objectives, and provide opportunities for trainees to acquire skill and expertise in transparent, rigorous, reproducible and relevant research methodologies and tools applicable to the goals of the training program?
- Is there an effective mechanism to monitor mentoring and to promote the development, retention and success of all trainees throughout their training?
- Will the proposed training program provide the trainees appropriate information regarding the breadth of careers in the biomedical research workforce for which their training may be useful, and appropriate learning opportunities that allow them to develop the professional skills and networks necessary to transition into those careers?
- Does the research training environment have adequate and appropriate facilities to support the proposed research training program?
- Is the level of institutional commitment to the training program, including administrative and research training support, sufficient to promote the success of the program?
- Is it clear how the proposed training program is distinguished from other externally funded training programs at the institution?

### Training Program Director(s)/Principal Investigator(s) (PD(s)/PI(s))

- Do the PD(s)/PI(s) have the appropriate background, expertise, and administrative and training experience to provide strong leadership, direction, management, and administration of the proposed research training program?
- Do the PD(s)/PI(s) plan to commit sufficient effort to promote the program's success?
- Have the PD(s)/PI(s) demonstrated a strong commitment to training future researchers?
- Does the application describe how the PD(s)/PI(s) will receive appropriate training on effective mentoring practices to promote trainee success?
- **For applications designating multiple PDs/PIs:**
  - Is a strong justification provided that the multiple PD/PI leadership approach will benefit the training program and the trainees?
  - Is a strong and compelling leadership approach evident, including the designated roles and responsibilities, governance, and organizational structure consistent with and justified by the aims of the training program and the complementary expertise of the PDs/PIs?

### Preceptors/Mentors

- Does the proposed program demonstrate the presence of a sufficient pool of preceptors/mentors with appropriate expertise and adequate resources available to support the training goals and objectives proposed in the application (including short-term training, if applicable)?
- Is there a strong plan to ensure participating faculty receive appropriate training in the use of evidence-informed mentoring practices that promote the development of all trainees?
- Do participating faculty appropriately promote the trainees' career progression?

#### Trainees

- Does the proposed program demonstrate the presence of a sufficient pool of potential trainees in appropriate disciplines and training stages to achieve the training program's objectives (including short-term training, if applicable)? Do the recruitment strategies identify trainee candidates with the potential to strongly benefit from, and with proper training and support, succeed in the training program?
- Does the program propose an appropriate multifactorial candidate review process to allow a broad group of research-oriented trainees the ability to participate in the training program (for example, a process that considers, consistent with applicable law, metrics beyond previous institution, GPA, and standardized test scores)?
- Are there well-defined and justified selection and re-appointment criteria?

#### Training Record

- How successful are the trainees (or, for new applications, recent graduates in similar training) in completing the program?
- Does the application provide evidence that trainees (or, for new applications, other recent graduates in similar training) conducted rigorous research that, appropriate to the training stage of the proposed program, advanced scientific knowledge and/or technologies with increasing self-direction (such as peer-reviewed publications and other accomplishments appropriate to the field)?
- How successful are the trainees (or, for new applications, recent graduates in similar training) in transitioning to careers in the biomedical research workforce that utilize their training and directly benefit the broader biomedical research enterprise?
- If disparities are observed in outcomes for trainees (or, for new applications, recent graduates in similar training), has the program proposed adequate approaches to identify the causes and, where warranted, approaches to feasibly address them?
- Does the program propose a rigorous evaluation plan to assess the effectiveness of the training program and the extent to which it is meeting its overall goals and objectives? Are effective mechanisms in place for obtaining feedback from current and former trainees, and appropriate plans to respond to trainee feedback?
- **For applications that request short-term research training positions,** is there a record of retaining health professional trainees in research training or other research activities for at least two years?

### Additional Review Criteria

As applicable for the project proposed, reviewers will evaluate the following additional items while determining scientific and technical merit, and in providing an overall impact score, but will not give separate scores for these items.

