UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>*Defendants*. | Case No. 1:25-cv-10787 |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of *amici curiae* Association of American Medical Colleges, American Association of State Colleges and Universities, American Council on Education, Association of American Universities, Association of

Governing Boards of Universities and Colleges, Association of Public and Land-grant Universities, COGR, and National Association of Independent Colleges and Universities.

|  |  |
|---|---|
| April 28, 2025 | Respectfully submitted, |
|  | /s/ Amish A. Shah<br>Amish A. Shah (BBO #694884)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Ave., N.W.<br>Washington, DC 20006-6807<br>(202) 508-4791<br>Amish.Shah@ropesgray.com |
|  | *Attorney for Amici Curiae* |

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

/s/ Amish A. Shah
Amish A. Shah