## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH
ASSOCIATION, *et al.*,

*Plaintiffs*,

v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

*Defendants*.

Case No. 1:25-cv-10787

## ASSENTED-TO MOTION FOR PROTECTIVE ORDER AND
## JOINT MOTION TO SET A BRIEFING SCHEDULE ON
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On April 25, 2025, plaintiffs filed their Motion for Preliminary Injunction (ECF No. 37) and Motion for Protective Order regarding Certain Organizational Declarants (ECF No. 39). Before filing the Motion for Preliminary Injunction, the Court had entered orders allowing Plaintiffs 40 pages for their Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 29) and granting a Motion to Seal the declarations of Certain Organizational Declarants from public filing (ECF No. 36). At the time of filing the Motion for Preliminary Injunction, the parties had not reached agreement on the proposed protective order.

Counsel for plaintiffs and defendants have continued to confer, and all parties have now agreed to the proposed protective order, attached as **Exhibit A** to this motion.

In addition, the parties have agreed to the following proposed schedule (and proposed page limits) for preliminary injunction proceedings:

| Event | Date | Memo. Page Limit |
|---|---|---|
| Plaintiffs' Motion and Supporting Papers | Filed Friday April 25, 2025 | 40 pages |
| Transmission of unsealed declarations to Court and Defendants | Within one day of the entry of proposed protective order | |
| Defendants' Opp. and Supporting Papers | Due Monday, May 12, 2025 | 40 pages |
| Plaintiffs' Reply | Due Monday, May 19, 2025 | 20 pages |
| Motion Hearing Requested | Thursday, May 22, 2025, or at the Court's earliest convenience thereafter. | |

Plaintiffs respectfully move the Court to enter the attached agreed-upon protective order. The parties jointly request that the Court enter the foregoing agreed-upon schedule, including the associated page limits and requested hearing date.

In light of the parties' agreement as described above, if the Court enters the agreed, proposed protective order attached as Exhibit A, plaintiffs withdraw their Motion for Protective Order (ECF No. 39).

Dated: May 2, 2025                                  Respectfully submitted,

LEAH B. FOLEY                                      /s/ Jessie J. Rossman
United States Attorney                             Jessie J. Rossman (BBO # 670685)
                                                   Suzanne Schlossberg (BBO #703914)
By:    /s/ Anuj K. Khetarpal                       American Civil Liberties Union
       Anuj Khetarpal                                  Foundation of Massachusetts, Inc.
       Assistant United States Attorney            One Center Plaza, Suite 850
       United States Attorney's Office             Boston, MA 02108
       1 Courthouse Way, Suite 9200                Telephone: (617) 482-3170
       Boston, MA 02210                            jrossman@aclum.org
       Tel.: 617-748-3658                          sschlossberg@aclum.org
       Email: Anuj.Khetarpal@usdoj.gov

       Counsel for Defendants                      Olga Akselrod*
                                                   Alexis Agathocleous*
                                                   Rachel Meeropol*
                                                   Alejandro Ortiz*

**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

Shalini Goel Agarwal*
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
Telephone: (202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux*
82 Nassau Street, #601
New York, NY 10038
Michel-
ange.desruisseaux@protectdemocracy.org

Kenneth Parreno**
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky*
Oscar Heanue*
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*
*\*\* Application for admission forthcoming*

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for Plaintiffs hereby certifies that they conferred with counsel for the Defendants regarding this motion and Defendants have assented to the Motion for Protective Order and agreed to the Joint Motion to set a Briefing Schedule.

May 2, 2025

/s/ *Jessie J. Rossman*
Jessie J. Rossman

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

May 2, 2025

/s/ *Jessie J. Rossman*
Jessie J. Rossman

4