Exhibit A

| | | | NIH Minority-Related Health Projects That Were Not Terminated | |
|---|---|---|---|---|
| Type | Actv | Project | Title | Institution |
| 5 | R44 | MD015221-04 | Enhancing the Effectiveness of Community Health Workers to Reduce Cervical Cancer Disparities in African American Women | ISA ASSOCIATES, INC. |
| 1 | R01 | MD019748-01 | Actívatexto: Advancing smoking cessation and physical activity among Latinos | UNIVERSITY OF ROCHESTER |
| 5 | R01 | MD018459-02 | Elucidating the high and heterogeneous risk of gestational diabetes among Asian Americans: an integrative approach of metabolomics, lifestyles, and social determinants | UNIVERSITY OF CALIFORNIA LOS ANGELES |
| 5 | R01 | MD013352-04 | Impact of Navajo Nation Tax on Junk Food | NORTHERN ARIZONA UNIVERSITY |
| 5 | R01 | MD018583-03 | Family mHealth Intervention to Improve Health Outcomes in Black Youth with Type 1 Diabetes: A Multi-Center Randomized Controlled Trial | WAYNE STATE UNIVERSITY |
| 5 | R01 | MD014859-05 | Elucidating Lung Cancer Etiology Among Asian American Female Never Smokers | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO |
| 7 | R01 | MD018193-04 | Church Wellness Coordinator-led Intervention to Improve Hypertension Control in the Black Community | UT SOUTHWESTERN MEDICAL CENTER |
| 5 | R01 | MD014127-05 | Achieving American Indian Youth Energy and Mental Health Balance | UNIVERSITY OF ARIZONA |
| 5 | R01 | MD015724-04 | A Randomized Control Trial to improve metabolic outcomes in African American pregnant women | UNIVERSITY OF ILLINOIS AT CHICAGO |
| 5 | R01 | MD012610-05 | Health Promotion in the Prevention of Anxiety and Depression: The Happy Older Latinos are Active (HOLA Study) | UNIVERSITY OF MIAMI SCHOOL OF MEDICINE |
| 5 | R01 | MD016068-03 | Effects of DASH Groceries on Blood Pressure in Black Residents of Urban Food Deserts | BETH ISRAEL DEACONESS MEDICAL CENTER |
| 5 | R44 | MD017106-03 | Reducing Hypertension among African American Men: A Mobile Stress Management Intervention to Address Health Disparities | ISA ASSOCIATES, INC. |
| 5 | R01 | MD015186-05 | Sleep and health disparities among Asian Americans: roles of stressors and protective factors | UNIVERSITY OF CALIFORNIA-IRVINE |
| 1 | R21 | MD020158-01 | Equity Implications of Lung Cancer Screening Strategies for Population Health: a Distributional Cost-Effectiveness Analysis | WAKE FOREST UNIVERSITY HEALTH SCIENCES |
| 5 | R01 | MD014035-05 | AMERICAN INDIAN CHronic disEase RIsk and Sleep Health (AI-CHERISH) | WASHINGTON STATE UNIVERSITY |

| | | | | |
|---|---|---|---|---|
| 5 | R01 | MD013752-05 | Access to Kidney Transplantation in Minority Populations (AKT-MP) | UNIVERSITY OF NEW MEXICO HEALTH SCIS CTR |
| 5 | R21 | MD018641-02 | Understanding cancer and comorbidities among American Indian and Alaska Native people | UNIVERSITY OF IOWA |
| 5 | R01 | MD014146-06 | Understanding the Multiple-levels of Influence on Access to Care for Latino Youth | UNIVERSITY OF HAWAII AT MANOA |
| 5 | R01 | MD013858-05 | Designing a Plan of Action for Better Access and Quality of Surgery for African-Americans with Gastrointestinal Cancers in the Deep South | UNIVERSITY OF ALABAMA AT BIRMINGHAM |
| 5 | R01 | MD016961-03 | Long-Term Effects of Hurricane Maria on Healthcare Delivery, Migration and Mortality Among People with Kidney Failure in Puerto Rico | BROWN UNIVERSITY |
| 5 | R01 | MD014145-05 | A Coping Skills Intervention for Low-SES Latino Families of Children with Asthma | UNIVERSITY OF TEXAS AT AUSTIN |
| 5 | R01 | MD016738-04 | The ADELANTE Trial: Testing a multi-level approach for improving household food insecurity and glycemic control among Latinos with diabetes | STANFORD UNIVERSITY |
| 5 | U01 | MD019397-03 | Engaging Partners in Caring Communities (EPICC): Building capacity to implement health promotion programs in African American churches | TENNESSEE STATE UNIVERSITY |
| 5 | R01 | MD015080-04 | Latinos Understanding the Need for Adherence in Diabetes using Care Coordination, Integrated Medical and Behavioral Care and E-Health (LUNA-E) | SAN DIEGO STATE UNIVERSITY |
| 5 | R21 | MD019333-02 | Adapting and testing a physical activity dyad intervention for Black girls with asthma and their mothers | UNIVERSITY OF CHICAGO |
| 5 | R21 | MD019227-02 | A Mixed-Methods Study of the Social Ecological and Integration Factors Associated with HIV Prevention Measures Among Latino/x Sexual Minority Migrant Men in the US | RUTGERS, THE STATE UNIVERSITY OF N.J. |