UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

## JOINT STATUS REPORT

Counsel for the parties in the above-captioned case have conferred regarding the upcoming hearing on Plaintiffs' Motion for Preliminary Injunction, scheduled for May 22, 2025 at 11:00 AM. *See* ECF No. 64. The parties submit this Joint Status Report and hereby state and propose the following:

1. On April 25, 2025, Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 37). Defendants filed their opposition on May 12, 2025 (ECF No. 66) and Plaintiffs will file their reply in support of their motion on May 19, 2025. This Court has set a hearing on Plaintiffs' Motion for Preliminary Injunction for May 22, 2025 at 11:00 AM (ECF No. 64).

2. Both parties are prepared to argue the Motion for Preliminary Injunction during the May 22, 2025 hearing.

3. This case is related to another matter before the Court: *Commonwealth of Massachusetts, et al., v. Kennedy, Jr., et al.,* Case No. 1:25-cv-10814.

1

4. In light of this Court's approach taken during the May 12, 2025 hearing in *Commonwealth of Massachusetts, et al., v. Kennedy Jr., et al.,* and the consolidation under Fed. R. Civ. P. 65(a)(2) of the States' motion for preliminary injunction with a hearing on the merits of certain claims in that matter, the parties in *American Public Health Association v. National Institutes of Health* have agreed to also be prepared to discuss scheduling and case management considerations at the May 22, 2025 hearing in this matter if the Court would wish to do so.

5. In seeking to discuss this matter's case management at the May 22, 2025 hearing, neither party waives any arguments or rights with respect to bringing or defending against Plaintiffs' pending Motion for Preliminary Injunction.

Dated: May 16, 2025                                                  Respectfully submitted,

LEAH B. FOLEY                              /s/ *Jessie J. Rossman*
United States Attorney                     Jessie J. Rossman (BBO # 670685)
                                           Suzanne Schlossberg (BBO #703914)
By:    /s/ *Anuj Khetarpal*                **American Civil Liberties Union**
       Anuj Khetarpal                      **   Foundation of Massachusetts, Inc.**
       Assistant United States Attorney    One Center Plaza, Suite 850
       United States Attorney's Office     Boston, MA 02108
       1 Courthouse Way, Suite 9200        Telephone: (617) 482-3170
       Boston, MA 02210                    jrossman@aclum.org
       Tel.: 617-748-3658                  sschlossberg@aclum.org
       Email: Anuj.Khetarpal@usdoj.gov
                                           Olga Akselrod*
       *Counsel for Defendants*            Alexis Agathocleous*
                                           Rachel Meeropol*
                                           Alejandro Ortiz*
                                           **American Civil Liberties Union Foundation**
                                           125 Broad Street, 18th Floor
                                           New York, NY 10004
                                           Telephone: (212) 549-2659
                                           oakselrod@aclu.org
                                           aagathocleous@aclu.org
                                           rmeeropol@aclu.org

ortiza@aclu.org

Shalini Goel Agarwal*
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
Telephone: (202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux*
82 Nassau Street, #601
New York, NY 10038
Michel-ange.desruisseaux@protectdemocracy.org

Kenneth Parreno**
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky*
Oscar Heanue*
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice*
*\*\* Application for admission pending*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

May 16, 2025 /s/ *Suzanne Schlossberg*
Suzanne Schlossberg