# EXHIBIT 43

🇺🇸 An official website of the United States government   Here's how you know





NEW TO NIH

FUNDING ▼

GRANTS PROCESS ▼

POLICY & COMPLIANCE ▼

NEWS & EVENTS ▼

ABOUT US ▼

Home  >  Funding  >  Funding Categories  >  Contracts

# Contracts

## What is a Contract?

A contract is a legal agreement binding parties that has:

- Defined requirements
- Specific deliverables
- Defined schedule

A contract may be cost or price based.

## Grants vs. Contracts

| Grant | Contract |
|---|---|
| • Assistance | • Legally binding agreement |

↑ Back to Top

| Grant | Contract |
|---|---|
| mechanism to support research for the public good | acquire goods or services for the direct use or benefit of the government. |
| • Peer review of broad criteria | • Award based on stated evaluation factors |
| • Limited government oversight and control | • More government oversight and control |
| • Reports | • Deliverables |

# Finding a Contract Solicitation

All contract solicitations are posted on the Contract Opportunities page in Sam.gov. This site serves as the fed-wide portal that supports searching, monitoring, and retrieving contract opportunities for the federal government.

Or you can search for NIH specific opportunities in the NIH Request for Proposal Directory by the NIH institute or center of interest.

# Types of Contracts

## Fixed Price

- Firm price for delivery of a product or service
- May result from sealed bids or negotiations
- Most often for supplies and standard services

## Cost Reimbursement

- Contract contains a negotiated estimate
- May or may not have a fixed fee
- Used when
    - Uncertainties involved in contract performance do not permit costs to be estimated with sufficient accuracy use any type of fixed-price contract

↑ Back to Top

- Used when costs cannot be estimated with sufficient accuracy to use any type of fixed-price contract
- Most Research and Development (R&D) contracts are cost-reimbursement

# How Contracts Are Evaluated

- Contract awards from proposals are usually made on the basis of best value.
- Evaluation factors for award
  - Technical criteria
  - Cost
  - Past performance
  - Small disadvantaged business participation
- Best value considers all factors based on the relative importance
- Technical evaluation criteria are reviewed by independent peer review
  - Sample technical evaluation criteria
    - Technical approach
    - Personnel
    - Facilities
- Technical criteria are often weighted
- Reviewers determine technical acceptability

# Submitting a Contract Proposal

Search for a contract opportunity on Contract Opportunities page in Sam.gov or NIH Request for Proposal Directory.

**Read the solicitation carefully!** It should contain all the information needed to prepare a proposal.

- Registration requirements
- Statement of Work (SOW) or Statement of Objectives (SOO)
- Instructions to offerors

↑ Back to Top

- Type of contract
- Set-aside restrictions
- How and where to submit the proposal
- Evaluation factors for award

## When Developing a Proposal

1. Convince reviewers of your technical abilities!
   - Demonstrate your understanding of the requirement
   - Demonstrate the soundness of your technical approach
   - Show the strengths of your technical team
   - Present facilities
   - See Technical Proposal Instructions
2. Ensure your proposal is cost competitive
   - See Business Cost Proposal Instructions

# Review Criteria

To find the criteria reviewers will use to evaluate your application, see Section V of your funding opportunity.

---

# See Also

## Contract Regulations

Policies and procedures for acquisition by all executive agencies are codified in the Federal Acquisition Regulations (FAR).

---

# Contact

These Acquisition Offices service the NIH Institutes and Centers.

↑ Back to Top

This page last updated on: September 13, 2024
For technical issues E-mail OER Webmaster

Thank you for taking the survey. We will use this information to continue to improve your experience on our site.

Form Approved OMB# 0925-0648 Exp. Date 7/2027

Protected by reCAPTCHA: Privacy & Terms

## Help, FAQs, And More

[Nexus Blog](#)

[eRA](#)

[Glossary](#)

[FAQs](#)

[Help](#)



National Institutes of Health
Bethesda, MD 20892

↑ Back to Top

## Stay Connected



[Subscribe for Grant News]

## Government Sites

Health and Human Services⧉

National Institutes of Health⧉

USA.gov - Government Made Easy⧉

NIH Staff (Intranet 🔒)⧉

## Web Policies and Notices

Accessibility

HHS Vulnerability Disclosure⧉

FOIA⧉

Privacy Notice

Disclaimer

Archive of this Page Since September 24, 2024⧉

Older Versions of this Website

## Site Map

↑ Back to Top

- Home
- New To NIH
- Funding
- Grants Process
- Policy & Compliance
- News & Events
- About Us

↑ Back to Top