# EXHIBIT 45

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10787-WGY |

**SUPPLEMENTAL DECLARATION OF SCOTT W. DELANEY, ScD JD MPH**

I, Scott W. Delaney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am offering this Declaration in my individual capacity and not on behalf of my employer.

2. I previously set forth my professional background in my Declaration filed on April 25, 2025, in support of Plaintiffs' Motion for Summary Judgement ("April 25 Declaration;" ECF No. 38, Attachment 27). Briefly, I am an epidemiologist and Research Scientist at the Harvard T.H. Chan School of Public Health (HSPH). I hold a Doctor of Science from HSPH (ScD, 2020) and have conducted epidemiologic research at HSPH in various capacities for eleven years. Throughout my career in epidemiology, I have applied for and received multiple types of grants from NIH either individually or as part of teams. Moreover, my current research activities are supported almost entirely by NIH research grants. Based on these experiences, I am exceedingly familiar with a broad spectrum of grant mechanisms available from NIH.

3. I am also the co-founder of grant-watch.us, a website and series of databases that track terminated NIH grants. This effort began in early March 2025 when I started tracking details of

1

terminated NIH grants. Together with a colleague, Dr. Noam Ross of rOpenSci, we built the most comprehensive, up-to-date database of specific grants that NIH has prematurely terminated since February 28, 2025. Our database aggregates data from multiple sources, including reports from Principal Investigators (i.e., scientists) whose grants were terminated; news reports; social media; Doge.gov; NIH's X feed; NIH RePORTER; USASpending.gov; and the HHS TAGGS system. Using this database, I previously identified in my April 25 Declaration 755 grants that I believe were terminated for vague policy reasons.

4. Since I compiled the list of terminated grants for my April 25 Declaration, I have learned of more grant terminations. Accordingly, I have updated my count of terminated NIH grants using the same methods outlined in my April 25 Declaration.

5. As of Friday, May 16, 2025, at 10:00 p.m. Eastern Daylight Time, I have identified 813 total grants (i.e., fifty-eight more than the previously reported 755 grants) that NIH has terminated based on vague "policy" assertions. A true and correct list of these fifty-eight additional grants is attached to this Declaration as Exhibit A.

6. Among these additional terminations was Grant Number U24DK137631, which was awarded to researchers at Duke University. The grant, entitled *Interventions that Address Structural Racism to Reduce Kidney Health Disparities Research Coordinating Center*, was part of six-institution (and thus six-grant) consortium organized by the National Institute of Diabetes and Digestive Kidney Diseases (NIDDK) that focused on addressing specific challenges related to kidney health faced by racial minority communities. Other consortium members included researchers at the University of Colorado at Denver (U01DK137272), the University of North Carolina at Chapel Hill (U01DK137262), Northwestern University at Chicago (U01DK137258),

Icahn School of Medicine at Mount Sinai (U01DK137259), and Emory University (U01DK137269). All six of these grants were terminated on April 30, 2025.

7. In addition to investigating these additional fifty-eight grants, I also read carefully the Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, as well as the Declaration of Jon Lorsch ("Lorsch Declaration"), both of which were filed with the Court on May 12, 2025. The Lorsch Declaration included Exhibit B, which purported to list active National Research Service Award (NRSA) grants. In reference to Exhibit B, Dr. Lorsch declared that "[n]one of these grants were terminated." (Lorsch Declaration, Paragraph 34).

8. I reviewed all grants listed in Exhibit B of the Lorsch Declaration and compared them to evidence I previously collected of terminated grants. Based on my analysis, at least ten NRSA grants listed in the Lorsch Declaration have been and remain terminated, contrary to Dr. Lorsch's assertion. They include, F31AI186480, F31GM155995, F31GM151846, F31HG013889, F31MD018931, T32HL007854, T32GM154636, T32HL105323, T34GM145539, T34GM149430. Eight of these ten NRSA grants were part of programs specifically meant to recruit and train diverse future scientists from underrepresented backgrounds. I believe two other NRSA awards listed in Dr. Lorsch's exhibit—F30AG074618 and F31AG090071—may have been terminated and subsequently reinstated for unknown reasons.

9. More broadly, Defendants contend that, despite terminating some NRSA awards and programs, "NIH is supporting . . . the recruitment of researchers from disadvantaged backgrounds." Defendant's Opposition, ECF No. 66 at 33. To explore this contention, I identified the primary NRSA grant programs from the past year. I focused my analysis on programs in which multiple institutes or centers (ICs) participated. I categorized these programs based on whether they are (1) currently available, such that applicants can apply to them, or (2)

3

no longer available and / or recently terminated. I further categorized them based on whether they are (or were) meant to support either (1) students and early career researchers from all backgrounds or (2) students and early career researchers exclusively from diverse and / or disadvantaged backgrounds. Unlike the former category, the latter category included programs explicitly designed to diversify the scientific workforce because such programs were only available to applicants from diverse backgrounds. I repeated this process for non-NRSA training awards as well. I have included a true and correct table listing and categorizing these programs as Exhibit B to this Declaration.

