# EXHIBIT 49

🇺🇸 An official website of the United States government Here's how you know



NEW TO NIH

FUNDING

GRANTS PROCESS

POLICY & COMPLIANCE

NEWS & EVENTS

ABOUT US

Home > Policy & Compliance
> Implementation of New Initiatives and Policies
> Updates to NIH Institutional Training Grant Applications

# Updates to NIH Institutional Training Grant Applications

This page provides details on the updates made to NIH institutional training grant applications for due dates on or after January 25, 2025.

**On this page:**

- Background
- Application Updates
- Peer Review Updates
- Notices, Reports, and Blogs

↑ Back to Top

# Background

NIH has made significant investments to develop, implement, assess and disseminate innovative, effective approaches to research training and mentoring and to prepare trainees for a variety of career paths⧉ in the biomedical research workforce. Through these initiatives, the research community has identified the need for:

- Broader outreach activities to foster greater awareness of research training opportunities for potential trainees
- Increased mentorship opportunities to facilitate trainee success

NIH has leveraged the lessons of these initiatives to enhance institutional research training programs, including by enhancing opportunities to strengthen mentor training.

# Applicability

The updates apply to applications that use the following activity codes:

- Institutional Training – T series, e.g., T15, T32, T34, T35, T37, T90/R90, TL1, TL4
- International Institutional Training – D43, D71, U2R
- Institutional Career Development – K12, KL2

# Application Updates

The updates to NIH Institutional Training Grant Applications include two key changes:

1. Mentor training expectations are more clearly defined in the parent T32 Notice of Funding Opportunity (NOFO).
2. Institutional Training data tables were updated to reduce burden and promote consistent information collection across training programs.

**March 2025 Update:**

- *Recruitment Plans to Enhance Diversity are no longer required.*
- *Recruitment Plans to Enhance Diversity included in applications under review will not be evaluated or considered in funding decisions.*
- *A Trainee Diversity Report for institutional training grants, career development awards, and most research education grants is no longer required in Research Performance Progress Reports (RPPRs) and should not be included.*
- *The ability to generate the Trainee Diversity Report is no longer available to recipients.*

## Defining Mentor Training Expectations in Training Programs

The [Parent T32 NOFO](#) incorporates new language outlining expectations for mentor training and oversight into the program considerations, application instructions, and review criteria.

Programs should consider the following, in addition to other evidence-informed curricula, as potential mentor training components and are encouraged to adapt to program and trainee needs:

- Aligning expectations
- Maintaining effective communication
- Fostering independence
- Assessing understanding
- Enhancing professional development
- Articulating your mentoring philosophy and plan

Reviewers will assess the mentor training expectations included in the application.

## Updates to Data Tables

Institutional Training data tables were updated to reduce burden, focus on trainee outcomes, and promote consistent information collection across training programs. For example:

- Tables 1 and 2: Applicants are expected to provide data **only** for the training stage(s) reflected in the proposed program.

- Table 5 (Publications of Those in Training) was reorganized so that the first column is the trainee (instead of the faculty member), and applicants are now allowed to include interim research products to which the trainee contributed.
- Table 6 (Applicants, Entrants, and their Characteristics for the Past Five Years) will no longer ask for trainee characteristics related to prior academic and research experience.
  - **March 2025 Update:** FORMS-I Training data tables *6a, 6b, and 7 have been revised to remove calculations for % underrepresented minorities.*
- Table 8 (Program Outcomes: Predoctoral and Postdoctoral) no longer includes Part II "Those Clearly Associated with the Training Grant."

# Peer Review Updates

Institutional training awards retain the five scored review criteria. For example, for Training Grants (Ts), reviewers will continue to score Training Program and Environment, Training Program Director(s)/Principal Investigator(s), Preceptors/Mentors, Trainees, and Training Record when determining the overall impact score.

NIH has moved "Training in the Responsible Conduct of Research" from the "Additional Review Considerations" and is now included as an "Additional Review Criteria." As such, reviewers will now evaluate "Training in the Responsible Conduct of Research" when determining scientific and technical merit, and in providing an overall impact score.

# Notices, Reports, and Blogs
## Notices

- Reminder of Updates to NIH Training Grant Application Data Tables for Application Due Dates on or After January 25, 2025: NOT-OD-25-044 - December 10, 2024
- Reminder that Multiple Changes Affecting Extramural Applications and Review are Coming for Application Due Dates

on or After January 25, 2025: NOT-OD-25-035 - November 21, 2024

- Reminder: FORMS-I Grant Application Forms and Instructions Must be Used for Due Dates On or After January 25, 2025: NOT-OD-25-026 - November 18, 2024
- Updates to NIH Institutional Training Grant Applications for Due Dates on or After January 25, 2025: NOT-OD-24-129 – May 31, 2024
- Updates to NIH Training Grant Applications - Registration Open for June 5, 2024 Webinar: NOT-OD-24-124 – May 8, 2024

## Blogs

- Open Mike⧉ Announcing updates to NIH Institutional Training Grant applications and required data tables – May 16, 2024

## Resources

### General

- How to Apply – Application Guide
- Data Tables: FORMS-I
- Drop-in-slides-Training-Grant-Application-Updates (PPTX, 585 KB) (February 25, 2025)

## See Also

### Webinars & Videos

- Updates to NIH Training Grant Applications webinar (June 5, 2024)

## Contact

## Email

For those with questions, please direct all inquiries to:
T32updates@mail.nih.gov

This page last updated on: March 25, 2025
For technical issues E-mail OER Webmaster

**Did you find this page helpful?**

○ Yes

○ No

Next

Form Approved OMB# 0925-0648 Exp. Date 7/2027

Protected by reCAPTCHA: Privacy ⤤ & Terms ⤤

## Help, FAQs, And More

eRA ⤤

Glossary

FAQs

Help



Case 1:25-cv-10787-WGY    Document 72-7    Filed 05/19/25    Page 8 of 9

National Institutes of Health
Bethesda, MD 20892

## Stay Connected

  

Subscribe for Grant News

## Government Sites

Health and Human Services⬈

National Institutes of Health⬈

USA.gov - Government Made Easy⬈

NIH Staff (Intranet🔒)⬈

## Web Policies and Notices

Accessibility

HHS Vulnerability Disclosure⬈

FOIA⬈

Privacy Notice

Disclaimer

Archive of this Page Since September 24, 2024⬈

Older Versions of this Website

## Site Map

Home

New To NIH

Funding

Grants Process

Policy & Compliance

News & Events

About Us