EXHIBIT 50

# Exhibit E



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of the Secretary

Washington, D.C. 20201

**DATE:** 3/11/2025

**TO:** Ken Callahan Senior Advisor Policy and Implementation

**FROM:** Matthew J. Memoli, MD, MS Acting Director, NIH

**SUBJECT:** Initial Actions Regarding President Trump's Executive Orders – INFORMATION

<u>**ISSUE**</u>

In response to the request to review President Trump's Executive Orders issued between [PLACEHOLDER] and [PLACEHOLDER], determine which were relevant to the Office of the Assistant Secretary for Health's programs and policies, and describe the actions taken for alignment.

<u>**EXECUTIVE SUMMARY**</u>

Upon review of President Trump's Executive Orders issued since January 20, 2025, [PLACEHOLDER] were relevant to the programs and policies of the NIH. The following outlines each relevant executive order and actions taken for alignment.

### EO 14162 - Putting America First in International Environmental Agreements

Prioritize U.S. interests in international environmental agreements, withdrawing the U.S. from the Paris Climate Agreement and halting funding to related climate initiatives, while revoking the U.S. International Climate Finance Plan and directing relevant agencies to rescind policies linked to it.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14171 - Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce

Reinstates and amends Executive Order 13957 to create a new Schedule Policy/Career for confidential, policy-determining, policy-making, or policy-advocating positions, ensuring these roles are accountable to the President and exempt from standard adverse action procedures.

**Implementation:**
   **1. Create a new Schedule Policy/Career for confidential, policy-determining, policy-making, or policy-advocating positions.**
   **Action Taken:** Awaiting implementation guidance from HHS.
   **Status:** In Progress

   **2. Maintaining the Integrity of the Career SES**

<span style="color:red">**Pre-decisional, Deliberative, Draft**</span>

Page 2 – Secretary, Health and Human Services

> **Action Taken:** Review and Reclassification of SES Positions
> **Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

## EO 14179 - Removing Barriers to American Leadership in Artificial Intelligence

Aims to revoke previous policies that hinder AI innovation and establish a plan to sustain and enhance America's global dominance in AI, promoting economic competitiveness and national security.

> **Implementation:**
> **1. Reporting Actions to Implement "Removing Barriers to American Leadership in Artificial Intelligence"**
> **Action Taken:** Data call to gather programmatic information related but not limited to statutes, regulations, guidance, intramural research, policies, public education documents and campaigns, communications, events, FACA committees, reports, other internal and external committees, and working groups.
> **Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

## EO 14210 - Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative

Implement the "Department of Government Efficiency" workforce optimization initiative, focusing on reducing government waste, streamlining federal agencies, and eliminating non-essential positions and programs.

> **Implementation:**
> **1. Submit Agency Reorganization Plans**
> **Action Taken:** 2/26/2025: Exec Sec sent email to department heads
> **Status:** Not Started
>
> **2. Not-To-Exceed Appointments Expiring through May 3**
> **Action Taken:** Each ICO to submit employee NTE date with position description and impact if extension is not approved.
> **Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

## EO 14168 - Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government

Directs federal agencies to recognize only two immutable sexes (male and female) and to enforce sex-based rights and protections accordingly, rejecting the concept of gender identity.

**Implementation:**

Page 3 – Secretary, Health and Human Services

**1. Ensuring Lawful Governance and Implementing DOGE Regulatory Initiative**
**Action Taken:** Development of policy and instructions underway to align with statue and EOAgency review of all regs in the CFR and all guidance docs.
**Status:** In Progress

**2. Removing "X" Option from VAMI Forms**
**Action Taken:** Update the Visitor Access Management Initiative (VAMI) system by replacing gender with sex and removing "X" as an option.
**Status:** Complete

**3. Identify and Place Employees on Administrative Leave in Gender Ideology Positions**
**Action Taken:** Seven employees were placed on administrative leave. Confirmed that NIH does not have any positions inculcating or promoting gender ideology. While the Sexual and Gender Minority Office (SGMRO) is technically on the NIH management organization chart, all positions in SGMRO are vacant, and NIH/DPCPSI has started the process to remove SGMRO from the DPCPSI organizational structure.
**Status:** Complete

**4. Discussions with Tenure-Track Investigators Not on Administrative Leave**
**Action Taken:** Ongoing meetings of the Deputy Director for and personnel in the Office of Intramural Research with each Tenure-track Investigator not currently on administrative leave to ensure compliance with no Federal funds going to DEI research.
**Status:** In Progress

**5. Changes to webpages, flyers, posters related to DEIA, gender**
**Action Taken:** Update nVistas (our foreign worker collection system and database) to ensure gender is changed to sex.Updates to research services posters (i.e. UNITE), flyers (Division of Personnel Security and Access Control), nVistas (foreign worker collection system and database), webpages (Employee Assistance Program) in response to EOs and memos on DEIA, gender.
**Status:** Complete

**6. Review of women's health or sex as a biological variable activities - Mar 20**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** In Progress

**7. Review of women's health or sex as a biological variable activities - Mar 3**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**8. Remove Pronouns from Email, Outward Facing Media; Change 'Gender' to 'Sex'**
**Action Taken:** System wide platforms, manuals disabled the use of pronouns, gender language (Zoom, Microsoft 365, NIH employee directory, email distribution lists, list servs, NIH rules of behavior, Visitor Access Management Initiative, nVistas, etc.).
**Status:** Complete

**9. Communicating a consolidated list of terminated NIH contracts**
**Action Taken:** In response to a variety of EOs, memos, other requests the communication of a consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated

Page 4 – Secretary, Health and Human Services

direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
**Status:** Complete

**10. Ensure that data analyses align with administration guidance**
**Action Taken:** NIH is committed to Tribal Self-Determination and the long-term goal of maximizing tribal control over governmental institutions in tribal communities and recognizes that issues are best addressed in federal/Tribal partnership informed by Tribal traditions, values, and customs.
**Status:** In Progress

**11. Update agency forms for gender - clinical data forms**
**Action Taken:** References to gender or to sex other than male/female will be removed from clinical data forms.  A fast-track process for this effort has been established by our Office of Human Subjects Research Protection and our Institutional Review Board.
**Status:** In Progress

**12. Integrate Compliance with Ending Radical and Wasteful Government DEI Programing Into the Entire Extramural Grant Process For All Grants and Contracts**
**Action Taken:** Removed language regarding NIH's Interest in Diversity from Eligibility section of Notices of Funding Opportunities ("NOFOs").  Similar statements are being manually removed in other sections as they are identified.  Removed language regarding "Plans for Enhancing Diversity (PEDP)" from multiple sections of NOFOs.  Revised peer review processes to eliminate consideration of Plans for Enhancing Diversity (PEDP) across all opportunities, Diversity Plans in conference grants, and Recruitment Plans to Enhance Diversity in training grants. Identified NOFOs that largely focus on DEI.  These NOFOs were unpublished but then restored in response to the Temporary Restraining Order (TRO).  These same 58 NOFOs were subsequently unpublished again from the NIH Guide and on Grants.gov at the direction of the Acting NIH Director on February 21, 2025.  An additional 18 NOFOs were unpublished on the morning of February 24, 2025, in response to a separate subsequent directive from the Acting NIH Director. Development of a compliance plan by which adherence to Executive Orders – including Executive Orders on DEI – will be incorporated as a term and condition of award.  Competing and non-competing awards are being released as required by the TRO. Drafted a term and condition of award for funding ICs to utilize on grants where DEI activities have been renegotiated out of the project.  A public webpage is under development highlighting how NIH is implementing recent Executive Orders related to Grants and Applications.
**Status:** In Progress

**13. Review peer review activities and terminate any that promote or inculcate gender ideology**
**Action Taken:** The NIH SGM Employee Resource Group and the SGM Scientific Interest Group was disbanded. CSR will identify and eliminate sub-topics that may not align with the E) guidance. The Reviewer Finder tool has been modified to remove all data on reviewer gender. CSR will not track demographics of its reviewers in their ~1200 peer review meetings and internal NIH dashboards for staff use have been modified to remove the ability to track gender.
**Status:** In Progress

**14. Update FACA website to remove gender language**
**Action Taken:** Removed phrase from the last sentence of the first paragraph of "Selection criteria for Advisory Committees" on the Office of Federal Advisory Committee Policy (OFACP) public website about including advisory committee members based on gender.

Page 5 – Secretary, Health and Human Services

**Status:** Complete

**15. Terminate Special Interest Groups that Inculcate Gender**
**Action Taken:** Council of councils SGM Working Group is paused--will be disbanded once FACA Council activities are able to resume.
**Status:** In Progress

**16. Revising inclusion of women in clinical research policy**
**Action Taken:** Information on the inclusion of women in research related to implementation of Defending Women EO and OPM memo.
**Status:** In Progress

**17. Review and terminate agency contracts that promote gender ideology**
**Action Taken:** Women-related agency contracts were were fully terminated (6), updated activities (2), and modified language/data fields (39). Disseminate direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders. We engaged in consultation with IC staff to assist in making determinations about impact to certain contracts. We provided data related to actions taken on both executive orders back up to HHS, including cost savings data. As a result of a court order, OALM ensured compliance by providing the notice to all NIH contractor organizations by the stated deadline.
**Status:** Complete

**18. Remove gender identifiers from agency forms - intramural individual development plans**
**Action Taken:** NIH is removing the gender identifiers from internal OIR electronic development plan systems.
**Status:** In Progress

**19. Review of pending awards and terminate any that promote or inculcate gender ideology**
**Action Taken:** Applications to be funded that currently refer to "gender" in different contexts in abstracts and titles will be revised to exclude work related to gender ideology.  If the grant is insufficient by excluding the gender ideology, it will be terminated.
**Status:** In Progress

**20. Review Notices of Funding Opportunity for Gender**
**Action Taken:** NIH is currently reviewing all active and proposed Notices of Funding Opportunities and Notices of Special Interest to determine if they promote gender ideology and will take action as appropriate, including termination if needed.
**Status:** In Progress

**21. Terminate Active Grants that Promote or Inculcate Gender Ideology**
**Action Taken:** NIH is currently reviewing all active grants and supplements to determine if they promote gender ideology and will take action as appropriate.
**Status:** In Progress

**22. Updating NIH Manual Chapter 1311 - Preventing and Addressing Harassment and Inappropriate Conduct**
**Action Taken:** Updated NIH Manual Chapter 1311 to remove references to gender.
**Status:** Complete

**23. Terminate trainings on gender ideology**

Page 6 – Secretary, Health and Human Services

**Action Taken:** The only thing identified was the Women in Leadership program, which doesn't meet this definition. Confirmed that we do not have any other trainings that inculcate or promote gender ideology.
**Status:** Complete

**24. NIAID Grants Related to Gender - Additional Consideration**
**Action Taken:** Correspondence about NIAID grants related to gender, surgery, hormone therapy.
**Status:** Additional Consideration

**25. List of Women Related Protocols**
**Action Taken:** NIH is reviewing all survey instruments, forms, protocols, and clinical guidelines to ensure compliance with EO 14168.
**Status:** In Progress

