# EXHIBIT 52

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,

        *Plaintiffs*,

        v.

NATIONAL INSTITUTES OF HEALTH, *et al.*,

        *Defendants*.

Case No. 1:25-cv-10787-WGY

### SUPPLEMENTAL DECLARATION OF NICOLE MAPHIS

I, Nicole Maphis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I provided a sworn declaration in this case dated April 20, 2025. I offer this additional declaration as a supplement to that first declaration.

2. On May 8, 2025, I checked the status of my pending MOSAIC K99/ROO application on the NIH era commons webpage. As shown on that webpage, my application status had changed to "Application withdrawn." A true and correct copy of that page is attached as Exhibit A.

3. That same page had a document entitled 'Administrative Withdrawal' linked to the Correspondence tab. I clicked on that link and found a notice from the Department of Health & Human Services, dated May 6, 2025, that reads: "This application responded to a discontinued program that no longer effectuated NIH priorities which included elements based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other

1

protected characteristics, which harms the health of Americans. Therefore, this application has been administratively withdrawn." A true and correct copy of this notice is attached as Exhibit B.

4. My pending MOSAIC K99/R00 application sought a grant to study the relationship between alcohol use and Alzheimer's Disease. That proposed study has no relationship to "DEI studies" as described in this May 6 notice.

5. I received no email or other notice from NIH informing me of this change in the status of my application or reason for that change.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 15th day of May, 2025.

_____

Nicole M. Maphis

# EXHIBIT A

 Commons

Status | 

« Return to PI Search

**Notes & Tips:**

- **Important:** The NIH provides the JIT (Just in Time) link in the Commons for scored applications. Please await instructions from the NIH on whether to complete this information
- **Reminder:** All PDF files should be flattened before uploading to ensure successful submission. See instructions on how to flatten a PDF.

✓ Grouped View | Flat View

## Status Result - List of Applications/Awards ❓ ⑤

| ˅ K99AA032041 | ② | 07/01/2025 - 06/30/2030 (Project Period) | Maphis, Nicole Marie (PD/PI) | Role of Neural Excitatory Inhibitory Balance on the Spread of Pathological Tau in Alcohol Dependence (Title) | Withdrawn |

| Application/Award ID | Grants.gov Tracking# | Proposal Title | PD/PI Name | eSubmission Status | Current Application Status | Status Date | Available Actions |
|---|---|---|---|---|---|---|---|
| 1K99AA032041-01A1 | GRANT14299745 | Role of Neural Excitatory | Maphis, Nicole | Submission Complete | Withdrawn | 05/06/2025 | |

| Application/Award ID | Grants.gov Tracking# | Proposal Title | PD/PI Name | eSubmission Status | Current Application Status | Status Date | Available Actions |
|---|---|---|---|---|---|---|---|
| | | Inhibitory Balance on the Spread of Pathological Tau in Alcohol Dependence | (PI) | | | | |
| 1K99AA032041-01 | GRANT14068451 | Neuroexcitability and Tauopathy: Unraveling the Link Between Alcohol Use Disorder and Alzheimer's Disease | Maphis, Nicole (PI) | Submission Complete | Not Discussed | 06/12/2024 | JIT |

Status Result - List of Applications/Awards



> L70AA030440  ① 07/01/2022 - 06/30/2024 (Project Period)  Maphis, Nicole Marie (PD/PI)  Identification of neuronal ensembles regulating risky decision-making in adolescent mice with prenatal alcohol exposure (PAE) (Title)  Inactive

| > F31AG066453 |  | 09/01/2019 - TBD (Project Period) | Maphis, Nicole Marie (PD/PI) | The role of microglia autophagy in the clearance of pathological tau following immunotherapy (Title) | Administratively Withdrawn by IC |
|---|---|---|---|---|---|
| > Application ID Not Yet Assigned |  | 09/01/2019 - TBD (Project Period) | Maphis, Nicole Marie (PD/PI) | The role of microglia autophagy in the clearance of pathological tau following immunotherapy (Title) | Application has been entered into computer |

### eRA - End-to-End Grants Management Solutions

NIH Grants and Funding
National Institutes of Health
HHS - U.S. Dept. of Health and Human Services

### Resources

Privacy Notice | Accessibility | Disclaimer
HHS Vulnerability Disclosure
05/08/2025 10:59:39 AM EST

# EXHIBIT B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Bethesda, Maryland 20892

www.nih.gov

May 6, 2025

This application responded to a discontinued program that no longer effectuated NIH priorities which included elements based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. Therefore, this application has been administratively withdrawn.