UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>      Defendants. | Civil Action No. 1:25-cv-10787-WGY |

**NOTICE OF PRODUCTION**

  Pursuant to this Court's order, defendants have produced the Certified Administrative Record for phase one (the challenged Directives) of the above-captioned proceeding. By agreement with the Plaintiffs in this case and the related case, Commonwealth of Massachusetts, et al., v. Kennedy, Jr., et al. (1:25-cv-10814), Defendants have produced the same Administrative Record in both cases. The record is described in the attached Certification of the Administrative Record.

  The administrative records includes Notices of Award that may contain commercial information, but that Defendants have not yet been able to review given the expedited compilation. Defendants have therefore produced the administrative records by sending a box.com link to plaintiffs, and will deliver a thumb drive to chambers that contains a chambers' copy, on June 3, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
|  | LEAH B. FOLEY<br>United States Attorney |
|  | KIRK T. MANHARDT<br>Director |
|  | MICHAEL QUINN<br>Senior Litigation Counsel |
| Dated: June 2, 2025 | By:   */s/ Anuj K. Khetarpal*<br>Anuj Khetarpal<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3658<br>Email: Anuj.Khetarpal@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 2, 2025

                                              */s/ Anuj K. Khetarpal*
                                              Anuj Khetarpal