**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>                Plaintiffs,<br>     v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>                Defendants. | Civil Action No. 1:25-cv-10787-WGY |

## AMENDED NOTICE OF PRODUCTION

Pursuant to this Court's order, on June 2, 2025, Defendants produced the Certified Administrative Record for phase one (the challenged Directives) of the above-captioned proceeding. By agreement with the Plaintiffs in this case and the related case, *Commonwealth of Massachusetts, et al., v. Robert F. Kennedy, Jr.*, No. 1:25-cv-10814, and due to the overlapping claims in the cases, Defendants produced the same Administrative in this case as was produced in the *Massachusetts* case. The record is described in the attached Certification of the Administrative Record, which details the Administrative Record produced for the *Massachusetts* case.

The Administrative Record includes Notices of Award for the *Massachusetts* plaintiffs that may contain commercial information, but that Defendants have not yet been able to review given the expedited compilation. Defendants therefore produced the administrative records by sending a box.com link to the plaintiffs in both cases on June 2, 2025, and delivered a compact disc containing the full Administrative Record to the Court's courtroom deputy on June 3, 2025.

1

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 3, 2025

*/s/ Anuj K. Khetarpal*
Anuj Khetarpal
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
Anuj.Khetarpal@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 3, 2025

*/s/ Anuj K. Khetarpal*
Anuj Khetarpal