## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS,<br><br>                    *Plaintiffs*,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR.*, in his official capacity as Secretary of the United States Department of Health and Human Services*, et al.,<br><br>                    *Defendants*. | No. 1:25-cv-10787-WGY<br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## <u>PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD AND FOR EXPEDITED BRIEFING</u>

This Court has adopted the May 29, 2025, Joint Statement of Counsel filed in *Massachusetts v. Kennedy et al.*, 1:25-cv-10814, as modified on June 5, 2025, for the instant case. *See* ECF 91. Pursuant to Paragraph 2 of that Joint Statement, Plaintiffs American Public Health Association ("APHA"), Ibis Reproductive Health, International Union, United Automobile, Aerospace, and Agricultural Implement Workers ("UAW"), Brittany Charlton, Katie

1

Edwards, Peter Lurie, and Nicole Maphis ("Plaintiffs") respectfully move for Defendants to complete the Administrative Record with four categories of documents that are not within the current Administrative Record, but which Plaintiffs have a reasonable, non-speculative basis to believe Defendants directly or indirectly considered in issuing the challenged Directives and identifying grants for termination pursuant to the Directives:

1) The termination forms and associated guidance Defendants relied on to identify grants for termination under the Directives;

2) Documents reflecting HHS and DOGE input into the creation of the Directives and grant terminations under the Directives;

3) Artificial intelligence tools and accompanying guidance used to identify grants as low program priority under the Directives; and

4) Metadata from all documents in the Administrative Record.

Plaintiffs' motion to complete the Administrative Record is supported by the accompanying memorandum of law, Declaration of Matthew D. Brinckerhoff dated June 9, 2025, and the exhibits attached thereto. Plaintiffs believe the Court can order Defendants to produce the disputed records on the basis of the accompanying memorandum, declaration and exhibits, but in the alternative, Plaintiffs ask the Court to order Defendants to produce a privilege log, or alternatively conduct in camera review of the disputed records, to assist in its review of this motion.

Plaintiffs further move, with Defendants' assent, for expedited briefing on Plaintiffs' motion to complete the Administrative Record, and for permission to file a reply brief as follows: Defendants' opposition due by June 13, 2025, at 6:00 p.m., and Plaintiffs' reply of no more than 15 pages, if any, due by June 16, 2025, at 8:00 a.m.

*[signatures on following page]*

Dated: June 9, 2025

Shalini Goel Agarwal
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
202-579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
82 Nassau Street, #601
New York, NY 10038
michel-
ange.desruisseaux@protectdemocracy.org

Kenneth Parreno
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky*
Oscar Heanue*
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

Respectfully submitted,

Jessie J. Rossman
Suzanne Schlossberg
**American Civil Liberties Union**
**Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 801
Boston, MA 02018
617-482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Olga Akselrod*
Alexis Agathocleous*
Rachel Meeropol*
Alejandro Ortiz*
**American Civil Liberties Union**
**Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212-549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

*/s/ Matthew D. Brinckerhoff*
Matthew D. Brinckerhoff
**Emery Celli Brinckerhoff Abady**
**Ward & Maazel LLP**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025 a true and correct copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

June 9, 2025                              */s/ Matthew D. Brinckerhoff*
                                         Matthew D. Brinckerhoff


## LOCAL RULE 7.1 CERTIFICATION

I, Matthew D. Brinckerhoff, certify that counsel for Plaintiffs conferred in good faith with counsel for Defendants via zoom, phone and email on June 5, 6, 8 and 9 in an attempt to resolve or narrow the matters at issue in this motion. Counsel for Defendants oppose Plaintiffs' motion to complete the administrative record or produce a privilege log; Counsel for Defendants assent to Plaintiffs' motion to expedite the briefing schedule and for permission to file a reply brief.

                                         */s/ Matthew D. Brinckerhoff*
                                         Matthew D. Brinckerhoff

5