UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

### **DECLARATION OF MATTHEW D. BRINCKERHOFF, ESQ.**

I, Matthew D. Brinckerhoff, an attorney admitted to pro hac vice practice before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in New York. I represent Plaintiffs in the above-captioned action.

2. I submit this declaration in support of Plaintiffs' Motion to Complete the Administrative Record, pursuant to 5 U.S.C. § 706.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of correspondence, as follows:

5. Attached hereto as Exhibit 1 is a deficiency letter sent by Jessie Rossman, Esq. to Anuj Khetarpal, Esq. on June 5, 2025.

6. Attached hereto as Exhibit 2 is an email exchange between Jessie Rossman, Esq. and Anuj Khetarpal, Esq. spanning the dates June 5, 2025 through June 9, 2025.

Dated: June 9, 2025
New York, NY

*/s/ Matthew Brinckerhoff*
Matthew D. Brinckerhoff
Emery Celli Brinckerhoff Abady
Ward & Maazel LLP
One Rockefeller Plaza, 8th Flr.
New York, NY 10020
212-763-5000
Mbrinckerhoff@ecbawm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

*/s/ Matthew Brinckerhoff*
Matthew D. Brinckerhoff