UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10787-WGY |

**DECLARATION OF MATTHEW D. BRINCKERHOFF, ESQ.**

I, Matthew Brinckerhoff, an attorney admitted to practice *pro hac vice* before this Court, do hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in New York. I represent Plaintiffs in the above-captioned action.

2. I submit this declaration in support of Plaintiffs' Opening Brief, pursuant to Federal Rule of Civil Procedure 65.

3. The facts set forth herein are based upon my personal knowledge or a review of the files in my possession.

4. I have attached to this declaration true and correct copies of factual declarations, as follows:

5. Attached hereto as Exhibit 55 is the second supplemental declaration of Scott Delaney and accompanying exhibits.

6. Attached hereto as Exhibit 56 is the second supplemental declaration of Plaintiff Katie Edwards.

Dated:	June 9, 2025
	New York, NY

>	*/s/ Matthew Brinckerhoff*
>	Matthew D. Brinckerhoff
>	Emery Celli Brinkerhoff Abady
>	Ward & Maazel LLP
>	One Rockefeller Plaza, 8th Flr.
>	New York, NY 10020
>	212-763-5000
>	Mbrinckerhoff@ecbawm.com
>
>	*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

*/s/ Matthew Brinckerhoff*
Matthew D. Brinckerhoff