UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

**PLAINTIFFS' FILING ON EXHIBITS AND WITNESSES
FOR PHASE 1 PROCEEDING**

Pursuant to paragraph 2 of the Joint Statement of Counsel (Case No. 1:25-cv-10814, ECF No. 113), as modified on June 5, 2025 (ECF No. 91), Plaintiffs American Public Health Association, Ibis Reproductive Health, International Union, United Automobile, Aerospace, and Agricultural Implement Workers, Brittany Charlton, Katie Edwards, Peter Lurie, and Nicole Maphis (collectively, "APHA Plaintiffs") submit the following exhibit list for the Phase 1 Proceedings scheduled for June 16, 2025: the Administrative Record produced in this matter (subject to APHA Plaintiffs' Motion to Complete (ECF No. 102), the State Plaintiffs' Motion to

1

Complete (Case No. 1:25-cv-10814, ECF No. 124), and any order from this Court as to those motions)[1]; an updated spreadsheet of APHA Plaintiffs' and Plaintiff Members' terminated grants;[2] exhibits previously filed in support of Plaintiffs' Motion for Preliminary Injunction, *see* ECF No. 38 and ECF No. 72; and exhibits filed in support of APHA Plaintiffs' Opening Brief for Phase 1 Proceeding, *see* ECF No. 103-2.

APHA Plaintiffs reserve all rights to amend or supplement their list of exhibits and witnesses in response to any arguments made or materials relied upon by Defendants in their briefing or opposition to this filing.

---

[1] Defendants are also required to produce by June 16, 2025 an additional Administrative Record in the instant case on a list of terminations of APHA Plaintiffs' and APHA Plaintiff Members' grants produced to Defendants on May 27, 2025. *See* ECF No. 89 (June 3, 2025 Tr.) at 20:14-17. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.

[2] APHA Plaintiffs served an initial spreadsheet on May 27, 2025. Plaintiffs intend to supplement that list prior to the Phase 1 Proceeding and reserve the right to provide additional supplementation at a later date.

Dated: June 10, 2025

Shalini Goel Agarwal
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
82 Nassau Street, #601
New York, NY 10038
michel-ange.desruisseaux@protectdemocracy.org

Kenneth Parreno
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky
Oscar Heanue
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
(202) 777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

Respectfully submitted,

/s/ *Suzanne Schlossberg*
Jessie J. Rossman
Suzanne Schlossberg
**American Civil Liberties Union Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 801
Boston, MA 02018
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

Matthew D. Brinckerhoff
**Emery Celli Brinckerhoff Abady Ward & Maazel LLP**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2025 a true and correct copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

June 10, 2025                                             /s/ *Suzanne Schlossberg*
                                                          Suzanne Schlossberg