UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>   Defendants. | Civil Action No. 1:25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>   Defendants. | Civil Action No. 1:25-cv-10787-WGY |

### NOTICE OF FILING UPDATED CERTIFICATION

Please take notice that Defendants are filing an updated Certification of the Administrative record, as discussed with Plaintiffs in the above-captioned case ("State Plaintiffs") and disclosed to Plaintiffs in the related case, *APHA, et al. v. NIH, et al.*, No. 25-cv-10787 ("APHA Plaintiffs"), and documents associated with that certification.

Pursuant to this Court's order, Defendants produced the Certified Administrative Record for phase one of the above-captioned proceeding on June 2, 2025.

1

After producing the record, Defendants realized that three documents had been unintentionally omitted. The evening of June 5, 2025, State Plaintiffs also requested the addition of certain other documents and asked why the record did not include grant-specific termination documents for certain entries on their Excel spreadsheet. *See* Ex. A. The next day, Defendants agreed to add all documents requested by State Plaintiffs, answered Plaintiffs' questions, and disclosed the documents that had been unintentionally omitted on June 2, 2025. *Id.* Defendants included counsel for the *APHA* Plaintiffs on their email. *Id.*

Defendants sought to file the attached updated certification before filing their opening brief on June 9, 2025, but technical issues in the filing process prevented the filing. Accordingly, that day, Defendants provided a copy of the filing and all attachments by email to State Plaintiffs and APHA Plaintiffs.

The certification was signed before State Plaintiffs filed their motion to complete the record. To avoid argument in this notice of filing, Defendants will respond to State Plaintiffs' motion to complete the record at the pretrial conference scheduled for June 12, 2025, at 11:00 am, or in a filing before 6:00 pm on June 12, 2025, as proposed by the parties on May 29, 2025 in their Proposed Schedule for Further Proceedings, Doc No. 113, and adopted by the Court on June 3, 2025, *see* Doc No. 119, whichever the Court prefers.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        LEAH B. FOLEY
        United States Attorney

                                      YAAKOV M. ROTH
                                      Principal Deputy Assistant Attorney General,
                                      Civil Division

                                      KIRK T. MANHARDT
                                      Director

                                      MICHAEL J. QUINN
                                      Senior Litigation Counsel

Dated: June 11, 2025                  */s/ Anuj Khetarpal*
                                      ANUJ KHETARPAL
                                      Assistant U.S. Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3658
                                      anuj.khetarpal@usdoj.gov

                                      *Trial Attorney*
                                      THOMAS W. PORTS, Jr. (Va. Bar No. 84321)
                                      *Trial Attorney*
                                      U.S. Department of Justice
                                      Civil Division
                                      Corporate/Financial Section
                                      P.O. Box 875
                                      Ben Franklin Stations
                                      Washington D.C. 20044-0875
                                      Tel: (202) 307-1105
                                      Email: thomas.ports@usdoj.gov

                                      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 11, 2025                                         */s/ Anuj Khetarpal*
                                                                           Anuj Khetarpal