**Exhibit A**

| No. | Entry Identification |
|-----|---------------------|
| 1. | 2R25MH067127-21 |
| 2. | 2T32AR007175-47 |
| 3. | 1P20CA290477-01 |
| 4. | 1P20CA290477-01 |
| 5. | 5R01EY034973-02 |
| 6. | 5R25AG078149-03 |
| 7. | 5R25MH084565-14 |
| 8. | 5T32AG052354-09 |
| 9. | 5R01DK134723-02 |
| 10. | 5R01HD109158-02 |
| 11. | R01AR082816 |
| 12. | R37AR061402 |
| 13. | 3R01MD018265-03S1 |
| 14. | 5R01AA026302-09 |
| 15. | 5R01GM086858-17 |
| 16. | 5R01NS123263-03 |
| 17. | 5R01NS128277-02 |
| 18. | 5R35GM149542-03 |
| 19. | 5R01DK106399-09 |
| 20. | 1F32GM154469-01 |
| 21. | 5R01EY018839-16 |
| 22. | 5R01EY032861-03 |
| 23. | 5R35NS132160-02 |
| 24. | 5R01AI148300-05 |
| 25. | 5R01GM144446-04 |
| 26. | 5R01HG002385-24 |
| 27. | 5R01HG010632-06 |
| 28. | 5R01HL112808-13 |
| 29. | 5R01HL146500-06 |
| 30. | 5R01HL155990-04 |
| 31. | 5R01HL156808-04 |
| 32. | 5R01HL158667-04 |
| 33. | 5R01MH126040-03 |
| 34. | 5R01NS058721-15 |
| 35. | 5R01NS101354-07 |
| 36. | 5R01NS120218-04 |
| 37. | 5R21HG013504-02 [Should be 1R21HG013504-01] |
| 38. | 5R24GM141156-05 |
| 39. | 5R35GM122451-07 |

| | |
|---|---|
| 40. | 5R01DK138948-02 [Should be 1R01DK138948-01] |
| 41. | 1K76AG088411-01 |
| 42. | 1R01MH137799-01 |
| 43. | 5K01AG071798-05 [Should be -04] |
| 44. | 5K01AG073533-04 |
| 45. | 5K08AG083050-02 |
| 46. | 5K23AG072035-04 |
| 47. | 5K23AG076960-03 |
| 48. | 5K23EY034893-02 |
| 49. | 5P2CHD042828-24 |
| 50. | 5P50HD112034-02 |
| 51. | 5P51OD010425-64 |
| 52. | 5R01AA030750-03 |
| 53. | 5R01AG073244-04 |
| 54. | 5R01AI145486-07 |
| 55. | 5R01AI158861-04 |
| 56. | 5R01AI161019-05 |
| 57. | 5R01DK123104-05 |
| 58. | 5R01DK128346-04 |
| 59. | 5R01DK133527-02 |
| 60. | 1F31CA288086-01 |
| 61. | 1F31HL170757-01A1 |
| 62. | 1P30AG086635-01 |
| 63. | 1P30AG086635-01 |
| 64. | 1R01AG075734-01A1 |
| 65. | 5R01EY021482-15 |
| 66. | 5R01EY031312-05 |
| 67. | 5R35NS122110-04 |
| 68. | 5T32AG000212-32 |
| 69. | 5T32AG049663-08 |
| 70. | 5U01NS120836-04 |
| 71. | 5U54AI170792-03 |
| 72. | 5UM1AI164560-04 |
| 73. | 1R35GM153309-02 |
| 74. | 5U19AI077439-18 |
| 75. | R25GM056637 |
| 76. | 5P01AG002132-43 |
| 77. | 5P01AI091580-14 |
| 78. | 5P01NS083513-10 |

| 79. | 5P30ES030284-05 |
|-----|-----------------|
| 80. | 5R01AI175614-03 |
| 81. | 5R01AR080034-04 |
| 82. | 5R01MD016071-05 |
| 83. | 5U2CDK135074-03 |
| 84. | K24DA042720-08 |
| 85. | 5R25GM086304-14 |
| 86. | 5R01DK133645-04 |
| 87. | 5K99GM147825-02 |
| 88. | 1F31GM151860-01A1 |
| 89. | T34GM136497 |
| 90. | K99GM145410-02 |