**Exhibit B**

| No. | Entry Identification Number |
|---|---|
| 1. | 15042sc |
| 2. | 18X107CF8 |
| 3. | 71505-00 11 |
| 4. | 71541-00 12 |
| 5. | 7F515-00 04 |
| 6. | 7K001-00 01 |
| 7. | Award Account Not Established |
| 8. | Award Account Not Established |
| 9. | Award Account Not Established |
| 10. | GG011322-01 |
| 11. | SUBK00023583 |
| 12. | 2(GG019236-01) |
| 13. | 21X184F7 |
| 14. | 30008154-04 |
| 15. | 41393-00 22 |
| 16. | 42133-00 05 |
| 17. | 42135-00 04 |
| 18. | 42189-00 01 |
| 19. | 42200-00 02 |
| 20. | 42201-00 02 |
| 21. | 42218-00 02 |
| 22. | 42239-00 01 |
| 23. | 42246-00 01 |
| 24. | 42250-00 01 |
| 25. | 42433-00 02 |
| 26. | 42435-00 02 |
| 27. | 42445-00 01 |
| 28. | 5116689 amendment 4 |