**Exhibit C**

| No. | Entry Identification Number |
|---|---|
| 1. | 75N93024D00018 |
| 2. | 75N94023C00001 |
| 3. | 75N95019D00031 |
| 4. | 75N95022F00001 / 75N95019D00031 |
| 5. | 75N95023Q00445 |
| 6. | 75N95024P00617 |
| 7. | 5R01HS028024-03 |