

# NIH GRANTS POLICY STATEMENT

## US DEPARTMENT OF HEALTH AND HUMAN SERVICES

## NATIONAL INSTITUTES OF HEALTH

 

## APRIL 2024

NIH_GRANTS_003825

# INTRODUCTION

The *National Institutes of Health Grants Policy Statement* (NIHGPS) is intended to make available to NIH recipients, in a single document, the policy requirements that serve as the terms and conditions of NIH grant awards. These terms and conditions apply not only to the recipients of NIH Grant Awards, but also flow down to any subawards as well as to subrecipients unless specified otherwise in the regulation or the terms and conditions of the specific NIH award (see "Consortium Agreements" on page IIB-114).

This document also is designed to be useful to those interested in NIH grants by providing information about NIH, its organization, its staff and its grants process. The NIHGPS is available online. This version includes many links within the document as well as links to some web resources outside of this document. Users are strongly encouraged to use the on-line version of this document to benefit from these links.

## NIHGPS ORGANIZATION

The NIHGPS has three parts, which allows general information, application information, and other types of reference material to be separated from legally binding terms and conditions:

- *Part I: NIH Grants General Information.* Part I (chapters 1 and 2) contains a glossary defining commonly used terms and abbreviations used throughout the document; describes NIH and its relationship to other organizations within the Department of Health and Human Services (HHS); specifies recipient, NIH, and other HHS staff responsibilities and outlines the grant application and review processes.

- *Part II: Terms and Conditions of NIH Grant Awards.* Part II (chapters 3-19) includes generally applicable terms and conditions (Part IIA). This part also specifies the terms and conditions that apply to particular types of grants, recipients, and activities that differ from, supplement, or elaborate on the standard terms and conditions (Part IIB). These requirements, in separate chapters, pertain to multiple PD/PI applications and awards; construction, modernization and major alteration and renovation grants; research training grants and fellowships; career development awards; modular applications and awards; conference grants, consortium agreements; grants to foreign and international organizations (and grants with substantial foreign components awarded to domestic organizations), grants to Federal institutions and payments to Federal employees; grants to for-profit organizations; and research patient care activities.

- *Part III: Points of Contact.* Part III (chapter 20) lists pertinent offices with their contact information.

## CONVENTIONS

Certain conventions are followed throughout this document. The term "grant" is used to mean both grants and cooperative agreements; however, for clarity, certain sections mention both grants and cooperative agreements. The term "recipient" generally is used to refer to recipients of grants and cooperative agreements. "NIH" may be used in this document to refer to the entire organization or to its component organizations, or else to contrast an action by NIH, including actions by its ICs, with an action by a recipient or other organization. A reference to "Part II (IIA or IIB)" or "Part III" without further elaboration means the corresponding part of the NIHGPS.

## SUPERSESSION

The NIHGPS was originally published with an effective date of October 1, 1998. It was subsequently revised several years thereafter with the turn of each new fiscal year (October). This revision of the NIHGPS is an update of the December, 2022 publication. It applies to all NIH grants and cooperative agreements for budget periods beginning on or after October 1, 2023. This version incorporates new and modified requirements, clarifies certain policies, and implements changes in statutes, regulations, and policies that have been implemented through appropriate legal and/or policy processes since the previous version of the GPS from December, 2022. An explanation of the major changes to the NIHGPS since the previous edition is included in the *NIH Guide for Grants and Contracts* notice announcing the reissuance of the NIHGPS.

# ADDITIONAL INFORMATION

The Office of Policy for Extramural Research Administration (OPERA) develops and maintains this document. Changes in statutes, regulations, or policies that take effect before the next revision of the NIHGPS will be published separately in the *NIH Guide for Grants and Contracts*. Recipients are responsible for reviewing the *NIH Guide for Grants and Contracts* for changes and for implementing them, as appropriate. Subscribe to the *NIH Guide for Grants and Contracts* Listserv at http://-grants.nih.gov/grants/guide/listserv.htm.

# TABLE OF CONTENTS

**1 GLOSSARY** ................................................................................................ **I-1**
  **1.1 Abbreviations** ...................................................................................... **I-1**
  **1.2 Definition of Terms** ............................................................................ **I-7**
**2 THE NATIONAL INSTITUTES OF HEALTH AS A GRANT-MAKING**
**ORGANIZATION** ........................................................................................ **I-44**
  **2.1 Roles and Responsibilities** ................................................................ **I-44**
    2.1.1 NIH and HHS Staff .......................................................................... I-44
    2.1.2 Recipient Staff ................................................................................. I-45
  **2.2 eRA Commons** ................................................................................... **I-47**
    2.2.1 eRA Commons Registration ............................................................ I-47
      2.2.1.1 eRA Commons Registration for the Organization .................... I-48
      2.2.1.2 eRA Commons Registration for the PD/PI ................................ I-48
      2.2.1.3 eRA Commons Registration for Other Individuals Participating in NIH
      Application and Research Performance Progress Reports ...................... I-49
  **2.3 Application Information and Processes** ............................................ **I-49**
    2.3.1 Support Mechanisms ...................................................................... I-49
    2.3.2 Eligibility ........................................................................................ I-50
    2.3.3 Types of Award Instruments .......................................................... I-50
    2.3.4 Types of Applications ..................................................................... I-50
    2.3.5 Types of Notices of Funding Opportunities (NOFOs) .................... I-51
      2.3.5.1 Other Funding-Related Notices ................................................ I-53
    2.3.6 Legal Implications of Applications ................................................. I-53
    2.3.7 Policies Affecting Applications ...................................................... I-54
      2.3.7.1 Direct Cost Limitations for Applications That Include Con-
      sortium/Contractual F&A Costs ........................................................... I-54
      2.3.7.2 Requirements for Submitting Unsolicited Applications Requesting $500,000
      or More in Direct Costs ........................................................................ I-54
      2.3.7.3 Resubmission of Unfunded RFA Applications .......................... I-55
      2.3.7.4 Resubmission of an Unfunded Application ............................... I-55
      2.3.7.5 New Investigators and Early Stage Investigators ...................... I-56
      2.3.7.6 Program Director/Principal Investigator, Individual Fellowship and Sponsor
      Assurance .............................................................................................. I-56
      2.3.7.7 Post-Submission Grant Application Materials ........................... I-57
      2.3.7.8 SAM Registration and Unique Entity Identifier (UEI) Requirements ..............I-60
      2.3.7.9 Graduate Student Compensation .............................................. I-61
      2.3.7.10 NIH Data Management and Sharing and Genomic Data Sharing .................I-62
      2.3.7.11 Human Fetal Tissue from elective abortions ........................... I-62
      2.3.7.12 Biographical Sketches (Biosketches) ...................................... I-62
    2.3.8 Application Forms ........................................................................... I-62
    2.3.9 Application Receipt Information and Deadlines .............................. I-63
      2.3.9.1 Electronic Submission Requirements ....................................... I-63
      2.3.9.2 Late Applications ..................................................................... I-64
      2.3.9.3 Continuous Submission for Appointed Members of NIH Federal Advisory
      Committees ............................................................................................ I-64
      2.3.9.4 Similar, Essentially Identical, or Identical Applications .................I-65
      2.3.9.5 Application Non-conformity ..................................................... I-65
      2.3.9.6 Natural Disasters and Other Emergencies ................................. I-66
    2.3.10 Fraud, Waste and Abuse of NIH Grant Funds .............................. I-66

2.3.11 Availability and Confidentiality of Information ...................................... I-68
    2.3.11.1 Availability of Information ............................................... I-68
    2.3.11.2 Confidentiality of Information ......................................... I-68
2.3.12 Protecting Sensitive Data and Information Used in Research ................... I-71
**2.4 The Peer Review Process** ...................................................................... **I-71**
2.4.1 Initial Review ............................................................................. I-71
    2.4.1.1 Responsibilities ........................................................... I-71
    2.4.1.2 Overall Impact ............................................................ I-72
    2.4.1.3 Scored Review Criteria .................................................. I-72
    2.4.1.4 Additional Review Criteria .............................................. I-73
    2.4.1.5 Additional Review Considerations ...................................... I-73
2.4.2 Appeals of Initial Scientific Review ................................................ I-74
2.4.3 National Advisory Council or Board Review ..................................... I-75
2.4.4 Disposition of Applications .......................................................... I-76
**2.5 Completing the Pre-Award Process** ......................................................... **I-77**
2.5.1 Just-in-Time Procedures .............................................................. I-77
2.5.2 Submitting Revised Project Summary/Abstracts, Specific Aims, and/or Public
Health Relevance Statement .................................................................. I-80
2.5.3 Determining Applicant Organization Eligibility .................................. I-80
2.5.4 Determining Eligibility of Individuals ............................................. I-81
2.5.5 Cost Analysis and Assessment of Management Systems ........................ I-82

**3 OVERVIEW OF TERMS AND CONDITIONS** ............................................... **IIA-1**
**3.1 Federalwide Standard Terms and Conditions for Research Grants** ...................... **IIA-2**
**4 PUBLIC POLICY REQUIREMENTS, OBJECTIVES AND OTHER
APPROPRIATION MANDATES** ................................................................. **IIA-3**
**4.1 Public Policy Requirements and Objectives** ............................................. **IIA-3**
4.1.1 Animal Welfare Requirements ...................................................... IIA-10
    4.1.1.1 Animal Welfare Assurance Requirements .............................. IIA-11
    4.1.1.2 Verification of IACUC Approval ...................................... IIA-12
    4.1.1.3 Consortiums .............................................................. IIA-12
    4.1.1.4 Foreign Recipients and Foreign Performance Sites ................... IIA-13
    4.1.1.5 Reporting to OLAW ..................................................... IIA-13
4.1.2 Civil Rights Protections .............................................................. IIA-14
    4.1.2.1 Civil Rights Act of 1964 ................................................ IIA-14
    4.1.2.2 Educational Amendments of 1972 ...................................... IIA-14
    4.1.2.3 Rehabilitation Act of 1973 .............................................. IIA-14
    4.1.2.4 Age Discrimination Act of 1975 ....................................... IIA-15
    4.1.2.5 Limited English Proficiency ............................................ IIA-15
4.1.3 Clinical Trials Registration and Reporting in ClinicalTrials.gov Requirement ..... IIA-15
    4.1.3.1 NIH Policy on Dissemination of NIH-Funded Clinical Trial Information ... IIA-15
    4.1.3.2 Food and Drug Administration Amendments Act (FDAAA) .............. IIA-17
    4.1.3.3 Good Cause Extension (GCE) Request Requirements ................... IIA-17
4.1.4 Confidentiality ......................................................................... IIA-19
    4.1.4.1 Certificates of Confidentiality .......................................... IIA-19
    4.1.4.2 Confidentiality of Alcohol and Substance Use Patient Records ......... IIA-21
    4.1.4.3 Confidentiality of Patient Records: Health Insurance Portability and
    Accountability Act ................................................................ IIA-21
4.1.5 Controlled Substances ................................................................ IIA-21
4.1.6 Debarment and Suspension .......................................................... IIA-21

4.1.7 Drug-Free Workplace ............................................................IIA-23
4.1.8 Federal Funding Accountability and Transparency Act (FFATA) ......................IIA-23
4.1.9 Federal Information Security Management Act ......................................IIA-24
4.1.10 Financial Conflict of Interest ................................................IIA-24
4.1.11 Fly America Act ..............................................................IIA-27
4.1.12 Health and Safety Regulations and Guidelines .................................IIA-28
4.1.13 Human Stem Cell Research .....................................................IIA-28
    4.1.13.1 Human Pluripotent Stem Cell Research Prohibited with NIH Funding ......IIA-29
4.1.14 Human Fetal Tissue Research ..................................................IIA-29
    4.1.14.1 Research on Transplantation of Human Fetal Tissue ...................IIA-30
    4.1.14.2 Non-Transplantation Research on Human Fetal Tissue from Elective
    Abortions ..............................................................IIA-31
4.1.15 Human Subjects Protections ...................................................IIA-32
    4.1.15.1 Federalwide Assurance Requirements ................................IIA-34
    4.1.15.2 Certification of IRB Approval .....................................IIA-35
    4.1.15.3 Reporting to Funding Agency and OHRP ..............................IIA-36
    4.1.15.4 OHRP Oversight ...................................................IIA-36
    4.1.15.5 Education in the Protection of Human Research Participants .........IIA-36
    4.1.15.6 Data and Safety Monitoring ........................................IIA-36
    4.1.15.7 Inclusion of Individuals Across the Lifespan as Participants in Research
    Involving Human Subjects ...............................................IIA-37
    4.1.15.8 Inclusion of Women and Minorities as Subjects in Clinical Research and
    Reporting Sex/Gender, Racial, and Ethnic Participation .................IIA-38
    4.1.15.9 Good Clinical Practice Training for NIH Recipients Involved in NIH-fun-
    ded Clinical Trials ....................................................IIA-39
    4.1.15.10 NIH Policy on the Use of a Single Institutional Review Board for Multi-
    Site Research ..........................................................IIA-40
4.1.16 Investigational New Drug Applications/Investigational Device Exceptions ........IIA-40
4.1.17 Lobbying Prohibition .........................................................IIA-41
4.1.18 Metric System ...............................................................IIA-42
4.1.19 Military Recruiting and Reserve Officer Training Corps Program Access to
Institutions of Higher Education ...................................................IIA-42
4.1.20 National Environmental Policy Act ............................................IIA-42
4.1.21 Nondelinquency on Federal Debt ...............................................IIA-43
4.1.22 President's Emergency Plan for AIDS Relief (PEPFAR) Program ...................IIA-43
    4.1.22.1 PEPFAR Agreements .................................................IIA-43
    4.1.22.2 PEPFAR Agreements Between the U.S. Government and Foreign Non-
    Governmental Organizations (NGOs) .....................................IIA-44
4.1.23 Pro-Children Act of 1994 .....................................................IIA-45
4.1.24 Public Health Security .......................................................IIA-46
    4.1.24.1 Public Health Security and Bioterrorism Preparedness and Response Act
    (Select Agents) .......................................................IIA-46
        4.1.24.1.1.1 Select Agent Awards to U.S. Institutions ................IIA-46
        4.1.24.1.1.2 Select Agent Awards to Foreign Organizations and Inter-
        national Organizations ...................................IIA-46
        4.1.24.1.1.3 Select Agent Awards to U.S. Institutions with Foreign Sub-
        components ...............................................IIA-47
    4.1.24.2 Dual Use Research of Concern .......................................IIA-47

4.1.24.3 Agents Regulated Under the Chemical Weapons Convention ...................IIA-48
4.1.25 Reporting and Assurance Requirements for Institutions Receiving Awards for
Training of Graduate Students for Doctoral Degrees .........................................IIA-48
4.1.26 Research Involving Recombinant or Synthetic Nucleic Acid Molecules ...........IIA-49
    4.1.26.1 Scope and Availability .........................................................IIA-49
    4.1.26.2 Institutional Biosafety Committee .......................................IIA-49
    4.1.26.3 Investigators and Institutional Staff ....................................IIA-50
4.1.27 Research Misconduct .................................................................IIA-50
4.1.28 Seat Belt Use ..........................................................................IIA-51
4.1.29 Smoke-Free Workplace ...............................................................IIA-52
4.1.30 Standards of Conduct ................................................................IIA-52
4.1.31 Text Messaging While Driving ......................................................IIA-52
4.1.32 Trafficking in Persons ...............................................................IIA-53
4.1.33 USA Patriot Act ......................................................................IIA-53
4.1.34 Responsibility/Qualification Information in SAM.gov ...........................IIA-53
4.1.35 Mandatory Disclosures .............................................................IIA-54
4.1.36 Never Contract with the Enemy ...................................................IIA-54
4.1.37 Prohibition on Certain Telecommunications and Video Surveillance Services or
Equipment ......................................................................................IIA-55
**4.2 Appropriation Mandates** ...............................................................**IIA-55**
4.2.1 Acknowledgment of Federal Funding ..............................................IIA-55
4.2.2 Dissemination of False or Deliberately Misleading Information ...................IIA-56
4.2.3 Gun Control ............................................................................IIA-56
4.2.4 Human Embryo Research and Cloning Ban ........................................IIA-56
4.2.5 Lobbying—Appropriation Prohibition ...............................................IIA-56
4.2.6 Promotion or Legalization of Controlled Substances .............................IIA-57
4.2.7 Restriction on Abortion Funding ....................................................IIA-57
    4.2.8.1 Exceptions to Restrictions on Abortions ..................................IIA-57
4.2.9 Restriction on Distribution of Sterile Needles .....................................IIA-57
4.2.10 Salary Cap/Salary Limitation .......................................................IIA-58
4.2.10 Restriction of Pornography on Computer Networks ..............................IIA-58
4.2.11 Restriction on Disclosure of Political Affiliation for Federal Scientific Advisory
Committee Candidates .......................................................................IIA-58

**5 THE NOTICE OF AWARD** ...................................................................**IIA-59**

**5.1 Notice of Award Notification** ..........................................................**IIA-61**
**5.2 Associated Applications and/or Awards** .............................................**IIA-61**
**5.3 Funding** ....................................................................................**IIA-61**
**5.4 Budget** ....................................................................................**IIA-62**
**5.5 Additional Terms and Conditions** ....................................................**IIA-63**

**6 PAYMENT** ...................................................................................**IIA-64**

**6.1 Smartlink II/ACH** .......................................................................**IIA-64**
**6.2 Cash Request** ............................................................................**IIA-64**
**6.3 Interest Earned on Advances of Grant Funds** ......................................**IIA-65**
**6.4 Improper Payments Elimination and Recovery Improvement Act** ...............**IIA-65**

**7 COST CONSIDERATION** ...................................................................**IIA-66**

**7.1 General** ....................................................................................**IIA-66**
**7.2 The Cost Principles** ......................................................................**IIA-66**
**7.3 Direct Costs and Facilities and Administrative Costs** .............................**IIA-67**

**7.4 Reimbursement of Facilities and Administrative Costs** ............................ **IIA-68**
**7.5 Cost Transfers, Overruns, and Accelerated and Delayed Expenditures** ............... **IIA-71**
**7.6 Allocation of Costs and Closely Related Work** ........................................ **IIA-72**
**7.7 Applicable Credits** ............................................................................ **IIA-72**
**7.8 Services Provided by Affiliated Organizations** ..................................... **IIA-72**
**7.9 Allowability of Costs/Activities** ......................................................... **IIA-73**
   7.9.1 Selected Items of Cost ............................................................... IIA-74

**8 ADMINISTRATIVE REQUIREMENTS** ....................................................... **IIA-103**

**8.1 Changes in Project and Budget** ........................................................... **IIA-103**
   8.1.1 NIH Standard Terms of Award ....................................................... IIA-103
      8.1.1.1 Carryover of Unobligated Balances from One Budget Period to Any Subsequent Budget Period ................................................................... IIA-104
      8.1.1.2 Cost-Related Prior Approvals ............................................... IIA-105
      8.1.1.3 Extension of Final Budget Period of a Previously Approved Project Period without Additional NIH Funds ................................................. IIA-106
      8.1.1.4 Transfer of the Performance of Substantive Programmatic Work to a Third Party by Means of a Consortium Agreement .................................. IIA-107
      8.1.1.5 Direct Charging Salaries of Administrative and Clerical Staff ............... IIA-107
      8.1.1.6 Supplemental Compensation under Written Institutional Policy for IHEs ... IIA-107
      8.1.1.7 Intra-IHE Faculty Consulting that Exceed a Faculty Member's Base Salary, Under Certain Conditions. ......................................................... IIA-107
   8.1.2 Prior Approval Requirements ........................................................ IIA-107
      8.1.2.1 Additional No-cost Extension or Extension Greater Than 12 Months or Late Notification of Initial No-Cost Extension ...................................... IIA-109
      8.1.2.2 Alterations and Renovations ................................................. IIA-109
      8.1.2.3 Capital Expenditures ......................................................... IIA-109
      8.1.2.4 Carryover of Unobligated Balances .......................................... IIA-109
      8.1.2.5 Change in Scope ............................................................... IIA-110
      8.1.2.6 Change in Status, Including Absence of PD/PI and Other Senior/Key Personnel Named in the NoA .............................................................. IIA-112
      8.1.2.7 Change of Recipient Organization ........................................... IIA-113
      8.1.2.8 Change in Recipient Organizational Status .................................. IIA-117
      8.1.2.9 Deviation from Award Terms and Conditions, including Restrictions in the NoA .................................................................................. IIA-118
      8.1.2.10 Foreign Component Added to a Grant to a Domestic or Foreign Organization ................................................................................... IIA-118
      8.1.2.11 Provide Subawards Based on Fixed Amounts ............................... IIA-119
      8.1.2.12 Need for Additional NIH Funding without Extension of Budget and Project Period .............................................................................. IIA-119
      8.1.2.13 Need for Additional NIH Funding with Extension of the Final Budget Period of a Project Period .............................................................. IIA-120
      8.1.2.14 Pre-Award Costs ............................................................ IIA-120
      8.1.2.15 Rebudgeting of Funds from Trainee Costs .................................. IIA-120
      8.1.2.16 Rebudgeting of Funds Between Construction and Non-construction Work ....................................................................................... IIA-120
      8.1.2.17 Retention of Research Grant Funds When a Career Development Award is Issued ................................................................................. IIA-120
   8.1.3 Requests for Prior Approval ........................................................ IIA-121
**8.2 Availability of Research Results: Publications, Intellectual Property Rights, and Sharing Research Resources** ................................................................... **IIA-121**

8.2.1 Rights in Data (Publication and Copyrighting) ...................................IIA-122
8.2.2 NIH Public Access Policy ..................................................................IIA-123
8.2.3 Sharing Research Resources .............................................................IIA-123
    8.2.3.1 Policy for Data Management and Sharing (DMS Policy) ...............IIA-124
    8.2.3.2 Genomic Data Sharing (GDS) Policy ...........................................IIA-126
    8.2.3.3 Sharing Model Organisms ............................................................IIA-126
8.2.4 Inventions and Patents .....................................................................IIA-127
8.2.5 Interim Research Products ...............................................................IIA-135
**8.3 Management Systems and Procedures** ...............................................**IIA-136**
8.3.1 Financial Management System Standards ........................................IIA-136
8.3.2 Program Income .............................................................................IIA-137
    8.3.2.1 Reporting Program Income ...........................................................IIA-137
    8.3.2.2 Sale of Real Property, Equipment, and Supplies ..........................IIA-138
    8.3.2.3 Royalties and Licensing Fees from Copyrights, Inventions, and Patents ....IIA-139
8.3.3 Property Management System Standards ..........................................IIA-139
    8.3.3.1 Real Property ...............................................................................IIA-140
    8.3.3.2 Equipment and Supplies ...............................................................IIA-140
8.3.4 Procurement System Standards and Requirements ...........................IIA-142
    8.3.4.1 General .........................................................................................IIA-142
    8.3.4.2 Approval Requirements ................................................................IIA-142
    8.3.4.3 Contracting with Small Businesses, Minority-Owned Firms, and Women's Business Enterprises ..................................................................IIA-143
    8.3.4.4 Domestic Preferences for Procurements ......................................IIA-143
**8.4 Monitoring** .........................................................................................**IIA-143**
8.4.1 Reporting .......................................................................................IIA-144
    8.4.1.1 Non-Competing Continuation Progress Reports ...........................IIA-144
    8.4.1.2 Streamlined Non-Competing Award Process ...............................IIA-145
    8.4.1.3 Progress Reports for Multiyear Funded Awards ...........................IIA-147
    8.4.1.4 Final Research Performance Progress Report (F-RPPR) ...............IIA-147
    8.4.1.5 Financial Reports .........................................................................IIA-147
    8.4.1.6 Invention Reporting .....................................................................IIA-150
    8.4.1.7 Financial Conflict of Interest Reports ..........................................IIA-150
    8.4.1.8 NIH Disclosure Requirements .....................................................IIA-151
8.4.2 Record Retention and Access ..........................................................IIA-151
8.4.3 Audit .............................................................................................IIA-152
**8.5 Specific Award Conditions and remedies for noncompliance (specific award conditions and Enforcement Actions)** ...................................................**IIA-154**
8.5.1 Specific Award Conditions: Modification of the Terms of Award ..................IIA-155
8.5.2 Remedies for Noncompliance or Enforcement Actions: Suspension, Termination, and Withholding of Support ...............................................IIA-155
8.5.3 Other Enforcement Actions .............................................................IIA-157
8.5.4 Recovery of Funds .........................................................................IIA-157
8.5.5 Debt Collection ..............................................................................IIA-157
**8.6 Closeout** ............................................................................................**IIA-158**
8.6.1 Final Federal Financial Report .........................................................IIA-158
8.6.2 Final Research Performance Progress Report ....................................IIA-159
8.6.3 Final Invention Statement and Certification .....................................IIA-159
8.6.4 Submission of Closeout Documents ..................................................IIA-159
**8.7 Grant Appeals Procedures** ................................................................**IIA-160**

