

April 7, 2025

Jenny Scanlin
Housing Authority of the City of Los Angeles
jenny.scanlin@hacla.org

Dear Jenny Scanlin:

Effective with the date of this letter, funding for Project Number OT2 OD035940-01 is hereby terminated pursuant to the terms of the Other Transactions (OT) award agreement. This letter constitutes a notice of termination.

NIH has determined that a termination is in the Government's best interest, because this award no longer effectuates agency priorities. Research programs based primarily on artificial and non-scientific categories, including amorphous equity objectives, are antithetical to the scientific inquiry, do nothing to expand our knowledge of living systems, provide low returns on investment, and ultimately do not enhance health, lengthen life, or reduce illness. Worse, so-called diversity, equity, and inclusion ("DEI") studies are often used to support unlawful discrimination on the basis of race and other protected characteristics, which harms the health of Americans. It is the policy of NIH not to prioritize such research programs. Therefore, there is no modification of the project that would align with agency priorities.

Although NIH generally will suspend (rather than immediately terminate) awards and allow the recipient an opportunity to take appropriate corrective action before NIH makes a termination decision, no corrective action is possible here. To comply with the OT award conditions the Division of Other Transactions Management will set up an official meeting to discuss the orderly closeout of the OT project.

Costs resulting from financial obligations incurred after termination are not allowable. Nothing in this notice excuses either NIH or you from complying with the closeout obligations imposed in the OT agreement. However, due to the immediate termination of this project, NIH may require a shortened timeframe to submit closeout reports. Details will be provided in the revised NOA issued by the Other Transactions Agreements Officer.

NIH_GRANTS_004253

**Administrative Appeal**

Should you object to the termination, you may provide information and documentation challenging this action. You must submit a request for such review to Acting Principal Deputy Director Dr. Memoli (matthew.memoli@nih.gov) no later than 30 days after the date of this letter. You may submit an extension request to Dr. Memoli and provide good cause as to why an extension of time should be granted.

The request for review must include a copy of the adverse determination, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

ESTHER L. YOUNG -S
Digitally signed by ESTHER L. YOUNG -S
Date: 2025.04.07 18:48:58 -04'00'

Esther L. Young
Other Transactions Agreements Officer

cc:
OPERA Director
Deputy Director for Extramural Research