

**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　　　　　　　　　　　　Public Health Service

National Institutes of Health
Bethesda, Maryland 20892
www.nih.gov

May 28, 2025

Dr. Alene Denson
University of Massachusetts System--University of Massachusetts at Amherst
opam@umass.edu

Dear Dr. Alene Denson:

On April 2, 2025, the National Institutes of Health (NIH) terminated your project entitled "Peroxisomal quality control mechanisms" under grant R00GM146026-03 to the University of Massachusetts System--University of Massachusetts at Amherst.

NIH terminated the project on the grounds that the research activities do not align with the agency's priorities. You have submitted an appeal requesting NIH to reconsider its award action. As such, NIH has conducted a careful assessment of your request for reconsideration of the determination, and have identified the following:

The program that supported this award was terminated because it is no longer aligned with NIH/HHS priorities. Consequently, awards made through this program can no longer be supported and the request for reinstatement cannot be granted. NIH encourages the awardee to submit a new application that aligns with NIH's priorities under one of NIH's active NOFOs.

We appreciate your patience while we reassessed this matter.

Sincerely,

Matthew J. Memoli, M.D., M.S.
Principal Deputy Director, NIH

NIH_GRANTS_004270