# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., *et al.*, <br><br> *Defendants.* | No. 1:25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants.* | No. 1:25-cv-10787-WGY |

## ~~JOINT MOTION AND~~ STIPULATED PROTECTIVE ORDER

Defendants in the above actions produced certain administrative-record documents (*i.e.*, NIH_GRANTS_000001 to NIH_GRANTS_003824) to plaintiffs via secure file-transfer on June 2, 2025, and to the Court via CD-ROM on June 3, 2025. One document within that production, located at NIH_GRANTS_003438 through NIH_GRANTS_003444 ("UMN Letter"), contains information about a nonparty graduate student at the University of Minnesota. The plaintiffs in No. 25-10814 ("State Plaintiffs"), the plaintiffs in No. 25-10787 ("APHA Plaintiffs"), and the defendants in both cases ("Federal Defendants") agree that good cause exists to maintain the name, identifying information, and descriptions of personal and family medical information concerning that student under seal, because said information is confidential, nonpublic information pertaining

to a nonparty. The parties have prepared an agreed-upon redacted version of the UNM Letter that redacts said confidential, nonpublic information ("Confidential Information").

Wherefore, the parties stipulate, and hereby move the Court to order, that:

1. Unless otherwise ordered by the Court or permitted in writing by plaintiff the State of Minnesota, the unredacted version of the UMN Letter and the Confidential Information therein may be disclosed only to (i) attorneys for the State Plaintiffs, APHA Plaintiffs, and Federal Defendants, (ii) attorneys, legal assistants, and clerical employees working under the supervision of said attorneys, (iii) the Court and court personnel in the above cases, (iv) any employee of any third-party service contractors (such as document copy services) involved in organizing, filing, coding, converting, storing, or retrieving data in the above cases, (v) any other person to whom disclosure is required by court order or applicable provision of law, provided that, before making any disclosure under this subparagraph (v), the disclosing party shall notify plaintiff the State of Minnesota (through its counsel of record in No. 25-10814) at least 10 business days before said disclosure. The non-disclosure obligations in this paragraph 1 shall survive the termination of the above cases, *i.e.*, any party maintaining any litigation documents containing the unredacted UMN Letter or Confidential Information shall do so in accordance with this paragraph 1.

2. The non-disclosure obligations in paragraph 1 do not extend to the author or recipient of the unredacted UMN Letter or other persons who independently possessed or knew the Confidential Information.

3. In filing the administrative record on the public ECF docket in this case, the Federal Defendants shall file the agreed-upon redacted version of the UMN Letter only. The Federal Defendants have already provided an unredacted version of the UMN Letter to the Court, which the Court will maintain under seal.

4. Any party making any other filing in this case that references any Confidential Information shall redact any Confidential Information from the public version of said filing.

It is so ordered.

June _16_, 2025

*William G. Young*
Hon. William G. Young
Judge of the United States

June 15, 2025

**For Plaintiffs in No. 25-cv-10814:**

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone
  *Deputy State Solicitor*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the
  Commonwealth of Massachusetts*

KEITH ELLISON
*Attorney General of Minnesota*

/s/ *Pete Farrell*
Peter J. Farrell
  *Deputy Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1424
peter.farrell@ag.state.mn.us

*Counsel for the State of Minnesota*

(continued on next page)

**For Plaintiffs in No. 25-cv-10787:**

/s/ *Jessie J. Rossman*
Jessie J. Rossman
Suzanne Schlossberg
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 801
Boston, MA 02018
(617) 482-3170
jrossman@aclum.org

(continued on page 10)

Respectfully submitted.

