UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

### APHA PLAINTIFFS' MOTION TO FILE UNDER SEAL THE MAY 27 AND JUNE 13 LISTS OF GRANT TERMINATIONS

Pursuant to Local Rule 7.2, APHA Plaintiffs respectfully request that the lists of terminated grants at issue in this matter submitted to the Court and Defendants on May 27, 2025 and June 13, 2025, *see* ECF No. 118, be filed under seal as attachments to APHA Plaintiffs' forthcoming proposed Rule 54(b) final judgment and to the Court's Rule 54(b) final judgment. In the event that the Court does not grant this request, APHA Plaintiffs respectfully request that the Court permit them until 12pm on Monday, June 23 to either file the current spreadsheets or potentially file spreadsheets with certain grants removed but none added.[1] Counsel for Defendants has indicated that they take no position on the motion.

---

[1] Under this alternative approach, the potentially updated spreadsheets that Plaintiffs might file would not include any grants in addition to those already provided to Defendants on May 27, 2025 and June 13, 2025.

The accompanying memorandum sets forth the reasons for filing these two lists under seal on the docket. For the reasons articulated in that memorandum, APHA Plaintiffs respectfully request that the Court grant this motion or, in the event that the Court does not grant the motion, permit them until 12pm on Monday, June 23 to either file the current spreadsheets or potentially file spreadsheets with certain grants removed but none added.

Dated: June 18, 2025

Respectfully submitted,

*/s/ Matthew D. Brinckerhoff*
Matthew D. Brinckerhoff*
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor New York, New York 10020 (212) 763-5000
mbrinckerhoff@ecbawm.com

Jessie J. Rossman (BBO # 670685)
Suzanne Schlossberg (BBO #703914)
**American Civil Liberties Union
 Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: (617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Olga Akselrod*
Alexis Agathocleous*
Rachel Meeropol*
Alejandro Ortiz*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

2

Shalini Goel Agarwal*
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
Telephone: (202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux*
82 Nassau Street, #601
New York, NY 10038
Michel-ange.desruisseaux@protectdemocracy.org

Kenneth Parreno (BBO # 705747)
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky*
Oscar Heanue*
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
Telephone: (202) 777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

*Counsel for Plaintiffs*

* *Admitted pro hac vice*

## LOCAL RULE 7.1 CERTIFICATION

Counsel for APHA Plaintiffs hereby certifies that they conferred with counsel for the Defendants regarding this motion in a good faith effort to narrow or resolve the relief requested. Defendants indicated they take no position on this motion.

June 18, 2025                                      /s/ *Matthew D. Brinckerhoff*
                                                   Matthew D. Brinckerhoff

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

June 18, 2025                                      /s/ *Matthew D. Brinckerhoff*
                                                   Matthew D. Brinckerhoff