# EXHIBIT A

Pending resolution of APHA Plaintiffs' June 18, 2025 Motion to File Under Seal the May 27 and June 13 Lists of Grant Terminations.