## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-cv-10787-WGY |
| NATIONAL INSTITUTES OF HEALTH, *et al.*, | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Local Rule 7.1, and the Court's scheduling order, Doc Nos. 87, 89, Defendants move to dismiss Plaintiffs' complaint with respect to all unreasonable delay/phase 2 claims for the reasons set forth in the accompanying memorandum of points and authorities. Defendants understand the Court's scheduling order provided Defendants the opportunity to file a proper motion to dismiss in the APHA case, not just the States case.[1] Although APHA disagrees, Defendants file this motion because—regardless—12(b)(1) arguments can be raised at any time and many remaining arguments apply to APHA as well as the States, thus APHA should have opportunity to respond.

Defendants respectfully request that the Court enter an expedited deadline for Plaintiffs' response of June 26, 2025, which is reciprocal to the amount of time the Court provided for Defendants to move to dismiss after the Phase 1 hearing concluded. Defendants had four business days (and four calendar days) to move to dismiss after the Phase 1 hearing and decision.

---

[1] Providing Defendants this opportunity given that the Court considered Defendants' Opposition to Plaintiffs' Preliminary Injunction motion as a motion to dismiss, although that briefing was intended as primarily responsive to Plaintiffs' injunction motion.

Defendants propose that Plaintiffs be provided four business days (six calendar days) to respond. This promotes the interests of justice and efficiency, since the Court's ruling on the motion to dismiss could impact the administrative record that is being prepared for phase 2.

Defendants asked Plaintiffs for their position on this proposal. Counsel for APHA responded:

> As we have previously indicated, APHA Plaintiffs do not believe that Defendants can file a motion to dismiss in 1:25-cv-10787, as the Court has already issued a ruling denying Defendants' motion to dismiss the 706(1) claims. *See* ECF 84, p 39-40 (expressly discussing Defendants' 706(1) arguments before denying Defendants' motion to dismiss Count V). If you nevertheless move forward with filing another motion to dismiss in the APHA case, APHA Plaintiffs oppose a request to expedite the response deadline.

Defendants respectfully submit that fourteen days under the Local Rules, or ten days as proposed by Defendants' in the parties joint statement, are inappropriate amounts of time based on the expedited nature of this case and because Defendants initially proposed more reciprocal deadlines in its previously requested schedule (Defendants had 7 days to move while Plaintiffs had 10 days to respond). Most important, in Defendants' proposal, the decision on the motion to dismiss triggered the deadline for the administrative record. But, at the Plaintiffs urging, the Court ordered an administrative record divorced from its ruling on this motion. Without an expedited response deadline, Defendants will need to produce the administrative record shortly after Plaintiffs' respond to their motion to dismiss, and potentially before the Court has opportunity to rule.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL J. QUINN
Senior Litigation Counsel

Dated: June 20, 2025                    */s/ Anuj Khetarpal*

ANUJ KHETARPAL
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
anuj.khetarpal@usdoj.gov

THOMAS W. PORTS, Jr. (Va. Bar No.
84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
(202) 307-1105
thomas.ports@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 20, 2025                             */s/ Anuj K. Khetarpal*
                                                Anuj K. Khetarpal