## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-10787-WGY |

### MOTION FOR A STAY OF THE COURT'S JUNE 23 PARTIAL JUDGMENT

For the reasons stated in Defendants' Memorandum in Support, Defendants respectfully request that the Court stay pending appeal the Court's June 23, 2025, orders and partial final judgments, States Doc No. 151 and APHA Doc No. 138, or for a stay of at least 14 days so that Defendants may seek a stay pending appeal from the First Circuit.

Respectfully submitted,

BREIT A. SHUMATE
Assistant Attorney General

1

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL J. QUINN
Senior Litigation Counsel

Dated: June 23, 2025

/s/ Thomas W. Ports, Jr.
THOMAS W. PORTS, Jr. (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
(202) 307-1105
thomas.ports@usdoj.gov

/s/ Anuj Khetarpal
ANUJ KHETARPAL
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
anuj.khetarpal@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 23, 2025                    */s/ Thomas W. Ports, Jr.*
                                        Thomas W. Ports, Jr.

                                        */s/ Anuj Khetarpal*
                                        Anuj Khetarpal

## LOCAL RULE 7.1 CERTIFICATION

I, Anuj Khetarpal, hereby certify that I conferred with Plaintiffs' counsel on June 23, 2025, in a good faith effort to narrow the issues. Plaintiffs' counsel indicated that Plaintiffs oppose this motion.

Dated: June 23, 2025                    */s/ Thomas W. Ports, Jr.*
                                        Thomas W. Ports, Jr.

                                        */s/ Anuj Khetarpal*
                                        Anuj Khetarpal