**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: American Public Health Association et al v. National Institutes of Health et al

District Court Number: 25cv10787-WGY

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending     Yes _X_ No ____          Sealed documents     Yes _X_ No ____
If yes, document #  39,130,140               If yes, document #   38

Ex parte documents  Yes ____ No _X_          Transcripts          Yes _X_ No ____
If yes, document #                           If yes, document #   82,89,114

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#84 Memorandum and Order, #138 Partial Final Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#84, #138, and #139

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 139 filed on June 23, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 23, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**