UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>    Defendants. | Civil Action No. 25-cv-10814-WGY |
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-10787-WGY |

**NOTICE OF PRODUCTION**

Pursuant to this Court's orders, Defendants have produced the Certified Administrative Records for phase two of the above-captioned proceedings. The records are described in the attached Certification of the Administrative Record.

The administrative records include documents that contain confidential information. Defendants redacted confidential information, but Defendants have not completed a thorough review given the expedited compilation. Defendants have therefore produced the administrative records by sending a box.com link to each group of plaintiffs on July 9, 2025.

Defendants produced the "general" administrative record (P2AR_000001-1141) to both plaintiff groups. Defendants produced the documents Bates stamped P2AR_011412-1225 only to State plaintiffs because those documents concern an application from the State amended complaint. Defendants produced the documents Bates stamped P2AR_01226-1888 only to APHA plaintiffs because those documents concern applications from the APHA complaint. Defendants have also provided a copy of all record documents to Chambers via a CD deposited with the Clerk's office.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

        LEAH B. FOLEY
        United States Attorney

        KIRK T. MANHARDT
        Director

        MICHAEL J. QUINN
        Senior Litigation Counsel

Dated: July 9, 2025        */s/ Thomas W. Ports, Jr.*

        THOMAS W. PORTS, Jr. (Va. Bar No. 84321)
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division, Corporate/Financial Section
        P.O. Box 875
        Ben Franklin Stations
        Washington D.C. 20044-0875
        Tel: (202) 307-1105
        Email: thomas.ports@usdoj.gov

        */s/ Anuj Khetarpal*
        ANUJ KHETARPAL
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210

                          (617) 748-3658
                          Anuj.Khetarpal@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 9, 2025                                         */s/ Thomas W. Ports, Jr.*
                                                                                 Thomas W. Ports, Jr.

                                                                                 */s/ Anuj Khetarpal*
                                                                                 Anuj Khetarpal