UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

**APHA PLAINTIFFS' ASSENTED-TO MOTION FOR TWO-DAY EXTENSION OF TIME TO SUBMIT MOTION TO COMPLETE PHASE 2 ADMINISTRATIVE RECORD**

Plaintiffs American Public Health Association; Ibis Reproductive Health; International Union, United Automobile, Aerospace, and Agricultural Implement Workers (UAW); Brittany Charlton, Katie Edwards; Peter Lurie and Nicole Maphis (collectively, "APHA Plaintiffs"), with the assent of Defendants the National Institutes of Health; Jay Bhattacharya, in his official capacity as Director of the National Institutes of Health, United States Department of Health and Human Services, and Robert F. Kennedy, Jr., in his official

capacity as Secretary of the United States Department of Health and Human Services, by and through undersigned counsel, hereby move the Court for a two-day extension of APHA Plaintiffs' deadline to submit a motion to complete the Phase 2 administrative record from July 23, 2025, to July 25, 2025, to determine if ongoing discussions between the parties will make the motion to complete unnecessary or narrow its scope.

The Court previously ordered Defendants to file an administrative record for Phase 2 of this case by July 9, 2025, and set a deadline for APHA Plaintiffs to file either a motion to complete the administrative record or a motion for summary judgment by July 23, 2025.  On July 9, Defendants produced an administrative record (the "July 9 AR").  *See* ECF No. 153. Since that date, the parties have been meeting and conferring about the completeness of the July 9 AR.

The parties are making progress toward an agreement regarding the issues raised by APHA Plaintiffs that will either narrow the scope of Plaintiffs' anticipated motion to complete or avoid the need for motion practice entirely.  Extending APHA Plaintiffs' deadline to submit their motion to complete the Phase 2 administrative record by two days from July 23, 2025, to July 25, 2025, will give the parties sufficient time to complete that meet and confer process.

Accordingly, APHA Plaintiffs respectfully request that the Court grant this assented-to motion and extend the deadline for APHA Plaintiffs to file their motion to complete the Phase 2 administrative record from July 23, 2025, to July 25, 2025, with a corresponding extension of Defendants' opposition deadline to that motion to complete from August 6, 2025, to August 8, 2025.

Respectfully submitted this 22nd day of July, 2025.

Dated: July 22, 2025

Shalini Goel Agarwal
shalini.agarwal@protectdemocracy.org
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
202-579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
82 Nassau Street, #601
New York, NY 10038
michel-ange.desruisseaux@protectdemocracy.org

Kenneth Parreno
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky
Oscar Heanue
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org
oheanue@cspinet.org

Jessie J. Rossman
Suzanne Schlossberg
**American Civil Liberties Union Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 801
Boston, MA 02018
617-482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212-549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

*/s/ Matthew D. Brinckerhoff*
Matthew D. Brinckerhoff
Ilann M. Maazel
Max Selver
Sydney Zazzaro
**Emery Celli Brinckerhoff Abady Ward & Maazel LLP**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

  I hereby certify that on July 22, 2025, counsel for APHA Plaintiffs conferred with counsel for Defendants regarding the instant motion. Defendants assent to this motion.

Dated: July 22, 2025                  */s/ Matthew D. Brinkcerhoff*

                              Matthew D. Brinckerhoff

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 22, 2025                  */s/ Matthew D. Brinkcerhoff*

                              Matthew D. Brinckerhoff