IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> *Defendants.* | No. 1:25-cv-10787-WGY |

**JOINT PROPOSAL AND STIPULATION CONCERNING PHASE TWO SCHEDULE**

At the July 28, 2025 status conference in the above case, the Court set the Final Pretrial Conference for APHA Plaintiffs' Phase 2 claims for September 2, 2025 and a Bench Trial to begin no later than September 15, 2025. Having met and conferred, APHA Plaintiffs and Defendants jointly request that the Court to adopt the following interim deadlines for the Phase 2 schedule:

| Event | Date |
|---|---|
| Defendants' deadline to produce certification described in ECF No. 163 for APHA Applications List and NOFO List[1] | August 19, 2025 |
| Final Pretrial Conference/Motion to Dismiss Hearing | September 2, 2025 |
| Parties' opening pretrial briefs due | September 4, 2025 |
| Deadline for APHA Plaintiffs to produce supplemental spreadsheet of applications and NOFOs ("Supplemental List") | September 5, 2025 |
| Parties' responsive pretrial briefs due | September 11, 2025 |
| Bench trial on Phase 2 | September 15, 2025 |

---

[1] The APHA Applications List was previously produced to Defendants on June 30, 2025, and the NOFO List was produced to Defendants on July 29, 2025.

The Parties stipulate that if the Court adopts the schedule proposed above, Plaintiffs waive the right to seek an additional administrative record or certifications related to the applications or NOFOs on that Supplemental List, or to seek any extra-record discovery, provided that the certification Defendants produce on August 19, 2025 complies with terms set forth in ECF No. 163. The Parties further stipulate that if the Court adopts the schedule proposed above, any judgment as to the Phase 2 claims will also apply to the applications and NOFOs identified on the September 5 Supplemental List.

Dated: August 1, 2025

**For APHA Plaintiffs**

/s/ *Suzanne Schlossberg*
Jessie J. Rossman
Suzanne Schlossberg
**American Civil Liberties Union
   Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 801
Boston, MA 02018
(617)482-3170
sschlossberg@aclum.org

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
Leah Watson
**American Civil Liberties
   Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2659
oakselrod@aclu.org

Matthew D. Brinckerhoff
Ilann M. Maazel

Respectfully submitted,

**For Defendants**

BRETT SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL QUINN
Senior Litigation Counsel

/s/ *Anuj Khetarpal*
ANUJ K. KHETARPAL
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 823-6325
Email: anuj.khetarpal@usdoj.gov

Samuel Hobbs (AL Bar No. 9776O19E)
Trial Attorney
U.S. Department of Justice

Max Selver
Sydney Zazzaro
**Emery Celli Brinckerhoff Abady Ward & Maazel LLP**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com

Shalini Goel Agarwal
Emily Gilman
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Michel-Ange Desruisseaux
**Protect Democracy Project**
82 Nassau Street, #601
New York, NY 10038
michelange.desruisseaux@protectdemocracy.org

Kenneth Parreno
**Protect Democracy Project**
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Lisa S. Mankofsky
Oscar Heanue
**Center for Science in
 the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspinet.org

Civil Division
Corporate/Financial Section P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875

3

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: August 1, 2025 | /s/ *Suzanne Schlossberg* <br> Suzanne Schlossberg |