UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10787-WGY |

**NOTICE OF PRODUCTION**

Pursuant to the joint stipulation entered into between the parties on July 25, 2025, Doc. No. 163, Doc. No. 167, and the Court's order approving it on August 14, 2025, Doc. No. 168, defendants have produced a spreadsheet containing explanations for the status of various grant applications included on the list that Plaintiffs provided to Defendants on June 30, 2025, and each of the Notices of Funding Opportunity on the list that Plaintiffs provided to Defendants on July 29, 2025. The content of the spreadsheet is described in the attached Certification.

The spreadsheet includes sensitive information about the status of various grant applications. The parties are in the process of entering a protective order to shield that sensitive information. Defendants have therefore produced the spreadsheet by sending an email to Plaintiffs and submitting it electronically to the court's clerk.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | LEAH B. FOLEY<br>United States Attorney |
|  | KIRK T. MANHARDT<br>Director |
|  | MICHAEL J. QUINN<br>Senior Litigation Counsel |
| Dated: August 19, 2025 | <u>/s/ Anuj Khetarpal</u><br>ANUJ KHETARPAL<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3658<br>Anuj.Khetarpal@usdoj.gov |
|  | *Attorneys for Defendants* |