IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

**ORDER CONCERNING REMAINING CLAIMS**

11

Upon consideration of the parties' joint stipulation and request for relief regarding the remaining claims of this litigation ("Joint Stipulation"), pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby **ORDERED** that:

I.    APHA Plaintiffs and Defendants shall comply with and carry out their respective obligations as set forth in Part II of the parties' Joint Stipulation.

II.    Count I.B, the portions of Count III relating to applicants, and Count V of the APHA Plaintiffs' Complaint (ECF No. 1) are dismissed without prejudice.  All Phase Two trial dates and/or Phase Two pretrial deadlines are hereby vacated.

III.    The Court shall retain jurisdiction to enforce the terms of this order and the parties' Joint Stipulation until such time as Defendants have considered and disposed of all identified applications as set forth in the Joint Stipulation.

/s/ William G. Young
District Judge
January 6, 2026