## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>Respondents. | Civil Action No. 1:25-cv-10787-BEM |

## NOTICE OF WITHDRAWAL

Notice is hereby given that Assistant United States Attorney Anuj Khetarpal withdraws his appearance as counsel for the United States in the above-captioned matter. Assistant United States Attorney Rayford Farquhar entered his appearance as counsel for the Respondents on April 9, 2026, and will continue to represent the government in this case.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 10, 2026          By:    */s/ Anuj Khetarpal*
Anuj Khetarpal
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: anuj.khetarpal@usdoj.gov

## CERTIFICATE OF SERVICE

I, Anuj Khetarpal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 10, 2026          By:    */s/ Anuj Khetarpal*
Anuj Khetarpal
Assistant United States Attorney