**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN PUBLIC HEALTH ASSOCIATION; IBIS REPRODUCTIVE HEALTH; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS (UAW); BRITTANY CHARLTON; KATIE EDWARDS; PETER LURIE; and NICOLE MAPHIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH; JAY BHATTACHARYA, *in his official capacity as Director of the National Institutes of Health*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR*., in his official capacity as Secretary of the United States Department of Health and Human Services*,<br><br>*Defendants*. | Case No. 1:25-cv-10787-WGY |

## APHA PLAINTIFFS' NOTICE OF WITHDRAWAL FOR MICHEL-ANGE DESRUISSEAUX

Pursuant to Local Rule 83.5.2(c)(1), APHA Plaintiffs file this notice of withdrawal for Michel-Ange Desruisseaux as counsel for APHA Plaintiffs. The basis for the withdrawal is that Mr. Desruisseaux ended his employment with Protect Democracy Project on April 10, 2026. APHA Plaintiffs will continue to be represented by the remaining counsel from Protect Democracy Project, American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Massachusetts, the Center for Science in the Public Interest, and Emery Celli Brinckerhoff Abady Ward & Maazel LLP.

Respectfully submitted this 16th day of April, 2026.

Dated: April 16, 2026

Jessie J. Rossman
Suzanne Schlossberg
Jennifer M. Herrmann
**American Civil Liberties Union**
**Foundation of Massachusetts, Inc.**
One Center Plaza, Suite 801
Boston, MA 02018
617-482-3170
jrossman@aclum.org
sschlossberg@aclum.org
jherrmann@aclum.org

Olga Akselrod
Alexis Agathocleous
Rachel Meeropol
Alejandro Ortiz
**American Civil Liberties Union**
**Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2659
oakselrod@aclu.org
aagathocleous@aclu.org
rmeeropol@aclu.org
ortiza@aclu.org

Lisa S. Mankofsky
Oscar Heanue
**Center for Science in the Public Interest**
1250 I St., NW, Suite 500
Washington, DC 20005
202-777-8381
lmankofsky@cspi.org
oheanue@cspi.org

Shalini Goel Agarwal
Emily Gilman
**Protect Democracy Project**
2020 Pennsylvania Ave., NW, Ste. 163
Washington, DC 20006
202-579-4582
shalini.agarwal@protectdemocracy.org
emily.gilman@protectdemocracy.org

*/s/ Kenneth Parreno*
Kenneth Parreno
15 Main Street, Suite 312
Watertown, MA 02472
kenneth.parreno@protectdemocracy.org

Matthew D. Brinckerhoff
Ilann M. Maazel
Max Selver
Sydney Zazzaro
**Emery Celli Brinckerhoff Abady Ward &**
**Maazel LLP**
One Rockefeller Plaza, 8th Floor
New York, New York 10020
(212) 763-5000
mbrinckerhoff@ecbawm.com
imaazel@ecbawm.com
mselver@ecbawm.com
szazzaro@ecbawm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 16, 2026, a true and correct copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

I also hereby certify that, on April 16, 2026, pursuant to Local Rule 83.5.2(d), a true and correct copy of the foregoing will be sent via email to the named Plaintiffs to effect notice of the withdrawal.

/s/ Kenneth Parreno
Kenneth Parreno