#### Protections for Human Subjects

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

#### Inclusion of Women, Minorities, and Individuals Across the Lifespan

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

#### Vertebrate Animals

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

#### Biohazards

Generally not applicable. Reviewers should bring any concerns to the attention of the Scientific Review Officer.

#### Training in the Responsible Conduct of Research

All applications for support under this NOFO must include a plan to fulfill NIH requirements for instruction in the Responsible Conduct of Research (RCR). Taking into account the specific characteristics of the training program, the level of trainee experience, and the particular circumstances of the trainees, the reviewers will evaluate the adequacy of the proposed RCR training in relation to the following five required components: 1) *Format* - Does the plan satisfactorily address the format of instruction, e.g., lectures, coursework and/or real-time discussion groups, including face-to-face interaction? (*A plan involving only on-line instruction is not acceptable.*); 2) *Subject Matter* – Does the plan include a sufficiently broad selection of subject matter, such as conflict of interest, authorship, data management, human subjects and animal use, laboratory safety, research misconduct, research ethics? 3) *Faculty Participation* - Does the plan adequately describe how faculty will participate in the instruction? For renewal applications, are all training faculty who served as course directors, speakers, lecturers, and/or discussion leaders during the past project period named in the application? 4) *Duration of Instruction* - Does the plan meet the minimum requirements for RCR, i.e., at least eight contact hours of instruction? 5) *Frequency of Instruction* – Does the plan meet the minimum requirements for RCR, i.e., at least once during each career stage (undergraduate, post-baccalaureate, predoctoral, postdoctoral, and faculty levels) and at a frequency of no less than once every four years?

For renewal applications, does the progress report document acceptable RCR instruction in the five components described above? Does the plan describe how participation in RCR instruction is being monitored? Are appropriate changes in the plan for RCR instruction proposed in response to feedback and in response to evolving issues related to responsible conduct of research?

#### Training in Methods for Enhancing Reproducibility

Does the plan for Instruction in Methods for Enhancing Reproducibility describe how the program will provide training in scientific reasoning, rigorous research design, relevant experimental methods, consideration of relevant biological variables such as sex, authentication of key biological and/or chemical resources, quantitative approaches, and data analysis and interpretation, appropriate to field of study and the level and prior preparation of the trainees?

4/11/25, 3:15 PM     Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 79 of 83

For renewal applications, does the application document appropriate changes in the plan for Methods for Enhancing Reproducibility in response to feedback and to evolving issues related to the conduct of rigorous and reproducible research?

### Resubmissions

For Resubmissions, the committee will evaluate the application as now presented, taking into consideration the responses to comments from the previous scientific review group and changes made to the project.

### Renewals

For Renewals, the committee will consider the progress made in the last funding period.

- Does the application describe the program's accomplishments over the past funding period(s)? Is the program achieving its training objectives?
- To what extent have the training goals and objectives been achieved since the last cycle? If certain goals were not met, did the program provide reasonable explanations and describe appropriate alternative approaches taken?
- Has the program evaluated the quality and effectiveness of the training experience (and when applicable, short-term training experience), and is there evidence that the evaluation outcomes and feedback from trainees have been acted upon?
- Are appropriate changes proposed that are likely to improve or strengthen the research training experience during the next project period (may not be applicable to short-term training)?
- Does the program use current, evidence-informed training and mentoring approaches and continue to evolve and reflect changes in the research area in which the training occurs?

### Revisions

For Revisions, the committee will consider the appropriateness of the proposed expansion of the scope of the project. If the Revision application relates to a specific aspect of the original application that was not recommended for approval by the committee, then the committee will consider whether the responses to comments from the previous scientific review group are adequate and whether substantial changes are clearly evident.

## Additional Review Considerations

As applicable for the project proposed, reviewers will consider each of the following items, but will not give scores for these items, and should not consider them in providing an overall impact score.