10. In sum, I identified eleven NRSA programs from the past year in which multiple ICs participated. Six of these programs are open to all applicants and, thus, are not explicitly designed to support students from diverse backgrounds. All six of these programs are still currently available or forecasted to be available within the next two months. In contrast, five of the eleven programs were explicitly designed to diversify the workforce by targeting only applicants from underrepresented backgrounds. None of these five is currently available or forecasted to be available. Thus, NIH has ended every NRSA program explicitly designed to recruit and support diverse students.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of May, 2025.

SCOTT W. DELANEY

# EXHIBIT A

| Award Number | Project Title | Awardee Organization | Termination Date |
|---|---|---|---|
| R21HD107311 | An intervention to promote healthy relationships among transgender and gender expansive youth | Seattle Children's Hospital | 2025-02-28 |
| R01AI186142 | A seek, test, and treat intervention to reduce Chlamydia trachomatis disparities in Black youth living in the deep South | Tulane University of Louisiana | 2025-03-20 |
| R01TW012904 | Kabawil: Adapting an Intervention to Reduce Intersectional Stigmas among Indigenous Sexual Minority Men and Traditional Healers in Mesoamerica | University of Washington | 2025-03-20 |
| P30AI050409-26S1 | Center for AIDS Research at Emory University | Emory University | 2025-03-21 |
| R01HL168489 | A daily diary examination of the influence of intersectional stigma on blood pressure | Columbia University Health Sciences | 2025-03-21 |
| R01MD017588-03S1 | Promoting Health and Reducing Risk among Hispanic Sexual Minority Youth and their Families | University of Miami Coral Gables | 2025-03-21 |
| R01NR019512 | Harnessing the power of peer navigation and mHealth to reduce health disparities in Appalachia | Wake Forest University Health Sciences | 2025-03-21 |
| U54MD012523-05S1 | Center for Health Equity Research (CHER) | University of Illinois at Chicago | 2025-03-21 |
| OT2HL161847-01S1 | OTA-21-015A Post-Acute Sequelae of SARS-CoV-2 Infection Initiative: NYU Langone Health Clinical Science Core, Data Resource Core, and PASC Biorepository Core | New York University School of Medicine | 2025-03-24 |
| P01AI158571-01A1S1 | Design and Development of a Pan-betacoronavirus Vaccine | Duke University | 2025-03-24 |
| S06GM127983-04S1 | Cherokee Nation Native AmericanResearch Center for Health | Cherokee Nation | 2025-03-24 |
| S06GM127983-03S1 | RAD-X UP NARCH Supplement: A Cherokee Nation Community-Driven Program for Testing and Contact Tracing (Cherokee PROTECT) | Cherokee Nation | 2025-03-24 |
| U01AI167892-03S2 | HIPC Data Coordinating Center | La Jolla Institute for Immunology | 2025-03-24 |
| U19AI171399 | AI-driven Structure-enabled Antiviral Platform (ASAP) | Sloan-Kettering Inst Can Research | 2025-03-24 |
| U19AI171110 | QCRG Pandemic Response Program | University of California, San Francisco | 2025-03-24 |
| U19AI171292 | RAPIDLY EMERGING ANTIVIRAL DRUG DEVELOPMENT INITIATIVE-AViDD CENTER (READDI-AC) | Univ of North Carolina Chapel Hill | 2025-03-24 |
| U19AI171401 | Metropolitan AntiViral Drug Accelerator | Hackensack University Medical Center | 2025-03-24 |
| U19AI171443 | Center for Antiviral Medicines & Pandemic Preparedness (CAMPP) | Scripps Research Institute, The | 2025-03-24 |
| U19AI171421 | Development of outpatient antiviral cocktails against SARS-CoV-2 and other potential pandemic RNA viruses. | Stanford University | 2025-03-24 |
| U24TR001608-06S1 | ACTIV-6 | Duke University | 2025-03-24 |
| U24TR001608-07S1 | ACTIV-6 | Duke University | 2025-03-24 |
| U54EB015408-08S2 | Point of Care Technology Research Center in Primary Care | Massachusetts General Hospital | 2025-03-24 |
| UM1AI068618-18S1 | CoVPN 3008 Multi-Center, Randomized, Efficacy Study of Early vs Deferred Vaccination with COVID-19 mRNA Vaccine in Regions with SARS-CoV-2 Variants of Concern - LC Repository | Fred Hutchinson Cancer Center | 2025-03-24 |
| T32GM148406 | G-RISE at the University of Puerto Rico Medical Sciences Campus | University of Puerto Rico Med Sciences | 2025-04-02 |
| T32GM144924 | G-RISE at The University of Mississippi | University of Mississippi | 2025-04-02 |
| T32GM144834 | Initiative to Maximize Student Diversity at the University of New Mexico Health Sciences Center 2021 | University of New Mexico Health Scis Ctr | 2025-04-02 |
| K12GM068524 | San Diego IRACDA Scholars Program | University of California at San Diego | 2025-04-02 |
| T32GM148394 | G-RISE at NMSU | New Mexico State University | 2025-04-02 |
| F31GM156104 | Elucidating the Neuropeptidome Implicated in Crustacean Feeding Processes through Multiplexed Data-Independent Acquisition Mass Spectrometry | University of Wisconsin-Madison | 2025-04-02 |
| OT2OD035605 | Partnership to Optimize Equity in Maternal and Infant Health | Delta Health Alliance, Inc. | 2025-04-07 |
| R01NS123115-02S1 | Computational roles of inhibition in human action control | University of Oregon | 2025-04-11 |
| F31HG013889 | Characterization of adaptive cis-regulatory variation across global populations | Yale University | 2025-04-15 |
| R25HG006836 | UCSC Research Mentoring Internship Program: An Initiative to Increase Diversity and Inclusion in Genomics Research | University of California Santa Cruz | 2025-04-15 |
| R01AI179080 | Bacterial and Molecular Determinants of Mycobacterial Impermeability | University of Virginia | 2025-04-18 |
| K99DA060266 | Early resource scarcity effects on addiction-related behavior: a novel role for retrotransposons. | Georgia State University | 2025-04-21 |
| R01AI184122 | Role of intestinal microfold (M) cells in creating a hotspot environment for HIV reservoir persistence and reactivation | University of Washington | 2025-04-23 |
| R01MH132149-03S1 | Promoting Sustained Viral Suppression Through Implementation of an Adapted Evidence-Informed Low-Barrier Care Model in a System of HIV Primary Care Clinics | Northwestern University at Chicago | 2025-04-23 |
| R01MH129357-02S1 | Anxiety and Interoception Risk for Eating Disorders in Childhood | University of Louisville | 2025-04-24 |
| R01EB033916 | Robust, Contrast-Free Functional Renal MRI | University of Texas at Austin | 2025-04-25 |