**26. Terminate Special Interest Groups that Inclucate Gender**
**Action Taken:** Employee resource groups or special emphasis programs that inculcate or promote gender ideology have been terminated.
**Status:** Complete

**27. Guidance on Implementing Section 3(e) of Executive Order 14168 (Defending Women) in Accordance with the Paperwork Reduction Act and the Privacy Act**
**Action Taken:** Guidance specifies how agencies can implement Section 3(e) of EO 14168 (Defending Women) in compliance with the Paperwork Reduction Act and the Privacy Act in a timely manner.
**Status:** In Progress

**28. Withdraw Any Forms, Documents...That Inclucate or Promote Gender Ideology**
**Action Taken:** NIH forms have been updated to remove gender identification.
**Status:** Complete

**29. Terminate Active Contracts that Promote or Inculcate Gender Ideology**
**Action Taken:** Review all agency contracts and terminate any that promote or inculcate gender ideology.
**Status:** In Progress

**30. Report on training activities**
**Action Taken:** Report on all training activities across NIH, unclear which specific EO, memo, etc. but likely Defending Women, DEIA.
**Status:** Complete

**31. Provide all updated or terminated reports that inculcate or promote gender ideology.**
**Action Taken:** Updated or terminated reports that inculcate or promote gender ideology.
**Status:** Complete

**32. Review of gender ideology positions and offices**
**Action Taken:** Verification that Sexual and Gender Minority Office (SGMRO) has been disbanded and there are no current gender ideology job positions related to SGMRO
**Status:** Complete

**33. Removal of Gender Related Outward Facing Media**
**Action Taken:** Removed outward facing media (websites, social media accounts, etc.) that inculcates

Page 7 – Secretary, Health and Human Services

or promotes gender ideology. Implemented a freeze on external communication (websites, social media, press releases, listservs, individual public inquiries on sensitive health topics).
**Status:** Complete

**34. Removal of webpages related to DEIA and gender ideology**
**Action Taken:** Summary of OIR webpages removed in response to DEIA and gender EOs/memos.
**Status:** Complete

**35. Review of women's health or sex as a biological variable activities - Feb 20**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**36. Review of women's health or sex as a biological variable activities - Feb 12**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**37. Review of women's health or sex as a biological variable activities - Feb 6**
**Action Taken:** An initial review of current and planned 'women's health or sex as a biological variable' official agency activities identified 92 current or planned activities.
**Status:** Complete

**38. Tribal Sovereignty - Additional Consideration**
**Action Taken:** Information on tribal sovereignty related to implementation of Defending Women EO and OPM memo.
**Status:** Additional Consideration

**39. Change gender to sex in NIH Databook**
**Action Taken:** NIH Databook has updated about 16 reports that use "gender" or "women" in the title and data.
**Status:** Complete

**40. Ensure that intimate spaces designated for women, girls,or females (or for men, boys, or males) are designated by biological sex and not gender identity.**
**Action Taken:** NIH has certified that gender neutral restrooms now use the terminology of men and women.
**Status:** Complete

**41. Reporting on current or planned women's health and sex as a biological variable official agency activities**
**Action Taken:** Summary of current or planned women's health and sex as a biological variable official agency activities - NIH FACA Charters and Membership Balance Plans , FACA Committee Membership, and Electronic Research Administration (eRA) Committee Management Module (CMM).
**Status:** Complete

**42. Update Common Data Element (CDE) repository to address use of 'gender' and 'sex'**
**Action Taken:** The Common Data Element (CDE) Repository contains a small number of CDEs that refer to gender; the National Library of Medicine (NLM) recommends adding a disclaimer to those items to clarify that "gender" should not be used to as a substitute for the data element "sex."
**Status:** Complete

Page 8 – Secretary, Health and Human Services

**43. Terminate intramural gender ideology programs**
**Action Taken:** NIH is currently reviewing all intramural programs to determine if they promote gender ideology and will take action as appropriate, including termination if needed, by the 30-day deadline.
**Status:** In Progress

**44. Terminate applications that include gender ideology**
**Action Taken:** Applications to be funded that currently refer to "gender" in different contexts in abstracts and titles will be revised to exclude work related to gender ideology.  If the grant is insufficient by excluding the gender ideology, it will be terminated.
**Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**Presidential Action - Return to In Person Work**

Mandates that all federal executive branch employees return to full-time in-person work at their duty stations, with department heads allowed to make necessary exemptions.

**Implementation:**
**1. Guidance for Return to In-Person Work**
**Action Taken:** Communication sent to supervisory employee's w/o exemption to return on 2/24.Preparing addition information to employees remote within 50-mile radius of office return 3/17. Provided guidance to all ICs and offices that these staff must return to the office unless they have an exemption.
**Status:** In Progress

**2. Action Updates for Return to In-Person Work**
**Action Taken:** Summary of Office of Research Facilities-led activities related to return to In-Person work.
**Status:** In Progress

**3. Updates to Return to Office**
**Action Taken:** NED updates for all employees returning to office
**Status:** In Progress

**4. Return to Office Guidance**
**Action Taken:** Guidance on the return to Office
**Status:** Complete

**5. Guidance on Exempting Military and Foreign Service Spouses from Return to Work**
**Action Taken:** Guidance on Exempting Military and Foreign Service Spouses from Return to Work
**Status:** Additional Consideration

**6. Approval to Proceed with Procurements to Support In-Person Work**
**Action Taken:** Institutes and Centers are directed to carefully document, justify and support their minimal, immediate needs, in coordination with their acquisition staff. Reporting should include detailed itemizations of what funds are being obligated for.

Page 9 – Secretary, Health and Human Services

**Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14151 - Ending Radical and Wasteful Government DEI Programs & Preferencing**

Terminates all federal diversity, equity, and inclusion (DEI) programs, mandates, and policies, aiming to replace them with a merit-based system that rewards individual skills and performance.

**Implementation:**

**1. Discussions with Tenure-Track Investigators Not on Administrative Leave**
**Action Taken:** Ongoing meetings of the Deputy Director for and personnel in the Office of Intramural Research with each Tenure-track Investigator not currently on administrative leave to ensure compliance with no Federal funds going to DEI research.
**Status:** In Progress

**2. Placed DEIA Employees on Administrative Leave**
**Action Taken:** 3/4/25: Ten employees were placed on administrative leave and five received probationary termination notices.
**Status:** Complete

**3. Pause Approving Invoices or Completing Receiving for DEI Activities Performed by Contractors**
**Action Taken:** In accordance with HHS guidance, OALM paused all payment of invoices related to DEI activities, and is coordinating with HHS on special review of these invoices prior to payment.
**Status:** Complete

**4. Removal of DEIA Related Language from CY2025 Performance Plan**
**Action Taken:** Updating Performance Plans by March 25, 2025.Review all remaining 2025 Performance Elements for Supervisory and Non-Supervisory employees and remove any DEIA related language. Establish new 2025 Performance plans.
**Status:** Complete

**5. Changes to webpages, flyers, posters related to DEIA, gender**
**Action Taken:** Update nVistas (our foreign worker collection system and database) to ensure gender is changed to sex.Updates to research services posters (i.e. UNITE), flyers (Division of Personnel Security and Access Control), nVistas (foreign worker collection system and database), webpages (Employee Assistance Program) in response to EOs and memos on DEIA, gender.
**Status:** Complete

**6. Data Call to Redesignate CHCO Positions**
**Action Taken:**
**Status:** In Progress

**7. Flagged for HHS the intersection of DEI directives and of the HHS and NIH Scientific Integrity Policies.**
**Action Taken:** Flagged for HHS the intersection of DEI directives and of the HHS and NIH Scientific Integrity Policies, Rescission of "any guidance, instruction, recommendation, or document issued by the IWG is withdrawn as no longer representative of governmental policy related to the Presidential

Page 10 – Secretary, Health and Human Services

Memorandum of January 27, 2021 (Restoring Trust in Government Through Scientific Integrity and Evidence-Based Policymaking)." NIH is awaiting HHS direction as to whether HHS and NIH policy should be rescinded.
**Status:** In Progress

**8. Termination of NIH Distinguished Scholars Program**
**Action Taken:** Terminated the NIH Distinguished Scholars Program for tenured and tenure-track investigators, a program that was launched years ago to aid diversification of the biomedical workforce and mentoring for individuals otherwise not likely to pursue careers in biomedical research.
**Status:** Complete

**9. Communicating a consolidated list of terminated NIH contracts**
**Action Taken:** In response to a variety of EOs, memos, other requests the communication of a consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
**Status:** Complete

**10. Ensure that data analyses align with administration guidance**
**Action Taken:** NIH is committed to Tribal Self-Determination and the long-term goal of maximizing tribal control over governmental institutions in tribal communities and recognizes that issues are best addressed in federal/Tribal partnership informed by Tribal traditions, values, and customs.
**Status:** In Progress

**11. Integrate Compliance with Ending Radical and Wasteful Government DEI Programing Into the Entire Extramural Grant Process For All Grants and Contracts**
**Action Taken:** Removed language regarding NIH's Interest in Diversity from Eligibility section of Notices of Funding Opportunities ("NOFOs").  Similar statements are being manually removed in other sections as they are identified.  Removed language regarding "Plans for Enhancing Diversity (PEDP)" from multiple sections of NOFOs.  Revised peer review processes to eliminate consideration of Plans for Enhancing Diversity (PEDP) across all opportunities, Diversity Plans in conference grants, and Recruitment Plans to Enhance Diversity in training grants. Identified NOFOs that largely focus on DEI.  These NOFOs were unpublished but then restored in response to the Temporary Restraining Order (TRO).  These same 58 NOFOs were subsequently unpublished again from the NIH Guide and on Grants.gov at the direction of the Acting NIH Director on February 21, 2025.  An additional 18 NOFOs were unpublished on the morning of February 24, 2025, in response to a separate subsequent directive from the Acting NIH Director. Development of a compliance plan by which adherence to Executive Orders – including Executive Orders on DEI – will be incorporated as a term and condition of award.  Competing and non-competing awards are being released as required by the TRO. Drafted a term and condition of award for funding ICs to utilize on grants where DEI activities have been renegotiated out of the project.  A public webpage is under development highlighting how NIH is implementing recent Executive Orders related to Grants and Applications.
**Status:** In Progress

**12. Removal of DEI-Related Content from Microsoft 365**
**Action Taken:** ICOs reviewed and verified their identified sites and content and ensured proper

records management:
**Status:** Complete

**13. Summary of DEIA Activities January 21 through February 6, 2025**
**Action Taken:** This is a summary of DEIA activities January 21 through February 6, 2025.
**Status:** Additional Consideration

**14. Do Not Reinstate Contracts Terminated between Jan. 20th – Jan. 31st**
**Action Taken:** Terminated 31 contracts focusing on DEI related activities impacting funding to the vendor since January 20, 2025. Cost savings is roughly $6 million. The START document library includes additional information (email and spreadsheet).
**Status:** Complete

**15. Compile a List of All DEI Websites and Equity Plans**
**Action Taken:** List of all ICO DEI webpages and equity plans was compiled.
**Status:** Complete

**16. Report on training activities**
**Action Taken:** Report on all training activities across NIH, unclear which specific EO, memo, etc. but likely Defending Women, DEIA.
**Status:** Complete

**17. Removal of webpages related to DEIA and gender ideology**
**Action Taken:** Summary of OIR webpages removed in response to DEIA and gender EOs/memos.
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**Presidential Action - Hiring Freeze**

Imposes a freeze on the hiring of federal civilian employees across the executive branch, with exceptions for military personnel, national security, public safety, and certain other roles, aiming to reduce the federal workforce through efficiency improvements and attrition.