**9 MULTIPLE PROGRAM DIRECTOR/PRINCIPAL INVESTIGATOR APPLICATIONS AND AWARDS** .......................................................... **IIB-2**
   **9.1 General** ................................................................................................ **IIB-2**
   **9.2 Applicability** ....................................................................................... **IIB-2**
   **9.3 Application Requirements** .................................................................. **IIB-2**
   **9.4 Application Review and Award** ........................................................ **IIB-4**
   **9.5 Post-Award Administration** ............................................................... **IIB-4**
**10 CONSTRUCTION, MODERNIZATION, OR MAJOR ALTERATION AND RENOVATION OF RESEARCH FACILITIES** ..................................... **IIB-6**
   **10.1 General** .............................................................................................. **IIB-6**
      10.1.1 Eligibility ................................................................................ IIB-7
      10.1.2 Notices of Funding Opportunity .............................................. IIB-7
      10.1.3 Application Review and Award ............................................... IIB-7
      10.1.4 Title to Site ............................................................................. IIB-8
      10.1.5 Matching Requirement ............................................................ IIB-8
   **10.2 Procurement Requirements for Construction Services** ................. **IIB-9**
      10.2.1 General .................................................................................... IIB-9
      10.2.2 Liquidated Damages ................................................................ IIB-10
   **10.3 Contracting Methods** ........................................................................ **IIB-10**
      10.3.1 Design-Bid-Build ................................................................... IIB-10
      10.3.2 Alternate Contracting Methods ............................................... IIB-10
         10.3.2.1 Construction Manager ...................................................... IIB-10
         10.3.2.2 Design-Build Services ..................................................... IIB-11
         10.3.2.3 Guaranteed Maximum Price ............................................. IIB-12
   **10.4 Design Documentation Requirements** ............................................ **IIB-12**
      10.4.1 Minimum Design Requirements for Construction, Modernization and Major A&R ................................................................................................... IIB-13
   **10.5 Equal Opportunity and Labor Standards** ..................................... **IIB-13**
      10.5.1 Equal Employment Opportunity .............................................. IIB-14
      10.5.2 Nonsegregated Facilities ......................................................... IIB-14
      10.5.3 Labor Standards ....................................................................... IIB-14
         10.5.3.1 Contract Work Hours and Safety Standards ..................... IIB-14
         10.5.3.2 Disposition of Unclaimed Wages ..................................... IIB-15
   **10.6 Real Property Management Standards** ........................................... **IIB-15**
      10.6.1 General .................................................................................... IIB-15
      10.6.2 Notice of Federal Interest ....................................................... IIB-16
      10.6.3 Insurance Requirements ........................................................... IIB-16
      10.6.4 Use of Facility and Disposition .............................................. IIB-17
      10.6.5 Real Estate Appraisals ............................................................ IIB-18
   **10.7 Allowable and Unallowable Costs and Activities** ......................... **IIB-18**
   **10.8 Administrative Requirements** ......................................................... **IIB-20**
      10.8.1 Prior Approval Requirements .................................................. IIB-20
      10.8.2 Alteration and Renovation Projects Under Non-construction Grants .................. IIB-21
   **10.9 Closeout** ............................................................................................ **IIB-22**
   **10.10 Public Policy Requirements** .......................................................... **IIB-23**
      10.10.1 Executive Orders .................................................................... IIB-26
**11 RUTH L. KIRSCHSTEIN NATIONAL RESEARCH SERVICE AWARDS** .............. **IIB-31**
   **11.1 General** .............................................................................................. **IIB-31**

11.1.1 Background ........................................................................... IIB-31
11.1.2 Nondiscrimination ................................................................. IIB-31
**11.2 Individual Fellowships** ............................................................. **IIB-31**
11.2.1 General .................................................................................. IIB-31
11.2.2 Eligibility ............................................................................... IIB-32
11.2.2.1 Research Areas .......................................................... IIB-32
11.2.2.2 Research Training Program ....................................... IIB-32
11.2.2.3 Degree Requirements ............................................... IIB-32
11.2.2.4 Citizenship ................................................................ IIB-33
11.2.2.5 Sponsorship .............................................................. IIB-33
11.2.2.6 NIH Employees & Other Federal Sponsorship (Federal Fellows) ........... IIB-34
11.2.2.7 Individuals on Active Military Duty ........................... IIB-34
11.2.3 Application Requirements and Due Dates ............................ IIB-35
11.2.3.1 Application ................................................................ IIB-35
11.2.3.2 eRA Commons Registration ..................................... IIB-35
11.2.3.3 ORCID iDs ................................................................ IIB-35
11.2.3.4 Letters of Reference ................................................. IIB-35
11.2.3.5 Responsible Conduct of Research ............................. IIB-36
11.2.3.6 Concurrent Applications ........................................... IIB-38
11.2.3.7 Receipt Dates ........................................................... IIB-38
11.2.4 Review .................................................................................. IIB-38
11.2.4.1 Overall Impact .......................................................... IIB-38
11.2.4.2 Scored Review Criteria ............................................. IIB-38
11.2.4.3 Additional Review Criteria ........................................ IIB-39
11.2.4.4 Additional Review Considerations ............................. IIB-39
11.2.4.5 Secondary Level of Review ....................................... IIB-39
11.2.5 Notification of Action .......................................................... IIB-39
11.2.6 Period of Support ................................................................ IIB-40
11.2.7 Full-Time and Part-Time Training ........................................ IIB-41
11.2.8 Initiation of Support ............................................................ IIB-41
11.2.8.1 Process ...................................................................... IIB-41
11.2.8.2 Payment .................................................................... IIB-42
11.2.9 Allowable and Unallowable Costs ....................................... IIB-42
11.2.9.1 Pre-award Costs ........................................................ IIB-42
11.2.9.2 Stipends .................................................................... IIB-42
11.2.9.3 Stipend Levels .......................................................... IIB-43
11.2.9.4 Institutional Allowance ............................................. IIB-43
11.2.9.5 Tuition and Fees ....................................................... IIB-44
11.2.9.6 Travel to Foreign Training Sites ............................... IIB-45
11.2.9.7 Childcare Costs ......................................................... IIB-45
11.2.9.8 Employee Benefits .................................................... IIB-45
11.2.9.9 Rebudgeting of Funds .............................................. IIB-46
11.2.10 Supplementation of Stipends, Compensation, and Other Income ......... IIB-46
11.2.10.1 Stipend Supplementation ....................................... IIB-46
11.2.10.2 Compensation ......................................................... IIB-46
11.2.10.3 Other Income: Concurrent Benefits ........................ IIB-47
11.2.10.4 Other Income: Educational Loans or GI Bill ............ IIB-47
11.2.10.5 Other Income: NIH Loan Repayment Program ......... IIB-47
11.2.10.6 Taxability of Stipends ............................................. IIB-47
11.2.10.7 Form 1099 ............................................................... IIB-47
11.2.11 Reporting Requirements .................................................... IIB-48

11.2.11.1 Activation Notice ........................................................................ IIB-48
11.2.11.2 Payback Agreement ..................................................................... IIB-48
11.2.11.3 Termination Notice ...................................................................... IIB-48
11.2.11.4 Consecutive Support ................................................................... IIB-49
11.2.11.5 Progress Reports ......................................................................... IIB-49
11.2.11.6 Financial Reporting ..................................................................... IIB-49
11.2.12 Changes in the Project ..................................................................... IIB-49
11.2.13 Other Terms and Conditions ............................................................ IIB-50
11.2.13.1 Leave ........................................................................................... IIB-50
11.2.13.2 Termination ................................................................................. IIB-51
11.2.13.3 Publications and Sharing of Research Results .......................... IIB-51
11.2.13.4 Copyright ..................................................................................... IIB-51
11.2.13.5 Inventions and Patents ............................................................... IIB-51
11.2.13.6 Disposition of Professional Fees ............................................... IIB-52
11.2.13.7 Public Policy Requirements and Objectives ............................ IIB-52
11.2.13.8 Applicability of NIH Standard Terms of Award ..................... IIB-53
**11.3 Institutional Research Training Grants** ......................................... **IIB-53**
11.3.1 General .............................................................................................. IIB-53
11.3.2 Eligibility ........................................................................................... IIB-53
11.3.2.1 Applicant Eligibility ..................................................................... IIB-53
11.3.2.2 Research Areas ............................................................................. IIB-53
11.3.2.3 Training Program Director/Principal Investigator(s) ................. IIB-54
11.3.2.4 Research Training Program ........................................................... IIB-54
11.3.2.5 Degree Requirements .................................................................... IIB-55
11.3.2.6 Citizenship ................................................................................... IIB-56
11.3.3 Application Requirements and Due Dates ......................................... IIB-57
11.3.3.1 Application .................................................................................... IIB-57
11.3.3.2 Due Dates ..................................................................................... IIB-57
11.3.3.3 Special Program Considerations ................................................. IIB-57
11.3.3.4 Recruitment Plan to Enhance Diversity ..................................... IIB-58
11.3.3.5 Training in the Responsible Conduct of Research ..................... IIB-61
11.3.4 Review ............................................................................................... IIB-63
11.3.4.1 Overall .......................................................................................... IIB-63
11.3.4.2 Overall Impact .............................................................................. IIB-63
11.3.4.3 Scored Review Criteria ................................................................ IIB-63
11.3.4.4 Additional Review Criteria .......................................................... IIB-63
11.3.4.5 Additional Review Considerations .............................................. IIB-64
11.3.4.6 National Advisory Council Review ............................................. IIB-64
11.3.5 Notification of Action ....................................................................... IIB-64
11.3.6 Period of Support .............................................................................. IIB-64
11.3.6.1 Training Grants ............................................................................. IIB-64
11.3.6.2 Trainees ........................................................................................ IIB-64
11.3.6.3 Kirschstein-NRSA Limitations .................................................... IIB-65
11.3.7 Initiation of Support .......................................................................... IIB-66
11.3.8 Allowable and Unallowable Costs .................................................... IIB-66
11.3.8.1 Pre-Award Costs .......................................................................... IIB-66
11.3.8.2 Stipends ........................................................................................ IIB-67
11.3.8.3 Trainee Tuition and Fees ............................................................. IIB-67
11.3.8.4 Training-Related Expenses ........................................................... IIB-68
11.3.8.5 Trainee Travel Costs .................................................................... IIB-68
11.3.8.6 Short-Term Training Costs ........................................................... IIB-69

11.3.8.7 Employee Benefits ............................................................................IIB-69
11.3.8.8 Facilities and Administrative Costs ....................................................IIB-69
11.3.9 Rebudgeting of Funds ......................................................................................IIB-69
11.3.10 Stipend Supplementation, Compensation, and Other Income ......................IIB-70
11.3.10.1 Stipend Supplementation ..................................................................IIB-70
11.3.10.2 Compensation ...................................................................................IIB-70
11.3.10.3 Other Income: Concurrent Benefits ..................................................IIB-70
11.3.10.4 Other Income: Educational Loans or GI Bill .....................................IIB-71
11.3.10.5 Other Income: NIH Loan Repayment Program .................................IIB-71
11.3.10.6 Taxability of Stipends ........................................................................IIB-71
11.3.10.7 Form 1099 .........................................................................................IIB-71
11.3.11 Carryover Authority .......................................................................................IIB-71
11.3.12 Program Income ............................................................................................IIB-72
11.3.13 Reporting Requirements ...............................................................................IIB-72
11.3.13.1 Statement of Appointment (Form PHS 2271) ...................................IIB-72
11.3.13.2 Payback Agreement (Form PHS 6031) .............................................IIB-73
11.3.13.3 Termination Notice (Form PHS 416-7) .............................................IIB-73
11.3.13.4 Research Performance Progress Reports ...........................................IIB-73
11.3.13.5 Federal Financial Report (FFR) ........................................................IIB-73
11.3.14 Closeout ........................................................................................................IIB-74
11.3.15 Changes in the Project ...................................................................................IIB-74
11.3.16 Other Terms and Conditions .........................................................................IIB-74
11.3.16.1 Leave .................................................................................................IIB-74
11.3.16.2 Termination .......................................................................................IIB-75
11.3.16.3 Publications and Sharing of Research Results ...................................IIB-75
11.3.16.4 Copyright ...........................................................................................IIB-76
11.3.16.5 Inventions and Patents ......................................................................IIB-76
11.3.16.6 Disposition of Professional Fees .......................................................IIB-76
11.3.16.7 Public Policy Requirements and Objectives ......................................IIB-76
**11.4 Payback Requirements** ...................................................................................**IIB-77**
11.4.1 General ...........................................................................................................IIB-77
11.4.2 Implementation ..............................................................................................IIB-77
11.4.3 Payback ..........................................................................................................IIB-78
11.4.3.1 Service Payback .................................................................................IIB-78
11.4.3.2 Financial Payback ..............................................................................IIB-79
11.4.3.3 Extensions of Payback .......................................................................IIB-80
11.4.3.4 Waiver ................................................................................................IIB-81
11.4.4 Certification of Payback Activities ................................................................IIB-81
11.4.4.1 Annual Payback Activities Certification (Form PHS 6031-1) ...........IIB-81
11.4.4.2 Annual Certification ..........................................................................IIB-81
11.4.4.3 Change of Address .............................................................................IIB-82
11.4.4.4 Breaks in Kirschstein-NRSA Support ...............................................IIB-82
11.4.4.5 National Health Service Corps ..........................................................IIB-82
**12 RESEARCH CAREER DEVELOPMENT ("K") AWARDS** ..........................**IIB-83**
**12.1 General** .................................................................................................................**IIB-83**
12.1.1 Background .....................................................................................................IIB-83
**12.2 Types of Career Development Awards** ............................................................**IIB-83**
12.2.1 General ...........................................................................................................IIB-83
12.2.2 Individual Mentored Career Development Awards .........................................IIB-83
12.2.2.1 Mentor ...............................................................................................IIB-84

12.2.3 Career Transition Awards ........................................................................ IIB-84
    12.2.3.1 K22 ...................................................................................................... IIB-84
    12.2.3.2 Pathway to Independence Award (K99/R00) ...................................... IIB-84
12.2.4 Individual Non-mentored (Independent) Career Development Awards ............ IIB-86
12.2.5 Institutional Scientist Development Programs ............................................. IIB-86
**12.3 Eligibility** ................................................................................................ **IIB-86**
12.3.1 Eligible Institutions ............................................................................... IIB-87
12.3.2 Eligible Individuals ............................................................................... IIB-87
12.3.3 Degree Requirements ........................................................................... IIB-87
12.3.4 Citizenship ......................................................................................... IIB-87
12.3.5 Type of Appointment .......................................................................... IIB-88
    12.3.5.1 Temporary Adjustments to the Full-Time Institutional Appointment
    Requirement ........................................................................................... IIB-88
12.3.6 Level of Effort .................................................................................... IIB-89
    12.3.6.1 Mentored CDAs .............................................................................. IIB-89
    12.3.6.2 Concurrent Support ......................................................................... IIB-90
    12.3.6.3 Non-mentored CDAs ....................................................................... IIB-91
    12.3.6.4 Temporary Adjustments to the Percent Effort Requirement .................... IIB-91
12.3.7 Prior Research Support ......................................................................... IIB-92
**12.4 Application Requirements and Due Dates** ................................................ **IIB-92**
12.4.1 Application ......................................................................................... IIB-92
    12.4.1.1 Letters of Reference ....................................................................... IIB-93
    12.4.1.2 Concurrent Applications .................................................................. IIB-93
    12.4.1.3 Environment and Institutional Commitment to the Candidate ................ IIB-93
    12.4.1.4 Training in the Responsible Conduct of Research ................................ IIB-94
    12.4.1.5 Budget ......................................................................................... IIB-95
    12.4.1.6 Submission Dates ........................................................................... IIB-96
**12.5 Review** .................................................................................................. **IIB-96**
12.5.1 Overall Impact ................................................................................... IIB-96
12.5.2 Scored Review Criteria ........................................................................ IIB-96
12.5.3 Additional Review Criteria ................................................................... IIB-97
12.5.4 Additional Review Considerations ........................................................ IIB-97
**12.6 Notification of Action** ............................................................................ **IIB-97**
**12.7 Period of Support** .................................................................................. **IIB-97**
**12.8 Allowable and Unallowable Costs** ........................................................... **IIB-98**
12.8.1 Salaries and Fringe Benefits ................................................................. IIB-98
12.8.2 Research Development Support Costs ..................................................... IIB-99
12.8.3 Proposal Preparation Costs ................................................................... IIB-99
12.8.4 Facilities and Administrative Costs ........................................................ IIB-99
**12.9 Rebudgeting of Funds** ............................................................................ **IIB-99**
**12.10 Carryover Authority** ............................................................................. **IIB-99**
**12.11 Reporting Requirements** ....................................................................... **IIB-100**
12.11.1 Progress Reports ............................................................................... IIB-100
12.11.2 Federal Financial Report .................................................................... IIB-100
12.11.3 Closeout .......................................................................................... IIB-100
12.11.4 Post Closeout Evaluation .................................................................... IIB-100
**12.12 Changes in the Project** ......................................................................... **IIB-100**
12.12.1 Temporary Off-Site Career Development Experience ............................. IIB-101
**12.13 Other Terms and Conditions** ............................................................... **IIB-101**
12.13.1 Leave ............................................................................................... IIB-101

NIH_GRANTS_003838

12.13.1.1 Unpaid Leave ......................................................................... IIB-102
12.13.2 Statement of Appointment—Institutional CDAs Only ...................... IIB-102
12.13.3 Early Termination ...................................................................... IIB-102
12.13.4 Other Income: Generation and Disposition of Professional Fees ........... IIB-103

**13 MODULAR APPLICATIONS AND AWARDS** ............................................ **IIB-104**

**13.1 General** ............................................................................................ **IIB-104**
**13.2 Applicability** .................................................................................... **IIB-104**
**13.3 Application Requirements** ................................................................. **IIB-104**
13.3.1 Budget ...................................................................................... IIB-104
**13.4 Application Review and Award** ......................................................... **IIB-105**
**13.5 Post-Award Administration** .............................................................. **IIB-105**

**14 SUPPORT OF SCIENTIFIC MEETINGS (CONFERENCE GRANTS)** ............. **IIB-106**

**14.1 General** ............................................................................................ **IIB-106**
**14.2 Applicability** .................................................................................... **IIB-106**
**14.3 Definitions** ....................................................................................... **IIB-106**
**14.4 Eligibility** ......................................................................................... **IIB-107**
**14.5 Application Requirements** ................................................................. **IIB-107**
**14.6 Public Policy Requirements and Objectives** ...................................... **IIB-107**
14.6.1 The United States Hotel and Motel Fire Safety Act of 1990 ............... IIB-107
14.6.2 Guideline on the Inclusion of Underrepresented Populations ............. IIB-107
14.6.3 Plans to Promote Safe Environments at Conferences ....................... IIB-108
**14.7 Application Review** ........................................................................... **IIB-109**
**14.8 Funding** ............................................................................................ **IIB-109**
**14.9 Acknowledgment of Funding Source and Disclaimer** ......................... **IIB-110**
**14.10 Allowable and Unallowable Costs** ................................................... **IIB-110**
14.10.1 Allowable Costs ....................................................................... IIB-110
14.10.2 Unallowable Costs .................................................................... IIB-111
**14.11 Administrative Requirements** .......................................................... **IIB-112**
14.11.1 Intellectual Property: Publications, Copyright, and Public Disclosure ........... IIB-112
14.11.2 Reporting and Record Retention .................................................. IIB-112
14.11.2.1 Progress/Final Report ............................................................. IIB-112
14.11.2.2 Federal Financial Report ......................................................... IIB-113

**15 CONSORTIUM AGREEMENTS** ............................................................. **IIB-114**

**15.1 General** ............................................................................................ **IIB-114**
**15.2 Administrative and Other Requirements** ........................................... **IIB-115**
15.2.1 Written Agreement ..................................................................... IIB-115
15.2.2 Public Policy Requirements and Objectives .................................... IIB-117
15.2.3 Allowable and Unallowable Costs .................................................. IIB-118
15.2.4 Approval Authorities ................................................................... IIB-118
15.2.5 Tangible Personal Property ........................................................... IIB-118
15.2.5.1 Exempt Property ...................................................................... IIB-118
15.2.5.2 Nonexempt Property .................................................................. IIB-118
15.2.6 Audit ........................................................................................ IIB-119

**16 GRANTS TO FOREIGN ORGANIZATIONS, INTERNATIONAL
ORGANIZATIONS, AND DOMESTIC GRANTS WITH FOREIGN COMPONENTS** ... **IIB-120**

**16.1 General** ............................................................................................ **IIB-120**
**16.2 Eligibility** ......................................................................................... **IIB-120**

**16.3 Application Review** ............................................................................**IIB-121**
**16.4 Public Policy Requirements and Objectives** ........................................**IIB-121**
**16.5 Funding and Payment** .........................................................................**IIB-122**
**16.6 Allowable and Unallowable Costs** .......................................................**IIB-123**
**16.7 Administrative Requirements** ..............................................................**IIB-123**
    16.7.1 Changes in Project and Budget ........................................................IIB-124
    16.7.2 Change in Scope ..............................................................................IIB-124
    16.7.3 Change of Recipient Organization ...................................................IIB-124
    16.7.4 Audit ................................................................................................IIB-124
    16.7.5 Reporting and Record Retention ......................................................IIB-124
**17 GRANTS TO FEDERAL INSTITUTIONS AND PAYMENTS TO FEDERAL**
**EMPLOYEES UNDER GRANTS** .................................................................**IIB-125**
   **17.1 General** ...............................................................................................**IIB-125**
   **17.2 Eligibility** ............................................................................................**IIB-125**
   **17.3 VA-University Affiliations** ..................................................................**IIB-125**
   **17.4 Public Policy Requirements and Objectives** ........................................**IIB-126**
   **17.5 Payment** ..............................................................................................**IIB-126**
   **17.6 Allowable and Unallowable Costs** .......................................................**IIB-126**
   **17.7 Administrative Requirements** ..............................................................**IIB-129**
    17.7.1 Equipment Accountability ...............................................................IIB-129
    17.7.2 Procurement Requirements ..............................................................IIB-129
    17.7.3 Intellectual Property ........................................................................IIB-129
    17.7.4 Reporting Requirements ..................................................................IIB-129
**18 GRANTS TO FOR-PROFIT ORGANIZATIONS** ...................................**IIB-130**
   **18.1 General** ...............................................................................................**IIB-130**
   **18.2 Eligibility** ............................................................................................**IIB-130**
   **18.3 Allowable and Unallowable Costs** .......................................................**IIB-130**
    18.3.1 Cost Principles ................................................................................IIB-130
    18.3.2 Facilities and Administrative Costs (Indirect Costs) .........................IIB-130
    18.3.3 Profit or Fee ....................................................................................IIB-130
   **18.4 Administrative Requirements** ..............................................................**IIB-130**
    18.4.1 Equipment Accountability ...............................................................IIB-131
    18.4.2 Intellectual Property ........................................................................IIB-131
    18.4.3 Program Income .............................................................................IIB-131
    18.4.4 Operating Authorities ......................................................................IIB-131
    18.4.5 Audit ................................................................................................IIB-131
    18.4.6 Labor Distribution Requirements for For-Profit Organizations .......IIB-132
   **18.5 Small Business Innovation Research and Small Business Technology Transfer**
**Programs** ......................................................................................................**IIB-132**
    18.5.1 NIH Fast-Track Application Process .................................................IIB-134
    18.5.2 Eligibility .........................................................................................IIB-134
      18.5.2.1 Place of Performance ...............................................................IIB-136
      18.5.2.2 Change in Organization Size & Change of Recipient Institution Actions ..IIB-136
      18.5.2.3 Minimum Level of Effort .........................................................IIB-137
      18.5.2.4 Multiple Program Director/Principal Investigator Applications and
      Awards ....................................................................................................IIB-137
    18.5.3 Public Policy Requirements and Objectives .....................................IIB-138
    18.5.4 Allowable Costs and Fee .................................................................IIB-138

18.5.4.1 Program Levels (Total Costs) ........................................................... IIB-138
18.5.4.2 Profit or Fee ..................................................................................... IIB-138
18.5.4.3 Facilities and Administrative Costs (Indirect Costs) ....................... IIB-139
18.5.5 Administrative Requirements ................................................................. IIB-139
18.5.5.1 Market Research ............................................................................... IIB-139
18.5.5.2 Intellectual Property ........................................................................ IIB-140
18.5.5.3 Data Sharing .................................................................................... IIB-143
18.5.5.4 SBIR Life Cycle Certification ......................................................... IIB-143
18.5.5.5 STTR Life Cycle Certification ........................................................ IIB-145
18.5.5.6 Final RPPR ....................................................................................... IIB-147
18.5.5.7 Phase II Data Collection Requirement for Government SBIR Reporting
Database ..................................................................................................... IIB-147

**19 RESEARCH PATIENT CARE COSTS** ................................................... **IIB-149**
**19.1 General** ................................................................................................ **IIB-149**
**19.2 Definitions** .......................................................................................... **IIB-149**
**19.3 Policy** .................................................................................................. **IIB-150**
**19.4 Allowable Costs** ................................................................................. **IIB-150**
19.4.1 Computing Research Patient Care Costs ............................................... IIB-151
19.4.2 Facilities and Administrative Costs ....................................................... IIB-151
19.4.3 Special Procedures for Certain Hospitals .............................................. IIB-151
19.4.3.1 Recipients ........................................................................................ IIB-151
19.4.3.2 Consortium Participants/Contractors under Grants ......................... IIB-152
19.4.4 Financial Responsibilities ...................................................................... IIB-152
**19.5 Program Requirements** ..................................................................... **IIB-152**
**19.6 Post-Award Requirements** ................................................................ **IIB-153**

**20 INSTITUTES AND CENTERS** ................................................................. **III-1**
**20.1 Other NIH Offices** ............................................................................. **III-5**
**20.2 Other HHS Government Offices** ....................................................... **III-10**

# PART I: NIH GRANTS—GENERAL INFORMATION

This part contains a glossary defining terms and abbreviations commonly used throughout the NIHGPS; describes NIH and its relationship to other organizations within HHS; specifies recipient, NIH, and other HHS staff responsibilities; and outlines the grant application and review processes.