**For Defendants:**

YAAKOV M. ROTH
Acting Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL QUINN
Senior Litigation Counsel

/s/ *Thomas Ports*
THOMAS PORTS (Va. Bar No. 84321)
Trial Attorney
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1105
Email: thomas.ports@usdoj.gov

/s/ *Anuj K. Khetarpal*
ANUJ K. KHETARPAL
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 823-6325
Email: anuj.khetarpal@usdoj.gov

**For Plaintiffs in No. 25-cv-10814, continued:**

ROB BONTA
  *Attorney General of California*

/s/ *Emilio Varanini*
Neli Palma
  *Senior Assistant Attorney General*
Emilio Varanini
Kathleen Boergers
  *Supervising Deputy Attorneys General*
Nimrod Pitsker Elias
Daniel D. Ambar
Ketakee R. Kane
Sophia TonNu
Hilary Chan
  *Deputy Attorneys General*
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
emilio.varanini@doj.ca.gov

*Counsel for the State of California*

ANTHONY G. BROWN
  *Attorney General of Maryland*

/s/ *James C. Luh*
Michael Drezner
James C. Luh
  *Senior Assistant Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

(continued on next page)

NICHOLAS W. BROWN
*Attorney General of Washington*

/s/ *Andrew Hughes*
Andrew Hughes
Tyler Roberts
*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for the State of Washington*

KRISTIN K. MAYES
*Attorney General of Arizona*

/s/ *Joshua G. Nomkin*
Joshua G. Nomkin
*Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for the State of Arizona*

PHILIP J. WEISER
*Attorney General of Colorado*

/s/ *Lauren Peach*
Shannon Stevenson
*Solicitor General*
Lauren Peach
*First Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
lauren.peach@coag.gov

*Counsel for the State of Colorado*

(continued on next page)

KATHLEEN JENNINGS
  *Attorney General of Delaware*

/s/ *Vanessa L. Kassab*
Ian R. Liston
  *Director of Impact Litigation*
Vanessa L. Kassab
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

ANNE E. LOPEZ
  *Attorney General of Hawai'i*

/s/ *Kaliko'onālani D. Fernandes*
David D. Day
  *Special Assistant to the Attorney General*
Kaliko'onālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

AARON D. FORD
  *Attorney General of Nevada*

/s/ *Heidi Parry Stern*
Heidi Parry Stern
  *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

(continued on next page)

MATTHEW J. PLATKIN
*Attorney General of New Jersey*

/s/ *Nancy Trasande*
Nancy Trasande
Bryce Hurst
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 954-2368
nancy.trasande@law.njoag.gov

*Counsel for the State of New Jersey*

RAÚL TORREZ
*Attorney General of New Mexico*

/s/ *Astrid Carrete*
Astrid Carrete
*Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

LETITIA JAMES
*Attorney General of New York*

/s/ *Rabia Muqaddam*
Rabia Muqaddam
*Special Counsel for Federal Initiatives*
Molly Thomas-Jensen
*Special Counsel*
28 Liberty Street
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

(continued on next page)

DAN RAYFIELD
  *Attorney General of Oregon*

/s/ *Christina L. Beatty-Walters*
Christina L. Beatty-Walters
  *Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
tina.beattywalters@doj.oregon.gov

*Counsel for the State of Oregon*

PETER F. NERONHA
  *Attorney General of Rhode Island*

/s/ *Jordan Broadbent*
Jordan Broadbent
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
jbroadbent@riag.ri.gov

*Counsel for the State of Rhode Island*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

/s/ *Lynn K. Lodahl*
Lynn K. Lodahl
  *Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, WI 53707
(608) 264-6219
lodahllk@doj.state.wi.us

*Counsel for the State of Wisconsin*

**For Plaintiffs in No. 25-cv-10787, continued:**

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
AMERICAN CIVIL
 LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2659
oakselrod@aclu.org

Shalini Goel Agarwal
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
michelange.desruisseaux@protectdemocracy.org

Kenneth Parreno
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky
Oscar Heanue
CENTER FOR SCIENCE IN
 THE PUBLIC INTEREST
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org

(continued on next page)

Ilann M. Maazel  
Matthew D. Brinckerhoff  
Max Selver  
Sydney Zazzaro  
EMERY CELLI BRINCKERHOFF  
  ABADY WARD & MAAZEL LLP  
One Rockefeller Plaza, 8th Floor  
New York, NY 10020  
(212) 763-5000  
imaazel@ecbawm.com