### Select Agent Research

Reviewers will assess the information provided in this section of the application, including (1) the Select Agent(s) to be used in the proposed research, (2) the registration status of all entities where Select Agent(s) will be used, (3) the procedures that will be used to monitor possession use and transfer of Select Agent(s), and (4) plans for appropriate biosafety, biocontainment, and security of the Select Agent(s).

### Budget and Period of Support

Reviewers will consider whether the budget and the requested period of support are fully justified and reasonable in relation to the proposed research.

## 2. Review and Selection Process

Applications will be evaluated for scientific and technical merit by (an) appropriate Scientific Review Group(s), convened by the sponsoring Institute or Center in accordance with NIH peer review policy and procedures (//grants.nih.gov/grants/guide/url_redirect.php?id=11154), using the stated review criteria. Assignment to a Scientific Review Group will be shown in the eRA Commons.

As part of the scientific peer review, all applications will receive a written critique.

Applications may undergo a selection process in which only those applications deemed to have the highest scientific and technical merit (generally the top half of applications under review) will be discussed and assigned an overall impact score.

Applications will be assigned on the basis of established PHS referral guidelines to the appropriate NIH Institute or Center. Applications will compete for available funds with all other recommended applications. Following initial peer review, recommended applications will receive a second level of review by the appropriate national Advisory Council or Board.

The following will be considered in making funding decisions, consistent with applicable law:

- Scientific and technical merit of the proposed project as determined by scientific peer review.
- Availability of funds.
- Relevance of the proposed project to program priorities.

If the application is under consideration for funding, NIH will request "just-in-time" information from the applicant as described in the NIH Grants Policy Statement Section 2.5.1. Just-in-Time Procedures. (//grants.nih.gov/grants/guide/url_redirect.php?id=82418) This request is not a Notice of Award nor should it be construed to be an indicator of possible funding.

Prior to making an award, NIH reviews an applicant's federal award history in SAM.gov to ensure sound business practices. An applicant can review and comment on any information in the Responsibility/Qualification records available in SAM.gov. NIH will consider any comments by the applicant in the Responsibility/Qualification records in SAM.gov to ascertain the applicant's integrity, business ethics, and performance record of managing Federal awards per 2 CFR Part 200.206 "Federal awarding agency review of risk posed by applicants." This provision will apply to all NIH grants and cooperative agreements except fellowships.

4/11/25, 3:15 PM     PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 80 of 83

### 3. Anticipated Announcement and Award Dates

After the peer review of the application is completed, the PD/PI will be able to access their Summary Statement (written critique) via the eRA Commons (https://grants.nih.gov/grants/guide/url_redirect.php?id=11123). Refer to Part 1 for dates for peer review, advisory council review, and earliest start date.

Information regarding the disposition of applications is available in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

# Section VI. Award Administration Information

## 1. Award Notices

A Notice of Award (NoA) is the official authorizing document notifying the applicant that an award has been made and that funds may be requested from the designated HHS payment system or office. The NoA is signed by the Grants Management Officer and emailed to the recipient's business official.

In accepting the award, the recipient agrees that any activities under the award are subject to all provisions currently in effect or implemented during the period of the award, other Department regulations and policies in effect at the time of the award, and applicable statutory provisions.

Recipients must comply with any funding restrictions described in Section IV.6. Funding Restrictions. Any pre-award costs incurred before receipt of the NoA are at the applicant's own risk.  For more information on the Notice of Award, please refer to the NIH Grants Policy Statement Section 5. The Notice of Award (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_5/5_the_notice_of_award.htm) and NIH Grants & Funding website, see Award Process. (https://grants.nih.gov/grants/pre-award-process.htm#award)

## 2. Administrative and National Policy Requirements

The following Federal wide and HHS-specific policy requirements apply to awards funded through NIH:

- The rules listed in 2 CFR Part 200 (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200), Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards.
- All NIH grant and cooperative agreement awards include the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) as part of the terms and conditions in the Notice of Award (NoA). The NoA includes the requirements of this NOFO. For these terms of award, see the NIH Grants Policy Statement Part II: Terms and Conditions of NIH Grant Awards, Subpart A: General (//grants.nih.gov/grants/guide/url_redirect.php?id=11120) and Part II: Terms and Conditions of NIH Grant Awards, Subpart B: Terms and Conditions for Specific Types of Grants, Recipients, and Activities (//grants.nih.gov/grants/guide/url_redirect.php?id=11159).
- If a recipient receives an award, the recipient must follow all applicable nondiscrimination laws. The recipient agrees to this when registering in SAM.gov. The recipient must also submit an Assurance of Compliance (HHS-690 (https://www.hhs.gov/sites/default/files/form-hhs690.pdf)). To learn more, see the Laws and Regulations Enforced by the HHS Office for Civil Rights website (https://www.hhs.gov/civil-rights/for-providers/laws-regulations-guidance/laws/index.html).
  - HHS recognizes that NIH research projects are often limited in scope for many reasons that are nondiscriminatory, such as the principal investigator's scientific interest, funding limitations, recruitment requirements, and other considerations. Thus, criteria in research protocols that target or exclude certain populations are warranted where nondiscriminatory justifications establish that such criteria are appropriate with respect to the health & safety of the subjects, the scientific study design, or the purpose of the research. For additional guidance regarding how the provisions apply to NIH grant programs, please contact the Scientific/Research Contact that is identified in Section VII under Agency Contacts of this NOFO.

All federal statutes and regulations relevant to federal financial assistance, including those highlighted in NIH Grants Policy Statement Section 4 Public Policy Requirements, Objectives and Other Appropriation Mandates. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_4/4_public_policy_requirements__objectives_and_other_appropriation_mandates.htm)

Recipients are responsible for ensuring that their activities comply with all applicable federal regulations.  NIH may terminate awards under certain circumstances. See 2 CFR Part 200.340 Termination (https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-D/subject-group-ECFR86b76dde0e1e9dc/section-200.340) and NIH Grants Policy Statement Section 8.5.2 Remedies for Noncompliance or Enforcement Actions: Suspension, Termination, and Withholding of Support (https://grants.nih.gov/grants/policy/nihgps/html5/section_8/8.5.2_remedies_for_noncompliance_or_enforcement_actions_suspension__termination__and_withholding_of_support.htm).

Institutional NRSA training grants must be administered in accordance with the current NRSA section of the NIH Grants Policy Statement - Institutional Research Training Grants (//grants.nih.gov/grants/guide/url_redirect.php?id=61170).

The taxability of stipends is described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171). Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171).

As specified in the NIH Revitalization Act of 1993, Kirschstein-NRSA recipients incur a service payback obligation for the first 12 months of postdoctoral support. Policies regarding the Ruth L. Kirschstein-NRSA payback obligation are explained in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=41171); and more details are in the Frequently Asked Questions (//grants.nih.gov/grants/guide/url_redirect.php?id=61174). Officials at the recipient institution have the responsibility of explaining the terms of the payback requirements to all prospective trainees before appointment to the training grant. Additionally, all trainees recruited into the training program

4/11/25, 3:15 PM     PA-25-168: Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM    Document 38-27    Filed 04/25/25    Page 81 of 83

should be provided with information related to the career options that might be available when they complete the program. The suitability of such career options as methods to satisfy the NRSA service payback obligation should be discussed.

Successful recipients under this NOFO agree that:

Where the award funding involves implementing, acquiring, or upgrading health IT for activities by any funded entity, recipients and subrecipient(s) are required to: Use health IT that meets standards and implementation specifications adopted in 45 CFR part 170, Subpart B, if such standards and implementation specifications can support the activity.  Visit https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-D/part-170/subpart-B (https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-D/part-170/subpart-B) to learn more.