| Grant # | Title | Institution | Date |
|---|---|---|---|
| K99NS135649 | Computational Methods for Precise Holographic Control and Mapping of Neural Circuits | Columbia Univ New York Morningside | 2025-04-28 |
| R01MH126040-03S1 | Efficacy of digital cognitive behavior therapy for insomnia for the prevention of perinatal depression | University of California, San Francisco | 2025-04-28 |
| F31DK141249 | Investigating the roles and dynamics of the endoplasmic reticulum during paligenosis and metaplasia formation | Baylor College of Medicine | 2025-04-28 |
| F31MD018931 | Hardship and Survival: The Impact of Migration-Related Trauma, Communal Coping, and Social Stressors on the Suicide and Mental Health Outcomes of Latina Immigrant Women | Johns Hopkins University | 2025-04-29 |
| DP2MH136495-01S1 | Innovations in Personalizing Treatment for Eating Disorders Using Idiographic Methods and the Impact of Personalization on Psychological, Physical, and Sociodemographic Outcomes | University of Louisville | 2025-04-30 |
| F31DK138767 | Assessing mechanistic relationships of central amygdala neuron activity and glucagon-like peptide-1 receptor agonism | University of Alabama at Birmingham | 2025-04-30 |
| R01DK133468-03S1 | CyberGut: towards personalized human-microbiome metabolic modeling for precision health and nutrition | Institute for Systems Biology | 2025-04-30 |
| U01DK137269 | Mitigating the Effects of Structural Racism on Chronic Kidney Disease Disparities among African Americans | Emory University | 2025-04-30 |
| U01DK137259 | Renal transplant Equity through Partnership and Structural Transformation (REPAST) | Icahn School of Medicine at Mount Sinai | 2025-04-30 |
| U01DK137258 | Improving access to renal transplantation for Underserved Black Communities | Northwestern University at Chicago | 2025-04-30 |
| U01DK137262 | CommunityRx – Chronic Kidney Disease (CRx-CKD)" An EMR-integrated community resources referral intervention to address structural racism and kidney health disparities in rural North Carolina | University of North Carolina Chapel Hill | 2025-04-30 |
| U01DK137272 | NAVIGATE Kidney: A Multi-Level Intervention to Reduce Kidney Health Disparities | University of Colorado Denver | 2025-04-30 |
| U24DK137631 | Interventions that Address Structural Racism to Reduce Kidney Health Disparities Research Coordinating Center | Duke University | 2025-04-30 |
| K99AI173544 | Improving phage-based medicine with immunoengineering | University of Pittsburgh at Pittsburgh | 2025-05-02 |
| R01AG058066-04S1 | Protective Genetic Varients for Alzheimer Disease in the Amish | Case Western Reserve University | 2025-05-05 |
| R01MD018459 | Elucidating the high and heterogeneous risk of gestational diabetes among Asian Americans: an integrative approach of metabolomics, lifestyles, and social determinants | University of California at Los Angeles | 2025-05-05 |
| F31AI186480 | From exposure to infection: defining factors modulating the efficiency of influenza A virus infection | Emory University | 2025-05-07 |
| K99MH135062 | Identifying and manipulating behavioral and neural correlates of contextual learning | Northwestern University at Chicago | 2025-05-08 |
| R25LM014208 | Building Accessible and Inclusive Paths for Students in Biomedical Informatics and Data Science | University of Pittsburgh at Pittsburgh | 2025-05-28 |