**Implementation:**
**1. Federal Civilian Hiring Freeze**
**Action Taken:** Paused efforts to develop process for manage hiring freeze exceptions to wait further information on the OPM Guidance on Agency RIF and Reorganization Plans.  Canceled the Summer Internship Program for 2025.Freeze on the hiring of federal civilian employees as directed by the President on 1/20/2025.
**Status:** Complete

**2. Request for Agency Performance Management Data**
**Action Taken:** Agencies should report to on employees with less than fully successful in the last three years.
**Status:** In Progress

**3. Hiring Exemption Request Process**
**Action Taken:** NIH is initiating a data call for Vacant Funded/Approved Positions and Hiring

Page 12 – Secretary, Health and Human Services

Exemptions.
**Status:** In Progress

**4. Not-To-Exceed Appointments Expiring through May 3**
**Action Taken:** Each ICO to submit employee NTE date with position description and impact if extension is not approved.
**Status:** In Progress

**5. Allowing Renewal of Current NIH Fellows**
**Action Taken:** Renewal of current fellows is allowable and should proceed - non-FTE fellows (IRTAs, CRTAs, and Visiting Fellows). Pause on the recruitment and on-boarding of non-FTE fellows remains in effect.
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14170 - Reforming the Federal Hiring Process And Restoring Merit To Government Service ("Restoring Merit")**

Aims to overhaul the federal hiring process by prioritizing merit, practical skills, and dedication to the Constitution, while eliminating impermissible factors such as race, sex, and commitment to illegal racial discrimination or gender identity.

**Implementation:**
**1. Review hiring practices and committee charters and processes**
**Action Taken:** Review NIH hiring practices to assure they are in compliance and that all job announcements are in compliance as well as all hiring committee charters and processes.
**Status:** In Progress

**2. Request for Agency Performance Management Data**
**Action Taken:** Agencies should report to on employees with less than fully successful in the last three years.
**Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**Presidential Action - Regulatory Freeze Pending Review**

Directs all executive departments and agencies to halt the proposal or issuance of new rules until they are reviewed and approved by newly appointed department or agency heads, with exceptions for emergency situations.

**Implementation:** N/A
**Further Considerations:** N/A

**Presidential Action - Restoring Accountability for Career Senior Executives**

The Director of OPM and Director of OMB shall issue SES Performance Plans that agencies must adopt;

Page 13 – Secretary, Health and Human Services

prioritize accountability in the SES system; reassign agency SES members to align with the administration's agenda; terminate existing Executive Resources Board (ERB) and Performance Review Board and create new boards; and agency heads should take action to address SES officials who do not carry out their duties consistently with the administration's principles.

**Implementation:**
    **1. Maintaining the Integrity of the Career SES**
    **Action Taken:** Review and Reclassification of SES Positions
    **Status:** In Progress

    **2. Guidance on Career Reserved SES Positions and Agency Redesignation Requests**
    **Action Taken:** Agencies should 1) develop a revised, proposed list of career reserved positions, consistent with agency organic statutes and guidance and 2) submit a single request to OPM to redesignate each current career reserved position that is not on the list.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**Presidential Action - Declaring A National Emergency At The Southern Border Of The United States**

Declares a national emergency due to threats such as cartels, criminal gangs, and terrorists, and directs the Department of Defense and Armed Forces to support efforts to secure the southern border.

**Implementation:** N/A
**Further Considerations:** N/A

**Presidential Action - Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity**

Directs the Secretary of Defense and the Secretary of Homeland Security to expand the center to provide additional detention space for high-priority criminal aliens unlawfully present in the United States

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14148 - Initial Rescissions of Harmful Executive Orders and Actions**

Rescinds several executive orders from the previous administration, focusing on reversing policies related to diversity, equity, and inclusion (DEI), climate change, and immigration.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14155 - Withdrawing The United States From The World Health Organization**

Directs the U.S. to withdraw from the WHO due to its mishandling of global health crises, failure to implement reforms, and disproportionate financial demands, while establishing new U.S. leadership positions to safeguard public health and biosecurity.

**Implementation:**
    **1. Evaluating NIH WHO Collaborating Centers**
    **Action Taken:** Reviewing the 3 NIH WHO Collaborating Centers and putting a pause on any funding that may be going to the WHO.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14158 - Establishing and Implementing the President's Department of Government Efficiency**

Creates the Department of Government Efficiency (DOGE) to modernize federal technology and software, aiming to maximize governmental efficiency and productivity.

**Implementation:**
    **1. Purchase Card Reinstatements**
    **Action Taken:** Coordinated with leadership across the NIH Institutes and Centers to freeze 870 credit cards, reducing its open credit cards to only around 8% of its prior usage, to effectively reduce credit card spend to the minimum emergency amount.
    **Status:** Complete

    **2. Not-To-Exceed Appointments Expiring through May 3**
    **Action Taken:** Each ICO to submit employee NTE date with position description and impact if extension is not approved.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14173 - Ending Illegal Discrimination and restoring merit-based opportunity**

Eliminates all forms of illegal discrimination in federal employment and contracting, promoting a merit-based system that prioritizes skills, qualifications, and performance.

**Implementation:**
    **1. Eliminate all illegal discrimination in federal employment and contracting.**
    **Action Taken:** We are carefully looking at all NIH hiring practices to assure they are in compliance and that all job announcements are in compliance as well as all hiring committee charters and processes.
    **Status:** In Progress

    **2. Align Programs for American Indians and Alaska Natives with the Administration's Priorities**
    **Action Taken:** Agencies added their program-specific authorities and summarize the program in the guidance for OGC review.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

Page 15 – Secretary, Health and Human Services

### EO 14177 - President's Council of Advisors on Science and Technology – The White House

Reestablishes the President's Council of Advisors on Science and Technology (PCAST) to provide guidance on science, technology, and innovation policy, focusing on areas like artificial intelligence and quantum computing.

**Implementation:** N/A
**Further Considerations:** N/A

### EO 14180 - Council to Assess the Federal Emergency Management Agency

Establishes a review council to evaluate FEMA's efficacy, priorities, and competence, and to recommend improvements or structural changes to enhance disaster response and recovery.

**Implementation:** N/A
**Further Considerations:** N/A

### EO 14181 - Emergency Measures to Provide Water Resources in California and Improve Disaster Response in Certain Areas – The White House

Directs federal agencies to take immediate action to ensure adequate water resources in Southern California and improve disaster response, including overriding any state or local policies that hinder these efforts.

**Implementation:** N/A
**Further Considerations:** N/A

### EO 14183 - Prioritizing Military Excellence and Readiness

Directs the Department of Defense to update policies to exclude individuals with gender dysphoria from military service, citing concerns over unit cohesion, mental and physical readiness, and overall military effectiveness.

**Implementation:** N/A
**Further Considerations:** N/A

### EO 14184 - Reinstating Service Members Discharged Under the Military's COVID-19 Vaccination Mandate – The White House

Directs the Secretary of Defense and the Secretary of Homeland Security to reinstate service members who were discharged solely for refusing the COVID-19 vaccine, allowing them to return to their former rank with full back pay and benefits.

**Implementation:** N/A
**Further Considerations:** N/A

### EO 14185 - Restoring America's Fighting Force

Eliminate race- and sex-based preferences within the U.S. Armed Forces, abolish Diversity, Equity, and

Page 16 – Secretary, Health and Human Services

Inclusion (DEI) offices, and promote a merit-based, color-blind system to enhance military effectiveness and readiness.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14188 - Additional Measures to Combat Anti-Semitism

Directs federal agencies to use all legal tools to prosecute and hold accountable those responsible for anti-Semitic harassment and violence, especially in schools and on campuses.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14189 - Celebrating America's 250th Birthday – The White House

Establishes the White House Task Force on Celebrating America's 250th Birthday to plan and execute a grand celebration for the 250th anniversary of American Independence on July 4, 2026, and to honor the history of the nation.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14191 - Expanding Educational Freedom and Opportunity for Families

Directs states and relevant agencies to promote expanded educational opportunities for K-12 education.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14192 - Unleashing Prosperity through Deregulation – The White House

Directs all agencies, unless prohibited by law, to identify at least 10 existing regulations to be repealed every time it proposes a new regulation.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14199 - Withdrawing the United States From and Ending Funding to Certain United Nations Organizations and Reviewing United States Support to All International Organizations

Withdraw the U.S. from certain United Nations organizations, halt funding, and review all U.S. support for international organizations to align with American interests.

**Implementation:**
   **1. Reviewing NIH programs for any involvement in the United Nations**
   **Action Taken:** We are reviewing NIH programs for any involvement in the United Nations and will take appropriate action.
   **Status:** In Progress

Page 17 – Secretary, Health and Human Services

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14084 - Promoting the Arts, the Humanities and Museum and Library Services**

We will enhance to high-quality arts and humanities education and programming with the aim of enabling every child in America to obtain the broad creative skills and enrichment vital to succeed.

**Implementation:**
    **1. Request information on activities relevant to Promoting the Arts, the Humanities, and Museum and Library Services.**
    **Action Taken:** An NIH-internal data call regarding ICO activities relevant to EO 14084 (Promoting the Arts, the Humanities, and Museum and Library Services) was sent to P&E Principals and Alternates on Tuesday, February 25th. Responses have been compiled and are attached.
    **Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14187 - Protecting Children from Chemical and Surgical Mutilation (Protecting Children EO)**

The United States  will not fund, sponsor, promote, assist, or support the so-called "transition" of a child from one sex to another, and it will rigorously enforce all laws that prohibit or limit these destructive and life-altering procedures.

**Implementation:**
    **1. Prohibit Federal Funding, Sponsoring, Promoting, Assisting, or Supporting the So-called 'Transition' of a Child from One Sex to Another."**
    **Action Taken:** NIH will identify research that promotes chemical and surgical mutilation, and some award activities may be suspended as a result. NIH will identify research that promotes chemical and surgical mutilation, and some award activities may be suspended as a result.
    **Status:** Additional Consideration

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**EO 14219 - Ensuring Lawful Governance and Implementing the President's "Department of Government Efficiency" Regulatory Initiative**

Focus the executive branch's limited enforcement resources on regulations squarely authorized by constitutional Federal statutes, and to commence the deconstruction of the overbearing and burdensome administrative state.  Ending Federal overreach and restoring the constitutional separation of powers is a priority of my Administration.