# 1 GLOSSARY

The glossary lists acronyms and other abbreviations used in the NIHGPS. The glossary also defines terms commonly used throughout the NIHGPS. The definitions may be amplified and additional definitions may be found throughout this document and in source documents, such as applicable statutes and grants administration regulations. This is the only location in the NIHGPS where these terms are defined. If an abbreviation used in the NIHGPS is unfamiliar, the reader should consult this list for its meaning.

## 1.1 ABBREVIATIONS

**Exhibit 1: Abbreviation and full language of acronyms used in the Grants Policy Statement**

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| A&R | Alteration and Renovation |
| ACF | Administration for Children and Families |
| ACH | Automated Clearinghouse |
| ACL | Administration for Community Living |
| AHRQ | Agency for Healthcare Research and Quality |
| AIA | American Institute of Architects |
| AoA | Administration on Aging |
| AOR | Authorized Organization Representative |
| APAC | Annual Payback Activities Certification |
| AREA | Academic Research and Enhancement Award |
| ASHRAE | American Society of Heating, Refrigeration and Air Conditioning Engineers |
| BSO | Biological Safety Officer |
| CAS | Cost Allocation Services |
| CDA | Career Development Award |
| CDC | Centers for Disease Control and Prevention |
| CF | Common Form (previously known as Standard Form) |
| CFR | Code of Federal Regulations |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| CGMO | Chief Grants Management Officer |
| CM | Construction Manager |
| CMS | Centers for Medicare and Medicaid Services |
| CoC | Certificate of Confidentiality |
| COR | Career Opportunities in Research Education and Training Program |
| CSR | Center for Scientific Review |
| DAB | Departmental Appeals Board |
| DCGP | Division of Central Grants Processing, OER, NIH |
| DCIS | Departmental Contracts Information System |
| DEA | Drug Enforcement Administration |
| DEITR | Division of Extramural Inventions & Technology Resources, OPERA, OER, NIH |
| DES | Department of Engineering Services, NIH |
| DFAS | Division of Financial Advisory Services, NIH |
| DGCO | Division of Grants Compliance and Oversight, OPERA, OER, NIH |
| DGP | Division of Grants Policy, OPERA, OER, NIH |
| DGSI | Divsion of Grants System Integration, OPERA, OER, NIH |
| DNA | Deoxyribonucleic acid |
| DoC | Department of Commerce |
| DoD | Department of Defense |
| DoL | Department of Labor |
| DPI | Division of Program Integrity, OMA, NIH |
| DRR | Division of Receipt and Referral, CSR |
| DSMB | Data and Safety Monitoring Board |
| EA | Environmental Assessment |
| FFR | Federal Financial Report |
| EIN | Entity Identification Number |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| eRA | Electronic Research Administration |
| ESI | Early Stage Investigator |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| eSNAP | Electronic Streamlined Non-competing Award Process |
| F&A | Facilities and Administrative (costs) |
| FAC | Federal Audit Clearinghouse |
| FAIN | Federal Award Identification Number |
| FAR | Federal Acquisition Regulation |
| FCOI | Financial Conflict of Interest |
| FDA | Food and Drug Administration |
| FDAAA | Food and Drug Administration Amendments Act of 2007 |
| FDP | Federal Demonstration Partnership |
| FEMA | Federal Emergency Management Agency |
| FFATA | Federal Funding Accountability and Transparency Act |
| FFR | Federal Financial Report (SF425) |
| FIC | Fogarty International Center |
| FICA | Federal Insurance Contributions Act |
| FOI | Freedom of Information |
| FOIA | Freedom of Information Act |
| FTR | Federal Travel Regulation |
| FWA | Federalwide Assurance |
| GAAP | Generally Accepted Accounting Principles |
| GAGAS | Generally Accepted Government Accounting Standards |
| GeMCRIS | Genetic Modification Clinical Research Information System |
| GMO | Grants Management Officer |
| GMP | Guaranteed Maximum Price |
| GMS | Grants Management Specialist |
| GPO | Government Printing Office |
| GSA | General Services Administration |
| GWAS | Genome-wide Association Studies |
| hESC | Human Embryonic Stem Cells |
| HHS | U.S. Department of Health and Human Services |
| HIPAA | Health Insurance Portability and Accountability Act |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| HPSL | Health Professional Student Loan |
| HRSA | Health Resources and Services Administration |
| HVAC | Heating, Ventilating, and Air Conditioning |
| IACUC | Institutional Animal Care and Use Committee |
| IBC | Institutional Biosafety Committee |
| IBS | Institutional Base Salary |
| IC | Institute or Center |
| IDE | Investigational Device Exception |
| IHE | Institutions of Higher Education |
| IHS | Indian Health Service |
| IND | Investigational New Drug |
| IPA | Intergovernmental Personnel Act |
| IPF | Institutional Profile File |
| IR&D | Independent Research and Development |
| IRB | Institutional Review Board |
| IRG | Integrated Review Group |
| IRS | Internal Revenue Service |
| IVF | In vitro Fertilization |
| K award | Career Award |
| Kirschstein-NRSA | Ruth L. Kirschstein National Research Service Award |
| LWOP | Leave Without Pay |
| MARC-U*STAR | Maximizing Access to Research Careers Undergraduate Student Training in Academic Research Program |
| MOU | Memorandum of Understanding |
| MTDC | Modified Total Direct Cost |
| NCATS | National Center for Advancing Translational Sciences |
| NCT | National Clinical Trial |
| ND | Not Discussed |
| NEARC | National External Audit Review Center, OIG |
| NEI | National Eye Institute |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| NEPA | National Environmental Policy Act |
| NFI | Notice of Federal Interest |
| NFPA | National Fire Protection Association |
| NHSC | National Health Service Corps |
| NICHD | *Eunice Kennedy Shriver* National Institute for Child Health and Human Development |
| NIDCR | National Institute of Dental and Craniofacial Research |
| NIGMS | National Institute of General Medical Sciences |
| NIH | National Institutes of Health |
| NIH MSID | NIH manuscript submission reference number |
| NIHGPS | National Institutes of Health Grants Policy Statement |
| NIMH | National Institute of Mental Health |
| NINR | National Institute on Nursing Research |
| NLM | National Library of Medicine |
| NoA | Notice of Award |
| NOFO | Notice of Funding Opportunity |
| NTIS | National Technical Information Service |
| OASH | Office of the Assistant Secretary for Health |
| OCR | Office for Civil Rights, HHS |
| OER | Office of Extramural Research, NIH |
| OFCCP | Office of Federal Contract Compliance Programs, DoL |
| OFM | Office of Financial Management, NIH |
| OHRP | Office for Human Research Protections, HHS |
| OIG | Office of the Inspector General |
| OIR | Office of Intramural Research, NIH |
| OLAW | Office of Laboratory Animal Welfare, NIH |
| OMA | Office of Management Assessment, NIH |
| OMB | Office of Management and Budget |
| ONR | Office of Naval Research |
| OPERA | Office of Policy for Extramural Research Administration, OER, NIH |
| ORI | Office of Research Integrity, HHS |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| OSC | Other Significant Contributor |
| P.L. | Public Law |
| PA | Program Announcement |
| PAR | Program Announcement with Special Review Criteria and/or Special Receipt Dates |
| PD/PI | Program Director/Principal Investigator |
| pdf | portable document format |
| PHS | Public Health Service |
| PII | Personally Identifiable Information |
| PMC | PubMed Central |
| PMCID | PubMed Central Identification/reference number |
| PMS | Payment Management System, Payment Management Service, HHS |
| PO | Program Official |
| PSC | Payback Service Center, NIH, or Program Support Center, HHS |
| PTE | Pass-through Entity |
| R&D | Research and Development |
| R&R | Research and Related |
| RePORT | Research Portfolio Online Reporting Tool |
| RFA | Request for Applications |
| RFP | Request for Proposals |
| ROTC | Reserve Officer Training Corps |
| RPPR | Research Performance Progress Report |
| S&W | Salaries and Wages |
| SAM | System for Award Management |
| SAMHSA | Substance Abuse and Mental Health Services Administration |
| SBA | Small Business Administration |
| SBC | Small Business Concern |
| SBIR | Small Business Innovation Research Program |
| SEP | Special Emphasis Panel |
| SEVIS | Student and Exchange Visitor Information System |
| SF | Standard Form |

| Abbreviation | Full Meaning of Abbreviation |
|---|---|
| SF424(R&R) | Standard Form 424 for Research and Research-Related (R&R) |
| SII | Successor-In-Interest |
| SNAP | Streamlined Non-competing Award Process |
| SO | Signing Official |
| SPOC | State Single Point of Contact |
| SRG | Scientific Review Group |
| SRO | Scientific Review Officer |
| STTR | Small Business Technology Transfer Program |
| TVPA | Trafficking Victims Protection Act |
| U.S. | United States |
| U.S.C. | United States Code |
| USCIS | United States Citizenship and Immigration Services |
| USDA | United States Department of Agriculture |
| USPS | United States Postal Service |
| VA | Department of Veterans Affairs |
| VAMC | VA Medical Center |
| VANPC | VA-Affiliated Non-Profit research Corporation |
| VAT | Value Added Tax |
| VHA | Veterans Health Administration |
| WIC | Women, Infants and Children |

# 1.2 DEFINITION OF TERMS

**Exhibit 2: Definitions of terms used in the Grants Policy Statement**

NIH_GRANTS_003848

| Term | Definition |
|------|------------|
| Acquisition cost | The cost of the asset including the cost to ready the asset for its intended use. Acquisition cost for equipment, for example, means the net invoice price of the equipment, including the cost of any modifications, attachments, accessories, or auxiliary apparatus necessary to make it usable for the purpose for which it is acquired. Acquisition costs for software includes those development costs capitalized in accordance with generally accepted accounting principles (GAAP). Ancillary charges, such as taxes, duty, protective in transit insurance, freight, and installation may be included in or excluded from the acquisition cost in accordance with the non-Federal entity's regular accounting practices. |
| Activity code | A 3-character code used to identify a specific category of extramural research activity, applied to financial assistance mechanisms. NIH uses three funding mechanisms for extramural research awards: grants, cooperative agreements and contracts. Within each funding mechanism, NIH uses 3-character activity codes (e.g., F32, K08, P01, R01, T32, etc.) to differentiate the wide variety of research-related programs NIH supports. A comprehensive list of activity codes is on the Activity Code Search Results webpage. |
| Additive alternative | A use of program income earned during or after the project period that permits income that is generated under a grant to be added to funds committed to the project by the Federal awarding agency and recipient and used to further eligible project or program objectives. (See definitions for deductive alternative and cost sharing or matching alternative and Administrative Requirements—Management Systems and Procedures—Program Income). |
| Administrative supplement | A request for (or the award of) additional funds during a current project period to provide for an increase in costs due to unforeseen circumstances. All additional costs must be within the scope of the peer reviewed and approved project. |
| Advance payment | A payment that a Federal awarding agency or pass through entity makes by any appropriate payment mechanism, including a predetermined payment schedule, before the non-Federal entity disburses the funds for program purposes. |
| Allocation | The process of assigning a cost, or a group of costs, to one or more cost objective(s), in reasonable proportion to the benefit provided or other equitable relationship. The process may entail assigning a cost(s) directly to a final cost objective or through one or more intermediate cost objectives. For additional information, see Cost Considerations—The Cost Principles. |

| Term | Definition |
|------|------------|
| Allowable cost | A cost incurred by a recipient that is: (1) reasonable for the performance of the award; (2) allocable; (3) in conformance with any limitations or exclusions set forth in the Federal cost principles applicable to the organization incurring the cost or in the NoA as to the type or amount of cost; (4) consistent with regulations, policies, and procedures of the recipient that are applied uniformly to both federally supported and other activities of the organization; (5) accorded consistent treatment as a direct or indirect cost; (6) determined in accordance with generally accepted accounting principles; and (7) not included as a cost in any other federally supported award (unless specifically authorized by statute). <br><br> For additional information on each, see Cost Considerations—The Cost Principles. |
| Alteration and renovation | Alteration and renovation (A&R) activities are considered as modernization activities and are typically supported under research grants where the primary purpose for the grant is other than construction or modernization. The determination of whether proposed A&R is major or minor is made by the NIH Program Official. See definition for Modernization. |
| Applicable clinical trial | Applicable clinical trial is the term used in Title VIII of the Food and Drug Administration Amendments Act (FDAAA) of 2007 (P.L. 110-85) to designate the scope of clinical trials that may be subject to the registration and results reporting requirements in FDAAA. |
| Animal Welfare Assurance | The Animal Welfare Assurance is part of the required documentation to receive an award for organizations involved in live, vertebrate animal activity conducted or supported by the Public Health Service (PHS). The Animal Welfare Assurance enumerates the organization's commitment to compliance with the PHS Policy on Humane Care and Use of Laboratory Animals and other incorporated laws and policies. |
| Applicable credit | Those receipts that offset or reduce direct or indirect costs. Typical examples of such transactions include purchase discounts, rebates, or allowances; recoveries or indemnities on losses, insurance refunds; and adjustments of overpayments or erroneous charges. |
| Application | A request for financial support of a project or activity submitted to NIH on specified forms and in accordance with NIH instructions. (See Application Information and Processes for detailed information about the application process, including an explanation of the types of applications). |
| Application type code | A single-digit code identifying the type of application received and processed. Application type codes include the following: 1=New; 2=Renewal; 3=Revision; 4=Extension; 5=Non-Competing Continuation; 6=Change of Organization Status (Successor-In-Interest); 7=Change of Recipient or Training Institution; 8=Change of Institute or Division (Type 5 transfer to another NIH IC); 9=Change of Institute or Division (Type 2 transfer to another NIH IC). |
| Appropriation Act | The statute that provides the authority for Federal agencies to incur obligations to and make payments out of the U.S. treasury for specified purposes. |

| Term | Definition |
|---|---|
| Assistance listing number | A unique number assigned to identify a Federal Assistance Listing, formerly known as the CFDA number. |
| Assistance listing program title | The title that corresponds to the Federal Assistance Listings Number. Formerly known as the CFDA program title. |
| Assurance | A certification by an applicant, normally included with the application or State plan, indicating that the entity is in compliance with, or that it will abide by, a particular requirement if awarded a Federal grant. |
| Audit finding | Deficiencies which an auditor is required by 2 CFR Part 200.516(a) and to report in the schedule of findings and questioned costs. |
| Audit resolution | The process of resolving audit findings, including those related to management and systems deficiencies and monetary findings (that is, questioned costs). |
| Authorized organization representative | The individual, named by the applicant organization, who is authorized to act for the applicant and to assume the obligations imposed by the Federal laws, regulations, requirements, and conditions that apply to grant applications or grant awards. This individual is equivalent to the signing official in the eRA Commons, i.e., holds the SO Role. |
| Award | The provision of funds by NIH, based on an approved application and budget or progress report, to an organizational entity or an individual to carry out a project or activity. |
| Awarding IC | NIH IC responsible for the award, administration, and monitoring of grant supported activities. |
| Budget | The financial plan for the project or program that the Federal awarding agency or pass-through entity approves during the Federal award process or in subsequent amendments to the Federal award. It may include the Federal and non-Federal share or only the Federal share, as determined by the Federal awarding agency or pass through entity. The approved budget specified in the NoA may be shown in detailed budget categories or as total costs without a categorical breakout. Expenditures charged to an approved budget that consists of both Federal and non-Federal shares are deemed to be borne by the recipient in the same proportion as the percentage of Federal/non-Federal participation in the overall budget. |
| Budget period | The time interval from the start date of a funded portion of an award to the end date of that funded portion (usually 12 months) during which recipients are authorized to expend the funds awarded, including any funds carried forward or other revisions. NIH award project periods (periods of performance) are typically divided by budget periods for budgetary and funding purposes. See Project Period. See Period of Performance. |

| Term | Definition |
|---|---|
| Capital assets | Tangible or intangible assets used in operations having a useful life of more than one year which are capitalized in accordance with GAAP. Capital assets include: (1) Land, buildings (facilities), equipment, and intellectual property (including software) whether acquired by purchase, construction, manufacture, lease-purchase, exchange, or through capital leases; and (2) Additions, improvements, modifications, replacements, rearrangements, reinstallations, renovations or alterations to capital assets that materially increase their value or useful life (not ordinary repairs and maintenance). |
| Capital expenditures | Expenditures to acquire capital assets or expenditures to make additions, improvements, modifications, replacements, rearrangements, reinstallations, renovations, or alterations to capital assets that materially increase their value or useful life. (See Administrative Requirements—Changes in Project and Budget—Prior Approval Requirements—Capital Expenditures). |
| Carryover | Unobligated Federal funds remaining at the end of any budget period that, with the approval of the GMO or under an automatic authority, may be carried forward to another budget period to cover allowable costs of that budget period (whether as an offset or additional authorization). Obligated, but unliquidated, funds are not considered carryover. |
| Change in scope | An activity whereby the objectives or specific aims identified in the approved grant application are significantly changed by the recipient after award. GMO prior approval is required for a change in scope to be allowable under an award. See Administrative Requirements—Changes in Project and Budget—Prior Approval Requirements—Change of Scope for additional information. |
| Change of PD/PI | A process, usually initiated by the recipient, whereby the federally approved PD/PI is replaced by another individual, with the approval of the GMO. |
| Change of recipient organization | Transfer of the legal and administrative responsibility for a grant-supported project or activity from one legal entity to another before the completion date of the approved project period (competitive segment). |
| Chief Grants Management Officer | The Grants Management Officer within an awarding agency who is the principal Grants Officer in the Institute or Center. The Chief Grants Management Officer provides leadership to an organizational component that is responsible for the business and fiscal management of an IC's grant portfolio. Generally, the CGMO will have the authority to appoint and exercise line authority over one or more GMOs. At NIH each IC has a CGMO. |
| Claim | Depending on the context, either: (1) A written demand or written assertion by one of the parties to a Federal award seeking as a matter of right: (i) The payment of money in a sum certain; (ii) The adjustment or interpretation of the terms and conditions of the Federal award; or (iii) Other relief arising under or relating to a Federal award. (2) A request for payment that is not in dispute when submitted. |

| Term | Definition |
|------|-----------|
| Clinical research | Research with human subjects that is:<br><br>1) Patient-oriented research. Research conducted with human subjects (or on material of human origin such as tissues, specimens, and cognitive phenomena) for which an investigator (or colleague) directly interacts with human subjects. Excluded from this definition are in vitro studies that utilize human tissues that cannot be linked to a living individual. It includes: (a) mechanisms of human disease, (b), therapeutic interventions, (c) clinical trials, or (d) development of new technologies.<br><br>2) Epidemiological and behavioral studies.<br><br>3) Outcomes research and health services research<br><br>Studies falling under 45 CFR Part 46.101(b)(4) (the "Common Rule" prior to July 19, 2018 and 45 CFR Part 46.104(d)<br><br>4) (the "Revised Common Rule" effective July 19, 2018, Exemption 4) are not considered clinical research by this definition. |

| Term | Definition |
| --- | --- |
| Clinical trial | A research study in which one or more human subjects are prospectively assigned to one or more interventions (which may include placebo or other control) to evaluate the effects of those interventions on health-related biomedical or behavioral outcomes. |
| | • See 45 CFR Part 46, Subpart A, referred to as the "Revised Common Rule" definition of research at 45 CFR Part 46.102(I). Pre-2018, see 45 CFR Part 46, Subpart A, referred to as the "Common Rule" definition of research at 45 CFR Part 46.102(d) |
| | • See Revised Common Rule definition of human subject at 45 CFR Part 46.102(e)(1). See Common Rule definition of human subject at 45 CFR Part 46.102(f) |
| | • The term "prospectively assigned" refers to a pre-defined process (e.g., randomization) specified in an approved protocol that stipulates the assignment of research subjects (individually or in clusters) to one or more arms (e.g., intervention, placebo or other control) of the clinical trial. |
| | • An *intervention* is defined as a manipulation of the subject or subject's environment for the purpose of modifying one or more health-related processes and/or endpoints. Examples include, but are not limited, to: drugs/small molecules/compounds, biologics, devices; procedures (e.g., surgical techniques); delivery systems (e.g., telemedicine, face-to-face); strategies to change health-related behavior (e.g., diet, cognitive therapy, exercise, development of new habits); and treatment, prevention, and diagnostic strategies. |
| | • A *health-related biomedical or behavioral outcome* is defined as the pre-specified effect of an intervention on the study subjects. Examples include positive or negative changes to physiological or biological parameters (e.g., improvement of lung capacity, gene expression); psychological or neurodevelopmental parameters (e.g., mood management intervention for smokers; reading comprehension and/or information retention); disease processes; health-related behavior; and well-being or quality of life. |
| | Biomedical clinical trials of an experimental drug, treatment, device, or behavioral intervention may proceed through four phases: |
| | Phase I. Tests a new biomedical intervention in a small group of people (e.g., 20-80) for the first time to determine efficacy and evaluate safety (e.g., determine a safe dosage range and identify side effects). |
| | Phase II. Study the biomedical or behavioral intervention in a larger group of people (several hundred) to determine efficacy and further evaluate safety. |
| | Phase III. Study to determine efficacy of the biomedical or behavioral intervention in large groups of people (from several hundred to several thousand) by comparing the intervention to other standard or experimental interventions as well as to monitor adverse effects, and to collect information that will allow the interventions to be used safely. |

| Term | Definition |
|------|-----------|
| | Phase IV. Studies conducted after the intervention has been marketed. These studies are designed to monitor the effectiveness of the approved intervention in the general population and to collect information about any adverse effects associated with widespread use. |
| Closeout | The process by which the Federal awarding agency or pass-through entity determines that all applicable administrative actions and all required work of the Federal award have been completed and takes actions as described in 2 CFR Part 200.344. |
| Cluster of programs | A grouping of closely related programs that share common compliance requirements. The types of clusters of programs are research and development (R&D), student financial aid (SFA), and other clusters. "Other clusters" are as defined by OMB in the compliance supplement or as designated by a state for Federal awards the state provides to its subrecipients that meet the definition of a cluster of programs. When designating an "other cluster," a state must identify the Federal awards included in the cluster and advise the subrecipients of compliance requirements applicable to the cluster, consistent with 2 CFR Part 200.332(a). A cluster of programs must be considered as one program for determining major programs, as described in 2 CFR Part 200.518, and, with the exception of R&D as described in 2 CFR Part 200.501(c), whether a program-specific audit may be elected. |
| Code of Federal Regulations | The codified regulations of the Federal government based on the final agency regulations published in the Federal Register. |
| Cognizant agency for audit | The Federal agency designated to carry out the responsibilities as described in 2 CFR Part 200.513. The cognizant agency for audit is not necessarily the same as the cognizant agency for indirect costs. A list of cognizant agencies for audit may be found at the FAC web site. |
| Cognizant agency for indirect costs | The Federal agency responsible for reviewing, negotiating, and approving cost allocation plans or indirect cost proposals developed under this part on behalf of all Federal agencies. The cognizant agency for indirect cost is not necessarily the same as the cognizant agency for audit. For assignments of cognizant agencies see the following: (1) For IHEs: 2 CFR Part 200, Appendix III, C.11. (2) For non-profit organizations: 2 CFR Part 200, Appendix IV, C.2. (3) For state and local governments: 2 CFR Pt 200, Appendix V, F.1. (4) For Indian tribes: 2 CFR Pt 200, Appendix VII, D.1. |
| Co-Investigator | An individual involved with the PD/PI in the scientific development or execution of a project. The Co-Investigator (collaborator) may be employed by, or be affiliated with, the applicant/recipient organization or another organization participating in the project under a consortium agreement. A Co-Investigator typically devotes a specified percentage of time to the project and is considered senior/key personnel. The designation of a Co-Investigator, if applicable, does not affect the PD/PI's roles and responsibilities as specified in the NIHGPS, nor is it a role implying multiple PD/PI. |

| Term | Definition |
|------|------------|
| Competitive revision | A request for (or the award of) additional funds during a current project period to support new or additional activities which are not identified in the current award that reflect an expansion of the scope of the grant-approved activities. Competitive revisions require peer review. |
| Competitive segment | The initial project period recommended for support (up to 5 years) or each extension of a project period resulting from a renewal award. |
| Compliance Supplement | Appendix XI to 2 CFR Part 200. See Section 93 for HHS Agency Program Requirements. |
| Component | For the purposes of applications and progress reports, a component is a distinct, reviewable part of a multi-project application or progress report for which there is a business need to gather detailed information identified in the Notice of Funding Opportunity (NOFO). Components typically include general information (component organization, project period, project title, etc.), performance sites, personnel, and budget. The NOFO defines the construction and naming convention for the application; the funded application defines the construction and naming convention for the progress report. Components may also be referred to as "cores" or "projects." Note, for RPPR Question G.9, the term "foreign component" is distinct from "component" as defined here. However, a "foreign component" may also be a "component" in the RPPR. (See definition of foreign component for more information). |
| Computing devices | Machines used to acquire, store, analyze, process, and publish data and other information electronically, including accessories (or "peripherals") for printing, transmitting and receiving, or storing electronic information. See also "supplies" and "information technology systems." |
| Conference (domestic or international) | A symposium, seminar, workshop, or any other organized and formal meeting, whether conducted face-to-face or via the Internet, where individuals assemble (or meet virtually) to exchange information and views or explore or clarify a defined subject, problem, or area of knowledge, whether or not a published report results from such meeting. |
| Conference grant | A grant whose purpose is to support activities related to the conduct of a conference(s) or defined set of conference-related activities. |
| Conflict of interest | Conflict of Interest is a cross-cutting issue that affects many policy areas such as peer review, financial conflict of interest, and responsible conduct of research. There are different uses of this term throughout this document. It generally means that a competing personal interest could affect, or could appear to affect, an individual's judgment or could cause the individual's impartiality to be questioned. Conflicts of Interest (actual or potential) may arise in the objective review process or in other activities or phases of the financial assistance process. See also Financial Conflict of Interest for a specific definition covering that policy area. |