Where the award funding involves implementing, acquiring, or upgrading health IT for activities by eligible clinicians in ambulatory settings, or hospitals, eligible under Sections 4101, 4102, and 4201 of the HITECH Act, use health IT certified under the ONC Health IT Certification Program if certified technology can support the activity. Visit https://www.healthit.gov/topic/certification-ehrs/certification-health-it (https://www.healthit.gov/topic/certification-ehrs/certification-health-it) to learn more.

Pursuant to the Cybersecurity Act of 2015, Div. N, § 405, Pub. Law 114-113, 6 USC § 1533(d), the HHS Secretary has established a common set of voluntary, consensus-based, and industry-led guidelines, best practices, methodologies, procedures, and processes.

Successful recipients under this NOFO agree that:

When recipients, subrecipients, or third-party entities have:

1. ongoing and consistent access to HHS owned or operated information or operational technology systems; and
2. receive, maintain, transmit, store, access, exchange, process, or utilize personal identifiable information (PII) or personal health information (PHI) obtained from the awarding HHS agency for the purposes of executing the award.

Recipients shall develop plans and procedures, modeled after the NIST Cybersecurity framework (https://www.nist.gov/cyberframework), to protect HHS systems and data. Please refer to NIH Post-Award Monitoring and Reporting (https://grants.nih.gov/grants/post-award-monitoring-and-reporting.htm) for additional information.

### Inventions and Copyrights

Awards made primarily for educational purposes are exempted from the PHS invention requirements and thus invention reporting is not required, as described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=61131).

### Cooperative Agreement Terms and Conditions of Award

Not Applicable

## 3. Data Management and Sharing

Consistent with the 2023 NIH Policy for Data Management and Sharing, when data management and sharing is applicable to the award, recipients will be required to adhere to the Data Management and Sharing requirements as outlined in the NIH Grants Policy Statement. (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.2.3_sharing_research_resources.htm#Data)

## 4. Reporting

When multiple years are involved, recipients will be required to submit the Research Performance Progress Report (RPPR) (//grants.nih.gov/grants/rppr/index.htm) annually. Continuation support will not be provided until the required forms are submitted and accepted.

Failure by the recipient institution to submit required forms in a timely, complete, and accurate manner may result in an expenditure disallowance or a delay in any continuation funding for the award. The Federal Funding Accountability and Transparency Act of 2006 as amended (FFATA), includes a requirement for recipients of Federal grants to report information about first-tier subawards and executive compensation under Federal assistance awards issued in FY2011 or later. All recipients of applicable NIH grants and cooperative agreements are required to report to the Federal Subaward Reporting System (FSRS) available at www.fsrs.gov (//grants.nih.gov/grants/guide/url_redirect.php?id=11170) on all subawards over $25,000. See the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=82420) for additional information on this reporting requirement.

### Other Reporting Requirements

The institution must submit a completed Statement of Appointment (PHS Form 2271 (//grants.nih.gov/grants/guide/url_redirect.php?id=61189)) for each trainee appointed or reappointed to the training grant for 8 weeks or more. Recipients must submit the PHS 2271 data electronically using the xTrain system. More information on xTrain is available at xTrain (eRA Commons) (//grants.nih.gov/grants/guide/url_redirect.php?id=41183). An appointment or reappointment may begin any time during the budget period, but not before the budget period start date of the grant year.

A final RPPR, the expenditure data portion of the Federal Financial Report, and Termination Notices for all Trainees, are required for closeout of an award as described in the  NIH Grants Policy Statement Section 8.6 Closeout (https://grants.nih.gov/grants/policy/nihgps/HTML5/section_8/8.6_closeout.htm). NIH NOFOs outline intended research goals and objectives. Post award, NIH will review and measure performance based on the details and outcomes that are shared within the RPPR, as described at 2 CFR Part 200.301.