# EXHIBIT B

| Program[1] | NRSA[2] | Name | Explicitly meant to diversify workforce? | Currently available?[3] |
|---|---|---|---|---|
| Parent F30 | Yes | Ruth L. Kirschstein National Research Service Award Individual Fellowship for Students at Institutions with NIH-Funded Institutional Predoctoral Dual-Degree Training Programs | No | Yes |
| Parent F30 | Yes | Ruth L. Kirschstein National Research Service Award Individual Fellowship for Students at Institutions Without NIH-Funded Institutional Predoctoral Dual-Degree Training Programs | No | Yes |
| Parent F31 | Yes | Ruth L. Kirschstein National Research Service Award Individual Predoctoral Fellowship | No | Yes |
| Parent F32 | Yes | Ruth L. Kirschstein National Research Service Award Individual Postdoctoral Fellowship | No | Yes |
| Parent T32 | Yes | Ruth L. Kirschstein National Research Service Award Institutional Research Training Grant | No | Yes |
| Parent T35 | Yes | Ruth L. Kirschstein National Research Service Award Short-Term Institutional Research Training Grant | No | Yes |
| Diversity F31 | Yes | Individual Predoctoral Fellowship to Promote Diversity in Health-Related Research | Yes | No |
| MARC T34 | Yes | Maximizing Access to Research Careers | Yes | No |
| U-RISE T34 | Yes | Undergraduate Research Training Initiative for Student Enhancement | Yes | No |
| G-RISE T32 | Yes | Graduate Research Training Initiative for Student Enhancement | Yes | No |
| IMSD T32 | Yes | Initiative for Maximizing Student Development | Yes | No |
| Parent K01 | No | Mentored Research Scientist Development Award | No | Yes |
| Parent K08 | No | Mentored Clinical Scientist Research Career Development Award | No | Yes |
| Parent K23 | No | Mentored Patient-Oriented Research Career Development Award | No | Yes |
| Parent K25 | No | Mentored Quantitative Research Development Award | No | Yes |
| Parent K99/R00 | No | NIH Pathway to Independence Award | No | Yes |
| ARC F99/K00 | No | Advancing Research Careers Predoctoral to Postdoctoral Transition Award to Promote Diversity | Yes | No |
| MOSAIC K99/R00 | No | Maximizing Opportunities for Scientific and Academic Independent Careers Postdoctoral Career Transition Award to Promote Diversity | Yes | No |
| MOSAIC UE5 | No | Maximizing Opportunities for Scientific and Academic Independent Careers Organizational Research Education Award to Promote Diversity | Yes | No |
| IRACDA K12 | No | Institutional Research and Academic Career Development Awards | Yes | No |

[1] For brevity, programs listed above are only those (1) for extramural scientists; (2) focused on student or early career scientist training; and (3) in which multiple institutes or centers (ICs) currently or previously participated. For some programs not listed, only one IC participated. These include NIGMS' Bridges to the Baccalaureate and Bridges to the Doctorate programs, as well as programs in which only NIA or NICHD participated. This table also excludes a wide array of R25 Research Education Programs, many of which were (1) recently terminated or not renewed and (2) meant to support students from underrepresented backgrounds.

[2] NRSA refers to the Ruth L. Kirschstein National Research Service Award program.

[3] Grant mechanisms are listed as "currently available" if either (1) a Program Announcement for the mechanism is active or (2) a Program Announcement for the mechanism is "forecasted" on Grants.gov to be posted as active on or before July 2025.