**Implementation:**
    **1. Ensuring Lawful Governance and Implementing DOGE Regulatory Initiative**
    **Action Taken:** Development of policy and instructions underway to align with statue and EOAgency review of all regs in the CFR and all guidance docs.
    **Status:** In Progress

Page 18 – Secretary, Health and Human Services

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**Presidential Action - Honoring Jocelyn Nungaray**

The Anahuac National Wildlife Refuge, a scenic area for coastal wildlife and recreation along the Gulf of America near Jocelyn's home in Texas, will forever honor and preserve the memory of a beautiful American, Jocelyn Nungaray.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14222 - Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative**

This order commences a transformation in Federal spending on contracts, grants, and loans to ensure Government spending is transparent and Government employees are accountable to the American public.

**Implementation:**
**1. Data Call: GSA Non-Essential Contracts**
**Action Taken:** Coordinated with the NIH Director to established categories of spend that aligned with Presidential Appointee priorities and could continue, established a reporting system that categorizes how the NIH Acquisition Workforce is obligating funds within these categories.Established a contract approval process for routing individual requests for consideration of other procurement requirements to the NIH Director for mission critical needs that may not fit squarely within an approved spend category.Paused the issuance of any new Contracting Officer warrants or other Delegations of Procurement Authority.Coordinated the termination of 113 non-essential contract awards for an estimated cost savings of approximately $14.6M thus far. Additional reviews seeking further cost savings opportunities remain ongoing.Coordinated with HHS to provide data that will be publicly posted regarding NIH's justifications for certain contracts are mission critical.Developed a system to provide Department of Government Efficiency staff with weekly reports detailing all NIH contracting activities, and OALM advised NIH Dr. Memoli reviewed and approved the contracts in question.
**Status:** Complete

**2. Purchase Card Reinstatements**
**Action Taken:** Coordinated with leadership across the NIH Institutes and Centers to freeze 870 credit cards, reducing its open credit cards to only around 8% of its prior usage, to effectively reduce credit card spend to the minimum emergency amount.
**Status:** Complete

**3. Data Call: Reporting to OPM FY 2024 Taxpayer-Funded Union Time Use**
**Action Taken:**
**Status:** In Progress

**4. Data Call: Taxpayer-Funded Union Time Information**
**Action Taken:**
**Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

Page 19 – Secretary, Health and Human Services

### EO 14169 - Reevaluating and Realigning United States Foreign Aid

It is the policy of United States that no further United States foreign assistance shall be disbursed in a manner that is not fully aligned with the foreign policy of the President of the United States. 90-day pause in United States foreign development assistance for assessment of programmatic efficiencies and consistency with United States foreign policy. Reviews of United States foreign assistance programs. Determinations. Resumption of paused development assistance funding.Waiver.

**Implementation:**
   **1. Review of NIH support for foreign research**
   **Action Taken:** OPERA and OER leadership, in consultation with Fogarty International Center and the Office of General Counsel are finalizing a decision memo confirming the applicability of this EO to NIH financial assistance mechanisms.
   **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

### EO 14204 - Addressing Egregious Actions of the Republic of South Africa

In shocking disregard of its citizens' rights, the Republic of South Africa (South Africa) recently enacted Expropriation Act 13 of 2024 (Act), to enable the government of South Africa to seize ethnic minority Afrikaners' agricultural property without compensation. This Act follows countless government policies designed to dismantle equal opportunity in employment, education, and business, and hateful rhetoric and government actions fueling disproportionate violence against racially disfavored landowners.

**Implementation:**
   **1. Researching the Applicability of 14204 to NIH**
   **Action Taken:** OER and OPERA is working with FIC and OGC on a decision memo confirming the applicability of this EO to NIH financial assistance mechanisms.
   **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

### EO 14182 - Enforcing the Hyde Amendment

It is the policy of the United States, consistent with the Hyde Amendment, to end the forced use of Federal taxpayer dollars to fund or promote elective abortion

**Implementation:** N/A
**Further Considerations:** N/A

### Presidential Action - Amendment To Duties To Address The Flow Of Illicit Drugs Across Our Northern Border

Adjusts the tariffs imposed on articles of Canada in Executive Order 14193 of February 1, 2025

**Implementation:** N/A

Page 20 – Secretary, Health and Human Services

**Further Considerations:**  N/A

**Presidential Action - Addressing Risks from Perkins Coie LLP**

Suspends active security clearances and ceases provision of Government goods to Perkins Coie, terminates existing contracts and requires Government contractors to disclose any business with Perkins Coie, directs agencies to refrain from hiring Perkins Coie employees and limits their access to Federal buildings, and directs EEOC to investigate racial discrimination at large law firms

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Amendment To Duties To Address The Flow Of Illicit Drugs Across Our Southern Border**

Adjusts the tariffs imposed on articles of Mexico in Executive Order 14194 of February 1, 2025

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Establishment Of The Strategic Bitcoin Reserve And United States Digital Asset Stockpile**

Establishes a Strategic Bitcoin Reserve and a United States Digital Asset Stockpile that can serve as a secure account for orderly and strategic management of the United States' other digital asset holdings

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Restoring Public Service Loan Forgiveness**

The Secretary of Education shall propose revisions to 34 C.F.R. 685.219, Public Service Loan Forgiveness Program, in coordination with the Secretary of the Treasury as appropriate, that ensure the definition of "public service" excludes organizations that engage in activities that have a substantial illegal purpose.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Establishing The White House Task Force On The FIFA World Cup 2026**

Establishes a WH task force to assist in the planning, organization, and execution of the events surrounding the 2025 FIFA Club World Cup and the 2026 FIFA World Cup.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14228 - Further Amendment to Duties Addressing the Synthetic Opioid Supply Chain in the People's Republic of China**

Page 21 – Secretary, Health and Human Services

Increases tariffs on goods from the People's Republic of China due to that nation's perceived failure to adequately address the flow of synthetic opioids, such as fentanyl, into the United States.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14194 - Amendment to Duties to Address the Situation at our Southern Border**

Aims to address the situation at the U.S. southern border by imposing additional duties on products imported from Mexico, with the stated goal of pressuring Mexico to take stronger actions against illegal immigration and drug trafficking.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14223 - Addressing The Threat To National Security from Imports of Timber, Lumber**

Aims to ensure reliable, secure, and resilient domestic supply chains of timber, lumber, and their derivative products.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14225 - Immediate Expansion of American Timber Production**

Aims to increase domestic timber production to protect our national and economic security.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14224 - Designating English as the Official Language of The United States**

Formalizes English as the nation's official language.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14221 - Making America Healthy Again by Empowering Patients with Clear, Accurate, and Actionable Healthcare Pricing Information**

Increases transparency in healthcare pricing, allowing consumers to make more informed decisions.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Suspension of Security Clearances and Evaluation of Government Contracts**

Protect national security by addressing potential risks associated with individuals holding security clearances and companies with government contracts.

Page 22 – Secretary, Health and Human Services

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14220 - Addressing the Threat to National Security From Imports of Copper**

Ensures a reliable, secure, and resilient domestic copper supply chain.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - President Trump Takes Decisive Action to Deliver Relief to Kentucky**

Provide federal assistance to Kentucky in the aftermath of a disaster or emergency.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - America First Investment Policy**

Memorandum that prioritizes the interests of American workers and businesses in international trade.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Defending American Companies and Innovators From Overseas Extortion and Unfair Fines and Penalties**

Safeguards U.S. economic interests by preventing foreign entities from using unfair practices to harm American businesses.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14217 - Commencing the Reduction of the Federal Bureaucracy**

Aims to reduce the size of the Federal Government to minimize government waste and abuse, reduce inflation, and promote American freedom and innovation.

**Implementation:** N/A
**Further Considerations:**  N/A

**Proclamation 10898 - 80th Anniversary of the Battle of Iwo Jima**

Serves to commemorate and honor the historical significance of the Battle of Iwo Jima.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - President Trump Announces Appointments to Council of Governors**

Page 23 – Secretary, Health and Human Services

Appoints a bipartisan group of state leaders tasked with strengthening state-federal partnerships on key national security, disaster response, and military coordination issues to the Council of Governors.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14218 - Ending Taxpayer Subsidization of Open Borders

Aims to stop federal funding from supporting programs that benefit undocumented immigrants or policies that facilitate illegal immigration.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14215 - Ensuring Accountability for All Agencies

Aims to increase accountability and transparency within federal agencies.

**Implementation:** N/A
**Further Considerations:**  N/A

### EO 14216 - Expanding Access to In Vitro Fertilization

Ensure reliable access to IVF treatment, including by easing unnecessary statutory or regulatory burdens to make IVF treatment drastically more affordable.

**Implementation:** N/A
**Further Considerations:**  N/A

### Presidential Action - Radical Transparency About Wasteful Spending

This memorandum aims to enhance public awareness and accountability concerning government spending through increased transparency regarding wasteful expenditures.

**Implementation:** N/A
**Further Considerations:**  N/A

### Proclamation 10897 - President George Washington's Birthday, 2025

Commemorates George Washington's legacy, promotes civic values, and fosters national unity.

**Implementation:** N/A
**Further Considerations:**  N/A

### Presidential Action - President Donald J. Trump Approves Kentucky Emergency Declaration

Authorizes federal assistance to supplement state and local response efforts in Kentucky during an emergency or disaster.

Page 24 – Secretary, Health and Human Services

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14214 - Keeping Education Accessible and Ending Covid-19 Vaccine Mandates in Schools**

EO 14214 aims to prevent schools and universities from requiring COVID-19 vaccination for students, citing concerns about personal freedom, parental authority, and access to education.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14213 - Establishing the National Energy Dominance Council**

Establishes the National Energy Dominance Council to advise the President on how to expand domestic energy production and reduce reliance on foreign sources.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14212 - Establishing the President's Make America Healthy Again Commission**

Establishes the President's Make America Healthy Again Commission to address and improve the health of Americans, particularly children, by focusing on reversing chronic diseases.

**Implementation:** N/A
**Further Considerations:**  N/A

**EO 14211 - One Voice for America's Foreign Relations**

Aims to ensure that all individuals involved in implementing the President's foreign policy do so under his authority and direction, with a unified and consistent voice.

**Implementation:** N/A
**Further Considerations:**  N/A

**Presidential Action - Nominations Sent to the Senate**

Officially submits a list of nominees for various government positions to the Senate for confirmation.

**Implementation:** N/A
**Further Considerations:**  N/A

**Proclamation 10895 - Adjusting Imports of Aluminum into The United States**

Adjusts tariffs on aluminum imports to protect American industries and jobs from the harmful effects of unfair trade practices.

**Implementation:** N/A
**Further Considerations:**  N/A

Page 25 – Secretary, Health and Human Services

**Presidential Action - President Trump Announces the President's Intelligence Advisory Board**

Establishes a board to advise the President on intelligence matters.

**Implementation:** N/A
**Further Considerations:** N/A

**Proclamation 10896 - Adjusting Imports of Steel into The United States**

Aims to adjust steel imports into the United States to protect national security and domestic steel industries.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14209 - Pausing Foreign Corrupt Practices Act Enforcement to Further American Economic and National Security**

Aims to temporarily pause certain Foreign Corrupt Practices Act enforcement actions to prioritize American economic and national security interests.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14207 - Eliminating the Federal Executive Institute**

Aims to eliminate the Federal Executive Institute to reduce federal spending and streamline government operations.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14208 - Ending Procurement and Forced Use of Paper Straws**

Aims to eliminate the federal government's procurement and mandatory use of paper straws.