| Term | Definition |
|---|---|
| Consortium agreement | A formalized agreement whereby a research project is carried out by the recipient and one or more other organizations that are separate legal entities. Under the agreement, the recipient must perform a substantive role in the conduct of the planned research and not merely serve as a conduit of funds to another party or parties. These agreements typically involve a specific level of effort from the consortium organization's PD/PI and a categorical breakdown of costs, such as personnel, supplies, and other allowable expenses, including F&A costs. The relationship between the recipient and the collaborating organizations is considered a subaward relationship. (See Consortium Agreements chapter in IIB). |
| Construction | Construction of a new building structure or facility, including the installation of fixed equipment, which provides space not presently available. It excludes the purchase of land and ancillary improvements, for example, parking lots or roads. The construction of shell space is not allowable as a construction activity since shell space does not provide usable space for research activities). See Construction chapter in IIB. |
| Consultant | An individual who provides professional advice or services for a fee, but normally not as an employee of the engaging party. In unusual situations, an individual may be both a consultant and an employee of the same party, receiving compensation for some services as a consultant and for other work as a salaried employee. To prevent apparent or actual conflicts of interest, recipients and consultants must establish written guidelines indicating the conditions of payment of consulting fees. Consultants also include firms that provide professional advice or services. (See Cost Considerations—Allowability of Costs/Activities—Selected Items of Cost—Consultant Services). |
| Contact PD/PI | When multiple PD/PIs are designated, NIH requires that the applicant organization identify one of the PD/PIs as the Contact PD/PI to serve as a primary point of contact. Serving as Contact PD/PI confers no special authorities or responsibilities within the project team. The Contact PD/PI must meet all eligibility requirements for PD/PI status. However, as with the single PD/PI model, if the Contact PD/PI is not an employee, the applicant organization must have a formal written agreement with the Contact PD/PI that specifies an official relationship between the parties. See Multiple PI chapter in IIB for additional information. |
| Contract | A legal instrument by which a non-Federal entity purchases property or services needed to carry out the project or program under a Federal award. The term as used in 2 CFR Part 200 does not include a legal instrument, even if the non-Federal entity considers it a contract, when the substance of the transaction meets the definition of a Federal award or subaward. See Subaward. |
| Contractor | An entity that receives a contract. See contract. |

| Term | Definition |
|------|-----------|
| Cooperative agreement | A legal instrument of financial assistance between a Federal awarding agency or pass-through entity and a non-Federal entity that, consistent with 31 U.S.C. 6302–6305: (1) Is used to enter into a relationship the principal purpose of which is to transfer anything of value from the Federal awarding agency or pass through entity to the non-Federal entity to carry out a public purpose authorized by a law of the United States (see 31 U.S.C. 6101(3)); and not to acquire property or services for the Federal government or pass-through entity's direct benefit or use; (2) Is distinguished from a grant in that it provides for substantial involvement between the Federal awarding agency or pass-through entity and the non-Federal entity in carrying out the activity contemplated by the Federal award. (3) The term does not include: (i) development agreement as defined in 15 U.S.C. 3710a; or (ii) An agreement that provides only: (A) Direct United States Government cash assistance to an individual; (B) A subsidy; (C) A loan; (D) A loan guarantee; or (E) Insurance. |
| Cost allocation plan | Central service cost allocation plan or public assistance cost allocation plan. |
| Cost objective | A program, function, activity, award, organizational subdivision, contract, or work unit for which cost data are desired and for which provision is made to accumulate and measure the cost of processes, products, jobs, capital projects, etc. A cost objective may be a major function of the non-Federal entity, a particular service or project, a Federal award, or an indirect (Facilities & Administrative (F&A)) cost activity, as described in 2 CFR Part 200, Subpart E—Cost Principles. |
| Cost overrun | Any amount charged in excess of the Federal share of costs for the project period (competitive segment). |
| Cost principles | The government-wide principles established under 2 CFR Part 200 for determining the allowable costs incurred by non-Federal entities under Federal awards. The principles are for the purpose of cost determination and are not intended to identify the circumstances or dictate the extent of Federal Government participation in the financing of a particular program or project. The principles are designed to provide that Federal awards bear their fair share of cost recognized under these principles except where restricted or prohibited by statute. In the case of hospitals, they follow the cost principles in 2 CFR Part 200, Appendix IX, "Hospital Cost Principles." In the case of for-profit organizations, there are no cost principles specifically applicable; the cost principles for for-profit organizations are set forth in the FAR (48 CFR Part 31.2). See Cost Considerations— The Cost Principles for additional details. |
| Cost sharing | See matching or cost sharing definition. |
| Cost sharing or matching alternative | An alternative use of program income whereby income accrued during the period of grant support may be used to satisfy a cost sharing or matching requirement. (See also definitions for additive alternative and deductive alternative and Administrative Requirements—Management Systems and Procedures—Program Income). |
| Cost-type contract | A contract or subcontract under a grant in which the contractor or subcontractor is paid on the basis of the allowable costs it incurs, with or without a fee. |

| Term | Definition |
|------|-----------|
| Data and safety monitoring plan | For each NIH-supported clinical trial, NIH requires a data and safety monitoring plan that will provide oversight and monitoring to ensure the safety of participants and the validity and integrity of the data. The level of monitoring should be commensurate with the risks and the size and complexity of the clinical trial. A detailed data and safety monitoring plan must be submitted to the applicant's IRB and subsequently to the awarding IC for approval prior to the accrual of human subjects. |
| Data Management | The process of validating, organizing, protecting, maintaining, and processing scientific data to ensure the accessibility, reliability, and quality of the scientific data for its users. |
| Data Management and Sharing Plan (DMS Plan) | A plan describing the data management, preservation, and sharing of scientific data and accompanying metadata. |
| Data Sharing | The act of making scientific data available for use by others (e.g., the larger research community, institutions, the broader public), for example, via an established repository. |
| Debarment and suspension | The actions taken by a debarring official in accordance with OMB guidance at 2 CFR Part 180, "Non-procurement Debarment and Suspension," as implemented by HHS in 2 CFR Part 376, to exclude a person or organization from participating in grants and other non-procurement awards government-wide. If debarred or suspended, the person or organization may not receive financial assistance (under a grant, cooperative agreement, or subaward, or contract under a grant) for a specified period of time. Debarments and suspensions carried out pursuant to 2 CFR Part 376 are distinct from post-award suspension action by an awarding agency. (See also Public Policy Requirements and Objectives—Debarment and Suspension). |
| Debt collection | The process of collecting funds owed by recipients to the Federal government, which, under grants, generally are owed as a result of formal cost disallowances. |
| Debt instrument | A document used to record a legal obligation of one party to pay a financial obligation to another in accordance with predetermined terms and conditions. |
| Deductive alternative | An alternative for the use of program income earned during the period of grant support under which allowable costs of the project or program to be paid by the Federal government are offset by the amount of the program income. (See also definitions for additive alternative and cost sharing or matching alternative and Administrative Requirements—Management Systems and Procedures—Program Income). |
| Departmental Grants Appeals Board | The independent office established in the Office of the Secretary with delegated authority from the Secretary to review and decide certain disputes between recipients of HHS funds and HHS awarding agencies under 45 CFR Part 16 and to perform other review, adjudication and mediation services as assigned. |

| Term | Definition |
|---|---|
| Deviation | A departure on a single-case or class basis from a regulatory or policy requirement. A single-case deviation represents a request for waiver or exception sought for one grant only that arises on a case-by-case basis. A class deviation involves more than one grant for which the same type of deviation action is being requested. |
| Direct costs | Costs that can be identified specifically with a particular sponsored project, an instructional activity, or any other institutional activity, or that can be directly assigned to such activities relatively easily with a high degree of accuracy. |
| Disallowed costs | Those charges to a Federal award that the Federal awarding agency or pass-through entity determines to be unallowable, in accordance with the applicable Federal statutes, regulations, or the terms and conditions of the Federal award. |
| Discretionary Award | An award in which NIH, in keeping with its statutory authority to exercises judgement ("discretion"), selects the recipient and/or the amount of funding through a competitive process. Generally, NIH awards are discretionary. See Non-Discretionary Award. |
| Domestic organization | A public (including a State or other governmental agency) or private non-profit or for-profit organization that is located in the United States or its territories, is subject to U.S. laws, and assumes legal and financial accountability for awarded funds and for the performance of the grant-supported activities. |
| Early Stage Investigator | An individual who is classified as a New Investigator and is within 10 years of completing their terminal research degree or is within 10 years of completing medical residency (or the equivalent) is considered an Early Stage Investigator (ESI). See definition of New Investigator. |
| Entity Identification Number | A three-part coding scheme of 12 characters used in PMS to identify organizations and individuals. The first character identifies the recipient as an organization or an individual. The next nine characters are the Employer Identification Number. The last two characters are a suffix to provide distinction between organizational entities that are assigned a single EIN and those that have more than one. (Also known as Payment System Identifier.) |
| Equipment | Tangible personal property (including information technology systems) having a useful life of more than one year and a per-unit acquisition cost which equals or exceeds the lesser of the capitalization level established by the non-Federal entity for financial statement purposes, or $5,000. (See also capital assets, computing devices, general purpose equipment, information technology systems, special purpose equipment, and supplies). |
| eRA Commons | The Electronic Research Administration (eRA) Commons is a virtual meeting place where NIH extramural recipient organizations, recipients, and the public can receive and transmit information about the administration of biomedical and behavioral research. The eRA Commons is divided into both unrestricted and restricted portions that provide for public and confidential information, respectively. |

| Term | Definition |
|---|---|
| Expanded authorities | A standard term of all NIH awards to allow recipients several flexibilities to waive the requirement for prior approval for specified actions. NIH extended expanded authorities to all NIH awards except for the provision to automatically carry over unobligated balances for certain awards. (see Administrative Requirements—Changes in Project and Budget—NIH Standard Terms of Award). |
| Expenditure report | Means: (1) For non-construction grants, the SF-425 Federal Financial Report (FFR) (or other OMB-approved equivalent report); (2) for construction grants, the SF-271 "Outlay Report and Request for Reimbursement" (or other OMB-approved equivalent report) |
| Expenditures | Charges made by a non-Federal entity to a project or program for which a Federal award was received.<br><br>1. The charges may be reported on a cash or accrual basis, as long as the methodology is disclosed and is consistently applied.<br>2. For reports prepared on a cash basis, expenditures are the sum of:<br>  i. Cash disbursements for direct charges for property and services;<br>  ii. The amount of indirect expense charged;<br>  iii. The value of third-party in-kind contributions applied; and<br>  iv. The amount of cash advance payments and payments made to subrecipients.<br>3. For reports prepared on an accrual basis, expenditures are the sum of:<br>  i. Cash disbursements for direct charges for property and services;<br>  ii. The amount of indirect expense incurred;<br>  iii. The value of third-party in-kind contributions applied; and<br>  iv. The net increase or decrease in the amounts owed by the non-Federal entity for:<br>    A. Goods and other property received;<br>    B. Services performed by employees, contractors, sub-recipients, and other payees; and<br>    C. Programs for which no current services or performance are required such as annuities, insurance claims, or other benefit payments. |
| Facilities and Administrative (F&A) costs (or indirect costs) | Necessary costs incurred by a recipient for a common or joint purpose benefitting more than one cost objective, and not readily assignable to the cost objectives specifically benefitted, without effort disproportionate to the results achieved. To facilitate equitable distribution of indirect expenses to the cost objectives served, it may be necessary to establish a number of pools of F&A (indirect) costs. F&A (indirect) cost pools must be distributed to benefitted cost objectives on bases that will produce an equitable result in consideration of relative benefits derived. |
| Federal agency | An "agency" as defined at 5 U.S.C. 551(1) and further clarified by 5 U.S.C. 552 (f). |

| Term | Definition |
|------|------------|
| Federal Audit Clearinghouse (FAC) | The clearinghouse designated by OMB as the repository of record where non-Federal entities are required to transmit the reporting packages required by Subpart F—Audit Requirements of 2 CFR Part 200 Subpart F — Audit Requirements. The mailing address of the FAC is Federal Audit Clearinghouse, Bureau of the Census, 1201 E. 10th Street, Jeffersonville, IN 47132. Any future updates to the location of the FAC may be found at the Federal Audit Clearinghouse web site. |
| Federal award | Depending on the context, in either paragraph (1) or (2) of this section:<br><br>(1)(i) The Federal financial assistance that a non-Federal entity receives directly from a Federal awarding agency or indirectly from a pass-through entity, as described in 2 CFR Part 200.101; or<br><br>(ii) The cost-reimbursement contract under the Federal Acquisition Regulations that a non-Federal entity receives directly from a Federal awarding agency or indirectly from a pass-through entity, as described in 2 CFR Part 200.101.<br><br>(2) The instrument setting forth the terms and conditions. The instrument is the grant agreement, cooperative agreement, other agreement for assistance covered in paragraph (2) of Federal financial assistance, or the cost-reimbursement contract awarded under the Federal Acquisition Regulations.<br><br>(3) Federal award does not include other contracts that a Federal agency uses to buy goods or services from a contractor or a contract to operate Federal government owned, contractor operated facilities (GOCOs).<br><br>(4) See also definitions of Federal financial assistance, grant agreement, and cooperative agreement. |
| Federal award date | The date when the Federal award is signed by the authorized official of the Federal awarding agency. |
| Federal Award Identification Number | A unique number assigned to a financial assistance award to assist recipients in correctly reporting subawards. The public can use the FAIN and the Assistance listing number together to find one accurate result when searching online in such databases as USASpending.gov and FSRS. The FAIN can be found on the notice of award. NIH implements the FAIN by deriving it from the core elements of the grant number. For example, the FAIN for 1R0IHL654321-01 would be R01HL654321. |
| Federal awarding agency | The Federal agency that provides a Federal award directly to another entity. See also Awarding IC. |
| Federal Demonstration Partnership | A cooperative initiative among some Federal agencies, including NIH, selected organizations receiving Federal funding for research, and certain professional associations. Its efforts include demonstration projects intended to simplify and standardize Federal requirements in order to increase research productivity and reduce administrative costs. |

| Term | Definition |
|---|---|
| Federal financial assistance | 1. Federal financial assistance means assistance that non-Federal entities receive or administer in the form of:<br><br>  i. Grants;<br><br>  ii. Cooperative agreements;<br><br>  iii. Non-cash contributions or donations of property (including donated surplus property);<br><br>  iv. Direct appropriations;<br><br>  v. Food commodities; and<br><br>  vi. Other financial assistance (except assistance listed in paragraph (b) of this section).<br><br>2. For 2 CFR Part 200.202 and 2 CFR Part 200 Subpart F, federal financial assistance also includes assistance that non-Federal entities receive or administer in the form of:<br><br>  i. Loans;<br><br>  ii. Loan Guarantees;<br><br>  iii. Interest subsidies; and<br><br>  iv. Insurance.<br><br>3. Federal financial assistance does not include amounts received as reimbursement for services rendered to individuals as described in 2 CFR Part 200.502(h) and (i). |
| Federal institution | A Cabinet-level department or independent agency of the executive branch of the Federal government or any component organization of such a department or agency. For the purposes of this document, this term is used in the context of a Federal institution as a recipient. See also Awarding IC. |
| Federal interest | For purposes 2 CFR Part 200.330 or when used in connection with the acquisition or improvement of real property, equipment, or supplies under a Federal award, the dollar amount that is the product of the: (1) Federal share of total project costs; and (2) Current fair market value of the property, improvements, or both, to the extent the costs of acquiring or improving the property were included as project costs. |
| Federal program | 1. All Federal awards which are assigned a single number in the Assistance listings.<br><br>2. When no Assistance listing number is assigned, all Federal awards to non-Federal entities from the same agency made for the same purpose should be combined and considered one program.<br><br>3. Notwithstanding paragraphs (1) and (2) of this definition, a cluster of programs. The types of clusters of programs are:<br><br>  i. Research and development (R&D);<br><br>  ii. Student financial aid (SFA); and<br><br>  iii. ''Other clusters,'' as described in the definition of Cluster of Programs. |

| Term | Definition |
|------|------------|
| Federal share | The portion of the total project costs that are paid by Federal funds. |
| Federalwide Assurance | The Federalwide Assurance is the only type of assurance of compliance accepted and approved by OHRP for institutions engaged in nonexempt research involving human subjects conducted or supported by HHS. Under a FWA, an institution commits to HHS that it will comply with the requirements set forth in 45 CFR Part 46, as well as the terms of assurance. |
| Fee | An amount, in addition to actual, allowable costs, paid to an organization providing goods or services consistent with normal commercial practice. This payment also is referred to as profit. (See Grants to For-Profit Organizations—Small Business Innovation Research and Small Business Technology Transfer Programs—Allowable Costs and Fee—Profit or Fee). |
| Financial conflict of interest | A financial conflict of interest exists when the recipient's designated official(s) reasonably determines that an investigator's significant financial interest could directly and significantly affect the design, conduct, or reporting of the PHS-funded research. See 42 CFR Part 50, Subpart F, Responsibility of Applicants for Promoting Objectivity in Research for which PHS funding is sought and Public Policy Requirements and Objectives—Financial Conflict of Interest. |
| Foreign component | The performance of any significant scientific element or segment of a project outside of the United States, either by the recipient or by a researcher employed by a foreign organization, whether or not grant funds are expended. Activities that would meet this definition include, but are not limited to, (1) the involvement of human subjects or animals, (2) extensive foreign travel by recipient project staff for the purpose of data collection, surveying, sampling, and similar activities, or (3) any activity of the recipient that may have an impact on U.S. foreign policy through involvement in the affairs or environment of a foreign country. Examples of other grant-related activities that may be significant are:<br><br>• collaborations with investigators at a foreign site anticipated to result in co-authorship;<br>• use of facilities or instrumentation at a foreign site; or<br>• receipt of financial support or resources from a foreign entity.<br><br>Foreign travel for consultation is not considered a foreign component. (See Grants to Foreign Organizations, International Organizations, and Domestic Grants with Foreign Components chapter in IIB). |

| Term | Definition |
|---|---|
| Foreign organization | An entity that is:<br><br>1. A public or private organization located in a country other than the United States and its territories that is subject to the laws of the country in which it is located, irrespective of the citizenship of project staff or place of performance;<br><br>2. A private nongovernmental organization located in a country other than the United States that solicits and receives cash contributions from the general public;<br><br>3. A charitable organization located in a country other than the United States that is nonprofit and tax exempt under the laws of its country of domicile and operation, and is not a university, college, accredited degree granting institution of education, private foundation, hospital, organization engaged exclusively in research or scientific activities, church, synagogue, mosque or other similar entities organized primarily for religious purposes; or<br><br>4. An organization located in a country other than the United States not recognized as a *Foreign Public Entity*. |
| Foreign public entity | (1) A foreign government or foreign governmental entity; (2) A public international organization, which is an organization entitled to enjoy privileges, exemptions, and immunities as an international organization under the International Organizations Immunities Act (22 U.S.C. 288–288f); (3) An entity owned (in whole or in part) or controlled by a foreign government; or (4) Any other entity consisting wholly or partially of one or more foreign governments or foreign governmental entities. |
| For-profit organization | An organization, institution, corporation, or other legal entity that is organized or operated for the profit or financial benefit of its shareholders or other owners. A for-profit organization is considered to be a small business if it is independently owned and operated, if it is not dominant in the field in which research is proposed, and if it employs no more than 500 persons. (Also see definition for small business concern). |
| Full-time appointment | The number of days per week and/or months per year representing full-time effort at the applicant/recipient organization, as specified in organizational policy. The organization's policy must be applied consistently regardless of the source of support. |
| General purpose equipment | Equipment which is not limited to research, medical, scientific or other technical activities. Examples include office equipment and furnishings, modular offices, telephone networks, information technology equipment and systems, air conditioning equipment, reproduction and printing equipment, and motor vehicles. See also "Equipment" and "Special Purpose Equipment." |
| Generally Acceptable Accounting Principles (GAAP) | The meaning specified in accounting standards issued by the Government Accounting Standards Board (GASB) and the Financial Accounting Standards Board (FASB). |

| Term | Definition |
|------|------------|
| Generally Accepted Government Auditing Standards (GAGAS) | Also known as the Yellow Book, generally accepted government auditing standards issued by the Comptroller General of the United States, which are applicable to financial audits. |
| Grant number | A grant number is a unique identifier for a grant composed of the application type code, activity code, Institute code, 6-digit serial number, support year and /or suffix code for the support year of the grant, or other information, such as a supplement (S1), resubmission (A1), or a fellowship's institutional allowance. In Federalwide systems (e.g., USASpending.gov, FFATA/FSRS) the Federal Award Identifier Number (FAIN) is used to identify grants for Federalwide implications. Similar to the NIH Grant Number, the FAIN consists of the activity code, Institute code, and 6-digit serial number. <br><br> Sample Grant Number: 1 R01 AI 123456-01 A1 S1 <br><br> Sample FAIN: R01 AI 654321 |
| Grant or grant agreement | A legal instrument of financial assistance between a Federal awarding agency or pass-through entity and a non-Federal entity that, consistent with 31 U.S.C. 6302, 6304: <br><br> 1. Is used to enter into a relationship the principal purpose of which is to transfer anything of value from the Federal awarding agency or passthrough entity to the non-Federal entity to carry out a public purpose authorized by a law of the United States (see 31 U.S.C. 6101(3)); and not to acquire property or services for the Federal awarding agency or pass-through entity's direct benefit or use; <br><br> 2. Is distinguished from a cooperative agreement in that it does not provide for substantial involvement between the Federal awarding agency or passthrough entity and the non-Federal entity in carrying out the activity contemplated by the Federal award. <br><br> 3. Does not include an agreement that provides only: <br>    i. Direct United States Government cash assistance to an individual; <br>    ii. A subsidy; <br>    iii. A loan; <br>    iv. A loan guarantee; or <br>    v. Insurance. <br><br> See also Cooperative Agreement. |

| Term | Definition |
|------|------------|
| Grants Management Officer | An NIH official responsible for the business management aspects of grants and cooperative agreements, including review, negotiation, award, and administration, and for the interpretation of grants administration policies and provisions. GMOs are delegated the authority from the CGMO to obligate NIH to the expenditure of funds and permit changes to approved projects on behalf of NIH. Each NIH IC that awards grants has one or more GMOs with responsibility for particular programs or awards. See also Chief Grants Management Officer definition. |
| Grants Management Specialist | An NIH staff member who oversees the business and other non-programmatic aspects of one or more grants and/or cooperative agreements. These activities include, but are not limited to, evaluating grant applications for administrative content and compliance with statutes, regulations, and guidelines; negotiating grants; providing consultation and technical assistance to recipients; and administering grants after award. |
| Grants.gov | Grants.gov has been designated by the Office of Management and Budget as the single access point for all grant programs offered by 26 Federal grant-making agencies. It provides a single interface for agencies to announce their grant opportunities and for all applicants to find and apply for those opportunities. |
| Grant-supported project or activity | Those activities specified or described in a grant application or in a subsequent submission that are approved by an NIH IC for funding, regardless of whether Federal funding constitutes all or only a portion of the financial support necessary to carry them out. |
| Honoraria | Payments given in support of professional services for the purpose of conferring distinction or to symbolize respect, esteem, or admiration. In other words, if the service is related to research oversight, research supervision, co-authoring research papers, then the payments are not honoraria but considered research funding. |
| Hospital | A facility licensed as a hospital under the law of any state or a facility operated as a hospital by the United States, a state, or a subdivision of a state. Also includes a non-profit or for-profit hospital or a medical care provider component of a non-profit organization (for example, a foundation). |
| Human Fetal Tissue | Human Fetal Tissue is defined as tissue or cells obtained from a dead human embryo or fetus after a spontaneous or induced abortion or stillbirth. This definition does not include established human fetal cell lines. Research involving the transplantation of human fetal tissue must be conducted in accordance with applicable Federal, State and local laws as well as NIH guidance. See also Human Fetal Tissue from Elective Abortion. |

| Term | Definition |
|------|-----------|
| Human subject | Revised Common Rule (45 CFR Part 46, effective July 19, 2018): A living individual about whom an investigator (whether professional or student) conducting research:<br><br>(i) Obtains information or biospecimens through intervention or interaction with the individual, and uses, studies, or analyzes the information or biospecimens; or<br><br>(ii) Obtains, uses, studies, analyzes, or generates identifiable private information or identifiable biospecimens.<br><br>Pre-2018 Common Rule (45 CFR Part 46, effective July 19, 2018): A living individual about whom an investigator (whether professional or student) conducting research:<br><br>(i) Data through intervention or interaction with the individual; or<br><br>(ii) Identifiable private information.<br><br>Regulations governing the use of human subjects in research extend to use of human organs, tissues, and body fluids from identifiable individuals as human subjects and to graphic, written, or recorded information derived from such individuals. (See Public Policy Requirements and Objectives—Human Subjects Protections). |
| Impact score | The impact score is the rating which is assigned to an individual application by an SRG and designates the reviewers' assessment of scientific and technical merit of the application. For research projects, this is defined as the likelihood for the project to exert a sustained, powerful influence on the research field(s) involved, in consideration of established review criteria. The impact score is one mechanism by which the SRG makes a recommendation to the funding component concerning the application's scientific and technical merit. Impact scores may be numeric ($10-90$) or alphabetical (ND, for example). |
| Improper payment | (1) Any payment that should not have been made or that was made in an incorrect amount (including overpayments and underpayments) under statutory, contractual, administrative, or other legally applicable requirements; and<br><br>(2) Includes any payment to an ineligible party, any payment for an ineligible good or service, any duplicate payment, any payment for a good or service not received (except for such payments where authorized by law), any payment that does not account for credit for applicable discounts, and any payment where insufficient or lack of documentation prevents a reviewer from discerning whether a payment was proper. |