In accordance with the regulatory provided at 45 CFR 75.113 and 2 CFR Part 200.113 and Appendix XII to 45 CFR Part 75 and 2 CFR Part 200, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts from all Federal awarding agencies with a cumulative total value greater than $10,000,000 for any period of time during the period of performance of a Federal award, must report and maintain the currency of information reported in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must

4/11/25, 3:15 PM    Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

Case 1:25-cv-10787-BEM   Document 38-27   Filed 04/25/25   Page 82 of 83

also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently FAPIIS). This is a statutory requirement under section 872 of Public Law 110-417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111-212, all information posted in the designated integrity and performance system on or after April 15, 2011, except past performance reviews required for Federal procurement contracts, will be publicly available. Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75 and 2 CFR Part 200 Award Term and Condition for Recipient Integrity and Performance Matters.

## 5. Evaluation

In carrying out its stewardship of human resource-related programs, NIH may request information essential to an assessment of the effectiveness of this program from databases and from participants themselves. Participants may be contacted after the completion of this award for periodic updates on various aspects of their employment history, publications, support from research grants or contracts, honors and awards, professional activities, and other information helpful in evaluating the impact of the program.

# Section VII. Agency Contacts

We encourage inquiries concerning this funding opportunity and welcome the opportunity to answer questions from potential applicants.

Because of the difference in individual Institute and Center (IC) program requirements for this NOFO, prospective applications **MUST** consult the **Table of IC-Specific Information, Requirements, and Staff Contacts**, to make sure that their application is responsive to the requirements of one of the participating NIH ICs. Prior consultation with NIH staff is strongly encouraged.

## Application Submission Contacts

eRA Service Desk (Questions regarding ASSIST, eRA Commons, application errors and warnings, documenting system problems that threaten on-time submission, and post-submission issues)

Finding Help Online: https://www.era.nih.gov/need-help (https://www.era.nih.gov/need-help) (preferred method of contact)
Telephone: 301-402-7469 or 866-504-9552 (Toll Free)

General Grants Information (Questions regarding application processes and NIH grant resources)
Email: GrantsInfo@nih.gov (mailto:GrantsInfo@nih.gov) (preferred method of contact)
Telephone: 301-480-7075

Grants.gov Customer Support (Questions regarding Grants.gov registration and Workspace)
Contact Center Telephone: 800-518-4726
Email: support@grants.gov (mailto:support@grants.gov)

## Scientific/Research Contacts

See **Table of IC-Specific Information, Requirements and Staff Contacts** (https://grants.nih.gov/guide/contacts/PA-25-168.html)

## Peer Review Contact(s)

Examine your eRA Commons account for review assignment and contact information (information appears two weeks after the submission due date).

## Financial/Grants Management Contacts

See **Table of IC-Specific Information, Requirements and Staff Contacts** (https://grants.nih.gov/guide/contacts/PA-25-168.html)

# Section VIII. Other Information

Recently issued trans-NIH policy notices (//grants.nih.gov/grants/guide/url_redirect.php?id=11163) may affect your application submission. A full list of policy notices published by NIH is provided in the *NIH Guide for Grants and Contracts* (//grants.nih.gov/grants/guide/url_redirect.php?id=11164). All awards are subject to the terms and conditions, cost principles, and other considerations described in the NIH Grants Policy Statement (//grants.nih.gov/grants/guide/url_redirect.php?id=11120).

## Authority and Regulations

Awards are made under the authorization of Sections 301 and 405 of the Public Health Service Act as amended (42 USC 241 and 284) and under Federal Regulations 42 CFR 63A and 2 CFR Part 200.

Weekly TOC for this Announcement (/grants/guide/WeeklyIndex.cfm?11-15-24)
NIH Funding Opportunities and Notices (/grants/guide/index.html)


National Institutes of Health (/grants/oer.htm)
Office of Extramural Research


(https://www.hhs.gov/) Department of Health
and Human Services (HHS)

4/11/25, 3:15 PM
Case 1:25-cv-10787-BEM
Document 38-27
Filed 04/25/25
Page 83 of 83
Ruth L. Kirschstein National Research Service Award (NRSA) Institutional Research Training Grant (Parent T32)

 (https://www.usa.gov/)

NIH... Turning Discovery Into Health®