**Implementation:** N/A
**Further Considerations:** N/A

**Proclamation 10894 - Gulf of America Day, 2025**

Proclamation 10894 aims to recognize and celebrate the importance of the Gulf of Mexico region to the United States, while also promoting the use of the name "Gulf of America" as a preferred alternative.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14206 - Protecting Second Amendment Rights**

Aims to protect and defend Second Amendment rights by directing federal agencies to uphold those rights

Page 26 – Secretary, Health and Human Services

and prevent unlawful infringement.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14205 - Establishment of The White House Faith Office**

Establishes the White House Faith Office to strengthen partnerships between the government and faith-based organizations to address social issues.

**Implementation:** N/A
**Further Considerations:** N/A

**Presidential Action - President Trump Announces Appointments to the White House Faith Office**

Announces Appointments to the White House Faith Office

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14203 - Imposing Sanctions on the International Criminal Court**

Aims to impose sanctions on the International Criminal Court (ICC) personnel involved in investigations or prosecutions of U.S. persons or those of U.S. allies.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14202 - Eradicating Anti-Christian Bias**

Aims to eliminate perceived anti-Christian bias within federal programs and policies.

**Implementation:** N/A
**Further Considerations:** N/A

**Presidential Action - Memorandum for the Heads of Executive Departments and Agencies**

Aims to stop federal funding of NGOs that undermine U.S. interests and align future funding with national priorities.

**Implementation:** N/A
**Further Considerations:** N/A

**EO 14201 - Keeping Men Out of Women's Sports**

Aims to prohibit biological males from participating in women's sports to preserve fairness and protect opportunities for female athletes.

**Implementation:** N/A
**Further Considerations:** N/A

Page 27 – Secretary, Health and Human Services

**Presidential Action - Amendment to Duties Addressing the Synthetic Opioid Supply Chain in the People's Republic of China**

Amends a previous executive order (*Executive Order 14195: Imposing Duties To Address the Synthetic Opioid Supply Chain in the People's Republic of China*) to remove the *de minimis* exemption for tariffs on certain goods from China related to the synthetic opioid supply chain, once the Commerce Secretary certifies efficient tariff collection systems are in place.

**Implementation:** N/A
**Further Considerations:** N/A

**Presidential Action - U.S. Hostage and Wrongful Detainee Day, 2025**

Proclaims March 9, 2025, as U.S. Hostage and Wrongful Detainee Day

**Implementation:** N/A
**Further Considerations:** N/A

**MEMO OPM - OPM Memo: Initial Guidance Regarding President Trump's Executive Order Defending Women**

The memorandum from Charles Ezell, Acting Director of the U.S. Office of Personnel Management, provides initial guidance to federal agencies on complying with President Trump's Executive Order to end federal funding and promotion of gender ideology, with specific actions and deadlines for implementation.

**Implementation:**
**1. Ensuring Lawful Governance and Implementing DOGE Regulatory Initiative**
**Action Taken:** Development of policy and instructions underway to align with statue and EOAgency review of all regs in the CFR and all guidance docs.
**Status:** In Progress

**2. Removing "X" Option from VAMI Forms**
**Action Taken:** Update the Visitor Access Management Initiative (VAMI) system by replacing gender with sex and removing "X" as an option.
**Status:** Complete

**3. Identify and Place Employees on Administrative Leave in Gender Ideology Positions**
**Action Taken:** Seven employees were placed on administrative leave. Confirmed that NIH does not have any positions inculcating or promoting gender ideology.  While the Sexual and Gender Minority Office (SGMRO) is technically on the NIH management organization chart, all positions in SGMRO are vacant, and NIH/DPCPSI has started the process to remove SGMRO from the DPCPSI organizational structure.
**Status:** Complete

**4. Discussions with Tenure-Track Investigators Not on Administrative Leave**
**Action Taken:** Ongoing meetings of the Deputy Director for and personnel in the Office of Intramural Research with each Tenure-track Investigator not currently on administrative leave to ensure compliance with no Federal funds going to DEI research.

**Status:** In Progress

**5. Changes to webpages, flyers, posters related to DEIA, gender**
**Action Taken:** Update nVistas (our foreign worker collection system and database) to ensure gender is changed to sex.Updates to research services posters (i.e. UNITE), flyers (Division of Personnel Security and Access Control), nVistas (foreign worker collection system and database), webpages (Employee Assistance Program) in response to EOs and memos on DEIA, gender.
**Status:** Complete

**6. Review of women's health or sex as a biological variable activities - Mar 20**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** In Progress

**7. Review of women's health or sex as a biological variable activities - Mar 3**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**8. Remove Pronouns from Email, Outward Facing Media; Change 'Gender' to 'Sex'**
**Action Taken:** System wide platforms, manuals disabled the use of pronouns, gender language (Zoom, Microsoft 365, NIH employee directory, email distribution lists, list servs, NIH rules of behavior, Visitor Access Management Initiative, nVistas, etc.).
**Status:** Complete

**9. Communicating a consolidated list of terminated NIH contracts**
**Action Taken:** In response to a variety of EOs, memos, other requests the communication of a consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
**Status:** Complete

**10. Ensure that data analyses align with administration guidance**
**Action Taken:** NIH is committed to Tribal Self-Determination and the long-term goal of maximizing tribal control over governmental institutions in tribal communities and recognizes that issues are best addressed in federal/Tribal partnership informed by Tribal traditions, values, and customs.
**Status:** In Progress

**11. Update agency forms for gender - clinical data forms**
**Action Taken:** References to gender or to sex other than male/female will be removed from clinical data forms.  A fast-track process for this effort has been established by our Office of Human Subjects Research Protection and our Institutional Review Board.
**Status:** In Progress

**12. Integrate Compliance with Ending Radical and Wasteful Government DEI Programing Into the Entire Extramural Grant Process For All Grants and Contracts**
**Action Taken:** Removed language regarding NIH's Interest in Diversity from Eligibility section of Notices of Funding Opportunities ("NOFOs").  Similar statements are being manually removed in

other sections as they are identified.   Removed language regarding "Plans for Enhancing Diversity (PEDP)" from multiple sections of NOFOs.  Revised peer review processes to eliminate consideration of Plans for Enhancing Diversity (PEDP) across all opportunities, Diversity Plans in conference grants, and Recruitment Plans to Enhance Diversity in training grants. Identified NOFOs that largely focus on DEI.  These NOFOs were unpublished but then restored in response to the Temporary Restraining Order (TRO).  These same 58 NOFOs were subsequently unpublished again from the NIH Guide and on Grants.gov at the direction of the Acting NIH Director on February 21, 2025.  An additional 18 NOFOs were unpublished on the morning of February 24, 2025, in response to a separate subsequent directive from the Acting NIH Director. Development of a compliance plan by which adherence to Executive Orders – including Executive Orders on DEI – will be incorporated as a term and condition of award.  Competing and non-competing awards are being released as required by the TRO. Drafted a term and condition of award for funding ICs to utilize on grants where DEI activities have been renegotiated out of the project.  A public webpage is under development highlighting how NIH is implementing recent Executive Orders related to Grants and Applications.
**Status:** In Progress

**13. Review peer review activities and terminate any that promote or inculcate gender ideology**
**Action Taken:** The NIH SGM Employee Resource Group and the SGM Scientific Interest Group was disbanded. CSR will identify and eliminate sub-topics that may not align with the E) guidance. The Reviewer Finder tool has been modified to remove all data on reviewer gender. CSR will not track demographics of its reviewers in their ~1200 peer review meetings and internal NIH dashboards for staff use have been modified to remove the ability to track gender.
**Status:** In Progress

**14. Update FACA website to remove gender language**
**Action Taken:** Removed phrase from the last sentence of the first paragraph of "Selection criteria for Advisory Committees" on the Office of Federal Advisory Committee Policy (OFACP) public website about including advisory committee members based on gender.
**Status:** Complete

**15. Terminate Special Interest Groups that Inculcate Gender**
**Action Taken:** Council of councils SGM Working Group is paused--will be disbanded once FACA Council activities are able to resume.
**Status:** In Progress

**16. Revising inclusion of women in clinical research policy**
**Action Taken:** Information on the inclusion of women in research related to implementation of Defending Women EO and OPM memo.
**Status:** In Progress

**17. Review and terminate agency contracts that promote gender ideology**
**Action Taken:** Women-related agency contracts were were fully terminated (6), updated activities (2), and modified language/data fields (39). Disseminate direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders. We engaged in consultation with IC staff to assist in making determinations about impact to certain contracts. We provided data related to actions taken on both executive orders back up to HHS, including cost savings data. As a result of a court order, OALM ensured compliance by providing the notice to all NIH contractor organizations by the stated deadline.
**Status:** Complete

**18. Remove gender identifiers from agency forms - intramural individual development plans**
**Action Taken:** NIH is removing the gender identifiers from internal OIR electronic development plan systems.
**Status:** In Progress

**19. Review of pending awards and terminate any that promote or inculcate gender ideology**
**Action Taken:** Applications to be funded that currently refer to "gender" in different contexts in abstracts and titles will be revised to exclude work related to gender ideology.  If the grant is insufficient by excluding the gender ideology, it will be terminated.
**Status:** In Progress

**20. Review Notices of Funding Opportunity for Gender**
**Action Taken:** NIH is currently reviewing all active and proposed Notices of Funding Opportunities and Notices of Special Interest to determine if they promote gender ideology and will take action as appropriate, including termination if needed.
**Status:** In Progress

**21. Terminate Active Grants that Promote or Inculcate Gender Ideology**
**Action Taken:** NIH is currently reviewing all active grants and supplements to determine if they promote gender ideology and will take action as appropriate.
**Status:** In Progress

**22. Updating NIH Manual Chapter 1311 - Preventing and Addressing Harassment and Inappropriate Conduct**
**Action Taken:** Updated NIH Manual Chapter 1311 to remove references to gender.
**Status:** Complete

**23. Terminate trainings on gender ideology**
**Action Taken:** The only thing identified was the Women in Leadership program, which doesn't meet this definition. Confirmed that we do not have any other trainings that inculcate or promote gender ideology.
**Status:** Complete

**24. NIAID Grants Related to Gender - Additional Consideration**
**Action Taken:** Correspondence about NIAID grants related to gender, surgery, hormone therapy.
**Status:** Additional Consideration

**25. List of Women Related Protocols**
**Action Taken:** NIH is reviewing all survey instruments, forms, protocols, and clinical guidelines to ensure compliance with EO 14168.
**Status:** In Progress

**26. Terminate Special Interest Groups that Inclucate Gender**
**Action Taken:** Employee resource groups or special emphasis programs that inculcate or promote gender ideology have been terminated.
**Status:** Complete

**27. Withdraw Any Forms, Documents...That Inculcate or Promote Gender Ideology**
**Action Taken:** NIH forms have been updated to remove gender identification.
**Status:** Complete