| Term | Definition |
|------|------------|
| Indian tribe (or "federally recognized Indian tribe") | Any Indian tribe, band, nation, or other organized group or community, including any Alaska Native village or regional or village corporation as defined in or established pursuant to the Alaska Native Claims Settlement Act (43 U.S.C. Chapter 33), which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians (25 U.S.C. 450b(e)). See annually published Bureau of Indian Affairs list of Indian Entities Recognized and Eligible to Receive Services. |
| Indirect costs | See facilities and administrative costs definition. |
| Information technology systems | Computing devices, ancillary equipment, software, firmware, and similar procedures, services (including support services), and related resources. See also computing devices and equipment. |
| Innovation | Something new or improved, including research for (1) development of new technologies, (2) refinement of existing technologies, or (3) development of new applications for existing technologies. For the purposes of PHS programs, an example of innovation would be new medical or biological products for improved value, efficiency, or costs. |
| Institute or Center | The NIH organizational component responsible for a particular grant program or set of activities. The terms "NIH IC," or "awarding IC" are used throughout this document to designate a point of contact for advice and interpretation of grant requirements and to establish the focal point for requesting necessary prior approvals or changes in the terms and conditions of award. |
| Institutional Animal Care and Use Committee | The *PHS Policy on Humane Care and Use of Laboratory Animals* incorporates the *U.S. Government Principles for the Utilization and Care of Vertebrate Animals used in Testing, Research, and Training*, and requires the recipient to maintain an animal care and use program based on the Guide for the Care and Use of Laboratory Animals. An Institutional Animal Care and Use Committee (IACUC) appointed by the Chief Executive Officer or designee, is federally mandated to oversee the institution's animal program, facilities, and procedures (Public Law 99-158, Sec. 495). IACUC review and approval is required for all PHS supported activities involving live vertebrate animals prior to funding. |
| Institutional base salary | The annual compensation paid by an organization for an employee's appointment, whether that individual's time is spent on research, teaching, patient care, or other activities. Base salary excludes any income that an individual may be permitted to earn outside of duties for the applicant/recipient organization. Base salary may not be increased as a result of replacing organizational salary funds with NIH grant funds. (See Cost Considerations—Allowability of Costs/Activities—Selected Items of Cost—Salaries and Wages). |
| Institutional Review Board (IRB) | An administrative body established to protect the rights and welfare of human research subjects recruited to participate in research activities conducted under the auspices of the organization with which it is affiliated. The Institutional Review Board has the authority to approve, require modifications in, or disapprove all research activities that fall within its jurisdiction. |

| Term | Definition |
|------|-----------|
| Institutions of Higher Education (IHEs) | IHE is defined at 20 U.S.C. 1001. |
| Intangible property | Property having no physical existence, such as trademarks, copyrights, patents and patent applications and property, such as loans, notes and other debt instruments, lease agreements, stock and other instruments of property ownership (whether the property is tangible or intangible). |
| Intergovernmental Personnel Act (IPA) | The Intergovernmental Personnel Act Mobility Program provides for the temporary assignment of personnel between the Federal Government and state and local governments, colleges and universities, Indian tribe (or "federally recognized Indian tribe" governments, federally funded research and development centers, and other eligible organizations. The goal of the Intergovernmental Personnel Act mobility program is to facilitate the movement of employees, for short periods of time, when this movement serves a sound public purpose. |
| Internal control over compliance requirements for Federal awards | A process implemented by a non-Federal entity designed to provide reasonable assurance regarding the achievement of the following objectives for Federal award:<br><br>1. Transactions are properly recorded and accounted for, in order to:<br><br>   i. Permit the preparation of reliable financial statements and Federal reports;<br><br>   ii. Maintain accountability over assets; and<br><br>   iii. Demonstrate compliance with Federal statutes, regulations, and the terms and conditions of the Federal award;<br><br>2. Transactions are executed in compliance with:<br><br>   i. Federal statutes, regulations, and the terms and conditions of the Federal award that could have a direct and material effect on a Federal program; and<br><br>   ii. Any other Federal statutes and regulations that are identified in the Compliance Supplement; and<br><br>3. Funds, property, and other assets are safeguarded against loss from unauthorized use or disposition. |
| Internal controls | A process, implemented by a non-Federal entity, designed to provide reasonable assurance regarding the achievement of objectives in the following categories: (1) Effectiveness and efficiency of operations; (2) Reliability of reporting for internal and external use; and (3) Compliance with applicable laws and regulations. |
| International organization | An organization that identifies itself as international or intergovernmental and has membership from, and represents the interests of, more than one country, without regard to whether the headquarters of the organization and location of the activity are inside or outside of the United States. |

| Term | Definition |
|---|---|
| Invention reporting | The requirement pursuant to 37 CFR Part 401 that recipients of contracts, grants or cooperative agreements fully disclose any subject inventions made during the performance of work under a funding agreement in order to protect the Federal government's rights. |
| Investigational new drug | A new drug or biological drug that is used in a clinical investigation. |
| Investigator-initiated research | Research funded as a result of an investigator, on their own, submitting a research application in response to Parent Announcements only. Also known as unsolicited research. |
| IPF number | Institutional Profile File (IPF) number is a unique number used by NIH for tracking/reporting awards to recipient institutions. |
| Just-in-Time | NIH policy allows the submission of certain elements of a competing application to be deferred until later in the application process, after review when the application is under consideration for funding. Within the Status module of the eRA Commons, users will find a feature to submit Just-In-Time information when requested by NIH. Through this module, institutions can electronically submit the information that is requested after the review, but before award. See Completing the Pre-Award Process—Just-In-Time Procedures for additional information. |
| Liquidated damages | An amount defined in a contract and chargeable against funds due to the contractor for each day the contractor fails to complete the project beyond the contract completion date. |
| Local government | Any unit of government within a state, including a: (1) County; (2) Borough; (3) Municipality; (4) City; (5) Town; (6) Township; (7) Parish; (8) Local public authority, including any public housing agency under the United States Housing Act of 1937; (9) Special district; (10) School district; (11) Intrastate district; (12) Council of governments, whether or not incorporated as a nonprofit corporation under state law; and (13) Any other agency or instrumentality of a multi-, regional, or intra-state or local government. |
| Major A&R | Alteration and renovation (A&R) activities are considered as modernization activities and are typically supported under research grants where the primary purpose for the grant is other than construction or modernization. The determination of whether proposed A&R is major, or minor is made by the NIH Program Official. Major A&R is an unallowable activity or cost under foreign grants and foreign components in domestic grants. See "Modernization" on page I-32. |
| Matching or cost sharing | The portion of project costs not paid by Federal funds (unless otherwise authorized by Federal statute). This may include the value of allowable third-party in-kind contributions, as well as expenditures by the recipient. |
| Mechanism | Extramural awards are divided into three types of financial assistance: *grants*, *cooperative agreements* and *contracts*. A mechanism is the type of funded application or transaction used by NIH. Within each mechanism NIH includes programs. Programs can be further refined by specific activity codes. |

| Term | Definition |
|------|-----------|
| Merger | A legal action resulting in the unification of two or more legal entities. When such an action involves the transfer of NIH grants, the procedures for the recognizing a successor-in-interest will apply. When the action does not involve the transfer of NIH grants, the procedures for recognizing a name change will apply. |
| Metadata | Data that provide additional information intended to make scientific data interpretable and reusable (e.g., date, independent sample and variable construction and description, methodology, data provenance, data transformations, any intermediate or descriptive observational variables). |
| Micro-purchase | A purchase of supplies or services using simplified acquisition procedures, the aggregate amount of which does not exceed the micro-purchase threshold. Micro-purchases comprise a subset of a non-Federal entity's small purchases. Micro-purchase threshold means the dollar amount at or below which a non-Federal entity may purchase property or services using micro-purchase procedures (see § 2 CFR Part 200.320). Generally, the micro-purchase threshold for procurement activities administered under Federal awards is not to exceed the amount set by the FAR at 48 CFR Part 2, Subpart 2.1, unless a higher threshold is requested by the non- Federal entity and approved by the cognizant agency for indirect costs (For NIH DCA for non-profits or DFAS for for-profit organizations). |
| Minor A&R | Alteration and renovation (A&R) activities are considered as modernization activities and are typically supported under research grants where the primary purpose for the grant is other than construction or modernization. The determination of whether proposed A&R is major, or minor is made by the NIH Program Official. See "Modernization" on the next page.<br> Minor A&R is not an allowable activity or cost under grants to individuals or grants for limited purposes, such as grants in support of scientific meetings (conference grants). Routine maintenance and repair of the organization's physical plant or its equipment is not considered A&R; these types of costs are typically treated as F&A costs. |

| Term | Definition |
|---|---|
| Modernization | Modernization. Alteration, renovation, remodeling, improvement, expansion or repair of, or completion of shell space in an existing building (whether for storage or for human occupancy), necessary to make the building suitable for use for the purposes of a particular program. Modernization is distinct from construction in that it leaves the existing structure in place. This can range from updating flooring to replacing everything except for the existing mainframe and foundations. When the primary purpose of the award is to modernize biomedical research facilities, the grant cannot support the conduct of any research.

Alteration and renovation (A&R) activities are considered as modernization activities and are typically supported under research grants where the primary purpose for the grant is other than construction or modernization. The determination of whether proposed A&R is major, or minor is made by the NIH Program Official. Major A&R is an unallowable activity or cost under foreign grants and foreign components in domestic grants.

Examples of activities of Major A&R are as follows:

- A structural change (e.g., to the foundation, roof, floor or exterior load-bearing walls of a facility, or extension of an existing facility) to increase the floor area and/or change the function and purpose of a facility

Examples of activities of Minor A&R are as follows:

- Changes to physical characteristics (interior dimensions, surfaces, and finishes); internal environments (temperature, humidity, ventilation, and acoustics); or utility services (plumbing, electricity, gas, vacuum, and other laboratory fittings);
- Installation of fixed equipment (including casework, fume hoods, large autoclaves, biological safety cabinets);
- Replacement, removal, or reconfiguration of interior non-load bearing walls, doors, frames, or windows in order to place equipment in a permanent location;
- Making unfinished shell space suitable for purposes other than human occupancy, such as storage of pharmaceuticals; or
- Alterations to meet requirements for accessibility by physically disabled individuals. |
| Modified Total Direct Cost (MTDC) | All direct salaries and wages, applicable fringe benefits, materials and supplies, services, travel, and subawards up to the first $25,000 of each subaward (regardless of the period of performance of the subawards under the award). MTDC excludes equipment, capital expenditures, charges for patient care, rental costs, tuition remission, scholarships and fellowships, participant support costs and the portion of each subaward in excess of $25,000. Other items may only be excluded when necessary to avoid a serious inequity in the distribution of indirect costs, and with the approval of the cognizant agency for indirect costs. |

| Term | Definition |
|------|------------|
| Modular application | A type of grant application in which support is requested in specified increments without the need for detailed supporting information related to separate budget categories. When modular procedures apply, they affect not only application preparation but also review of the application, award, and post-award administration. |
| Monitoring | A process whereby the programmatic and business management performance aspects of a grant are assessed by reviewing information gathered from various required reports, audits, site visits, and other sources. |
| Name change | An action whereby the name of an organization is changed without otherwise affecting the rights and obligations of that organization as a recipient. |
| New Investigator | A PD/PI who has not previously competed successfully as a PD/PI for a substantial NIH independent research award is considered a New Investigator. For example, a PD/PI who has previously received a competing NIH R01 research grant is no longer considered a New Investigator. However, a PD/PI who has received a Small Grant (R03) or an Exploratory/Developmental Research Grant Award (R21) retains their status as a New Investigator. A complete list of NIH grants that do not disqualify a PD/PI from being considered a New Investigator can be found at http://grants.nih.gov/grants/new_investigators/#definition. See also the definition of Early Stage Investigator. |
| No-cost extension | An extension of time to a project period and/or budget period to complete the work of the grant under that period, without additional Federal funds or competition. See NIH Standard Terms of Award and Prior Approval Requirements. |
| Non-competing continuation application/award | A financial assistance request (in the form of an application or progress report) or resulting award for a subsequent budget period within a previously approved project period for which a recipient does not have to compete with other applicants. |
| Non-Discretionary Award | An award made by NIH to specific recipients in accordance with statutory, eligibility and compliance requirements, in which NIH has no ability to exercise judgement. The award amount could be determined specifically or by formula. NIH does not typically make non-discretionary awards. See "Discretionary Award" on page I-19. |
| Non-Federal entity | A state, local government, Indian tribe, institution of higher education (IHE), or nonprofit organization that carries out a Federal award as a recipient or subrecipient. |
| Non-Federal share | When cost sharing or matching is required as a condition of an award, the portion of allowable project/program costs not borne by the Federal government. |
| Non-profit organization | Any corporation, trust, association, cooperative, or other organization, not including IHEs, that: (1) Is operated primarily for scientific, educational, service, charitable, or similar purposes in the public interest; (2) Is not organized primarily for profit; and (3) Uses net proceeds to maintain, improve, or expand the operations of the organization. |

| Term | Definition |
|---|---|
| Notice of Award | The official, legally binding document, signed (or the electronic equivalent of sig-nature) by a Grants Management Officer that: <br><br>1. notifies the recipient of the award of a grant; <br><br>2. contains or references all the terms and conditions of the grant and Federal funding limits and obligations; and, <br><br>3. provides the documentary basis for recording the obligation of Federal funds in the NIH accounting system. |
| Notice of Funding Opportunity (NOFO) | A publicly available document by which a Federal Agency makes known its inten-tions to award discretionary grants or cooperative agreements, usually as a result of competition for funds. NIH Notices of Funding Opportunities may also be known as program announcements, requests for applications, notices of funding availability, solicitations, or other names as described in 2 CFR 200.204,) depend-ing on the Agency and type of program. Notices of Funding Opportunities can be found at grants.gov and in the NIH Guide for Grants and Contracts. |
| Obligations | When used in connection with a non- Federal entity's utilization of funds under a Federal award, obligations means orders placed for property and services, con-tracts and subawards made, and similar transactions during a given period that require payment by the non- Federal entity during the same or a future period. |
| Office of Management and Budget (OMB) | The Executive Office of the President, Office of Management and Budget. |
| Offset | IC or awarding agency approval/authorization of the use of unobligated grant funds remaining from a prior budget period to support grant activities of the cur-rent budget period. An offset does not change the current budget period author-ized amount of funding but does reduce the amount of current fiscal year funds provided to support the authorized award amount. |
| Open Researcher and Contributor Identifiers (ORCID iDs) | Unique, persistent digital identifiers that distinguish individual investigators and can be used to connect researchers with their contributions to science over time and across changes of name, location, and institutional affiliation. These free identifiers are assigned and maintained by the non-profit organization ORCID. |
| Organization | A generic term used to refer to an Institution of Higher Education or other entity, including an individual, which applies for or receives an NIH grant or cooperative agreement. |
| Other Significant Contributors | Individuals who have committed to contribute to the scientific development or exe-cution of the project, but are not committing any specified measurable effort (i.e., person months) to the project. These individuals are typically presented at "effort of zero person months" or "as needed." Individuals with measurable effort may not be listed as Other Significant Contributors (OSCs). Consultants should be included if they meet this definition. |

| Term | Definition |
|------|------------|
| Other support | Includes all resources made available to researcher or senior key personnel in support of and/or related to all of their research endeavors, regardless of whether or not they have monetary value and regardless of whether they are based at the institution the researcher identifies for the current grant. Other support does not include training awards, prizes, start-up support from the US based institution, or gifts.<br>(note: Gifts are resources provided where there is no expectation of anything (e.g., time, services, specific research activities, money, etc.) in return). |
| Oversight agency for audit | The Federal awarding agency that provides the predominant amount of funding dir-ectly (direct funding) (as listed on the schedule of expenditures of Federal awards, see 2 CFR Part 200.510(b)) to a non-Federal entity unless OMB des-ignates a specific cognizant agency for audit.. When the direct funding rep-resents less than 25 per-cent of the total Federal expenditures (as direct and subawards) by the non-Federal entity, then the Federal agency with the pre-dominant amount of total funding (direct and subawards) is the designated cog-nizant agency. When there is no direct fund-ing, the Federal awarding agency which is the predominant source of pass-through funding must assume the over-sight responsibilities. The duties of the oversight agency for audit and the pro-cess for any reassignments are described in 2 CFR Part 200.513(b). |
| Parent announcement | Broad NOFO enabling applicants to electronically submit an investigator-initiated grant application for a specific activity code, e.g., Research Project Grant (Parent R01). |
| Participant support costs | Direct costs for items such as stipends or subsistence allowances, travel allow-ances, and registration fees paid to or on behalf of participants or trainees (but not employees) in connection with conferences, or training projects. For the pur-poses of Kirschstein-NRSA programs and Education Grants (e.g., R25), this term does not apply. NIH will continue to use the terms trainees, trainee-related expenses, and trainee travel for those programs. |
| Pass-through entity | A non- Federal entity that provides a subaward to a subrecipient to carry out part of a Federal program (see 2 CFR 200.1). |
| Payback | Requirement that the recipient of a NRSA postdoctoral fellowship engage in qual-ified health-related research, health-related research training, or health-related teaching activities for a length of time equal to the period of NRSA support received. Only the first year of training incurs a payback obligation. In general, payback activity must involve at least 20 hours per week and be conducted over 12 consecutive months; special exceptions may be considered on a case-by-case basis. See Ruth L. Kirschstein National Research Service Awards—Pay-back for additional information. |
| Payment Management System | The HHS centralized grants payment system operated by the Payment Man-agement Service, Program Support Center. Most HHS (and some other Federal government agencies') recipients receive grant payments through this system. |

| Term | Definition |
|------|------------|
| Peer review | The two-stage process that involves the consistent application of standards and procedures that produce fair, equitable, timely, and objective examinations of applications based on an evaluation of scientific or technical merit or other relevant aspects of the application. The review is performed by experts (Peer Reviewers) in the field of endeavor for which support is requested. Peer review is intended to provide guidance and recommendations to the NIH individuals responsible for making award decisions. |
| Period of performance | The total estimated time interval between the start of an initial Federal award and the planned end date, which may include one or more funded portions, or budget periods. Identification of the period of performance (project period) in the Federal award does not commit the awarding agency to fund the award beyond the currently approved budget period. The period of performance for NIH awards is noted on the Notice of Award. See "Project period" on page I-38 as well as "Budget period" on page I-10. |
| Person months | The metric for expressing the effort (amount of time) PD/PI(s), faculty and other senior/key personnel devote to a specific project. The effort is based on the type of appointment of the individual with the organization; e.g., calendar year, academic year, and/or summer term; and the organization's definition of such. For instance, some institutions define the academic year as a 9-month appointment while others define it as a 10-month appointment. |
| Personal property | Property of any kind except real property. It may be tangible, having physical existence, or intangible, such as copyrights, patents, or securities. |
| Personally Identifiable Information (PII) | Information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual. Some information that is considered to be PII is available in public sources such as telephone books, public web sites, and university listings. This type of information is considered to be Public PII and includes, for example, first and last name, address, work telephone number, email address, home telephone number, and general educational credentials. The definition of PII is not anchored to any single category of information or technology. Rather, it requires a case-by-case assessment of the specific risk that an individual can be identified. Non-PII can become PII whenever additional information is made publicly available, in any medium and from any source, that, when combined with other available information, could be used to identify an individual. |
| Phase III clinical trial | As defined by NIH, a broadly based prospective Phase III clinical investigation (usually involving several hundred or more human subjects) to evaluate an experimental intervention in comparison with a standard or control intervention or to compare two or more existing treatments. The definition includes pharmacologic, non-pharmacologic, and behavioral interventions given for disease prevention, prophylaxis, diagnosis, or therapy. Community trials and other population-based intervention trials also are included. (See clinical trial definition). |

| Term | Definition |
|---|---|
| Pre-award costs | Any cost incurred prior to the beginning date of the project period or the initial budget period of a competitive segment (under a multi-year award), in anticipation of the award and at the applicant's own risk, for otherwise allowable costs. |
| Prior approval | Written approval by an authorized HHS official, e.g., a designated IC GMO, evidencing prior consent before a recipient undertakes certain activities or incurs specific costs (see Administrative Requirements—Changes in Project and Budget—Prior Approval Requirements). |
| Profit | See definition for fee. |
| Program | A coherent assembly of plans, project activities, and supporting resources contained within an administrative framework, the purpose of which is to implement an organization's mission or some specific program-related aspect of that mission. For the NIHGPS, "program" refers to those NIH programs that carry out their missions through the award of grants or cooperative agreements to other organizations. |
| Program Director/Principal Investigator | The individual(s) designated by the applicant organization/recipient to have the appropriate level of authority and responsibility to direct the project or program to be supported by the award. The applicant organization may designate multiple individuals as program directors/principal investigators (PD/PIs) who share the authority and responsibility for leading and directing the project, intellectually and logistically. When multiple PD/PIs are named, each is responsible and accountable to the official(s) at the applicant organization/recipient, or as appropriate, to a collaborating organization for the proper conduct of the project, program, or activity including the submission of all required reports. The presence of more than one PD/PI on an application or award diminishes neither the responsibility nor the accountability of any individual PD/PI. |
| Program income | Gross income earned by the non-Federal entity that is directly generated by a supported activity or earned as a result of the Federal award during the period of performance except as provided in 2 CFR Part 200.307(f). (See Period of performance.) Program income includes but is not limited to income from fees for services performed, the use or rental or real or personal property acquired under Federal awards, the sale of commodities or items fabricated under a Federal award, license fees and royalties on patents and copyrights, and principal and interest on loans made with Federal award funds. Interest earned on advances of Federal funds is not program income. Except as otherwise provided in Federal statutes, regulations, or the terms and conditions of the Federal award, program income does not include rebates, credits, discounts, and interest earned on any of them. See 2 CFR Part 200.307, 45 CFR Part 200.307, 2 CFR Part 200.407 and 35 USC §§ 200-212 for inventions made under Federal awards. (See Administrative Requirements—Management Systems and Procedures—Program Income). |
| Program Official/Program Officer/Project Officer | The NIH official responsible for the programmatic, scientific, and/or technical aspects of a grant or cooperative agreement. |

| Term | Definition |
|------|------------|
| Progress report | Periodic, usually annual, report submitted by the recipient and used by NIH to assess progress and, except for the final progress report of a project period, to determine whether to provide funding for the budget period subsequent to that covered by the report. This report may also be called the non-competing continuation progress report. |
| Project period | The total time for which Federal support of a project has been programmatically approved as shown in the NoA; however, it does not constitute a commitment by the Federal government to fund the entire period. The total project period comprises the initial competitive segment, any subsequent competitive segments resulting from a renewal award(s), and extensions. See "Period of performance" on page I-36. Also see "Budget period" on page I-10. |
| Project/performance site | Location(s) of where the work described in the research plan will be conducted. |
| Property | Real property or personal property. |
| Protected Personally Identifiable Information (Protected PII) | An individual's first name or first initial and last name in combination with any one or more of types of information, including, but not limited to, social security number, passport number, credit card numbers, clearances, bank numbers, biometrics, date and place of birth, mother's maiden name, criminal, medical and financial records, educational transcripts. This does not include PII that is required by law to be disclosed. (See Personally Identifiable Information (PII)). |
| Questioned cost | A cost that is questioned by the auditor because of an audit finding: <br><br> 1. Which resulted from a violation or possible violation of a statute, regulation, or the terms and conditions of a Federal award, including for funds used to match Federal funds; <br><br> 2. Where the costs, at the time of the audit, are not supported by adequate documentation; or <br><br> 3. Where the costs incurred appear unreasonable and do not reflect the actions a prudent person would take in the circumstances. |
| Real property | Land, including land improvements, structures and appurtenances thereto, but excludes moveable machinery and equipment. |
| Recipient | An entity, usually but not limited to non-Federal entities, that receives a Federal award directly from a Federal awarding agency. The term recipient does not include subrecipients nor consortiums of the award. See Non-Federal entity. |
| Renewal application | An application requesting additional funding for a period subsequent to that provided by a current award. Renewal applications compete for funds with all other peer reviewed applications, and must be developed as fully as though the applicant is applying for the first time. The previous NIH term was "competing continuation." |

| Term | Definition |
|---|---|
| Renewal award | An award made subsequent to an expiring Federal award for which the start date is contiguous with, or closely follows, the end of the expiring Federal award. A renewal award's start date will begin a distinct period of performance. |
| Research & Development (R&D) | All research activities, both basic and applied, and all development activities that are performed by HHS award recipients. The term research also includes activities involving the training of individuals in research techniques where such activities utilize the same facilities as other research and development activities and where such activities are not included in the instruction function. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. |
| Research Administrator | The Research Administrator acts as a local agent of the AOR and/or PD/PIs providing day-to-day grant-related support. See also Roles and Responsibilities—Recipient Staff. |
| Research misconduct | Fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results.<br><br>1. Fabrication is making up data or results and recording or reporting them.<br><br>2. Falsification is manipulating research materials, equipment, or processes, or changing or omitting data or results such that research is not accurately represented in the research record.<br><br>3. Plagiarism is the appropriation of another person's ideas, processes, results, or words without giving appropriate credit.<br><br>4. Research misconduct does not include honest error or honest differences of opinion. |
| Research patient care costs | Costs of routine and ancillary services provided by hospitals to participants in research protocols. |
| Responsible party | Responsible party is the term used in Title VIII of the Food and Drug Administration Amendments Act (FDAAA) of 2007 (P.L. 110-85) to refer to the entity or individual who is responsible under FDAAA for registering a clinical trial and submitting clinical trial information to ClinicalTrials.gov. |
| Resubmission application | An application that has been previously submitted, but was not funded, and is being resubmitted for new consideration. Applicants must make significant changes to the application and can only resubmit once the summary statement is available from review of the first submission. Applicants must apply and undergo peer review. Additional policies on resubmissions can be found in the applicable Application Instruction Guide. The previous NIH term was "revision." A resubmission has a suffix in its application identification number, e.g., A1. |