Page 31 – Secretary, Health and Human Services

**28. Terminate Active Contracts that Promote or Inculcate Gender Ideology**
**Action Taken:** Review all agency contracts and terminate any that promote or inculcate gender ideology.
**Status:** In Progress

**29. Report on training activities**
**Action Taken:** Report on all training activities across NIH, unclear which specific EO, memo, etc. but likely Defending Women, DEIA.
**Status:** Complete

**30. Provide all updated or terminated reports that inculcate or promote gender ideology.**
**Action Taken:** Updated or terminated reports that inculcate or promote gender ideology.
**Status:** Complete

**31. Review of gender ideology positions and offices**
**Action Taken:** Verification that Sexual and Gender Minority Office (SGMRO) has been disbanded and there are no current gender ideology job positions related to SGMRO
**Status:** Complete

**32. Removal of Gender Related Outward Facing Media**
**Action Taken:** Removed outward facing media (websites, social media accounts, etc.) that inculcates or promotes gender ideology. Implemented a freeze on external communication (websites, social media, press releases, listservs, individual public inquiries on sensitive health topics).
**Status:** Complete

**33. Removal of webpages related to DEIA and gender ideology**
**Action Taken:** Summary of OIR webpages removed in response to DEIA and gender EOs/memos.
**Status:** Complete

**34. Review of women's health or sex as a biological variable activities - Feb 20**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**35. Review of women's health or sex as a biological variable activities - Feb 12**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**36. Review of women's health or sex as a biological variable activities - Feb 6**
**Action Taken:** An initial review of current and planned 'women's health or sex as a biological variable' official agency activities identified 92 current or planned activities.
**Status:** Complete

**37. Tribal Sovereignty - Additional Consideration**
**Action Taken:** Information on tribal sovereignty related to implementation of Defending Women EO and OPM memo.
**Status:** Additional Consideration

**38. Change gender to sex in NIH Databook**
**Action Taken:** NIH Databook has updated about 16 reports that use "gender" or "women" in the title

and data.
**Status:** Complete

**39. Ensure that intimate spaces designated for women, girls,or females (or for men, boys, or males) are designated by biological sex and not gender identity.**
**Action Taken:** NIH has certified that gender neutral restrooms now use the terminology of men and women.
**Status:** Complete

**40. Reporting on current or planned women's health and sex as a biological variable official agency activities**
**Action Taken:** Summary of current or planned women's health and sex as a biological variable official agency activities - NIH FACA Charters and Membership Balance Plans , FACA Committee Membership, and Electronic Research Administration (eRA) Committee Management Module (CMM).
**Status:** Complete

**41. Update Common Data Element (CDE) repository to address use of 'gender' and 'sex'**
**Action Taken:** The Common Data Element (CDE) Repository contains a small number of CDEs that refer to gender; the National Library of Medicine (NLM) recommends adding a disclaimer to those items to clarify that "gender" should not be used to as a substitute for the data element "sex."
**Status:** Complete

**42. Terminate intramural gender ideology programs**
**Action Taken:** NIH is currently reviewing all intramural programs to determine if they promote gender ideology and will take action as appropriate, including termination if needed, by the 30-day deadline.
**Status:** In Progress

**43. Terminate applications that include gender ideology**
**Action Taken:** Applications to be funded that currently refer to "gender" in different contexts in abstracts and titles will be revised to exclude work related to gender ideology.  If the grant is insufficient by excluding the gender ideology, it will be terminated.
**Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OMB - OMB Memo: Freeze Funding**

The memorandum from the Office of Management and Budget, dated January 27, 2025, directs Federal agencies to temporarily pause all financial assistance programs to align with President Donald J. Trump's priorities and executive orders, effective January 28, 2025, at 5:00 PM.

**Implementation:**
**1. Purchase Card Reinstatements**
**Action Taken:** Coordinated with leadership across the NIH Institutes and Centers to freeze 870 credit cards, reducing its open credit cards to only around 8% of its prior usage, to effectively reduce credit

Page 33 – Secretary, Health and Human Services

card spend to the minimum emergency amount.
**Status:** Complete

**2. Resume payments previously paused due to an EO and directives from the Office of Management and Budget (OMB).**
**Action Taken:** As a result of multiple court orders, OALM ensured compliance by providing required legal notices to all NIH contractor organizations by the stated deadlines.OER outlined the priority order for releasing funds.
**Status:** Complete

**3. NIH authorizes IC funding**
**Action Taken:** ICs are authorized to proceed with issuing awards for all competing, non-competing continuation, and administrative supplements grants. Until further notice, as awards are issued, ICs must follow their existing FY25 IC funding policies and use the previously approved negotiated indirect cost rates.
**Status:** Complete

**4. Temporary Restraining Order in National Council of Nonprofits et al. v. Office of Management and Budget et al.,**
**Action Taken:** Restraining order that allows federal agencies to un-pause funding - OMB Memorandum M-25-13
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Initial Guidance Regarding DEIA Executive Orders**

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management ("OPM") is providing the following initial guidance to agencies regarding the President's executive orders titled Ending Radical and Wasteful Government DEI Programs and Preferencing and Initial Rescissions of Harmful Executive Orders and Actions, which repeals Executive Order 14035, Diversity, Equity, Inclusion and Accessibility in the Federal Workforce.

**Implementation:**
**1. Discussions with Tenure-Track Investigators Not on Administrative Leave**
**Action Taken:** Ongoing meetings of the Deputy Director for and personnel in the Office of Intramural Research with each Tenure-track Investigator not currently on administrative leave to ensure compliance with no Federal funds going to DEI research.
**Status:** In Progress

**2. Placed DEIA Employees on Administrative Leave**
**Action Taken:** 3/4/25: Ten employees were placed on administrative leave and five received probationary termination notices.
**Status:** Complete

**3. Removal of DEIA Related Language from CY2025 Performance Plan**
**Action Taken:** Updating Performance Plans by March 25, 2025.Review all remaining 2025 Performance Elements for Supervisory and Non-Supervisory employees and remove any DEIA related

Page 34 – Secretary, Health and Human Services

language. Establish new 2025 Performance plans.
**Status:** Complete

**4. Changes to webpages, flyers, posters related to DEIA, gender**
**Action Taken:** Update nVistas (our foreign worker collection system and database) to ensure gender is changed to sex.Updates to research services posters (i.e. UNITE), flyers (Division of Personnel Security and Access Control), nVistas (foreign worker collection system and database), webpages (Employee Assistance Program) in response to EOs and memos on DEIA, gender.
**Status:** Complete

**5. Flagged for HHS the intersection of DEI directives and of the HHS and NIH Scientific Integrity Policies.**
**Action Taken:** Flagged for HHS the intersection of DEI directives and of the HHS and NIH Scientific Integrity Policies, Rescission of "any guidance, instruction, recommendation, or document issued by the IWG is withdrawn as no longer representative of governmental policy related to the Presidential Memorandum of January 27, 2021 (Restoring Trust in Government Through Scientific Integrity and Evidence-Based Policymaking)." NIH is awaiting HHS direction as to whether HHS and NIH policy should be rescinded.
**Status:** In Progress

**6. Termination of NIH Distinguished Scholars Program**
**Action Taken:** Terminated the NIH Distinguished Scholars Program for tenured and tenure-track investigators, a program that was launched years ago to aid diversification of the biomedical workforce and mentoring for individuals otherwise not likely to pursue careers in biomedical research.
**Status:** Complete

**7. Communicating a consolidated list of terminated NIH contracts**
**Action Taken:** In response to a variety of EOs, memos, other requests the communication of a consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
**Status:** Complete

**8. Ensure that data analyses align with administration guidance**
**Action Taken:** NIH is committed to Tribal Self-Determination and the long-term goal of maximizing tribal control over governmental institutions in tribal communities and recognizes that issues are best addressed in federal/Tribal partnership informed by Tribal traditions, values, and customs.
**Status:** In Progress

**9. Integrate Compliance with Ending Radical and Wasteful Government DEI Programing Into the Entire Extramural Grant Process For All Grants and Contracts**
**Action Taken:** Removed language regarding NIH's Interest in Diversity from Eligibility section of Notices of Funding Opportunities ("NOFOs"). Similar statements are being manually removed in other sections as they are identified. Removed language regarding "Plans for Enhancing Diversity (PEDP)" from multiple sections of NOFOs. Revised peer review processes to eliminate consideration of Plans for Enhancing Diversity (PEDP) across all opportunities, Diversity Plans in conference

Page 35 – Secretary, Health and Human Services

grants, and Recruitment Plans to Enhance Diversity in training grants. Identified NOFOs that largely focus on DEI.  These NOFOs were unpublished but then restored in response to the Temporary Restraining Order (TRO).  These same 58 NOFOs were subsequently unpublished again from the NIH Guide and on Grants.gov at the direction of the Acting NIH Director on February 21, 2025.  An additional 18 NOFOs were unpublished on the morning of February 24, 2025, in response to a separate subsequent directive from the Acting NIH Director. Development of a compliance plan by which adherence to Executive Orders – including Executive Orders on DEI – will be incorporated as a term and condition of award.  Competing and non-competing awards are being released as required by the TRO. Drafted a term and condition of award for funding ICs to utilize on grants where DEI activities have been renegotiated out of the project.  A public webpage is under development highlighting how NIH is implementing recent Executive Orders related to Grants and Applications.
**Status:** In Progress

**10. Removal of DEI-Related Content from Microsoft 365**
**Action Taken:** ICOs reviewed and verified their identified sites and content and ensured proper records management:
**Status:** Complete

**11. Summary of DEIA Activities January 21 through February 6, 2025**
**Action Taken:** This is a summary of DEIA activities January 21 through February 6, 2025.
**Status:** Additional Consideration

**12. Compile a List of All DEI Websites and Equity Plans**
**Action Taken:** List of all ICO DEI webpages and equity plans was compiled.
**Status:** Complete

**13. Report on training activities**
**Action Taken:** Report on all training activities across NIH, unclear which specific EO, memo, etc. but likely Defending Women, DEIA.
**Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Deferred Resignation Program**

Deferred Resignation Program

**Implementation:**
**1. Contact Employees on Extended Leave about DRP**
**Action Taken:** NIH contacted employees on extended leave to notify them to review to the Fork in the Road email or the OPM webpage.
**Status:** Complete

**2. Provide Additional Guidance on Compliance with the Age Discrimination in Employment Act in the Implementation of DRP Agreements**
**Action Taken:** OPM is providing additional guidance to agencies regarding implementation of the Deferred Resignation Program ("DRP"). Agencies should treat the DRP as an "exit incentive program" under section 7 of the Age Discrimination in Employment Act (ADEA). Accordingly, agencies should provide employees aged 40 and over with a supplemental notice containing

additional, agency-specific information necessary to comply with the OWBPA.
**Status:** Complete

### 3. Building Awareness of Guidance for Collective Bargaining Obligations to Deferred Resignation Offer
**Action Taken:** Agencies review all CBAs to determine whether provisions regarding resignation are covered by the CBA. To the extent any union proposals concerning employment conditions are not covered by a government-wide regulation or the CBA and the agency has discretion on implementation of certain aspects of the deferred resignation program, there may be some limited collective bargaining obligations. For example, negotiable proposals may include such matters as: Informing the employee of any benefits available or not available after resignation and of any applicable reemployment rights;
**Status:** Complete

### 4. Extension of Fork in the Road (DRP)
**Action Taken:** Employees who wanted to accept Deferred Resignation, replied to OPM's HR email address from their government email address with the word "resign".
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

### MEMO OPM - OPM Memo: Guidance Regarding RIFs of DEIA Offices

In accordance with that order, each agency, department, or commission head shall take action to terminate, to the maximum extent allowed by law, all DEI, DEIA, and "environmental justice" offices and positions within sixty days.