NIH_GRANTS_003880

| Term | Definition |
|---|---|
| Revision application | As defined in the Federalwide SF424 (R&R): An application that proposes a change in 1) the Federal Government's financial obligations or contingent liability from an existing obligation, or 2) any other change in the terms and conditions of the existing award. Note in general for NIH applicants, #2 would not require the submission of another application. NIH recipients use revision applications to request an increase in support in a current budget period for expansion of the project's approved scope or research protocol. Applicants must apply and undergo peer review. The previous NIH term was "competing supplemental." NOTE: The former NIH term "revision," is now "resubmission". A revision has a suffix in its application identification number; e.g., S1. |
| Scientific Data | The recorded factual material commonly accepted in the scientific community as of sufficient quality to validate and replicate research findings, regardless of whether the data are used to support scholarly publications. Scientific data do not include laboratory notebooks, preliminary analyses, completed case report forms, drafts of scientific papers, plans for future research, peer reviews, communications with colleagues, or physical objects, such as laboratory specimens. |
| Scientific Review Group (SRG) | A peer review committee group of primarily non-government experts (peer reviewers), qualified by training or experience in particular scientific or technical fields, or as authorities knowledgeable in the various disciplines and fields related to the applications under review, to evaluate and give expert advice on the scientific and technical merit of the applications. No more than one-fourth of the members of any SRG may be Federal employees, as noted in 42 CFR Part 52(h). |
| Scientific Review Officer (SRO) | The NIH official who serves as the designated Federal officer having legal responsibility for managing the peer review meeting, the procedures for evaluating the applications assigned to the SRG and the determinations and management of conflicts of interest, as noted in 42 CFR Part 52(h). |
| Scope of work | The aims, objectives, and purposes of a grant; as well as the methodology, approach, analyses or other activities; and the tools, technologies, and timeframes needed to meet the grant's objectives. This includes the research or training plan included with the original grant application, along with any approved modifications. |
| Senior/Key Personnel | The PD/PI and other individuals who contribute to the scientific development or execution of a project in a substantive, measurable way, whether or not they receive salaries or compensation under the grant. Typically, these individuals have doctoral or other professional degrees, although individuals at the masters or baccalaureate level may be considered senior/key personnel if their involvement meets this definition. Consultants and those with a postdoctoral role also may be considered senior/key personnel if they meet this definition. Senior/key personnel must devote measurable effort to the project whether or not salaries or compensation are requested. "Zero percent" effort or "as needed" are not acceptable levels of involvement for those designated as Senior/Key Personnel. |

| Term | Definition |
|------|------------|
| Significant rebudgeting | A threshold that is reached when expenditures in a single direct cost budget category deviate (increase or decrease) from the categorical commitment level established for the budget period by more than 25 percent of the total costs awarded. Significant rebudgeting is one indicator of change in scope. |
| Simplified acquisition threshold | The dollar amount below which a non-Federal entity may purchase property or services using small purchase methods. Non-Federal entities adopt small purchase procedures in order to expedite the purchase of items costing less than the simplified acquisition threshold. The simplified acquisition threshold is set by the Federal Acquisition Regulation at 48 CFR Subpart 2.1. (See also Micro-purchase.) |
| Small business concern | A business that is independently owned and operated and not dominant in its field of operation; has its principal place of business in the United States and is organized for profit; is at least 51 percent owned, or in the case of a publicly owned business, at least 51 percent of its voting stock is owned by U.S. citizens or lawfully admitted permanent resident aliens; has, including its affiliates, not more than 500 employees; and meets other regulatory requirements established by the SBA at 13 CFR Part 121. |
| Special purpose equipment | Equipment which is used only for research, medical, scientific, or other technical activities. Examples of special purpose equipment include microscopes, x-ray machines, surgical instruments, and spectrometers. See also Equipment and General purpose equipment. |
| State | Any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any agency or instrumentality thereof exclusive of local governments. |
| State government | The government of any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any U.S. territory or possession, or any agency or instrumentality of a State exclusive of local governments. For purposes of NIH grants, federally recognized Indian tribal governments generally are considered State governments. State institutions of higher education and State hospitals are not considered State governments for HHS's general administrative requirements for grants and the NIHGPS. |
| Stipend | A payment made to an individual under a fellowship or training grant in accordance with pre-established levels to provide for the individual's living expenses during the period of training. A stipend is not considered compensation for the services expected of an employee. |
| Subaward | An award provided by a pass-through entity to a subrecipient for the subrecipient to carry out part of a Federal award received by the pass-through entity. It does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program. A subaward may be provided through any form of legal agreement, including an agreement that the pass-through entity considers a contract. The term includes consortium agreements. |

| Term | Definition |
|---|---|
| Subrecipient | A non-Federal entity that receives a subaward from a pass-through entity to carry out part of a Federal program; but does not include an individual that is a beneficiary of such program. A subrecipient may also be a recipient of other Federal awards directly from a Federal awarding agency. The term includes consortium participants. |
| Subsidiary | An entity in which more than 50 percent of the entity is owned or controlled directly by a parent corporation or through another subsidiary of a parent corporation. |
| Successor-in-interest | Process whereby the rights to and obligations under an NIH grant(s) are acquired incidental to the transfer of all of the assets of the recipient or the transfer of that part of the assets involved in the performance of the grant(s). A SII may result from legislative or other legal action, such as a merger or other corporate change. |
| Supplies | All tangible personal property other than those described in Equipment. A computing device is a supply if the acquisition cost is less than the lesser of the capitalization level established by the non-Federal entity for financial statement purposes or $5,000, regardless of the length of its useful life. See Computing devices and Equipment. |
| Suspension of award activities | An action by the NIH awarding IC requiring the recipient to cease all activities on the award pending corrective action by the recipient. It is a separate action from suspension under HHS regulations (2 CFR Part 376) implementing Executive Orders 12549 and 12689, (See Public Policy Requirements and Objectives—Debarment and Suspension and Administrative Requirements—Enforcement Actions). |
| Termination | The ending of a Federal award, in whole or in part at any time prior to the planned end of period of performance. |
| Terms and conditions of award | All legal requirements imposed on a grant by NIH, whether based on statute, regulation, policy, or other document referenced in the grant award, or specified by the grant award document itself. The NoA may include both standard and specific award conditions that are considered necessary to attain the grant's objectives, facilitate post-award administration of the grant, conserve grant funds, or otherwise protect the Federal government's interests. |
| Third-party in-kind contributions | The value of non-cash contributions (i.e., property or services) that: (1) Benefit a federally assisted project or program; and (2) Are contributed by non-Federal third parties, without charge, to a non- Federal entity under a Federal award. |
| Total costs | The total allowable costs (both direct costs and F&A costs) incurred by the recipient to carry out a grant-supported project or activity. Total project costs include costs charged to the NIH grant and costs borne by the recipient to satisfy a matching or cost-sharing requirement. |
| Uniform Administrative Requirements ("Uniform Guidance") | The administrative requirements, cost principles and audit requirements for Federal awards to non-Federal entities as set forth in Part 200 of CFR Title 2 (Grants and Agreements), also referred to as "Uniform Guidance". |

| Term | Definition |
|------|-----------|
| Unique Entity Identifier (UEI) | The identifier assigned by the System for Award Management (SAM) to uniquely identify business entities. |
| United States | The 50 States, territories, and possessions of the United States, the Commonwealth of Puerto Rico, the Trust Territory of the Pacific Islands, and the District of Columbia. |
| Unliquidated obligations | For financial reports prepared on a cash basis, obligations incurred by the non-Federal entity that have not been paid (liquidated). For reports prepared on an accrual expenditure basis, these are obligations incurred by the non-Federal entity for which an expenditure has not been recorded. |
| Unobligated balance | The amount of funds authorized under a Federal award that the non-Federal entity has not obligated. The amount is computed by subtracting the cumulative amount of the non-Federal entity's unliquidated obligations and expenditures of funds under the Federal award from the cumulative amount of the funds that the Federal awarding agency or pass-through entity authorized the non-Federal entity to obligate. |
| Withholding of support | A decision by NIH not to make a non-competing continuation award within the current competitive segment. |

# 2 THE NATIONAL INSTITUTES OF HEALTH AS A GRANT-MAKING ORGANIZATION

NIH is the steward of medical and behavioral research for the Nation. Its mission is to seek fundamental knowledge about the nature and behavior of living systems and the application of that knowledge to enhance health, lengthen life, and reduce illness and disability. NIH operates under the general policy guidance of the Department in carrying out its mission, which is accomplished through the conduct and support of biomedical and behavioral research, research training, research infrastructure, and communications. These efforts take place intramurally (primarily at NIH) and extramurally (through grants, cooperative agreements, and contracts awarded to institutions of higher education, governmental organizations, non-profit research organizations, for-profit organizations, and individuals). NIH also works closely with other HHS components and other Federal departments and agencies. HHS components include SAMHSA, FDA, CDC, IHS, AHRQ, HRSA, ACF, ACL, OASH, and CMS, among others.

The rules that govern grants and cooperative agreements detailed at 2 CFR Part 200, and in certain cases further codified through HHS regulation, provide the framework for the terms and conditions of NIH awards, as specified in "Part II: Terms and Conditions of NIH Grant Awards" on page IIA-1.

NIH is organized into ICs, which have their own mission and functions, separate appropriations, and statutory authorities. The ICs that award grants and their points of contact are listed in Part III. Although the ICs operate under the same general grant process and requirements, applicants and recipients need to be aware of differences that may exist. This information may be obtained from NIH IC staff. The policies generally applicable to NIH grants are set forth in the NIHGPS.

## 2.1 ROLES AND RESPONSIBILITIES

NIH, as a Federal grantor agency, is responsible to Congress and the U.S. taxpayer for carrying out its mission in a manner that not only facilitates research but does so cost-effectively and in compliance with applicable rules and regulations. NIH seeks to ensure integrity and accountability in its grant award and administration processes by relying on a system of checks and balances and separation of responsibilities within its own staff and by establishing a similar set of expectations for recipient organizations.

The following subsections highlight the major functions and areas of responsibility of Federal and recipient staffs. NIH recognizes that additional staff members in a number of different organizations may be involved in grant-related activities; however, this section details only the major participants representing the Federal government and the recipient. The responsibilities of CSR and IC staff members, who are involved only in the initial review phase of the peer review process, are described in The Peer Review Process—Initial Review—Responsibilities. The responsibilities of other offices, such as OHRP, are described in Part II as applicable.

### 2.1.1 NIH and HHS Staff

The roles and responsibilities of NIH and HHS participants are as follows:

- **_Grants Management Officer._** The GMO whose name appears in the NoA is the NIH official responsible for the business management and other non-programmatic aspects of the award. These activities include, but are not limited to, evaluating grant applications for administrative content and compliance with statutes, regulations, and guidelines; negotiating grants; providing consultation and technical assistance to applicants and recipients, including interpretation of grants administration policies and provisions; and administering and closing out grants. The GMO works closely with their counterparts in other NIH ICs and with the designated PO. The GMO is the focal point for receiving and acting on requests for NIH prior approval or for changes in the terms and conditions of award, and is the only NIH official authorized to obligate NIH to the expenditure of Federal funds or to change the funding, duration, or other terms and conditions of award. A Chief Grants Management Officer is the principal GMO who provides leadership to an organizational component that is responsible for the business and fiscal management of the ICs grant portfolio. Generally, the CGMO will have the authority to appoint and exercise line authority over one or more GMOs. At NIH each awarding component has a CGMO.

- **_Grants Management Specialist._** The GMS whose name appears in the NoA is an agent of the GMO and is assigned responsibility for the day-to-day management of a portfolio of grants.

- **_Program Official._** The PO is responsible for the programmatic, scientific, and/or technical aspects of assigned applications and grants. The PO's responsibilities include, but are not limited to, development of research and research training programs to meet the IC's mission; coordination with CSR/IC SROs; and post-award administration, including review of progress reports, participation in site visits, and other activities complementary to those of the GMO. The PO and the GMO work as a team on many of these activities.

- **_Scientific Review Officer._** SROs are health science administrators who manage the activities of SRGs, including CSR study sections. The SRO is responsible for conduct of the SRG in accordance with applicable laws, regulations, and policies. For the SRG for which they are responsible, the SRO reviews applications for completeness and conformity to requirements, ensures that adequate numbers of reviewers with appropriate expertise are available for application review, assigns applications to individual reviewers as discussion leaders and for preparation of written critiques, manages conflicts of interest and confidentiality, and serves as the overall point of contact with applicants during the initial phase of the peer review process, i.e., until the conclusion of the SRG meeting.

- **_Other NIH, HHS and Federal Agency Staff._** In addition to the GMO and PO, the recipient may be required to interact with other NIH or HHS staff members or offices with respect to its organization-wide systems and/or individual transactions. These include the office responsible for negotiating F&A costs and research patient care rates, typically the cognizant CAS office, ONR, or DFAS; OIG; OHRP; ORI; OLAW; and OPERA. Staff members in these offices generally coordinate with the GMO, but they are responsible for discrete areas of specialization and are not required to channel their communications with the recipient through the GMO. Part III includes a list of these organizations and their addresses and telephone numbers. ONR is the cognizant agency for negotiation of F&A costs for some NIH recipients.

## 2.1.2 Recipient Staff

Overall responsibility for successfully implementing an NIH grant is a shared responsibility of the PD/PI (s), the AOR, and the Research Administrator. As key members of the grant team, they respectively lead the scientific and administrative aspects of the grant. While communications can be conducted with Research Administrators and other institutional staff, NIH staff members conduct official business only

with the designated PD/PI(s) and AORs. The roles and responsibilities of recipient participants are as follows:

- **_Authorized Organization Representative_**. The AOR is the designated representative of the recipient organization in matters related to the award and administration of its NIH grants, including those that require NIH approval. The AOR should ascertain and assure that the materials the applicant organization are submitting on behalf of the PD/PI are the original work of the PD/PI and have not been used by other individuals in the preparation and submission of a similar grant application. In signing a grant application, this individual certifies that the applicant organization will comply with all applicable assurances and certifications referenced in the application. This individual's signature on the grant application further certifies that the applicant organization will be accountable both for the appropriate use of funds awarded and for the performance of the grant-supported project or activities resulting from the application. (Also see Legal Implications of Applications.) This individual also is responsible to NIH for ensuring that the organization complies with applicable Federal laws and regulations, including required certifications and assurances, its application, and the terms and conditions of individual awards. For applications submitted electronically through Grants.gov, the signature of the AOR is documented as part of the electronic submission process and is authenticated through the Grants.gov registration process. In the eRA Commons, this individual holds the Signing Official role. Although NIH requires that the recipient organization designate such an official, NIH does not specify the organizational location or full set of responsibilities for this official.

- **_Program Director/Principal Investigator._** A PD/PI is an individual designated by the applicant organization to have the appropriate level of authority and responsibility to direct the project or program supported by the award. The applicant organization may designate multiple individuals as PD/PIs who share the authority and responsibility for leading and directing the project, intellectually and logistically. Each PD/PI is responsible and accountable to the recipient organization or, as appropriate, to a collaborating organization, for the proper conduct of the project or program, including the submission of all required reports. The presence of more than one identified PD/PI on an application diminishes neither the responsibility nor the accountability of any individual PD/PI.

  When a single PD/PI is designated, that individual is not required to be an employee of the applicant organization. However, because the grant, if awarded, is made to the organization, the applicant organization must have a formal written agreement with the PD/PI that specifies an official relationship between the parties even if the relationship does not involve a salary or other form of remuneration. If the PD/PI is not an employee of the applicant organization, NIH will assess whether the arrangement will result in the organization being able to fulfill its responsibilities under the grant, if awarded.

  When multiple PD/PIs are designated, NIH requires identification of one PD/PI who will be designated as the Contact PD/PI. This person is responsible for communication between the PD/PIs and NIH. Serving as Contact PD/PI confers no special authorities or responsibilities within the project team. The Contact PD/PI must meet all eligibility requirements for PD/PI status. They are not required to be an employee of the applicant organization. However, as with the single PD/PI model, if the Contact PD/PI is not an employee, the applicant organization must have a formal written agreement with the Contact PD/PI that specifies an official relationship between the parties. This same principle applies to all PD/PIs at the applicant organization; e.g., they need not be employees; however, the applicant organization must have a formal written agreement in place.

When multiple PD/PIs are involved at different organizations, only the Contact PD/PI is required to have the official relationship with the applicant organization. PD/PIs in the leadership team at other organizations must have a documented relationship with a consortium organization, but need not be employees. Any consortium agreement must address the unique aspects to these individuals holding the PD/PI role. For additional information, see NIHGPS Section 9 Multiple Program Director/Principal Investigator Applications and Awards.

PD/PIs are members of the recipient team responsible for ensuring compliance with the financial and administrative aspects of the award. They work closely with designated officials within the recipient organization to create and maintain necessary documentation, including both technical and administrative reports; prepare justifications; appropriately acknowledge Federal support of research findings in publications, announcements, news programs, and other media; and ensure compliance with other Federal and organizational requirements. NIH encourages PD/PIs to maintain contact with the NIH PO with respect to the scientific aspects of the project and the GMO/GMS concerning the business and administrative aspects of the award. The NIH staff contacts list includes contact information for NIH grants management and program staff at each IC.

- ***Research Administrator***. The Research Administrator acts as a local agent of the AOR and/or PD/PIs providing day-to-day grant-related support. Depending on the structure of the organization, this individual can be located centrally or within an organizational component such as a Department.

## 2.2 ERA COMMONS

eRA Commons is an online interface where grant applicants, recipients and Federal staff at NIH and grantor agencies can conduct their research administration business electronically as well as access and share administrative information relating to research grants. While applicants use Grants.gov to find and apply for grants; the eRA Commons retrieves the application or proposal information from Grants.gov, compiles it into a consistent application format and then makes it available to applicants and NIH staff for electronic research administration purposes.

Access to the eRA Commons is vital for all steps in the NIH grant administration process. Following application submission, the eRA Commons becomes the primary site for accessing grant information such as Institute/Center assignments, review outcomes, Summary Statements, and Notices of Award. The eRA Commons also provides electronic business processes such as Internet Assisted Review, submission of Just-In-Time material, submission of electronic SNAP progress reports (eSNAP), submission of notification of extensions without funds, and submission of Closeout documents. Appropriate user roles are assigned to registered individuals depending on the responsibilities assigned to them by the recipient organization.

### 2.2.1 eRA Commons Registration

An organization and PD/PI(s) must complete a **one-time** registration in the Commons. Institutional/organizational officials are responsible for registering PD/PI(s) in the eRA Commons. PD/PI(s) should work with their AOR (also known as the Signing Official in the eRA Commons) to determine their institutional/organizational process for registration.

IMPORTANT: Organizations registering in the eRA Commons for the first time should allow 2-4 weeks to complete the registration process.

## 2.2.1.1 eRA Commons Registration for the Organization

Prospective applicant organizations should also see Legal Implications of Applications before beginning the eRA Commons registration process.

Organizations may verify their current registration status by running the "Commons Registered Organizations" query. This query can be run without logging into the Commons. The resulting list includes organization name and location and the NIH-assigned IPF Code that has been stored in the institutional profile for that organization.

To register an Organization in the eRA Commons an AOR should follow the procedures found on the Register in eRA Commons page.

Once an organization is registered, information in the Institutional Profile can be maintained through the Commons.

During this registration process, NIH may make a preliminary assessment of applicant organization eligibility. Applicants should be prepared to establish their eligibility to receive and administer all awards (that are applied for), and NIH may deny registration if an organization is determined ineligible. Note, acceptance of an organization's registration in the Commons does not mean an organization is an acceptable recipient for a particular program. That assessment will be made by the NIH awarding component prior as part of the pre-award process. See Determining Applicant Organization Eligibility for additional information.

Foundations that represent already existing recipient organizations, or a newly formed consortium where the consortium members are already individually recognized as NIH recipient organizations present unique and complex situations and should contact the Systems Policy Branch, OPERA before attempting to separately register as a new applicant organization.

## 2.2.1.2 eRA Commons Registration for the PD/PI

The individual(s) designated as the PD/PI(s) on the application must also be registered in the Commons. The PD/PI(s) must hold a PI eRA Commons role **and** be affiliated with the applicant organization. **The initial registration must be done by an AOR who has the SO role in the Commons or other authorized accounts administrators at the organization**. However, after the initial registration process is complete, it becomes the responsibility of each individual to maintain the information in their personal profile.

Designating the PI role in the eRA Commons provides the individual with the administrative authority needed to see pertinent information regarding an application (e.g., summary statements, scores, electronic submission status, etc.). The PI role within the eRA Commons is necessary to complete the grant application process, to view the impact score and summary statement (the SO role also has this capability), and if an award is made, to complete required post-award actions such as submission of a progress report. The PD/PI may delegate certain authorities to other individuals.

Users should only have one PD/PI eRA Commons account. If the PD/PI has already been registered in eRA Commons by an organization other than the organization submitting an application, a separate eRA Commons registration with the submitting organization is not necessary. However, the submitting organization must take steps to affiliate the individual with that organization so that the individual can view and access data records for those applications.

For more information on the features of the eRA Commons, including links to resources such as user guides and frequently asked questions, see the eRA Commons webpage.

### 2.2.1.3 eRA Commons Registration for Other Individuals Participating in NIH Application and Research Performance Progress Reports

Any individual with an Undergraduate, Graduate Student, and/or Postdoctoral Role who participates in a NIH-funded project for at least one person month or more should also be registered in the eRA Commons and should verify that all Personal Information located within the Personal Profile tab in the eRA Commons System is accurate. This is required regardless of whether salary is actually charged to the project. For graduate students supported on a particular research grant, this could include project roles of graduate research assistant or graduate student. For postdoctoral individuals supported on a particular research grant, this could include project roles such as Postdoctoral Associate and other similar Postdoctoral positions.

When an individual is assigned the Undergraduate, Graduate Student, or Postdoctoral Role in the Commons, responses to certain data items in the Personal Profile tab will be required to meet NIH reporting requirements to Congress included in the NIH Reform Act, P.L. 109-482. The Commons user name ID for those with an Undergraduate, Graduate Student, or Postdoctoral Role is not required at the time of application submission, but will be required as part of the Research Performance Progress Report (RPPR).

For individuals at the postdoctoral level, this requirement is already in effect and progress reports will not be accepted if the Commons ID is not provided. For individuals at the undergraduate and graduate student levels, a Commons ID is required with RPPRs. The Undergraduate and Graduate Student Roles have been added to the Commons to accommodate this requirement; recipients are encouraged to begin registering these individuals now.

Note, the Graduate Student and Postdoctoral eRA Commons Roles should NOT be used for individuals submitting Individual Fellowships; the PD/PI role is used for those submissions. Nor should they be used for individuals supported on institutional training grants and reported using xTrain; the Trainee Role must continue to be used for those individuals.

In addition to the above roles, a Commons ID is required at the time of submission for sponsors in fellowship applications, component leads on multi-project applications, candidates for support under Research Supplements to Promote Diversity in Health-Related Research (Diversity Supplements), and primary mentors on career development applications. A Commons ID is also required at the time of application submission for all individuals listed on the R & R Senior / Key Person Profile (Expanded) Form; the requirement applies to Senior/Key Personnel as defined in NIHGPS Section 1.2 as well as Other Significant Contributors (OSCs). For other roles a Commons ID is strongly encouraged, but currently optional, for all other project personnel. A general Commons Role of Project Personnel is available for those not assigned other Commons Roles.

## 2.3 APPLICATION INFORMATION AND PROCESSES

This section provides an overview of NIH's grant support mechanisms, types of entities eligible to receive grants, types of applications, types of funding opportunities, legal implications of applications, policies affecting application preparation and submission, application forms, application receipt information and deadlines, fraud, waste and abuse of NIH grant funds, and availability and confidentiality of application information.

## 2.3.1 Support Mechanisms

NIH ICs award grants under multiple programs and subprogram initiatives and use a variety of support mechanisms. NIH grants may be distinguished by purpose, type of recipient, amount, or other

characteristics. One method NIH uses to differentiate the various support mechanisms is an activity cod-ing that indicates the category and specific form of support (e.g., R01, F32, P01, R43). The applicability of requirements may vary for different activity codes. Some of the distinctions also are significant for purposes of applying Part II. NIH ICs may vary in the way they use specific activity codes; not all ICs accept applications for all types of grant programs and may apply specialized eligibility criteria. See a comprehensive list of activity codes on NIH's web site.