**Implementation:**
### 1. Placed DEIA Employees on Administrative Leave
**Action Taken:** 3/4/25: Ten employees were placed on administrative leave and five received probationary termination notices.
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

### MEMO OMB - OPM Memo: Federal Civilian Hiring Freeze Guidance

This memorandum provides additional guidance regarding the freeze on the hiring of federal civilian employees as directed by the President on January 20, 2025, via Presidential Memorandum (PM) entitled "Hiring Freeze." This guidance clarifies immediate actions to be taken by Heads of executive departments and agencies to implement the PM and provides information on the types of exemptions authorized under this hiring freeze as well as instructions on how departments and agencies can request exemptions from the Office of Personnel Management (OPM) for critical situations where additional exemptions may be warranted.

**Implementation:**
### 1. Federal Civilian Hiring Freeze
**Action Taken:** Paused efforts to develop process for manage hiring freeze exceptions to wait further

information on the OPM Guidance on Agency RIF and Reorganization Plans.  Canceled the Summer Internship Program for 2025.Freeze on the hiring of federal civilian employees as directed by the President on 1/20/2025.
**Status:** Complete

**2. Not-To-Exceed Appointments Expiring through May 3**
**Action Taken:** Each ICO to submit employee NTE date with position description and impact if extension is not approved.
**Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance on Implementing President Trump's Executive Order titled, "Restoring Accountability To Policy-Influencing Positions Within the Federal Workforce"**

On January 20, 2025, the President signed an Executive Order entitled, "Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce ("Restoring Accountability")." This Executive Order reinstates and amends Executive Order 13957 of October 21, 2020.1 It creates a new Schedule Policy/Career in the excepted service for positions that are of a confidential, policy-determining, policy-making, or policyadvocating character (policy-influencing positions) and filled by individuals not normally subject to replacement or change as a result of a Presidential transition. Such career positions will be rescheduled into Schedule Policy/Career and thereby exempted from the adverse action procedures set forth in chapter 75 of title 5 of the United States Code.

**Implementation:** N/A
**Further Considerations:**  N/A

**MEMO OPM, OMB - OPM Memo: Agency Return to Office Implementation Plans**

The Office of Management and Budget (OMB) and the Office of Personnel Management (OPM) are issuing this memorandum to provide further guidance to agencies on implementation of the January 20, 2025, Presidential Memorandum (PM) Return to In-Person Work.

**Implementation:**
   **1. Action Updates for Return to In-Person Work**
   **Action Taken:** Summary of Office of Research Facilities-led activities related to return to In-Person work.
   **Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance on Revocation of Executive Order 14003**

On January 20, 2025, President Trump signed Executive Order 14171 entitled, "Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce" ("Restoring Accountability"). Restoring Accountability revoked Executive Order 14003 of January 22, 2021 (Protecting the Federal Workforce).1 Executive Order 14003 rescinded several executive orders President Trump signed that regulated the federal workforce. The revocation of Executive Order 14003 order does not immediately reinstate those

Page 38 – Secretary, Health and Human Services

orders.2 However, in light of Restoring Accountability, agencies should return to the policies of the first Trump Administration on discipline and unacceptable performance, as discussed below, as soon as practicable.

**Implementation:** N/A
**Further Considerations:**  N/A

**MEMO OPM - OPM Memo: Guidance Regarding Redesignating SES CIO Positions**

Pursuant to its authority under 5 U.S.C. §§ 1103(a)(1), (5), and (7); 3132(b)(1) and  5 C.F.R. § 214.403, the U.S. Office of Personnel Management ("OPM") is providing guidance to agencies regarding agency Senior Executive Service ("SES") Chief Information Officer ("CIO")  positions currently designated as career reserved.  The role of agency CIOs has changed dramatically in recent years. No longer the station of impartial and apolitical technocrats, the modern agency CIO role demands policy-making and policy-determining capabilities across a range of controversial political topics. See 5 C.F.R. § 214.402(c)(1).  In light of this new reality, OPM recommends that each agency with a CIO role classified as SES and designated as career reserved, send a request that OPM redesignate the position to  "general" no later than Friday, February 14, 2025.

**Implementation:**
   **1. Redesignate SES CIO Positions**
   **Action Taken:** OPM recommends that each agency with a CIO role classified as SES and designated as career reserved, send a request that OPM redesignate the position to "general" no later than Friday, February 14, 2025.
   **Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Further Guidance Regarding Ending DEIA Offices Programs and Initiatives**

This memo is providing additional guidance regarding the President's executive orders, including those titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing," "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," and "Initial Rescissions of Harmful Executive Orders and Actions."

**Implementation:**
   **1. Termination of NIH Distinguished Scholars Program**
   **Action Taken:** Terminated the NIH Distinguished Scholars Program for tenured and tenure-track investigators, a program that was launched years ago to aid diversification of the biomedical workforce and mentoring for individuals otherwise not likely to pursue careers in biomedical research.
   **Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO HHS, Dorothy Fink, Acting Secretary - HHS Guidance: Immediate Pause on Issuing Documents and Public Communications**

Page 39 – Secretary, Health and Human Services

Presidential appointees need to review and approve any regulations, guidance documents and other public documents and communications (including social media).

**Implementation:**
  **1. Immediate Pause on Issuing Documents and Public Communications**
  **Action Taken:** Unless reviewed by a Presidential appointee, refrain from sending documents for publication to the Office of the Federal Register; refrain from publicly issuing any document or communication, refrain from participating in any public speaking engagements, refrain from issuing official correspondence to public officials regarding department regulations or policy.
  **Status:** In Progress

  **2. Acquisition Guidance on Memo "Immediate Pause on Issuing Documents and Public Communications"**
  **Action Taken:** All acquisition workforce members must refrain from publicly issuing any document or participating in any communication until it has been reviewed and approved by a Presidential appointee.
  **Status:** Complete

  **3. Resume Specific Communications Captured in Initial Communication Freeze**
  **Action Taken:** Ongoing changes to status will be updated as new information comes in.  As of 2/26/25 - Center for Scientific Review (CSR) can begin sending notices incrementally to the Office of the Federal Register to advertise meetings of scientific review groups/study sections. Effective March 3 - all travel cards are frozen for 30 days and travel is on hold, including NIH scientists participating in public scientific conferences for the presentation of scientific data or for the purposes of learning about scientific data.
  **Status:** In Progress

  **4. Identify high priority acquisition activities related to communications freeze**
  **Action Taken:** Data call to identify high priority acquisition activities related to communications pause.
  **Status:** Complete

  **5. Information requested on Federal Advisory Committee Act (FACA) bodies, including estimated spending.**
  **Action Taken:** NIH reported information on Federal Advisory Committee Act (FACA) bodies, including estimated spending to HHS.
  **Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO HHS Acquisitions - HHS Guidance: Acquisition Guidance on Pause on Issuing Documents and Public Communications**

Pausing communications with prospective vendors.

**Implementation:**
  **1. Identify high priority acquisition activities related to communications freeze**
  **Action Taken:** Data call to identify high priority acquisition activities related to communications pause.

Page 40 – Secretary, Health and Human Services

**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OMB, Office of Information and Regulatory Affairs - OMB Guidance: Guidance on Implementing Section 3(e) of Executive Order 14168 in Accordance with the Paperwork Reduction Act and the Privacy Act**

Specifies how agencies can implement Section 3(e) of EO 14168 in compliance with the PRA and the Privacy Act in a timely manner.

**Implementation:**
    **1. Guidance on Implementing Section 3(e) of Executive Order 14168 (Defending Women) in Accordance with the Paperwork Reduction Act and the Privacy Act**
    **Action Taken:** Guidance specifies how agencies can implement Section 3(e) of EO 14168 (Defending Women) in compliance with the Paperwork Reduction Act and the Privacy Act in a timely manner.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance on Agency RIF and Reorganization Plans Requested by Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative**

President Trump required that "Agency Heads shall promptly undertake preparations to initiate large-scale reductions in force (RIFs), consistent with applicable law." President Trump also directed that, no later than March 13, 2025, agencies develop Agency Reorganization Plans. The U.S. Office of Management and Budget ("OMB") and the U.S. Office of Personnel Management ("OPM") now submit guidance on these Agency RIF and Reorganization Plans ("ARRP"), along with the instruction that such plans be submitted to OMB and OPM.

**Implementation:**
    **1. Submit Agency Reorganization Plans**
    **Action Taken:** 2/26/2025: Exec Sec sent email to department heads
    **Status:** Not Started

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance on Presidential Memorandum Return to In-Person Work**

Guidance from OPM

**Implementation:**
    **1. Return to Office Guidance**
    **Action Taken:** Guidance on the return to Office
    **Status:** Complete

Page 41 – Secretary, Health and Human Services

**2. Approval to Proceed with Procurements to Support In-Person Work**
**Action Taken:** Institutes and Centers are directed to carefully document, justify and support their minimal, immediate needs, in coordination with their acquisition staff. Reporting should include detailed itemizations of what funds are being obligated for.
**Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Revised Guidance on Probationary Periods, Administrative Leave and Details**

The U.S. Office of Personnel Management (OPM) is aware of recent litigation challenging the terminations of various probationary employees in different departments of the federal government. OPM is issuing this **revised guidance**, which revises and updates its earlier memo of January 20, 2025. The revised memorandum clarifies and confirms that OPM has not directed, and is not directing, your agency to take specific performance-based actions against probationary employees. Agencies have and continue to have ultimate decision-making authority over such personnel actions.

**Implementation:** N/A
**Further Considerations:** N/A

**MEMO OPM - OPM Memo: Request for Agency Performance Data**

To assist OPM in developing those metrics, no later than Friday, March 7, 2025, all agencies should submit data regarding their performance management plans and policies—including those contained in collective bargaining agreements—and identify any barriers to ensuring that 1) agency performance plans make meaningful distinctions based on relative employee performance and 2) the agency has the ability to swiftly terminate poor performing employees who cannot or will not improve.