## 2.3.2 Eligibility

In general, NIH grants may be awarded to organizations that are domestic or foreign, public or private, or non-profit or for-profit. Eligible organizations include governments, including Federal institutions, institutions of higher education, other non-profit organizations, hospitals, and, in rare occasions, indi-viduals (see Completing the Pre-Award Process—Determining Applicant Organization Eligibility). Any special criteria for applicant eligibility or requirements concerning the qualifications of the PD/PI or other staff or participants will be specified in the NOIFO, program guidelines, or other publicly available documents. Part IIB includes information on fellow and trainee eligibility.

## 2.3.3 Types of Award Instruments

NIH uses several different extramural award instruments in support of its mission. The Federal Grant and Cooperative Agreement Act of 1977 (P.L. 95-224) distinguishes financial assiance between contracts, cooperative agreements and grants. The NIHGPS requirements requirements apply to grants and cooper-ative agreements. Both grants and cooperative agreements are financial assistance instruments.

The grant instrument is used to administer awards that do not require NIH involvement beyond standard agency monitoring and stewardship. Under a cooperative agreement, NIH expects to be substantially involved in carrying out the project. Grants are used both for investigator-initiated research and for more targeted research. Cooperative agreements generally do not result from investigator-initiated applic-ations. However, NIH may apply terms and conditions that differ from those in the NIHGPS consistent with the nature of its involvement under cooperative agreements.

## 2.3.4 Types of Applications

In the NIH grants process, five types of applications are used most frequently. The first four application types described below are considered "competing" because, through the peer review process, the applic-ation must compete for available funding with other applications.

- **_New Application (Type 1)._** A request for financial assistance for a project or activity that is not currently receiving NIH support and must compete for support. A new application is being sub-mitted for the first time.

- **_Renewal (Type 2)._** A request for additional funding for a period subsequent to that provided by a current award. A renewal application competes with all other applications and must be fully developed as though the applicant is applying for the first time.

- **_Revision (Type 3)._** A request for an increase in support in a current budget period for expansion of the project's approved scope or research protocol. The request may specify budgetary changes required for the remainder of the project period as well as for the current budget period. Applications for revisions are not appropriate when the sole purpose is to restore awards to the full SRG-recommended level if they were administratively reduced by the funding agency. A revision application should not be submitted until after the original application has been awarded and may not extend beyond the term of the current award period. A revision application must have the same title as the currently funded grant. (A Type 3 prefix also refers to a request/award for a non-competing administrative supplement [see Administrative Requirements—Changes in Project and Budget—Prior Approval Requirements—Need for Additional NIH Funding without Extension of Budget and Project Period].).

- **_Resubmission (suffix -A1)._** An unfunded application that the applicant has modified following initial review and resubmitted for new consideration. Before a resubmission application can be submitted, the PD/PI must have received the summary statement from the previous review. A resubmission application may be submitted for any of the three preceding types of applications provided an appropriate NOFO is available. See Application Information and Processes—Policies Affecting Applications for other policies affecting Resubmissions. NIH allows only one resubmission application.

- **_Non-Competing Continuation Progress Report (Type 5)._** A non-competing progress report is required to continue support of a PHS grant for the second or subsequent budget period within an approved competitive segment (see Administrative Requirements—Monitoring—Reporting—Non-Competing Continuation Progress Reports).

In addition to the list above, NIH periodically uses a pre-application (also known as a "white paper" or "précis") to facilitate certain approaches or economies, such as reducing burden on the applicant community, for a funding opportunity. Pre-applications are generally used in combination with a competing application in a 2-phase process. Pre-applications do not result in an award; the end result is the opportunity to submit to the subsequent phase of a particular program. Successful applicants to the pre-application phase are notified of the opportunity to submit to the subsequent phase. In addition to the pre-application, NIH may use an application process for prospective applicants to request access to an NIH research resource. This process also does not result in an award; the end result is permission to access a resource. NIH uses the numbers shown in parentheses as prefixes to distinguish the application types and any resulting awards (e.g., 5R0198765-02 is a non-competing continuation progress report).

## 2.3.5 Types of Notices of Funding Opportunities (NOFOs)

Most applications submitted to NIH under the categories of research and research training (including fellowships) are investigator-initiated. NIH accepts applications on the application due dates noted on the submission schedule. NIH generally reviews applications in three review cycles per year; however any variations in schedule will be noted in the NOFO. Some ICs review applications for Institutional National Research Service Awards (T32) only once a year; such information is generally found in a particular NOFO. The schedules for submission, review, and award of investigator-initiated applications are available on the NIH standard due dates web page.

**_Notice of Notice of Funding Opportunity (NOFO)._** In accordance with 2 CFR 200.204, NOFO is an umbrella term for a publicly available document in which NIH makes known its intentions to award "Discretionary Award" on page I-19, usually as a result of competition for funds.Each NOFO includes a solicitation identifie, will outline the program goals and objectives, and will include information to allow prospective applicants to determine whether the entity is eligible to apply. All applications must be electronically submitted in response to a NOFO.

NIH NOFOs primarily fall into the categories of Program Announcements, (PAs), which include Parent Announcements, and Requests for Applications (RFAs). While individual announcements will continue to carry an announcement number reference to PA or RFA, all announcements are NOFOs. NOFO is the general term is used to reference any type of funding announcement. NIH uses the PA and RFA references in the actual announcement number to distinguish between the various types of announcements.

- **_Parent Announcement._** Electronic submission of applications requires that applications must be associated with a specific NOFO. Therefore, NIH omnibusbroad parent announcements are provided for applicants to submit investigator‑initiated (unsolicited) applications. Responding to such an omnibus or umbrella parent NOFO ensures that the correct application package is used and enables NIH to receive the application from Grants.gov. This process in no way diminishes the interest of NIH ICs in investigator‑initiated, unsolicited research grant applications. Parent announcements are NIH‑wide, but some ICs may limit their participation; therefore, prospective applicants should check the announcement to determine IC participation. For institute‑specific opportunities in a particular area of science, search the *NIH Guide for Grants and Contracts*.

- **_Program Announcement (PA)._** A PA is a formal statement about a new or ongoing extramural activity or program. It may serve as a reminder of continuing interest in a research area, describe modification in an activity or program, and/or invite applications for grant support. Most applications in response to PAs may be submitted to a standing submission date and are reviewed with all other applications received at that time using standard peer review processes. NIH may also make funds available through PARs (PAs with special receipt, referral, and/or review considerations) and PASs (PAs with set‑aside funds).

ICOs issuing PARs or PASs may now choose to describe within the NOFO criteria that would make an application non‑responsive to the PAR/PAS. Only applications to PARs and PASs that include non‑responsive criteria will be evaluated by the ICOs upon receipt for non‑responsiveness. These non‑responsive criteria will be listed in the Funding Opportunity Description section (Part 2, Section 1). Those applications that are deemed non‑responsive will be withdrawn from review.

    PAs may be used for any support mechanism other than construction awards. Unless otherwise specified in the PA, new applications (and associated renewal and revision applications) submitted in response to PAs are treated as investigator‑initiated. PAs also are used to annually solicit applications for the SBIR and STTR programs. Those applications must be received by the dates specified in the PA.

- **_Request for Applications (RFA)._** An RFA is a formal statement that solicits grant or cooperative agreement applications in a well‑defined scientific area to accomplish specific program objectives. An RFA indicates the estimated amount of funds set aside for the competition, the estimated number of awards to be made, whether cost sharing is required, and the application submission date(s). For cooperative agreements, the RFA will describe the responsibilities and obligations of NIH and recipients as well as joint responsibilities and obligations. Applications submitted in response to an RFA are usually reviewed by an SRG specially convened by the awarding component that issued the RFA.

All applications involving one or more clinical trials must be submitted through a NOFO specifically designed for clinical trials. NIH will not process applications that propose one or more clinical trials if the NOFO (Part 2, Section 2) indicates clinical trials are "Not Allowed." Applications that propose clinical trials, including applications with a mix of trial and non‑trial aims or a combination of clinical and non‑clinical studies, must be submitted to NOFOs designated as clinical trial "Optional" or "Required".

All NIH NOFOs are published in the *NIH Guide for Grants and Contracts* and on Grants.gov under Search Grants (https://www.grants.gov/web/grants/search-grants.html). NIH may develop areas of high

priority or special research interest and use a special announcement to stimulate submission of applications in those areas. These NOFOs are also published in the *NIH Guide for Grants and Contracts*.

### 2.3.5.1 Other Funding-Related Notices

**Notice of Intent to Publish (NOITP)**. The purpose of an NOITP is to alert the extramural research community of an upcoming funding opportunity.

**Request for Information (RFI)**. The purpose of an RFI is to alert the extramural research community to a request for comments on a specific issue. A RFI does not include reminders, extensions, or clarifications to RFIs.

## 2.3.6 Legal Implications of Applications

An applicant must be an eligible entity and must submit a complete application in accordance with established receipt (deadline) dates in order to be considered for support. The signature of an AOR on the application certifies that the organization will comply with all applicable assurances and certifications referenced in the application. The applicant organization is responsible for verifying conformity with the most current guidelines for all administrative, fiscal, and scientific information in the application, including the F&A cost (indirect cost) rate. The AOR's signature further certifies that the applicant organization has the ability to provide appropriate administrative and scientific oversight of the project and agrees to be fully accountable for the appropriate use of any funds awarded and for the performance of the grant-supported project or activities resulting from the application. NIH will not accept forms or other documentation bearing generic departmental signatures or their electronic equivalent (e.g., Department of Sponsored Research). All forms and documentation submitted to NIH must reflect the name of the individual, electronic or otherwise, with the appropriate institutional authority to submit such information.

Applicants for and recipients of NIH grant funds, whether such funds are received through a grant, indirectly under a contract or consortium agreement, or by a fiscal agent acting on another organization's behalf, or as student assistance under a training grant, are responsible for and must adhere to all applicable Federal statutes, regulations, and policies, including income tax regulations. Questions concerning the applicability of income tax regulations to grant funds should be directed to the IRS. The applicant also is expected to be in compliance with applicable State and local laws and ordinances.

Applicants may be required to provide proof of organizational eligibility (such as proof of non-profit status), trainee or fellow eligibility and citizenship, or other eligibility information. Applications also must demonstrate compliance (or intent to comply), through certification or other means, with a number of public policy requirements. The more significant of the public policy requirements for the purpose of peer review are those concerning research involving human subjects; inclusion of genders, members of minority groups, and individuals across the lifespan in clinical research; and research involving live vertebrate animals. Part II details public policy requirements and cost and administrative policies.

Affiliate organizations and other similar administrative organizations

There are times when an institution desires to use an affiliate organization, such as a Foundation or other similar organization to provide administrative services for NIH grants. These situations are often complex and each situation is unique when determining which organization is the appropriate applicant institution. Foundations, particularly those associated with institutions already recognized as NIH recipient organizations, should contact the Division of Grants Systems Integration, OPERA before attempting to separately register as an applicant organization.

Similarly, when new consortiums are formed where the consortium members are already separately recognized as NIH recipient organizations, DGSI/OPERA should be contacted before attempting to

separately register as a new applicant organization. See NIHGPS Section 7.8 Services Provided by Affiliated Organizations.

## 2.3.7 Policies Affecting Applications

Application information to be submitted typically includes a project description, budget and budget justification, biographical sketches of senior/key personnel, and other information specified in the application instructions, in the announcement, and/or in program guidelines, if any. Applicants should consult the cost principles and general administrative requirements for grants pertaining to their organizational type in order to prepare the budget and complete other parts of the application. This section describes NIH policies that affect application preparation and/or submission. Specific details on application content are addressed in application instructions and specific NOFOs. Any significant change to the application post-submission must be reported immediately to the appropriate NIH official.

### 2.3.7.1 Direct Cost Limitations for Applications That Include Consortium/Contractual F&A Costs

For NOFOs that include a direct cost limit, NIH policy excludes consortium/contractual F&A when determining if an applicant is in compliance with the direct cost limitation. This policy extends to all solicited and investigator-initiated applications and to all active announcements (Request for Applications and Program Announcements), involving consortium/contractual F&A costs, regardless of budget amount or budget format (e.g., modular and non-modular). While consortium F&A costs may be requested and awarded, applicants should not consider these costs when determining if a budget exceeds a direct cost limit.

This policy impacts eligibility to submit a modular budget. The modular budget format is used for applications requesting $250,000 or less in direct costs per year. Consortium/contractual F&A costs are not factored into this direct cost limit; however, they may be requested in addition to the $250,000.

This policy also impacts applications requesting a budget of $500,000 direct costs or more for any year. These applications require prior approval from Institute/Center staff; however, the limit is exclusive of any consortium F&A costs. It does not affect any specific NOFO that includes a total cost limit.

This policy does not affect the SBIR and STTR programs since the statutory budget guidelines are based on total costs, not direct costs.

### 2.3.7.2 Requirements for Submitting Unsolicited Applications Requesting $500,000 or More in Direct Costs

Any applicant requesting $500,000 or more in direct costs (excluding consortium F&A costs) in any one budget period is required to contact the IC PO, in writing or by telephone, as early as possible during development of the application but no later than 6 weeks or as specified in the NOFO before submission for prior approval. If staff is contacted less than six weeks before submission, there may be insufficient time to make a determination about assignment prior to the intended submission date. If the requested dollars are significantly greater than $500,000, then approval should be sought even earlier. This requirement applies to a single grant application, whether a new, renewal, revision, or resubmission application, under any NIH support mechanism; it also applies to a group of applications, such as those for clinical trial networks, meeting the $500,000 threshold in the aggregate even if no single application in the group requests that much.

This policy does not apply to applications submitted in response to RFAs or to other announcements that include specific budgetary limits. However, any such application must be responsive to budgetary limits

specified or NIH will administratively withdraw the application and it will not be reviewed or considered for funding.

The PD/PI must include a cover letter with the application identifying the PO contacted and the IC that has agreed to accept assignment of the application. CSR will accept such applications for review only if an IC has agreed to accept the application for consideration and the applicant submits with its application a cover letter to that effect with the name of the authorizing program staff member and IC affiliation (see The Peer Review Process). An application subject to this policy that does not include the required information in the cover letter will be administratively withdrawn and will not be reviewed or considered for funding.

### 2.3.7.3 Resubmission of Unfunded RFA Applications

This policy applies to all activity codes that might be solicited via an RFA and to instances where there is a change in activity code. Unless a particular NOFO states that resubmissions from an RFA may be submitted, unfunded applications should be submitted as **new** applications if the grant applications fall into the following categories:

1. Applications that were originally submitted in response to an RFA and now submitted as an investigator-initiated application.

2. Applications that were originally submitted as investigator-initiated applications and subsequently submitted in response to an RFA.

3. Applications that were originally submitted using one grant activity code and subsequently submitted using a different grant activity code (for example, an application that was originally an R01 and is now submitted as an R21).

The new application must be submitted on the scheduled due dates for new applications and follow all instructions that apply to new applications. Do not include an Introduction describing the changes and improvements made; do not mark text to indicate the changes and do not mention prior review anywhere in the application (including the cover letter). In these cases the reviewers will not be provided with the previous summary statement.

### 2.3.7.4 Resubmission of an Unfunded Application

An unfunded competing application (A0) may be resubmitted for future funding opportunities. These applications are referred to as a resubmission application (A1). NIH will only accept a single resubmission (A1) application. NIH will accept a new (A0) application following an unsuccessful resubmission (A1) application or a prior A0 application. The subsequent new application need not demonstrate substantial changes in scientific direction compared to previously reviewed submissions, and must not contain an introduction to respond to the critiques from the previous review. NIH's policy for accepting overlapping applications remains in effect: NIH will not accept duplicate or highly overlapping applications under review at the same time. This means that NIH will not review:

1. a new (A0) application that is submitted before issuance of the summary statement from the review of an overlapping new (A0) or resubmission (A1) application.

2. a resubmission (A1) application that is submitted before issuance of the summary statement from the review of the previous new (A0) application.

3. an application that has substantial overlap with another application pending appeal of initial peer review (see Section 2.3.9.4 below).

NIH policy allows a 37 month window for one resubmission (A1) following the submission of a new, renewal, or revision application (A0 application). The initial submission of a new, renewal or revision

application constitutes the starting point for the 37 month policy. After 37 months, NIH views a submission as a new application, regardless of whether an unsuccessful resubmission (A1) was submitted during the 37 month period.

Submission to a different NOFO under review at the same time is not sufficient to make an application new. (There are exceptions for applications following an RFA or changing activity code. See Resubmission of Unfunded RFA Applications above). The new application must be submitted on the scheduled due dates for new applications. It must not include an Introduction describing the changes and improvements made; and the text must not be marked to indicate the changes.

## 2.3.7.5 New Investigators and Early Stage Investigators

The NIH is committed to identifying and attracting new biomedical researchers and will continue to explore novel ways to encourage early transition to independence. NIH has implemented a number of policies specific to New Investigators, and in particular the category of New Investigator called Early Stage Investigator.

***New Investigator.*** In general, a PD/PI is considered a New Investigator if they have not previously competed successfully as PD/PI for a substantial NIH independent research award. For example, a PD/PI who has previously received a competing NIH R01 research grant is no longer considered a New Investigator. See definitions section for additional information and references.

***Early Stage Investigator (ESI).*** An ESI is a New Investigator who has completed their terminal research degree or end of post-graduate clinical training (i.e., completing medical residency, whichever is later, within the past 10 years at the time of application submission and who has not previously competed successfully as a PD/PI for a substantial NIH independent research award. Extensions of the end of ESI eligibility date may be requested following the procedures documented on the Early Stage Investigator Extensions page on the NIH Grants & Funding website. Please note an investigator will retain their ESI status if they receive smaller research grants, training, infrastructure, and career awards appearing on this list.

The NIH intends to support New Investigators at success rates comparable to those for established investigators submitting new applications. ESIs should comprise a majority of the New Investigators supported. Where possible, New Investigator applications will be clustered during review. The applications will be given special consideration during peer review and at the time of funding. Peer reviewers will be instructed to focus more on the proposed approach than on the track record, and to expect less preliminary data than would be provided by an established investigator.

NIH New Investigator policies are limited to applications for traditional research project grant (R01) support. Accordingly, NIH strongly encourages New Investigators, particularly ESIs, to apply for R01 grants when seeking first-time NIH funding. To determine New Investigator and ESI status, NIH relies on the data entered by the individual in their eRA Commons Profile, therefore it is important that PD/PIs verify the accuracy of their personal profiles. Particularly key for ESIs are the terminal research degree and end date of residency data fields. ESI status and end of eligibility date also appear in the eRA Commons profile for the individual.

## 2.3.7.6 Program Director/Principal Investigator, Individual Fellowship and Sponsor Assurance

The applicant organization is required to secure and retain a unique signature and dated assurance from the PD/PI for each submitted application, prior to submitting an application to the NIH. This assurance must be available to the NIH or other authorized DHHS or Federal officials upon request. Such an assurance must include at least the following certifications: 1) that the information submitted within the application is true, complete and accurate to the best of the PI's knowledge; 2) that any false, fictitious, or

fraudulent statements or claims may subject the PI to criminal, civil, or administrative penalties; and 3) that the PI agrees to accept responsibility for the scientific conduct of the project and to provide the required progress reports if a grant is awarded as a result of the application. If multiple PIs are proposed in an application, this assurance must be retained for all named PIs.

For individual Fellowship applications, this assurance requirement applies to the individual fellow and the sponsor. Such an assurance must include at least the follow certifications: (1) that the information submitted within the application is true, complete and accurate to the best of the Fellow's and Sponsor's knowledge; (2) that any false, fictitious, or fraudulent statements or claims may subject the Fellow and Sponsor to criminal, civil, or administrative penalties; (3) that the Sponsor will provide appropriate training, adequate facilities, and supervision if a grant is awarded as a result of the application; (4) that the Fellow has read the Ruth L. Kirschstein National Research Service Award Payback and will abide by the Assurance if an award is made; and (5) that the award will not support residency training. NIH will not accept forms or other documentation bearing generic departmental signatures or their electronic equivalent (e.g., Department of Sponsored Research). All forms and documentation submitted to the NIH must reflect the name of the individual, electronic or otherwise, with the appropriate institutional authority to submit such information.

## 2.3.7.7 Post-Submission Grant Application Materials

Post-submission of application materials is not required. Adding materials to reviewer workload may be counterproductive, so applicants should carefully consider the need to send post-submission materials. For materials that are submitted after the initial grant application submission but prior to initial peer review, NIH will only accept such materials resulting from unforeseen administrative issues. This policy does not modify the Just-in-Time requirements or any other requests for additional information after the initial peer review.

**Allowable Post-Submission Materials for All Applications**

For all research and research-related applications, individual fellowship, and individual career development awards, acceptable materials include:

- Citations of issued patents

- Revised budget page(s) (e.g., due to new funding or institutional acquisition of equipment)

- Biographical sketches (e.g., due to the hiring, replacement, or loss of an investigator)

- Letters of support or collaboration due to the hiring, replacement or loss of an investigator

- Adjustments resulting from natural disasters (e.g., loss of an animal colony)

- Adjustments resulting from change of institution [e.g., Program Director/Principal Investigator (PD/PI) moves to another university]

- News of professional promotion or positive tenure decision for any PD/PI or Senior/Key Personnel

- Approval by the NIH Stem Cell Registry of a human embryonic cell line(s) after submission of the application

- Videos, within defined limits, that demonstrate devices and experimental data with a temporal element, which refers to the need to show how something functions or occurs over time, or demonstrates movement or change. Special submission procedures are required for videos.

- Other post-submission materials specified in the NOFO for which the application was submitted or in a special Guide Notice.

- **News of an article accepted for publication since submission of the application, which must include only**:

    - List of authors and institutional affiliations

    - Title of the article

    - Journal or citation (if available)

Copies of articles, links to articles, or any other materials related to an article accepted for publication will not be accepted as post-submission materials, unless specified in the Notice of Funding Opportunity (NOFO) for which the application was submitted or a special Guide Notice.

**Additional Materials for Certain Applications**

Preliminary Data NIH will accept preliminary data as post-submission material for Type 1 R01, R21, or R03 applications, including resubmissions, if the NOFO used for submission allows preliminary data in the application.

**Institutional Training and Training-related Grants** (e.g., T32, T34, T35, T90, TU2, T15, D43, K12, KM1, UR2): in addition to the materials for All Applications above, news—since the training grant application was submitted—of:

- A trainee's or former trainee's graduation, employment, promotion, funding, or publications;

- A faculty member's promotion, funding, or publications; and

- The addition or removal of any faculty member who will be involved in the training program (mentors or senior/key persons).

- Lists of publications for Training Grant are allowed. Follow the page limits in the NIH Table of Page Limits.

**Individual Fellowship (F-Series) and Individual Career Development Award (K-series) Applications**: in addition to the materials for All Applications listed above:

- New information on the Sponsor/Mentor funding, limited to the project title, funding source (e.g., NIH grant number), a brief description of specific aims, and relevance to the fellowship or career development application under review.

- News of change in Mentor(s) or other Senior/Key Persons specified in the original application.

**Applications submitted to Requests for Applications (RFAs)**: the same post-submission materials as other applications (see "All Applications" above), for all due dates in the RFA.

**Conference Grant Applications (R13, U13)**: a one-page explanation of all speakers who accepted invitations to participate in the proposed conference after the application was submitted, plus a one-page explanation of all speakers who declined such invitations after the application was submitted. Alternatively, the PD/PI may consider submitting a one-page explanation for each plenary slot on the agenda.

Any other types of post-submission materials are not likely to be accepted.

**Requirements for Submitting Post-Submission Materials**

All post-submission materials must conform to NIH policies on font size, margins, and paper size as referenced in the applicable application instructions.

- Any specified formats (e.g., budgets, biographical sketches) and page limits referenced in the applicable application instructions apply.

- If post-submission material is not required on a specific format page and does not have a specified page limit, each explanation or letter is limited to one page.

- If the application has multiple components (subprojects or cores), each subproject or core is allowed explanations or letters, but each explanation or letter is limited to one page.

Post-submission materials must be received by the NIH Scientific Review Officer (SRO) no later than 30 calendar days prior to the peer review meeting. Post-submission materials will not be accepted if fewer than 30 calendar days remain before the peer review meeting, unless specifically stated otherwise in the NOFO for which the application was submitted or in a special Guide Notice.

Concurrence from the Authorized Organization Representative (AOR) of the applicant organization is required. Although the post-submission materials may originate from the PD/PI, Contact PD/PI, or organ- izational officials, the AOR must send the materials directly to the SRO or must send their concurrence to the PD/PI who will forward the materials and concurrence to the SRO. A communication from the PD/PI only or with a copy to the AOR will not be accepted.

Post-submission materials **can only** be submitted as a PDF attachment, except for video submissions. The SRO is responsible for uploading acceptable materials into the official electronic grant file maintained in the eRA Commons. The PD/PI can check their application via the Commons to see these materials in the section titled "Additions for Review". This procedure provides the information to reviewers in a secure manner.

**Non-traditional Application Materials**

NIH will accept only videos as non-traditional application materials. No devices or other media will be accepted unless specified in the Notice of Funding Opportunity (NOFO). However, videos may include demonstrations of devices and other items as listed below. These guidelines may be superseded by instructions in specific NOFOs.

The only acceptable content for videos is demonstrations of devices and experimental data with a temporal element, which refers to the need to show how something functions or occurs over time; or demonstrates movement or change.

- Examples of acceptable content include unusual interventions or surgical procedures, prototype model use, visualization of 3-D structures or structural changes in molecules or cells, software or database demonstrations, educational materials or video games.

- Examples of unacceptable content include virtual tours of laboratories, equipment in place, platform presentations, advertisements, commercials, or PowerPoint presentations [unless requested by the Scientific Review Officer (SRO) in lieu of a site visit].