**Implementation:**
**1. Request for Agency Performance Management Data**
**Action Taken:** Agencies should report to on employees with less than fully successful in the last three years.
**Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance on Exempting Military Spouses and Foreign Service Spouses from Agency Return to Office Plans**

Guidance on Exempting Military Spouses and Foreign Service Spouses from Agency Return to Office Plans

**Implementation:**
**1. Guidance on Exempting Military and Foreign Service Spouses from Return to Work**
**Action Taken:** Guidance on Exempting Military and Foreign Service Spouses from Return to Work
**Status:** Additional Consideration

Page 42 – Secretary, Health and Human Services

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Maintaining the Integrity of the Career Senior Executive Service**

Review and Reclassification of Positions: Each agency head should take the following actions:
1. Promptly identify all agency SES positions that were either (a) general designated SES positions on January 19, 2021; or (b) were general designated SES positions filled by noncareer appointments for a majority of the prior administration's tenure.
2. With respect to SES positions described in paragraph (1) that were designated as general and have been redesignated as career reserved, each agency head should promptly take all necessary actions to revert such positions back to the general designation, except with respect to any specific positions that the agency head requests should remain as career reserved positions pursuant to paragraph (3).
3. Within 45 days of the date of this memorandum each agency head should report the positions identified in the review prescribed by paragraph (1) (or those positions in the process of being redesignated), to the Office of Personnel Management ("OPM") at allocation-management@opm.govmailto:. If an agency head believes that the President's goals and priorities would be better served by keeping any such positions as career reserved positions, the agency head shall submit a request to retain the specific position as a designated career reserved position and explain the reasons therefore. Agency heads will send the request and explanation to OPM at allocation-management@opm.govmailto:.
4. Agencies shall coordinate with OPM to implement these actions, and request support including (a) identifying agency SES positions redesignated from general to career reserved after January, 19, 2021, (b) consultations regarding appropriate procedures for reassignments, pursuant to 5 U.S.C. 3395, and/or details, pursuant to 5 CFR 317.903, should an agency head determine such movement of a career executive is warranted to support the agency's mission , and, (c) any necessary guidance regarding implementation of paragraph (1), (2), and (3).

**Implementation:**
   **1. Maintaining the Integrity of the Career SES**
   **Action Taken:** Review and Reclassification of SES Positions
   **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance Regarding Redesignating CHCO Positions**

OPM is providing guidance to agencies regarding agency Chief Human Capital Officer (CHCO) positions currently designated as career reserved Senior Executive Service (SES).

**Implementation:** N/A
**Further Considerations:**  N/A

**MEMO GSA - GSA Memo: Assistance with Terminating, Descoping, and Justifying Consulting Contracts**

Review a list of GSA identified contracts and confirm if they are essential or non-essential.

**Implementation:**
   **1. Data Call: GSA Non-Essential Contracts**

Page 43 – Secretary, Health and Human Services

**Action Taken:** Coordinated with the NIH Director to established categories of spend that aligned with Presidential Appointee priorities and could continue, established a reporting system that categorizes how the NIH Acquisition Workforce is obligating funds within these categories.Established a contract approval process for routing individual requests for consideration of other procurement requirements to the NIH Director for mission critical needs that may not fit squarely within an approved spend category.Paused the issuance of any new Contracting Officer warrants or other Delegations of Procurement Authority.Coordinated the termination of 113 non-essential contract awards for an estimated cost savings of approximately $14.6M thus far. Additional reviews seeking further cost savings opportunities remain ongoing.Coordinated with HHS to provide data that will be publicly posted regarding NIH's justifications for certain contracts are mission critical.Developed a system to provide Department of Government Efficiency staff with weekly reports detailing all NIH contracting activities, and OALM advised NIH Dr. Memoli reviewed and approved the contracts in question.
**Status:** Complete

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Agency Reporting to OPM for FY 2024 Taxpayer-Funded Union Time Use**

 U.S. Office of Personnel Management (OPM) is requiring agencies subject to the Federal Service Labor-Management Relations Statute to administer the Statute in a manner consistent with the requirements of an effective and efficient government and, to authorize taxpayer-funded union time only in amounts that are reasonable, necessary, and in the public interest and to monitor its use to see that it is used efficiently.

**Implementation:**
   1. **Data Call: Reporting to OPM FY 2024 Taxpayer-Funded Union Time Use**
   **Action Taken:**
   **Status:** In Progress

   2. **Data Call: Taxpayer-Funded Union Time Information**
   **Action Taken:**
   **Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**MEMO OPM - OPM Memo: Guidance Regarding Redesignating CHCO Positions**

To ensure accurate and consistent classification of CHCO positions, OPM recommends that each agency with a CHCO role designated career-reserved SES send a request that OPM convert the role to SES.

**Implementation:**
   1. **Data Call to Redesignate CHCO Positions**
   **Action Taken:**
   **Status:** In Progress

**Further Considerations:**  Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

Page 44 – Secretary, Health and Human Services

**REQUEST HHS - Coordinating Committee on Women's Health (CCWH) regarding Executive Order 14168**

Description

**Implementation:**

**1. Review of women's health or sex as a biological variable activities - Mar 3**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**2. Review of women's health or sex as a biological variable activities - Feb 20**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**3. Review of women's health or sex as a biological variable activities - Feb 12**
**Action Taken:** A list of 'women's health or sex as a biological variable' official agency activities.
**Status:** Complete

**4. Review of women's health or sex as a biological variable activities - Feb 6**
**Action Taken:** An initial review of current and planned 'women's health or sex as a biological variable' official agency activities identified 92 current or planned activities.
**Status:** Complete

**5. Reporting on current or planned women's health and sex as a biological variable official agency activities**
**Action Taken:** Summary of current or planned women's health and sex as a biological variable official agency activities - NIH FACA Charters and Membership Balance Plans , FACA Committee Membership, and Electronic Research Administration (eRA) Committee Management Module (CMM).
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**REQUEST HHS - Secretarial Directive on DEI-Related Funding**

Agency personnel shall briefly pause all payments made to contractors, vendors, and grantees related to DEI and similar programs for internal review for payment integrity. The START document library includes additional information (memo)

**Implementation:**
**1. Pause Approving Invoices or Completing Receiving for DEI Activities Performed by Contractors**
**Action Taken:** In accordance with HHS guidance, OALM paused all payment of invoices related to DEI activities, and is coordinating with HHS on special review of these invoices prior to payment.
**Status:** Complete

**2. Do Not Reinstate Contracts Terminated between Jan. 20th – Jan. 31st**
**Action Taken:** Terminated 31 contracts focusing on DEI related activities impacting funding to the

Page 45 – Secretary, Health and Human Services

vendor since January 20, 2025. Cost savings is roughly $6 million. The START document library includes additional information (email and spreadsheet).
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**REQUEST OMB - GSA Assistance with Terminating, Descoping, and Justifying Consulting Contracts**

In the enclosed spreadsheet, based on available procurement data, we have identified contracts your agency has awarded that may involve non-essential consulting. We ask that you complete the survey below for each contract. In the survey, indicate whether you plan to terminate the contract. If you do not plan to terminate a contract or descope requirement(s), write a one-sentence explanation in the space provided explaining why the consulting contract(s) is essential for your agency to fulfill its statutory purposes. In addition, please include the name of the person who represents that the consulting contract is essential. Finally, please use the survey to add any consulting contracts your agency has awarded that are not listed in the enclosed spreadsheet, and provide the information described above for each.

**Implementation:**
   **1. Communicating a consolidated list of terminated NIH contracts**
   **Action Taken:** In response to a variety of EOs, memos, other requests the communication of a consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
   **Status:** Complete

   **2. Assistance with Terminating, Descoping, and Justifying Consulting Contracts**
   **Action Taken:** Data call for consulting contracts to terminate, descope, justify complete. No data in START.
   **Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**REQUEST OMB - GSA Identification of Contracts that may be Wasteful, Underutilized, Inefficiently Managed or Inconsistent with Presidential Directives**

GSA is seeking ideas on new shared service opportunities, chances to reduce duplication, or otherwise drive better outcomes.
Identification of any Federal Acquisition Service (FAS) contracts that are inconsistent with recently adopted Presidential Directives.

**Implementation:**
   **1. Communicating a consolidated list of terminated NIH contracts**
   **Action Taken:** In response to a variety of EOs, memos, other requests the communication of a

Page 46 – Secretary, Health and Human Services

consolidated list of terminated NIH contracts.Terminated 31 contracts that were providing DEI related services, for an estimated cost savings of around $6M in anticipated funding.Removed DEI activities from the broad scope of work that could be performed for 19 additional contracts.Disseminated direction and guidance to all NIH acquisition staff to terminate acquisitions that fell within the scope of the executive orders; Engaged in consultation with IC staff to assist in making determinations about impact to certain contracts.Provided cost savings data to HHS.Ensured compliance with court order by providing temporary restraining order notice to all NIH contractor organizations.
**Status:** Complete

**2. Assistance with Terminating, Descoping, and Justifying Advertising and Marketing Contracts**
**Action Taken:** Olga Acosta requested a due date extension to GSA for 3/21/2025.
**Status:** In Progress

**3. GSA Identification of Contracts that may be Wasteful, Underutilized, Inefficiently Managed or Inconsistent with Presidential Directives**
**Action Taken:** Identification of contracts that may be wasteful, underutilized, inefficiently managed or inconsistent with Presidential Directives.
**Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

**REQUEST HHS - Temporary Restraining Order - New York, et al. v. US. Office of Management and Budget (No. 25-cv-39) (Feb. 10, 2025, D. R.I.)**

On 2/10/25k a district court issued a further order directing the Defendants, including the Department of Health and Human Services, to resume payments previously paused as a result of an executive order and directives from the Office of Management and Budget (0MB). In its order, the court addressed the argument that some continued pauses in funding were made pursuant to possible findings of fraud. The court rejected that argument and held that such funding pauses, viz., payment pauses made to "root out fraud," violate the plain text of the court's original temporary restraining order. Based on the Rhode Island District Court's order ofthis afternoon, and after consulting with the Department of Justice, this office provides the following guidance: All payments that are due under existing grants and contracts should be un-paused immediately.

**Implementation:**
**1. Resume payments previously paused due to an EO and directives from the Office of Management and Budget (OMB).**
**Action Taken:** As a result of multiple court orders, OALM ensured compliance by providing required legal notices to all NIH contractor organizations by the stated deadlines.OER outlined the priority order for releasing funds.
**Status:** Complete

**2. NIH authorizes IC funding**
**Action Taken:** ICs are authorized to proceed with issuing awards for all competing, non-competing continuation, and administrative supplements grants. Until further notice, as awards are issued, ICs must follow their existing FY25 IC funding policies and use the previously approved negotiated indirect cost rates.
**Status:** Complete

Page 47 – Secretary, Health and Human Services

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

## REQUEST HHS - Pausing FAIR Act

NIH leadership has decided to pause the FAIR Act Inventory activities until we receive further guidance from HHS.

**Implementation:**
    **1. Pausing of the FAIR Act Inventory activities**
    **Action Taken:** Due to an evolving administrative environment, NIH leadership has decided to pause the FAIR Act Inventory activities until we receive further guidance from HHS.
    **Status:** Complete

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.

## REQUEST White House - Agency to Review all CFR Regulations and Guidance Documents

If a consultation is needed by DOJ, consultation request due 3/19/2025

**Implementation:**
    **1. Ensuring Lawful Governance and Implementing DOGE Regulatory Initiative**
    **Action Taken:** Development of policy and instructions underway to align with statue and EOAgency review of all regs in the CFR and all guidance docs.
    **Status:** In Progress

**Further Considerations:** Discussions are ongoing regarding the timing of implementation of the compliance plans, once vetting and revisions are complete.