**Application requirements.** Videos may only be submitted as post-submission materials and not embedded in or linked from the application materials unless expressly instructed to do so in the funding opportunity instructions.The application must be structured at the time of submission to indicate that a video will be submitted subsequently. The cover letter submitted with the application must include information about the intent to submit a video; if this is not done, a video will not be accepted. Key images/"stills" and a brief description of each video must be included within the page limits of the research strategy. Sufficient descriptive information must be provided within the research strategy to understand the information presented in the video, as not all reviewers may be able to access the video, depending on technological constraints.

When human subjects or personally identifiable information is represented in a video, the applicant organization is responsible for ensuring that human subjects have been consented and protected appropriately. Submission through the Authorized Organizational Representative (AOR) certifies acceptance of this responsibility.

Video formats. Multiple videos may be submitted per application but their aggregate length must not exceed 2 minutes for single-project applications and 5 minutes for multi-component applications.

Post-submission videos can be submitted as an mp4, mov, avi, or wmv video format with a maximum file size of 25 MB. This material can be submitted via e-mail and it will be uploaded to the grant folder by the SRO.

Closed captioning is not required when narration is present. However, captioning is recommended as an optional component of the video to assist reviewers evaluating the application.

*Limitations.* Video files containing unacceptable content or exceeding the time or size limits will not be accepted. Applications submitted with hyperlinks to videos or with videos embedded in the research strategy will be considered in violation of page limits and the application will be withdrawn before review.

Additional information on post-submission videos can be found on the NIH Format Attachments webpage.

*Note: Due to technological constraints, the NIH cannot guarantee that reviewers will be able to view videos.*

Video submission. If the submission requirements have been met (see above), videos will be accepted by the SRO managing the review. After the assignment of the application to a review group is visible in the eRA Commons, the applicant should contact the SRO for that review group to discuss logistics for submission of any videos.

As with all other post-submission materials, videos must be received by the SRO one month (30 calendar days) prior to the peer review meeting or as otherwise specified in the NOFO. Videos will not be accepted if fewer than 30 calendar days remain before the peer review meeting.

*Concurrence from the Authorized Organization Representative (AOR) of the applicant organization is required.* Although the video may originate from the Program Director/Principal Investigator (PD/PI), Contact PD/PI for multiple PD/PI applications, or organizational officials, the AOR must send the materials directly to the SRO, or must send their concurrence to the PD/PI who will forward the materials and concurrence to the SRO. A communication from the PD/PI only or with a "cc" to the AOR will not be accepted.

The opportunity to submit additional materials should not be a means of circumventing submission deadlines, page limitations, or content requirements and should not substantially enhance, alter or add to the originally submitted application.

After the initial peer review phase is completed, the Chief GMO of the IC is the NIH official responsible for accepting additional materials. Most of the material submitted after peer review can be submitted as part of the Just-in-Time process.

## 2.3.7.8 SAM Registration and Unique Entity Identifier (UEI) Requirements

All applicant organizations must register in the System for Award Management (SAM), in accordance with Appendix I to 2 CFR Part 200(D.)(3.), and always maintain the registration with current information at all times during which such organizations have an application under consideration for funding by NIH and, if an award is made, until a final financial report is submitted or the final payment is received,

whichever is later. SAM is the primary registrant database for the Federal government and is the repository into which an entity must provide information required for the conduct of business as a recipient. SAM is the central repository for common government-wide certifications and representations required of NIH applicants and recipients. Additional information about registration procedures may be found at the SAM.gov internet site.

A Unique Entity Identifier (UEI) is issued as part of the SAM.gov registration process. The UEI must be provided on application forms; the same UEI must be used for all registrations, as well as on the grant application.

## 2.3.7.9 Graduate Student Compensation

The maximum amount NIH will award for the support of a graduate student on a research grant or cooperative agreement is tied to the National Research Service Award (NRSA) zero-level stipend for postdoctoral fellows in effect at the time the grant award is issued on the Federal award date. Stipend levels are updated periodically in conjunction with an NIH annual appropriation and are published in the NIH Guide for Grants and Contracts. Consistent with cost principles for Institutions of Higher Education (IHEs) described in 2 CFR Part 200.431(j) and 200.466, the compensation of graduate students supported by research grants must be reasonable. The amount provided for compensation includes salary or wages, fringe benefits, and tuition remission.

These guidelines apply to graduate students at the recipient institution who are supported by NIH research grants and cooperative agreements and not to individuals supported by NRSA training grants and fellowships. NIH has separate appropriations to support research training under the NRSA authorization at Section 487 of the Public Health Service Act.

The stipends provided to recipients of NRSA support offset the cost-of-living during the period of training and are not considered equivalent to salaries or other forms of compensation provided to individuals supported on research grants. Nevertheless, the entry-level postdoctoral NRSA stipend provides a useful benchmark for an award amount that approximates a reasonable rate of compensation for graduate students. Expected future increases in NRSA stipends, to adjust for inflation, should permit annual increases in the maximum award for such individuals.

For all new and competing grant and cooperative agreement awards, the NIH will provide reasonable amounts for graduate compensation, consistent with the requested budget for the position(s) and up to the currently effective NRSA zero postdoctoral stipend level. NIH staff will review the compensation requested for graduate students on competing and cooperative agreement applications for which a detailed budget is submitted. NIH will neither request nor accept budgets for those applications using a modular budget format solely for the purpose of reviewing graduate student compensation. However, applicants should use this policy when estimating the number of modules.

When submitting detailed budgets that request support for a graduate student, recipients are reminded to request actual institutional-based compensation and to provide information justifying the requested compensation level. If this information is not provided, NIH staff will obtain this information from the institution's business office for any request that appears excessive.

NIH Institutes and Centers will review the requested compensation level and, if considered reasonable, will award the actual amount requested, up to a maximum equal to the NRSA zero level postdoctoral stipend. Revised budgets submitted solely to adjust requested levels for graduate students will not be accepted.

Institutions may continue to rebudget funds to charge more than the awarded amount provided that OMB cost principles requiring reasonable compensation are observed. In general, graduate student com-

pensation will not be considered reasonable if in excess of the amount paid to a first-year postdoctoral scientist at the same institution performing comparable work.

### 2.3.7.10 NIH Data Management and Sharing and Genomic Data Sharing

NIH issued the Data Management and Sharing (DMS) policy to promote the sharing of scientific data. Sharing scientific data accelerates biomedical research discovery, in part, by enabling validation of research results, providing accessibility to high-value datasets, and promoting data reuse for future research studies. Applicant projects that generate scientific data are subject to the DMS Ppolicy. Additionally, if applicable, genomic data sharing considerations must be submitted with the application. Please refer to Section 8.2.3.1 Policy for Data Management and Sharing (DMS Policy) for more information.

### 2.3.7.11 Human Fetal Tissue from elective abortions

For competing grant applications proposing the use of Human Fetal Tissue (HFT) from elective abortions NIH requires applicants to address HFT requirements by providing a justification of the use of HFT, details regarding procurement and costs, and information about how the applicant will use HFT. These additional requirements can be found in the application instructions and must be met within existing applicable page limits.

Applications that do not address all of the required information, including the detailed budget, will be administratively withdrawn and not reviewed.

### 2.3.7.12 Biographical Sketches (Biosketches)

NIH requires submission of a biographical sketch (also referred to as biosketch) for each proposed senior/key personnel and other significant contributor.

Applicants and recipients are required to submit biosketches in 1) competing applications for all types of grant programs; 2) in progress reports when new senior/key personnel or other significant contributors are identified; and 3) to support prior approval requests for changes in senior/key personnel status and changes of recipient organization.

NIH staff and peer reviewers utilize the biosketch to ensure that individuals included on the applications are equipped with the skills, knowledge, and resources necessary to carry out the proposed research. Applications containing one or more biosketches that do not conform to the required format may be withdrawn.

See the NIH Biosketch page for format pages, instructions and the NIH disclosure table.

## 2.3.8 Application Forms

Exhibit 3 lists the required application forms for competing applications, which vary by support mechanism. These forms and associated instructions are available on the NIH Forms and Format Pages..

**Exhibit 3. Required Forms for Competing Applications**

| Application Title | Form Number | Use |
|---|---|---|
| SF424 (R&R) Application Guide for NIH and Other PHS Agencies | SF424 (R&R) | The SF424 (R&R) form set, combined with PHS 398 components, is used for electronic submission. |
| SF424 (R&R) Individual Fellowship Application Guide for NIH and AHRQ | SF424 (R&R) and PHS 416-1 | The SF424 (R&R) form set, combined with a PHS Fellowship Supplemental form component, is used for electronic submission of individual fellowship applications. The PHS 416-1 may be used for e-mail form submissions of a change of sponsoring recipient organization application. |
| Application for a Public Health Service Grant | PHS 398 | Form PHS 398 is used for paper submission for those programs that have not yet transitioned to electronic submission. |

The NIH competing applications now require electronic application submission. Questions about application forms and instructions may be directed to DGSI/OPERA, OER, NIH; see Part III for contact information.

## 2.3.9 Application Receipt Information and Deadlines

The NIH generally requires electronic submission of all competing and administrative supplement applications. Applicants should carefully read instructions in the NOFO and the application guide to determine submission requirements. The NOFO will either provide unique application deadlines or refer to NIH's standard due dates.

NIH expects all applications to be submitted on time. Permission is not granted in advance for submission of a late application. Late applications are accepted only in extenuating circumstances and limited to two weeks past the due date. If an application is submitted late, a cover letter explaining the reasons for the delay must be included with the signed, completed application. Late applications are evaluated on an individual basis considering the reasons provided. Only DRR, CSR has the authority to accept a late application; however, contacting DRR in advance will not influence the acceptance of a late application. The NIH policy on late applications is stated in the applicable application instructions. Also see Late Applications below.

### 2.3.9.1 Electronic Submission Requirements

NIH requires electronic submission of:

• All competing (Type 1, Type 2) and administrative supplement (Type 3) applications;

• All Research Performance Progress Reports (RPPRs), including interim and final RPPRs (submitted electronically through the eRA Commons RPPR module);

• Change of recipient organization (Type 7) and successor-in-interest (Type 6) applications (may be submitted electronically via email).

All applications, regardless of the NOFO type, must be successfully submitted electronically to Grants.gov on or before 5:00 p.m. local time (of the applicant organization) on the appropriate date listed in the funding opportunity.

If an application due date falls on a weekend, it will be extended to the following Monday; any time the date falls on a Federal holiday, the due date will be extended to the following business day. The application will be on time if it is submitted on or before the following business day.

Questions about application forms and instructions may be directed to DGSI/OPERA, OER, NIH; see Part III for contact information.

## 2.3.9.2 Late Applications

There is a two week window of consideration after the application due date, during which time NIH might consider accepting a late application (see details below). When the application due date falls on a weekend or Federal holiday, and is extended to the next business day, the window of consideration for late submission of applications will be calculated from that business day. Acceptance of late applications will be made on a case-by-case basis, dependent upon the explanation provided in a cover letter submitted with the application.

Generally, when an applicant organization is closed due to natural disaster or other emergency situation, applications must include a cover letter indicating the reasons for the delay. In general, the delay should not exceed the time period that the applicant organization is closed, unless otherwise notified by the agency. Additional information can be found on the NIH Extramural Response to Natural Disasters and Other Emergencies webpage.

NIH will not consider accepting late applications under the following circumstances:

- Submissions to RFAs that must be reviewed on a compressed time line and that have declared, in the Application Due Date field, "No late applications will be accepted for this Funding Opportunity".
- Submissions to any NOFOs (RFAs, PAs, PARs, PASs) after the two-week window of consideration.

Please be aware that any reasons for late submission must be in relation to the individual(s) with the PD/PI role on the application. For multiple PD/PI (MPI) applications, the reasons may apply to any or all of the PD/PIs. This accommodation does not apply to co-Investigators, project leaders in a multi-component application, or other Key Persons listed in an application (unless they also have MPI status).

Examples of acceptable and unacceptable reasons for submission of a late application can be found in the NIH Submission Policies web page.

The windows of time for consideration of late applications have been carefully chosen so that the late applications can be processed with the cohort of on-time applications.

Late applications are evaluated on an individual basis considering the reasons provided. Contacting the Division of Receipt and Referral, Center for Scientific Review (CSR), NIH in advance will not influence the acceptance of a late application. Additional information on submission of electronic applications can be found in the applicable SF424 (R&R) Application Guide.

## 2.3.9.3 Continuous Submission for Appointed Members of NIH Federal Advisory Committees

Continuous Submission allows eligible members of NIH Federal Advisory Committees to submit applications for certain grant activity codes after the standard due date, until last day of the receipt period for each Advisory Council Round.

PD/PI individuals serving as appointed members of the following categories of NIH Federal Advisory Committees are eligible:

- Chartered NIHInitial/Integrated Review Groups (IRGs),
- NIH Boards of Scientific Counselors,
- NIH Advisory Boards or Councils,
- NIH Program Advisory Committees.

Eligibility begins on the date the appointment becomes active and continues for six weeks after the official date of retirement from appointed committee service. Thus, if retirement from appointed service occurs on June 30, continuous submission is permitted until August 16th of that year.

Continuous submission eligibility can be viewed in the reviewer's eRA Commons Personal Profile, in the Reviewer Information section.

eRA Commons users with account administration roles (e.g., SO – Signing Official, AO – Administrative Official, AA – Account Administrator, BO – Business Official) can check an investigator's eligibility using the Advanced Search feature in the Admin module.

Under Continuous Submission, applications received after the Advisory Council Round continuous submission period end dates will be assigned to the next Advisory Council Round, as described on the NIH Continuous Submission website. Please direct any continuous submission issues, including Grants.gov rejection messages, to the eRA Service Desk.

See NIH Continuous Submission website for details and procedures..

## 2.3.9.4 Similar, Essentially Identical, or Identical Applications

Simultaneous submissions of identical applications to one or more components of the PHS are not allowed, and the NIH will not accept similar grant applications with essentially the same research focus from the same applicant organization for the same receipt date. This includes derivative or multiple applications that propose to develop a single product, process, or service that, with non-substantive modifications, can be applied to a variety of purposes. Likewise, identical or essentially identical grant applications submitted by different applicant organizations will not be accepted for the same receipt date. Applicant organizations should ascertain and assure that the materials they are submitting on behalf of the principal investigator are the original work of the principal investigator and have not been used elsewhere in the preparation and submission of a similar grant application. Applications to the NIH are grouped by scientific discipline for review by individual Scientific Review Groups and not by disease or disease state. The reviewers can thus easily identify multiple grant applications for essentially the same project. In these cases, application processing may be delayed, or the application(s) may not be reviewed.

Essentially identical applications will not be reviewed except for: 1) individuals submitting an application for an Independent Scientist Award (K02) proposing essentially identical research in an application for an individual research project; or 2) individuals submitting an individual research project identical to a subproject that is part of a program project or center grant application.

## 2.3.9.5 Application Non-conformity

Applicants are reminded that non-conformity with application requirements can have serious consequences. NIH may withdraw any application identified during the receipt, referral and review process that does not conform with the instructions in the SF424 (R&R) Application Guide, the Notice of Funding Opportunity, and relevant NIH Guide Notices.

Some **examples** of how this policy is applied to NIH applications *include but are not limited to*:

- Applications containing biosketches that do not conform to the required format may be withdrawn.

- Applications that do not conform to the page limit requirements because inappropriate materials have been included in other parts of the application may be withdrawn.

- Applications submitted as new but containing elements of a resubmission or renewal application that do not conform with the resubmission policy and may be withdrawn.

- Applications submitted after 5 PM local (applicant organization) time on the application due date may be withdrawn.

It is important to remember that these are just examples, and that all requirements specified in the SF424 (R&R) Application Guide, the Notice of Funding Opportunity, and relevant NIH Guide Notices are to be followed. Questions about application requirements can be directed to NIH "Grants Info" or the Division of Receipt and Referral.

If an application is withdrawn because it does not conform to the application preparation and submission instructions, a letter will be placed in the eRA Commons Status page for that application.

### 2.3.9.6 Natural Disasters and Other Emergencies

For major disasters impacting many organizations, NIH will coordinate with other HHS components and Federal agencies (such as FEMA and OMB), as well as with state, local, and institutional representatives, to develop any additional response. NIH will consider such issues as whether a Federal Disaster is declared; the severity of damage inflicted; the length of time an organization may be required to close or that is required for recovery; the impact on investigators, human research subjects, and animal subjects; and the overall impact on the community.

Late applications due to natural disasters or other emergency situations are subject to the late application policy found in NIHGPS Section 2.3.9.2.1.

NIH responses to specific events will be issued in the form of an NIH Guide Notice published in the NIH Guide to Grants and Contracts.

## 2.3.10 Fraud, Waste and Abuse of NIH Grant Funds

Any individual who becomes aware of the existence (or apparent existence) of fraud, waste, or abuse related to NIH grants or grant funds should consider contact:

- Your institution's Office of Sponsored Research, Compliance Office, or other responsible office,
- The NIH CGMO listed in the NoA for the IC that funded the grant,
- The DGCO/OPERA/OER.

In addition, allegations of criminal offenses should be reported to the Department of Health and Human Services, OIG Hotline.

The OIG has authority within HHS to conduct criminal investigations. The HHS OIG maintains a post office box and a toll-free hotline for receiving information from individuals concerning fraud, waste, or abuse under HHS grants and cooperative agreements. The identity of the caller is kept confidential, and callers are not required to give their names. The address and telephone number of the OIG and the OIG hotline are included in Part III.

Further allegations of non-criminal misuse of grant funds, and recipient conflict of interest should be reported to the NIH OMA.

OMA provides a centralized management survey and review capability to promote program integrity, conducts appraisals of alleged incidents of waste, fraud, and abuse and has lead responsibility for cases received through the Office of Inspector General (OIG) Hotline that are referred to NIH for action. OMA has no authority to undertake criminal investigations. OMA refers all allegations of criminal offenses to the OIG for investigation. The address and telephone number for the OMA, DPI are included in Part III.

False statements involving falsified, fabricated, or plagiarized information identified during research mis-conduct proceedings should be reported to the NIH Extramural Research Integrity Officer.

Examples of fraud, waste, and abuse that should be reported include, but are not limited to, embez-zlement, misuse, or misappropriation of grant funds or property, and false statements, whether by organ-izations or individuals. Other examples include theft of grant funds for personal use; using funds for non-grant-related purposes; theft of federally owned property or property acquired or leased under a grant; charging the Federal government for the services of "ghost" individuals; charging inflated building rental fees for a building owned by the recipient; submitting false financial reports; and submitting false fin-ancial data in bids submitted to the recipient (for eventual payment under the grant).

The Federal government may pursue administrative, civil, or criminal action under a variety of statutes relating to fraud and making false statement or claims. Part II includes administrative and other remedies the Federal government may use if a recipient deliberately withholds information or submits fraudulent information or does not comply with applicable requirements. Even if a grant is not awarded, the applic-ant may be subject to penalties if the information contained in or submitted as part of an application, including its certifications and assurances, is found to be false, fictitious, or fraudulent.

The Program Fraud Civil Remedies Act of 1986, 31 U.S.C. 3801 et seq., provides for the administrative imposition by HHS of civil penalties and assessments against any person who knowingly makes false, fictitious, or fraudulent claims to the Federal government for money, including money representing grants, loans, or benefits. A civil penalty of not more than $5,500 may be assessed for each such claim. If a grant is awarded and payment is made on a false or fraudulent claim, an assessment of not more than twice the amount of the claim, up to $150,000, may be made in lieu of damages. Regulations established by HHS at 45 CFR Part 79 specify the review process for imposing civil penalties and assessments, including hearing and appeal rights.

The Criminal False Claims Act, 18 U.S.C. 287, and 18 U.S.C. 1001, provides for criminal prosecution of a person who knowingly makes or presents any false, fictitious, or fraudulent statements or rep-resentations or claims against the United States. Violations of these statutes carry a maximum sentence of five and eight years imprisonment, respectively.

The Civil False Claims Act, 31 U.S.C. 3729(a), provides for imposition of penalties and damages by the United States, through civil litigation, against any person who knowingly makes a false or fraudulent claim for payment, makes or uses a false record or false statement to get a false claim paid or approved, or conspires to defraud the Federal government to get a false claim paid. A "claim" includes any request or demand for money or property made to the United States or to a contractor, recipient, or other recip-ient, if the Federal government provides or will reimburse any portion of the funds claimed. Civil pen-alties of $5,500 to $11,000 may be imposed for each false claim, plus damages of up to three times the amount of the damages the government sustains because of the violation, and the costs of any civil action brought to recover such penalties and damages.

NIH also may administratively recover misspent grant funds pursuant to the authorities contained in 2 CFR Part 200.

## 2.3.11 Availability and Confidentiality of Information

### 2.3.11.1 Availability of Information

Except for certain types of information that may be considered proprietary or private information that cannot be released, most grant-related information submitted to NIH by the applicant or recipient in the application or in the post-award phase is considered public information and, once an award is made, is subject to possible release to individuals or organizations outside NIH. The statutes and policies that require this information to be made public are intended to foster an open system of government and accountability for governmental programs and expenditures and, in the case of research, to provide information about federally funded activities.

NIH routinely places information about awarded grants, including project title, the name of the PD/PI, and the project description, on the RePORT Web site. For funded research grant applications, NIH also sends the project description provided by an applicant to the DoC's NTIS. NTIS disseminates scientific information for classification and program analysis. The public may obtain the project descriptions from RePORT or request them from NTIS. Other information may be released case by case as described in this subsection.

Several policies require acknowledgment of support and a disclaimer for publications, inventions, and other research products, as provided in Administrative Requirements—Availability of Research Results: Publications, Intellectual Property Rights, and Sharing Research Resources and elsewhere in the NIHGPS.

### 2.3.11.2 Confidentiality of Information

Applicants are discouraged from submitting information considered proprietary unless it is deemed essential for proper evaluation of the application. However, if the application contains information that the applicant organization considers to be trade secrets, information that is commercial or financial, or information that is privileged or confidential, the pages containing that information should be identified as specified in the application instructions.

When such information is included in the application, it is furnished to the Federal government in confidence, with the understanding that the information will be used or disclosed only for evaluation of the application. The information contained in an application will be protected by NIH from unauthorized disclosure, consistent with the need for peer review of the application (including the agreement by peer reviewers and Advisory Council members to the NIH confidentiality and nondisclosure rules); and the requirements of the FOIA and Privacy Act (5 U.S.C. 552 as discussed below). However, if a grant is awarded as a result of or in connection with an application, the Federal government has the right to use or disclose the information to the extent authorized by law. This restriction does not limit the Federal government's right to use the information if it is obtained without restriction from another source.

### 2.3.11.2.1 Privacy Act

The Privacy Act of 1974, 5 U.S.C. 552a (as amended), and its implementing regulations (45 CFR Part 5b) provide certain safeguards for information about individuals maintained in a system of records (i.e., information may be retrieved by the individual's name or other identifying information). These safeguards include the rights of individuals to know what information about them is maintained in Federal agencies' files (hard copy or electronic) and how it is used, how they may obtain access to their records, and how to correct, amend, or request deletion of information in their records that is factually incorrect.

The NIH maintains application and grant records as part of a system of records as defined by the Privacy Act: NIH 09-25-0225.

This system of record provides guidance on requirements for the management of applicable grant records in NIH's possession and include appropriate routine uses of such information. It also includes requirements for safeguarding the records and for record retention and disposal.

Parties other than PD/PIs may request the release of Privacy Act grant records. Such requests are processed under FOIA. For example, information requested by co-investigators in grant applications is released to them only when required under FOIA because they have no right of access under the Privacy Act. When releasing information about an individual to a party other than the subject of the file, NIH will balance the individual's right to privacy with the public's right to know as provided by the FOIA.

Records maintained by recipients ordinarily are not subject to the requirements of 45 CFR Part 5b.

## 2.3.11.2.2 The Freedom of Information Act

The Freedom of Information Act, 5 U.S.C. 552, and implementing HHS regulations (45 CFR Part 5) require NIH to release certain grant documents and records requested by members of the public, regardless of the intended use of the information. These policies and regulations apply to information in the possession of NIH. Generally, NIH cannot require recipients or contractors under grants to permit public access to their records. An exception related to certain research data is described in this subsection.

NIH generally will release the following types of records pursuant to a FOIA request:

- Funded applications and funded progress reports, including award data.
- Final reports that have been transmitted to the recipient organization of any audit, survey, review, or evaluation of recipient performance.

NIH generally will withhold the following types of records or information in response to a FOIA request:

- Pending competing grant applications
- Unfunded new, renewal, and revision applications
- Financial information pertaining to project personnel, such as institutional base salary information
- Information pertaining to an individual, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy
- Predecisional opinions in interagency or intraagency memorandums or letters expressed by Federal government officers, employees, or consultants
- Evaluative portions of site visit reports and peer review summary statements, including impact scores
- Trade secrets and commercial, financial, and otherwise intrinsically valuable items of information that are obtained from a person or organization and are privileged or confidential
- Information which, if released, would adversely affect the competitive position of the person or organization
- Patent or other valuable commercial rights of the person or organization

Applicants are instructed to identify proprietary information at the time of submission of an application. If, after receiving a FOIA request, NIH has substantial reason to believe that information in its records could reasonably be considered exempt from release, the appropriate NIH FOI office will notify the applicant or recipient, through the PD/PI, before the information is released. In the case of multiple PD/PI's the Contact PD/PI will be notified and is responsible for coordinating any response to the notice.